UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RACHEL MILLER; TEXAS DEMOCRATIC PARTY; DNC SERVICES CORP., d/b/a DEMOCRATIC NATIONAL COMMITTEE; DSCC; and DCCC,<br><br>Plaintiffs,<br><br>v.<br><br>RUTH HUGHS, in her official capacity as the Texas Secretary of State,<br><br>Defendant. | Civil Action No. 1:19-cv-01071 |

APPENDIX IN SUPPORT OF
PLAINTIFFS' OPPOSED APPLICATION FOR PRELIMINARY INJUNCTION

| Exhibit | Document Description |
|---|---|
| 1. | Declaration of Elizabeth C. Frost |
| A. | Declaration of Lucinda Guinn, the Executive Director of Plaintiff DCCC, dated November 15, 2019 |
| B. | Declaration of Tommy Glen Maxey, senior advisor to the Chairman of Plaintiff Texas Democratic Party, dated November 15, 2019 |
| C. | Expert Report of Dr. Jonathan Rodden, dated November 14, 2019, along with a copy of Dr. Rodden's curriculum vitae (attached thereto as Appendix B) |
| D. | Expert Report of Dr. Jon A. Krosnick, dated November 18, 2019, along with a copy of Dr. Krosnick's curriculum vitae (attached thereto as Appendix A) |
| E. | Expert Report of Dr. Darren Grant, dated November 15, 2019, along with a copy of Dr. Grant's curriculum vitae |
| F. | *Candidate Certification & Ballot Drawing 2016 Primary*, prepared by the Texas Republican Party and the Texas Republican County Chairmen's Association |
| G. | Expert Report of Drs. James Henson and Joshua Blank, dated November 15, 2019, along with copies of their curricula vitarum |

| | |
|---|---|
| H. | Declaration of Justin Barasky, senior advisor at Plaintiff DSCC, dated November 14, 2019 |
| I. | Declaration of Rachana Desai Martin, the Chief Operating Officer of Plaintiff DNC Services Corp., d/b/a/ Democratic National Committee, dated November 15, 2019 |
| J. | Declaration of Plaintiff Rachel Miller, dated November 13, 2019 |

Dated this 18th day of November 2019.

Respectfully submitted,

/s/ Skyler M. Howton
Skyler M. Howton
PERKINS COIE LLP
500 North Akard St., Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
showton@perkinscoie.com

Marc E. Elias*
Elisabeth C. Frost*
John M. Geise*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
efrost@perkinscoie.com
jackianderson@perkinscoie.com
jgeise@perkinscoie.com

Abha Khanna*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
akhanna@perkinscoie.com

Gillian Kuhlmann*
PERKINS COIE LLP
1888 Century Park East, Suite 1700

Los Angeles, CA 90067-1721
Telephone: (310) 788-3245
Facsimile: (310) 843-1244
gkuhlmann@perkinscoie.com

*Counsel for the Plaintiffs*
\*Admitted Pro Hac Vice

Chad W. Dunn, TX# 24036507
Brazil & Dunn, LLP
4407 Bee Caves Road, Suite 111
Austin, Texas 78746
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

*Counsel for Plaintiff Texas Democratic Party*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                    */s/ Skyler M. Howton*
                                                    Skyler M. Howton