# EXHIBIT D

November 18, 2019


***Rachel Miller et al. v. Hughs***
**United States District Court for the Western District of Texas**
**Austin Division**

**Expert Report of Dr. Jon A. Krosnick**

**Stanford University**
**432 McClatchy Hall**
**450 Serra Street**
**Stanford, California 94305**

## Introduction and Summary

I have been retained by counsel for Plaintiffs in the above-captioned litigation, who have asked me to provide my analyses and opinions regarding the likely impact (or lack thereof) that Texas's "ballot order" statute, Tex. Elec. Code § 52.091(b), has on vote shares in Texas, based on the extensive literature regarding primacy effect in elections. The statute mandates that candidates of the political party that won the last election for Governor be listed first on the ballot in every partisan general election that follows.

As I discuss in this report, I conclude that:

- Listing a candidate's name first on the ballot almost always accords that person an advantage in gaining votes, called a "primacy effect."

- Candidate name order effects have been studied extensively in different electoral settings for many decades, and the body of accumulated evidence is especially compelling and consistent with the conclusion that candidates listed first on a ballot have an electoral advantage solely as a result of their position on the ballot.

- Name order effects appear to occur among some voters because they lack information about candidates and among other voters because they feel ambivalent toward the candidates. Listing a candidate's name first "nudges" these two types of voters toward voting for the person.

- Because primacy effects have been found virtually everywhere that candidate name order effects have been studied, it is extremely likely that primacy effects have occurred and will occur in Texas.

This report is organized as follows. I begin by describing my qualifications. Then, I discuss how research can and should be done to evaluate whether candidate name order influences voter behavior, and I review the results of studies conducted during the last 70 years, testing whether the order of names on a ballot influenced election outcomes in America and abroad. This body of research has yielded overwhelming evidence that primacy effects have occurred in nearly all of the thousands of elections that have been studied in the past. The consistency of this evidence provides a strong basis to conclude that Texas voters have been manifesting and will manifest primacy effects as well.

I then review other related evidence showing that primacy effects with visually presented stimuli are not only overwhelmingly common in elections but also are very common in answers to survey

questions and in other choice situations in life. In fact, primacy effects are so prevalent that it would be surprising if they did <u>not</u> appear in Texas elections.

Next, I offer a two-pronged theory of why name order effects occur in elections, and I describe the implications of this theory for when name order effects are likely to be strongest. I then review findings testing those predictions, which have been consistently supported by existing work.

I am being compensated for my time in preparing this report at my usual hourly rate of $1,000. My compensation is in no way contingent on the conclusions reached as a result of my analysis.

## I. Expert Qualifications

I am the Frederic O. Glover Professor of Humanities and Social Sciences and a Professor of Communication, Political Science, and (by courtesy) Psychology at Stanford University in Stanford, California, a Research Psychologist at the U.S. Census Bureau, and a Research Advisor of the Gallup Organization. From 1986 to 2004, I was a member of the faculties in Psychology and Political Science at The Ohio State University. My position there involved teaching classroom courses for undergraduates and graduate students, as well as one-on-one training of graduate students in research methods. Since 2004, I have done similar work at Stanford University. I received an A.B. degree in psychology from Harvard University and M.A. and Ph.D. degrees in social psychology from the University of Michigan. As a part of my undergraduate and graduate studies, I received extensive training in social psychology, survey and experimental research techniques, statistical data analysis, and political science. A recent full curriculum vitae is attached to this report as Appendix A.

I have authored or co-authored eight published books and two forthcoming, more than 190 articles published in press, in journals or edited books, over 250 research presentations at professional conferences, and more than 250 invited addresses at universities and to government agencies, businesses, and in other settings. My journal articles have been selected by editors for reprinting in edited books more than 15 times and have appeared in top-ranked journals in social psychology (*Journal of Personality and Social Psychology*, *Journal of Experimental Social Psychology*), political science

(*American Political Science Review*, *American Journal of Political Science*), survey research methods (*Public Opinion Quarterly*), and sociology (*American Sociological Review*, *American Journal of Sociology*).

Much of my research has focused on political psychology and especially on public opinion about political issues, voting, and elections. In particular, I have conducted and published research on candidate name order effects in elections for 25 years.[1] I have testified as an expert witness regarding name order in four prior cases[2] and before the state legislature in Nevada on the issue.

My research has been recognized by the Erik H. Erikson Early Career Award, by election as a Fellow of the American Academy of Arts and Sciences, by election as a Fellow of the American Association for the Advancement of Science, by two fellowships at the Center for Advanced Study in the Behavioral Sciences, and by election as a Fellow by the American Psychological Association, the American Psychological Society, and the Society for Personality and Social Psychology. I was awarded the Nevitt Sanford Award from the International Society of Political Psychology. I was awarded the lifetime career achievement award from the American Association for Public Opinion Research, the world's leading professional organization of survey researchers.  And in a 2019 analysis of citations of

---

[1] Miller, J. M., & Krosnick, J. A. (1998). The impact of candidate name order on election outcomes. *Public Opinion Quarterly*, *62*, 291-330; Krosnick, J. A., Miller, J. M., & Tichy, M. P. (2004). An unrecognized need for ballot reform: Effects of candidate name order. In A. N. Crigler, M. R. Just, and E. J. McCaffery (Eds.), *Rethinking the vote: The politics and prospects of American election reform*. New York, NY: Oxford University Press; Chen, E., Simonovits, G., Krosnick, J. A., & Pasek, J. (2014). The impact of candidate name order on election outcomes in North Dakota. *Electoral Studies*, *35*, 115-122; Pasek, J., Schneider, D., Krosnick, J. A., Tahk, A., & Ophir, E. (2014). Prevalence and moderators of the candidate name-order effect: Evidence from all statewide general elections in California. *Public Opinion Quarterly*, *78*, 416-439; Kim, N., Krosnick, J. A., & Casasanto, D. (2015). Moderators of candidate name order effects in elections: An experiment. *Political Psychology*, *36*, 525-542.

[2] *In re: Election of November 6, 1990 for the Office of Attorney General of Ohio*, 58 Ohio St. 3d 103 (Ohio 1991) (written report and oral deposition); *Bradley v. Perrodin,* No. TS 004519 (Cal. Super. Ct. L.A. 2002) (oral testimony during the trial); *Akins, et al. v. Secretary of State*, No. 04-E-360 (N.H. Super. Ct. 2004) (written report and oral testimony during the trial); *Giles v. Barbour,* No. 3:06cv572 HTW-LRA (S.D. Miss. 2006) (written report and oral testimony); *Jacobson v. Lee*, No. 4:18-cv-00262-MW-CAS (N.D. Fla. 2019) (written report and oral testimony). A list of the cases in which I have testified as an expert during the last four years is set forth herein.

the work of political scientists, I rank 14th in the field in terms of the total number of times my work has been cited in publications (34,143 citations) and rank 2nd in the field in terms of the number of citations per year post-PhD.[3]

I have also served on the editorial board of the most prestigious journals in social psychology (*Journal of Personality and Social Psychology*) and in survey research methods (*Public Opinion Quarterly*). I regularly serve as a reviewer for other journals, publishers, and professional organizations. I have received more than 100 grants to support my research. I have served on the Boards of Overseers of the General Social Survey and the American National Election Studies was co-Principal Investigator of the American National Election Studies, which are the nation's leading academic survey research projects studying public opinion and behaviors. I have been teaching research methodology since the early 1980s and have been invited to lecture and teach courses on research methodology to the research staffs of federal agencies in Washington, D.C., and at many professional organizations and universities around the U.S., as well as in the United Kingdom, the Netherlands, South Africa, Canada, and elsewhere.

## II. Data Sources and Methodology

To complete my assignment in this case, I reviewed my own research on the impact of name order, as well as published research by other scholars spanning the last 70 years, as cited throughout this report.

## III. Methods for Testing for Name Order Effects in Elections

In 1910, Woodrow Wilson asserted that:

> "I have seen a ballot ... which contained seven hundred names. It was bigger than a page of newspaper and was printed in close columns as a newspaper would be. … Of course[,] no voter who is not a trained politician, ... who does not know a great deal about the

---

[3] Kim. H. J., & Grofman, B. (2019). The Political Science 400: With Citation Counts by Cohort, Gender, and Subfield. *PS*, 1-16. https://www.cambridge.org/core/journals/ps-political-science-and-politics/article/political-science-400-with-citation-counts-by-cohort-gender-and-subfield/C1EDBF7220760F01A5C4A685DB3B3F44

derivation and character and association of every nominee it contains, can vote a ticket like that with intelligence. In nine out of ten…, he will simply mark the first name under each office, and the candidates whose names come highest in the ... order will be elected."[4]

Over the years since Mr. Wilson offered this speculation, scientists have tested its validity in many studies using two principal scientific methods, which I describe next.

## A. Random or Quasi-Random Assignment of Voters to Name Orders

One method for gauging the impact of name order on election outcomes involves assigning groups of voters to see different name orders and then testing whether patterns of voting differ by order.[5] Observed differences between the groups in voting patterns must then be subjected to tests of statistical significance. These tests determine whether the differences between groups are larger than would be expected by chance alone and are likely to be attributable to differences in name order.

The power of a significance test to detect a real difference between groups of voters who saw different orders depends upon the number of independent observations on which the significance test is based. A study of 1,000 voters is more able to detect real differences than is a study of only 10 voters. In name order studies, when each voter was individually assigned to a name order, the number of observations on which a statistical test should be computed is the total number of voters participating in the study.

Although random assignment of voters (or groups of voters) to different name orders is ideal in regard to this method, many informative studies have used rotation procedures instead. That is, precincts or assembly districts or townships (called "units") were listed in a specific order by election officials, and the order of candidate names was rotated from one unit to the next going down the list, so that each

---

[4] Wilson, W. (1910). Hide-and-Seek Politics. *North American Review, 191,* 585-601, (p. 593).

[5] Aronson, E., Ellsworth, P., Merrill Carlsmith, J., & Gonzales, M. (1990). *Methods of Research in Social Psychology*. New York: McGraw-Hill; Crano, W., & Brewer, M. (1973). *Principles of Research in Social Psychology*. New York: McGraw-Hill; Judd, C., & Kenny, D. (1981). *Estimating the Effects of Social Interventions*. New York: Cambridge University Press; Kidder, L., & Judd, C. (1986). *Research Methods in Social Relations*. New York: Holt, Rinehart, and Winston.

candidate was listed first in an approximately equal number of units. This method yields informative data. However, as Gold's (1952) study illustrated,[6] even an apparently unbiased sequential assignment method can fail to yield equivalent groups (as evidenced by uneven ballot completion rates).[7] Therefore, to confirm the diagnostic value of a study not involving pure random assignment of voters to name orders, an investigator can confirm that the groups of voters who saw different name orders do not differ from one another in terms of characteristics that should not be affected by candidate name order.[8]

In other studies, a group of voters (i.e., everyone in the same precinct) was assigned to one of various name orders, so that all members of a group saw names in the same order. In the studies, the non-independence of the assignment process should be explicitly modeled in the data analysis process.[9] Ignoring the non-independence yields statistical tests that are too liberal, thus making observed differences seem less likely to have occurred by chance alone than is actually the case. Thus, statistical tests should treat groups of voters (in the same precinct, assembly district, township, etc.) as the "unit of analysis" unless the non-independence is taken into account in an analysis treating individual voters as the unit of analysis.

## B. Concatenating Elections

Another method for studying name order effects involves concatenating the results of a large number of elections in which name order was not varied. After assembling hundreds or thousands of

---

[6] Gold, D. (1952). A Note on the Rationality of Anthropologists in Voting for Officers. *American Sociological Review 17,* 99-101.

[7] When name order has been determined by an election official using a randomizing device, patterns in the resulting name ordering raise concerns about the degree to which this was done in an unbiased way. In some studies, the candidate who shared the county clerk's party affiliation appeared first on the ballot more often than would occur by chance alone (Bain & Hecock, 1957, p. 11; Darcy & McAllister, 1990, p. 9). Thus scrutiny is merited when elections officials were tasked with implementing random assignment.

[8] Miller, J. M., & Krosnick, J. A. (1998). The impact of candidate name order on election outcomes. *Public Opinion Quarterly*, *62*, 291-330, (see pp. 299-300).

[9] Darcy, R., & McAllister, I. (1990). Ballot Position Effects. *Electoral Studies, 9* 5-17, (p. 8); Judd, C.M., & Kenny, D.A. (1981). *Estimating the Effects of Social Interventions*. New York: Cambridge University Press, (pp. 55-57).

elections conducted in this manner, a researcher can assess whether candidates listed early received more votes on average than did candidates listed later.[10]

In such studies, if candidates listed first typically earned more votes than candidates listed later, this could be an indication of a primacy effect. It could also be an indication of the influence of some other factor. For example, in some studies, candidates were listed alphabetically on the ballots.[11] So an

---

[10] Bagley, C. R. (1966). Does Candidates' Position on the Ballot Paper Influence Voters' Choice? -- A Study of the 1959 and 1964 British General Elections. *Parliamentary Affairs, 74* 162-74; Bakker, E. A., & Lijphart, A. (1980). A Crucial Test of Alphabetic Voting: The Election at the University of Leiden, 1973-1978. *British Journal of Political Science, 10* 521-25; Brook, D., & Upton., G.J.G. (1974). Biases in Local Government Elections Due to Position on the Ballot Paper. *Applied Statistics, 23* 414-19; Brooks, R.C. (1921). Voters' Vagaries. *National Municipal Review, 10* 161-65; Byrne, G.C., & Pueschel, J.K. (1974). But Who Should I Vote for County Coroner? *Journal of Politics, 36* 778-84; Hughes, C.A. (1970). Alphabetic Advantage in the House of Representatives. *Australian Quarterly, 42* 24-29; Kelley, J., & McAllister, I. (1984). Ballot Paper Cues and the Vote in Australia and Britain: Alphabetic Voting, Sex, and Title. *Public Opinion Quarterly, 48* 452-66; Lijphart, A., & Pintor, R.L. (1988). Alphabetic Bias in Partisan Elections: Patterns of Voting for the Spanish Senate, 1982 and 1986. *Electoral Studies, 7* 225-31; Mackerras, M. (1968). The 'Donkey Vote'. *Australian Quarterly, 40* 89-93; Masterman, C. J. (1964). The Effect of the 'Donkey Vote' on the House of Representatives. *Australian Journal of Politics and History, 10* 221-25; Mueller, J. E. (1969). "Voting on the Propositions: Ballot Patterns and Historical Trends in California. *American Political Science Review, 63* 1197-1212; Nanda, K. (1975). An Experiment in Voting Choice: Who Gets the 'Blind' Vote? *Experimental Study of Politics, 4* 20-35; Robson, C., & Walsh, B. (1974). The Importance of Positional Voting Bias in the Irish General Election of 1973. *Political Studies, 22* 191-203; Upton, G. J. G., & Brook, D. (1974). The Importance of Positional Voting Bias in British Elections. *Political Studies, 22* 178-90; Upton, G. J. G., & Brook, D. (1975). The Determination of the Optimum Position on a Ballot Paper. *Applied Statistics, 24* 279-87; Volcansek, M. L. (1981). An Exploration of the Judicial Election Process. *Western Political Quarterly, 34,* 572-77.

[11] Bagley, C. R. (1966). Does Candidates' Position on the Ballot Paper Influence Voters' Choice? -- A Study of the 1959 and 1964 British General Elections. *Parliamentary Affairs, 74,* 162-74; Bakker, E. A., & Lijphart, A. (1980). A Crucial Test of Alphabetic Voting: The Election at the University of Leiden, 1973-1978. *British Journal of Political Science, 10,* 521-25; Brook, D., & Upton, G.J.G. (1974). Biases in Local Government Elections Due to Position on the Ballot Paper. *Applied Statistics, 23,* 414-19; Brooks, R. C. (1921). Voters' Vagaries. *National Municipal Review, 10,* 161-65; Hughes, C. A. (1970). Alphabetic Advantage in the House of Representatives. *Australian Quarterly, 42,* 24-29; Kelley, J., & McAllister, I. (1984). Ballot Paper Cues and the Vote in Australia and Britain: Alphabetic Voting, Sex, and Title. *Public Opinion Quarterly, 48,* 452-66; Lijphart, A., & Pintor, R.L. (1988). Alphabetic Bias in Partisan Elections: Patterns of Voting for the Spanish Senate, 1982 and 1986. *Electoral Studies, 7,* 225-31; Mackerras, M. (1968). The 'Donkey Vote'. *Australian Quarterly, 40,* 89-93; Masterman, C. J. (1964). The Effect of the 'Donkey Vote' on the House of Representatives. *Australian Journal of Politics and History, 10,* 221-25; Mueller, J. E. (1969). Voting on the Propositions: Ballot Patterns and Historical Trends in California. *American Political Science Review, 63,* 1197-1212; Nanda, K. (1975). An Experiment in Voting Choice: Who Gets the 'Blind' Vote? *Experimental Study of Politics, 4,* 20-35;

advantage of candidates listed first is also an advantage of candidates whose last initials come early in the alphabet. Therefore, statistical analyses should take into account possible preference for names with initials early in the alphabet when isolating the impact of name order.[12]

## IV. Findings of Studies Analyzing Name Order Effects

The size of name order effects can be characterized in two quantitative ways. First, the "bump" is (1) the percent of voters who vote for a candidate when he/she was listed first *minus* (2) the percent of voters who vote for a candidate when he/she was listed in a later position. Positive numbers mean a primacy effect, indicating more votes received when listed first than when listed later. In the discussion that follows, I focus on this measure.

I use the term "gap change" to describe the impact of the name order effect on the margin of victory in a race in which one candidate is listed first on all ballots. The gap change is the difference between the percent of votes gained by the candidate listed first due to name order *and* the percent of votes lost by the other candidate(s) due to name order. In a two-candidate race, the votes gained by one candidate are necessarily lost from the other candidate, so the gap change is simply twice the "bump."

Calculating the gap change is more difficult in races involving three or more candidates. In such races, the bump enjoyed by one candidate may come at the expense of one *or more* of the other

---

Robson, C., and Walsh, B. (1974). The Importance of Positional Voting Bias in the Irish General Election of 1973. *Political Studies, 22,* 191-203; Upton, G. J. G., & Brook, D. (1974). The Importance of Positional Voting Bias in British Elections. *Political Studies, 22,* 178-90; Upton, G. J. G., & Brook, D. (1975). The Determination of the Optimum Position on a Ballot Paper. *Applied Statistics, 24,* 279-87.

[12] In this literature review, I mainly focus on studies of real voters in real elections for public offices rather than on studies of hypothetical elections created for experiments conducted by other scientists. *See, e.g.*, Coombs, F. S., Peters, J.G.& Strom, G.S. (1974). Bandwagon, Ballot Position, and Party Effects: An Experiment in Voting Choice. *Experimental Study of Politics, 3,* 31-57; Darcy, R. (1986). Position Effects with Party Column Ballots. *Western Political Quarterly, 39,* 648-62; Kamin, L. J. (1958). Ethnic and party affiliations of candidates as determinants of voting. *Canadian Journal of Psychology, 12,* 205-212; Nanda, K. (1975). An Experiment in Voting Choice: Who Gets the 'Blind' Vote? *Experimental Study of Politics* 4:20-35; Taebel, D. A. (1975). The Effect of Ballot Position on Electoral Success. *American Journal of Political Science, 19,*519-26) or elections not for public offices (Gold, D., 1952).

candidates. Consequently, each candidate in such races must be characterized by his or her own personal bump in the race, and it is not possible to calculate a single "gap change" for such a race. There are various different gap changes due to changing name order, depending upon what two name orders are being compared.

### A.  Studies Analyzing Name Order Effects in General Elections in the U.S.

Many studies show that primacy effects have occurred routinely in general elections in the U.S. For example, my study of 1992 elections in the three largest counties in Ohio showed widespread primacy effects (Miller & Krosnick, 1998).[13] In the returns from 118 races, statistically significant name order effects appeared in 57 of these races, or forty-eight percent.[14] Ninety-five percent of those statistically significant effects in two-candidate races were primacy effects. The statistically significant primacy effects in these races ranged in size from .79 percentage points to 5.04 percentage points and averaged about 3 percentage points.

If no effect of name order had been present in the remaining 52% of the two-candidate races examined by Miller and Krosnick (1998), then we would expect those races to manifest a pattern such that a candidate received more votes when listed first than when listed last in about half of the races. But in fact, in seventy-eight percent of those races, the observed patterns of vote count differences were consistent with a primacy effect, whereby a candidate got more votes when listed first than when listed later. The average magnitude of the non-significant primacy effect in two candidate races was 1.14

---

[13] Miller, J. M., & Krosnick, J. A. (1998). The impact of candidate name order on election outcomes. *Public Opinion Quarterly, 62*, 291-330.

[14] This study took advantage of the fact that for decades, Ohio has implemented a procedure of rotating candidate name order across precincts. For each election, each county begins designing ballots by placing its precincts in a sequence determined by size when the precincts were created and by the dates when they were created. Then, in each race, the first precinct on the list in which the race is run displays the candidate names in alphabetical order. In the next precinct, the alphabetically first candidate is moved to the bottom of the list, and all other candidates move up one slot. In the subsequent precinct, the candidate listed first in the second precinct is moved to the bottom of the list, and all other candidates move up one slot. The procedure of rotation is carried out across all precincts in each county. As a result, all competitors in a race appear first on the ballots of approximately equal numbers of voters.

percentage points.

In the races with more than two candidates, eighty percent of the races manifested statistically significant primacy effects, and eighty-one percent of the candidates in those races with non-significant order effects also manifested trends toward primacy.

A second publication of mine described more research findings consistent with the same conclusion. In particular, Krosnick, Miller, and Tichy (2004) reported an extensive set of statistical analyses of elections held in 2000 in all counties in Ohio, North Dakota, and California, which rotated candidate names across precincts, counties, or assembly districts in some races in a way that permits scientific measurement of name order effects.[15]

In total, we calculated name order effects for 306 candidates running in 205 races, and primacy effects were again overwhelmingly prevalent. Specifically, 129 of the 170 two-candidate races (76%) manifested primacy effects, and 113 of the 136 candidates (83%) running in races with more than two candidates manifested primacy effects. Even among races that manifested non-significant name order effects, trends in the direction of primacy effects appeared, indicating that being listed first typically advantaged candidates.

Krosnick, Miller, and Tichy (2004) found that name order effects occurred in widely publicized races, in which party affiliations of candidates were listed on the ballot for highly visible offices. For example, George W. Bush received a 9.45 percentage point bump when listed first in California over when he was listed last on the California ballot, a 0.76 percentage point bump when listed first over when listed last in Ohio, and a 1.69 percentage point bump when listed first over when listed last in North Dakota. In every instance, he manifested a primacy effect. In the 2000 Presidential race, of the seven candidates running for President, across the three states, in 19 of the 21 instances, being listed first

---

[15] Krosnick, J. A., Miller, J. M., & Tichy, M. P. (2004). An unrecognized need for ballot reform: Effects of candidate name order. In A. N. Crigler & M. R. Just (Eds.), *Rethinking the vote: The politics and prospects of American election reform*. New York, NY: Oxford University Press.

got a candidate more votes. Thus, even the most publicized races discussed by thousands of news stories can manifest primacy effects.

We also saw primacy effects in highly visible Senate races. In particular, in the race for U.S. Senate in California in 2000, Diane Feinstein received 6.24 percentage points more votes when listed first than when listed last. Five of the seven candidates who ran in that race manifested primacy effects. And in the U.S. Senate race in Ohio in 2000, won by incumbent Mike DeWine, all four candidates manifested primacy effects, with an average effect of 1.07 percentage points. Again, this is evidence that these effects occur routinely, even in highly visible races and with highly visible incumbents.

A third research paper of mine, by Pasek et al. (2014), produced more evidence of primacy effects in 76 elections involving 402 candidates in California between 1976 and 2006.[16] In all of these races, candidate name order was rotated across the 80 assembly districts in the state. The number of candidates running per race ranged from two to eight and included races for U.S. President, U.S. Senator, Governor, Lieutenant Governor, Secretary of State, Attorney General, Treasurer, Controller, Insurance Commissioner, and Superintendent of Education. More than 85% of candidates received more votes when listed first.  Combining across all races and candidates, the primacy effect was statistically significant, about half a percentage point on average, and it was as large as 4.0 percentage points for individual candidates.

Two other studies analyzing election returns from some of the same races in California reached similar conclusions. Scott (1972) analyzed 1968 and 1970 elections held in California for Governor, Lieutenant Governor, U.S. Senate, and judicial seats, and observed a pronounced primacy effect.[17] More recently, Fillbrunn (2017) also found a primacy effect in general elections in California between 1995

[16] Pasek, J., Schneider, D., Krosnick, J.A., Tahk, A., Ophir, E., & Milligan C. (2014), Prevalence and moderators of the candidate name-order effect: Evidence from Statewide General Elections in California, *Public Opinion Quarterly*, *78*, 416-439.

[17] Scott, W. J., (1972). California Ballot Position Statutes: An Unconstitutional Advantage to Incumbents, *Southern California Law Review, 45*, 365-95.

and 2012.[18]

Ho and Imai (2008) analyzed a subset of the California statewide elections examined by Pasek et al. (2014) and found statistically significant primacy effects for 28 of 68 candidates they examined, with a median of 0.2 percentage points.[19] However, as Pasek et al. (2014) explained (see pp. 434-435 and Appendix F), Ho and Imai (2008) analyzed a dataset that contained errors and adopted a relatively low power approach to gauging name order effects.[20] Despite these drawbacks, their analyses revealed patterns consistent with the conclusion that primacy effects created an electoral advantage for first-listed candidates.[21]

Another paper that I authored (Chen et al., 2014) provided more evidence of primacy effects via analyses of election returns for 36 statewide races run in four election years between 2000 and 2006 in North Dakota.[22] The study revealed that candidates received more votes when listed first than when

---

[18] Fillbrunn, M., (2017). Strategic voting and ballot order effects, Unpublished manuscript, Harvard Medical School, Boston, MA.

[19] Ho, D. E., & Imai, K. (2008). Estimating causal effects of ballot order from a randomized natural experiment: The California alphabet lottery, 1978-2002. *Public Opinion Quarterly, 72*, 216-240.

[20] See, e.g., Grant, S., Perlman, M. D., & Grant, D. (2018). Testing for bias in order assignment with an application to Texas Election Ballots. Unpublished Manuscript, Seattle, WA: University of Washington. https://www.stat.washington.edu/sites/default/files/2018-07/BallotOrder_6-29-2018.pdf

[21] Ho, D. E., & Imai, K. (2006). Randomization inference with natural experiments; An analysis of ballot effects in the 2003 California recall election. *Journal of the American Statistical Association, 101*, 888-900), studied order effects in an unusual election in California in 2003, through which the governor was recalled. But their study did not involve testing precisely for name order effects per se. One hundred thirty-five candidates competed in the race, and candidate names were listed on multiple pages of the ballot and rotated across 80 assembly districts, beginning with the names in an order based on last initials sequenced according to a "random alphabet." This method did not yield full rotation of all candidate names in all possible positions, because 135 exceeded the 80. And because county ballots within assembly districts varied in the number of other races and candidates listed, the placement of gubernatorial candidates on pages of the ballot varied within assembly districts, but not randomly. Being listed on the first page of the ballot was associated with a statistically significant increase in the number of voted earned by more than 40% of the candidates, and even for the remaining candidates, the vast majority received more votes when listed on the first page than when listed later.

[22] Chen, E., Simonovits, G., Krosnick, J. A., & Pasek, J. (2014). The impact of candidate name order on election outcomes in North Dakota. *Electoral Studies, 35*, 115-122.

listed later in 80% of the races involving two candidates.[23] The average effect was 1.17 percentage points, which is statistically significantly different from zero, and the largest effect was 4.6 percentage points, in a race for Supreme Court Justice in 2000. In five races involving more than two candidates, two manifested primacy effects.

Blocksom (2008) studied name order effects in the presidential election held in Ohio in 2004 and also found evidence of primacy effects.[24] Analyzing data from more than ten thousand precincts, Blocksom found that all four candidates running for president received more votes when listed first: 1.6 percentage points for Bush, 1.1 percentage points for Kerry, .15 percentage points for Badnarik, and .01 percentage points for Peroutka.

Brockington (2003) found evidence of primacy effects in lower profile, municipal elections as well.[25] Combining across city council elections in Peoria, Illinois, in 1983, 1987, 1991, 1995, and 1999, Brockington found that first-listed candidates received statistically significantly more votes than later listed candidates.[26] These data suggest that movement of a candidate's name down the list by one position (e.g., from first to second) cost an average of about 5 percentage points of votes.

Stewart et al. (2008) analyzed races for seats in the Vermont House of Representatives in 2002, 2004, and 2006 and found evidence consistent with primacy effects in all three years.[27]

Older studies of general elections also produced evidence of primacy effects. For example,

---

[23] The process of ordering candidate names there has been done by each county. It begins by ordering the county's precincts according to their size, in descending order. Name order for each race is randomly determined in the largest precinct in each county, and then, the top name is moved to the bottom of the list in the next precinct, and this procedure is repeated until name orders have been assigned to all precincts in the county.

[24] Blocksom, D. (2008). Moderators of the Name-Order Effects: The 2004 Presidential Election in Ohio. Undergraduate Thesis, *Stanford University*, Stanford, California.

[25] Brockington, D. (2003). A low information theory of ballot position effects. *Political Behavior, 25*, 1-27.

[26] The order of candidate names on the ballot in those races was determined by the order in which the candidates filed with elections officials to run.

[27] Stewart, D., Woodward, D., Moore, K., & Khan. B.  (2008).  Ballot order effect.  Unpublished manuscript.  Burlington, VT: Vermont Legislative Resaerch Shop, University of Vermont.

Mueller (1969) studied Los Angeles County elections in 1964 and 1965 and found primacy effects in judicial races, though not in the presidential election.[28] In an election held in 1969, in which 133 candidates competed in California to be members of the Junior College Board of Trustees, Mueller (1970) found a pronounced primacy effect.[29] In races for county central committee elections in California between 1948 and 1970, Byrne and Pueschel (1974) found an advantage of being listed first on ballots over being listed second, third, or fourth (plus an advantage of being listed last).[30] And Bain and Hecock (1957) found primacy effects in general elections for State Representative in Denver (in 1950), U.S. House of Representatives in Ohio (in 1950), and City Commissioner and probate judge in Michigan (in 1951).[31]

Thus, a large set of studies has documented primacy effects in many general elections in the U.S.

## B. Studies that Yielded Unusual Findings Regarding U.S. General Elections

In only two publications did the authors offer evidence that seems not to fit with the remainder of the literature. Alvarez et al. (2006) analyzed the same error-laden dataset that Ho and Imai (2008) analyzed, but with even less statistical power, for two reasons.[32] First, Alvarez et al. (2006) examined only 8 statewide general election races run in California in 1998 (all with more than two candidates running), which considerably reduces the number of observations to be considered. Second, Alvarez et al. (2006) examined name order effects for each candidate individually, rather than combining across candidates and races to maximize power (which is needed because name rotation has been done in California across only 80 assembly districts).

---

[28] Mueller, J, E. (1969). Voting on the Propositions: Ballot Patterns and Historical Trends in California. *American Political Science Review, 63,* 1197-1212.

[29] Mueller, J. E. (1970). Choosing Among 133 Candidates. *Public Opinion Quarterly, 34,* 395-402

[30] Byrne, G. C., & Pueschel, J. K. (1974). But Who Should I Vote for County Coroner? *Journal of Politics, 36,* 778-84.

[31] Bain, H. M., & Hecock, D. S. (1957). *Ballot position and voter's choice.* Detroit, MI: Wayne State University Press.

[32] Alvarez, R. M., Sinclair, B., & Hasen, R. L. (2006). How much is enough? The 'ballot order effect' and the use of social science research in election law disputes. *Election Law Journal, 5,* 40-56.

Furthermore, the authors did not report tests of name order effects for Republican candidates, and instead of looking for continuous effects of name order, Alvarez et al. (2006) compared the votes earned by a candidate when listed in three positions: (1) first, (2) last, and (3) all other intermediate positions combined.[33] This approach overlooked the continuous name order effect that Pasek et al. (2014) discovered in California elections. And Alvarez et al. (2006) treated census tracts as their units of analysis, whereas the units should be assembly districts, because in California, name order has been rotated across assembly districts.

This investigation yielded evidence of 32 statistically significant effects indicating a candidate receiving more votes when listed earlier (what the authors refer to as primacy and anti-latency effects), in addition to 32 statistically significant instances where a candidate received more votes when listed later (what the authors call latency and anti-primacy effects). However, Alvarez et al. (2006) did not describe the magnitudes of these statistically significant name order effects and did not report exact p-values (to indicate exact levels of statistical significance), so the directions of the effects cannot be directly inspected, and the overall pattern cannot be fully judged.

Because Pasek et al.'s (2014) analysis of the same elections yielded evidence of consistent primacy effects, the Alvarez et al. (2006) conclusions should be taken with a grain of salt, to say the least. Nonetheless, Alvarez et al. (2006) did report observing dozens of statistically significant primacy effects.

Darcy (1986) found no primacy effects in his analysis of elections in two Colorado counties in 1984 for President, U.S. Senate, U.S. Congressional representative, Board of Education, Regent at Large, District Attorney, and State Representatives.[34] There is no obvious explanation for why this outlier study failed to yield evidence of the sorts of primacy effects that have been seen consistently in nearly all other

---

[33] Alvarez et al. (2016) used Seemingly Unrelated Regression, a statistical technique different from that used in other investigations, but Pasek et al. (2014) showed that this technique produces similar results to a variety of other techniques.

[34] Darcy, R. (1986). Position Effects with Party Column Ballots. *Western Political Quarterly, 39,* 648-62.

published studies.

## C. Studies Analyzing Name Order Effects in Primaries in the U.S.

Studies of primary elections have also uncovered a great deal of evidence of primacy effects. Koppell and Steen (2004), for example, studied 79 Democratic primary elections in New York City in 1998, involving races for Governor, Lieutenant Governor, Attorney General, U.S. Senator, U.S. Representative, New York State Senator, New York State Assembly Member, and Civil Court Judge, and four Democratic Party offices: Male District Leader, Female District Leader, State Committeeman, and State Committeewoman.[35] These investigators found an overwhelming prevalence of primacy effects. Being listed first gained a candidate more votes than being listed later in 92% of the 79 races examined. Of the 180 candidates running, 89% received more votes when listed first.[36] In the races for Governor, U.S. Senator, Lieutenant Governor, and Attorney General, the primacy effect was 2.3 percentage points, 1.8 percentage points, 1.6 percentage points, and 2.2 percentage points, respectively. The average primacy effect in 75 local races was 3.1 percentage points, and the largest effect was 11.4 percentage points. When examining individual candidates separately, the primacy effect averaged 3.4 percentage points, and the largest was 14.5 percentage points.

Similar findings appeared in a study that I conducted of primary elections held in New Hampshire (Krosnick, 2005).[37] Along with Professor Joanne Miller, I examined 17 races held there for Governor, U.S. Senate, and U.S. House of Representatives. Of the 51 candidates analyzed, 37% showed statistically significant order effects. One hundred percent of the significant name order effects in two-candidate races were primacy effects, ranging in size from 2.27 percentage points to 7.73 percentage points, averaging 4.03 percentage points. Furthermore 100% of the non-significant differences were in the

---

[35] Koppel, J. G. S., & Steen, J. A. (2004). The effects of ballot position on election outcomes. *Journal of Politics, 66*, 267–281.

[36] Name order was rotated from precinct to precinct.

[37] Krosnick, J. A. (2005). A report on the effects of name order on vote percentages for candidates in the 2000, 2002, and 2004 Democratic and Republication New Hampshire primaries. Unpublished manuscript. Stanford, CA: Stanford University.

direction of primacy effects for the two-candidate races.

Thirty-one percent of the races with more than two candidates manifested statistically significant name order effects, all of which were primacy effects. The effects ranged in size from .51 percentage points to 9.05 percentage points and averaged 3.06 percentage points. And in the races with more than two candidates in which a name order effect was not statistically significant, 95% of the differences were in the direction of primacy, averaging 1.67 percentage points.

Grant (2017) found a primacy effect in every one of the 24 Democratic and Republican primary and runoff elections in Texas in 2014, where name order was randomized within each county.[38] The same sort of advantage of being listed first in primaries was documented by Brooks (1921) in a 1920 primary election in Pennsylvania.[39] And White (1950) found a very strong primacy effect in the 1948 Republican primary for a seat in the Ohio Senate.[40]

Edwards (2015) studied primary elections for the U.S. Congress between 1979 and 2012 and State Legislatures between 1967 and 2010.[41] By comparing elections in which candidates were listed alphabetically by name versus those in which candidates were listed by random assignment or rotation, he found a statistically significant advantage for candidates listed first.

In 2008, Ho and Imai (2008) analyzed a set of California primaries and found that 74 of 128 candidates manifested statistically significant primacy effects, with a median of 1.6 percentage points.

Brockington (2003) studied primaries for municipal city council elections in Peoria, Illinois, in 1983, 1987, 1991, 1995, and 1999 and also came to the same conclusion regarding primacy effects.[42] As noted above, the order of candidate names on the ballot in those races was determined by the order in

---

[38] Grant, D. (2017). The ballot order effect is huge: Evidence from Texas. *Public Choice, 172*, 421-442.
[39] Brooks, R. C. (1921). Voters' Vagaries. *National Municipal Review, 10*, 161-65.
[40] White, H. (1950). Voters Plump for First on List. *National Municipal Review, 39*, 110-111.
[41] Edwards, B. (2015). Alphabetically ordered ballots make elections less fair and distort the composition of legislatures. *Democratic Audit UK, 16*, http://www.democraticaudit.com/2015/06/16/alphabetically-ordered-ballots-make-elections-less-fair-and-distort-the-composition-of-legislatures.
[42] Brockington, D. (2003). A low information theory of ballot position effects. *Political Behavior, 25*, 1-27.

which the candidates filed with elections officials to run. Combining across many primary elections, Brockington found that first-listed candidates received statistically significantly more votes than later listed candidates. Movement of a candidate's name down the list by one position (e.g., from first to second) cost an average of about 2 percentage points.

And Bain and Hecock (1957) found primacy effects in primaries for State Senator in Ohio (in 1948), and for U.S. House of Representatives, State Senate, Lieutenant Governor, U.S. Senate, County Clerk, Drain Commissioner, State Representative, and Governor in Michigan (in 1952).[43]

Only one paper reported tests that failed to turn up evidence of primacy effects in primary elections for members of the Board of Trustees of the Los Angeles Community Colleges.[44]

## D. Study of Name Order Effects in the 2016 U.S. Presidential Election

I recently completed an investigation of name order effects in the 2016 U.S. Presidential race in New Hampshire, and the results are in line with those described above.[45] In New Hampshire, party column ballots were used, in which all candidates from a party appear in a single column, with each row listing a separate race. The order of the party columns was rotated across the approximately 300 townships in the state, thus placing each candidate first in about an equal number of townships. A statistical analysis of each township controlling for partisanship revealed that Hillary Clinton received 1.5 percentage points more votes when listed first than when listed later (p=.04, one-tailed), and Donald Trump received 1.7 percentage points more votes when listed first than when listed later (p=.03, one-tailed).

## E. Studies of Name Order Effects Abroad

---

[43] Bain, H. M., & Hecock, D. S. (1957). *Ballot position and voter's choice*. Detroit, MI: Wayne State University Press.

[44] Nakanishi, M., Cooper, L. G., & Kassarjian, H. H. (1974). Voting for a political candidate under conditions of minimal information. *Journal of Consumer Research*, *1(2)*, 36-43.

[45] MacInnis, B., Miller, J., Krosnick, J. A., Lindner, M., & Below, C. (2019). Candidate name order effects in New Hampshire elections. Unpublished report being drafted, Stanford University, Stanford, California.

Evidence of name order effects also comes from studies done in countries other than the U.S. For example, primacy effects have been documented in elections in Australia[46], the United Kingdom[47],

---

[46] King, A., & Leigh, A. (2009). Are ballot order effect homogeneous? *Social Science Quarterly, 90*, 71-87; Hughes, C. A. (1970). Alphabetic advantage in the house of representatives. *Australian Quarterly, 42*, 24-29; Kelley, J., & McAllister, I. (1984). Ballot paper cues and the vote in Australia and Britain: Alphabetic voting, sex, and title. *Public Opinion Quarterly, 48*, 452-466; Masterman, C. J. (1964). The Effect of the 'Donkey Vote' on the House of Representatives. *Australian Journal of Politics and History, 10*, 221-25.  Hosenally, M., & Auchoybur, N. Effect of alphabetical ballot ordering on voting behaviour: The case of Mauritius. *Australian Journal of Commerce Study.* http://www.academia.edu/8718680/Effect_of_Alphabetical_Ballot_Ordering_on_Voting_Behaviour_The_Case_of_Mauritius

[47] Bagley, C. R. (1966). Does Candidates' Position on the Ballot Paper Influence Voters' Choice? -- A Study of the 1959 and 1964 British General Elections. *Parliamentary Affairs, 74*, 162-74; Brook, D., & Upton, G. J. G. (1974). Biases in Local Government Elections Due to Position on the Ballot Paper. *Applied Statistics, 23*, 414-19; Upton, G. J. G., & Brook, D. (1974). The Importance of Positional Voting Bias in British Elections. *Political Studies, 22* 178-90; Upton, G. J. G., & Brook, D. (1975). The Determination of the Optimum Position on a Ballot Paper. *Applied Statistics, 24* 279-87. Badawood, D. & Wood, J. (2012). Effects of candidate position on ballot papers: Exploratory visualization of voter choice in the London local council elections 2010. Paper presented at the Geographic Information Science Research UK 19th Annual Conference (GISRUK 2011), 27 - 29 Apr 2011, University of Portsmouth, Portsmouth, UK.  Only one U.K. study found no primacy effects: Kelley, J., & McAllister, I. (1984). Ballot paper cues and the vote in Australia and Britain: Alphabetic voting, sex, and title. *Public Opinion Quarterly, 48*, 452-466).

Ireland[48], Colombia[49], Denmark[50], Belgium[51], Germany[52], Greece[53], Chile[54], Japan[55], Ireland[56], Malta[57],

---

[48]Robson, C., & Walsh, B. (1974). The Importance of Positional Voting Bias in the Irish General Election of 1973. *Political Studies, 22,* 191-203. Reidy, T., & Buckley, F. (2015). Ballot paper design: Evidence from an experimental study at the 2009 local elections. *Irish Political Studies, 30,* 619-640 found evidence of statistically significant primacy effects in experiments run near polling places during local elections in Ireland.

[49]Gulzar, S., & Ruiz, N. A. (2018). Ballot order effects and party responses: Evidence from lotteries in Colombia. Unpublished manuscript, Stanford University, Stanford, California

[50] Blom-Hansen, J., Elkit, J., Serritzlew, S., & Villadsen, L. R. (2016). Ballot position and election results: Evidence from a natural experiment. *Electoral Studies, 44,* 172-183.

[51] Geys, B., & Heyndels, B. (2003). Ballot layout effects in the 1995 elections of the Brussels government. *Public Choice, 116,* 147-164. Geys, B., & Heyndels, B. (2003). Influence of 'cognitive sophistication' on ballot layout effects. *Acta Politica*, *38*(4), 295-311. van Erkel, P. F., & Thijssen, P. (2016). The first one wins: Distilling the primacy effect. *Electoral Studies*, *44,* 245-254.

[52] Faas, T., & Schoen, H. (2006). The importance of bring first: Effects of candidates' list positions in the 2003 Bavarian state election. *Electoral Studies, 25,* 91-102. Däubler, T., & Rudolph, L. (in press). Cue-taking, satisficing, or both? Quasi-experimental evidence for ballot position effects. *Political Behavior*.

[53] Abakoumkin, G. (2011). Forming choice preferences the easy way: Order and familiarity effects in elections. *Journal of Applied Social Psychology, 41*, 2689 – 2707. Augenblick, N. & Nicholson, S. (2016). Ballot position, choice fatigue, and voter behaviour. *Review of Economic Studies*, 83, 460–480.

[54] Quiroga, M. M., & Becerra, A. (2018). The effect of the position of the candidate on the voting card. The case of the Chilean local elections of 2008 and 2012. *Colombia Internacional, (96),* 29-55.

[55] Fukomoto, K. (2018). The effect of candidate list position on vote share: Improving internal and external validity. Paper Presented at the 1st Annual Meeting of the Japanese Society for Quantitative Political Science, January 8–9, 2018, and the 5th Asian Political Methodology Meeting, Seoul National University, January 11–12, 2018.

[56] Regan, John (2012). Ballot order effects: An analysis of Irish general elections, Working Paper Series, UCD Centre for Economic Research, No. 12/16.

[57] Ortega Villodres, C. (2008). Gender and party duopoly in a small state: Ballot position effects under the single transferable vote in Malta, 1947–2008. *South European Society and Politics*, 13(4), 435-456.

the Czech Republic[58], Poland[59], Slovakia[60], Spain[61], the Netherlands[62], Switzerland[63], and Canada[64].

Only Hansen and Olsen (2014) failed to find primacy effects, in Afghanistan.[65]

## F. Other Scientists' Conclusions in Their Own Words

When examining their own evidence and the larger literature on this topic, numerous other social scientists have reached the same conclusions that I have about the prevalence of primacy effects in elections.

> Bakker and Lijphart (1980): "Politicians and political scientists have long known that there is a slight tendency among voters to prefer candidates whose names appear at the top of the ballot compared with lower-placed candidates, and hence that *ceteris paribus* the former have a somewhat better chance of being elected than the latter."[66]

> Beazley (2013): "Legislators show by their behavior—both in the laws that they enact and the way that they run for office—that they believe in the existence of at least one kind of position-influenced vote: primacy effect votes."[67]

> Abakoumkin (2011): "Primacy effects were observed in this study almost consistently … candidates who were listed earlier on the voting sheets had an advantage over candidates who

---

[58] Jurajda, Š., & Münich, D. (2015). Candidate ballot information and election outcomes: the Czech case. Post-Soviet Affairs, 31(5), 448-469.  Marcinkiewicz, K., & Stegmaier, M. (2015). Ballot position effects under compulsory and optional preferential-list PR electoral systems. *Political Behavior*, 37(2), 465-486.

[59] Marcinkiewicz, K., & Stegmaier, M. (2015). Ballot position effects under compulsory and optional preferential-list PR electoral systems. *Political Behavior*, 37(2), 465-486.

[60] Spac, P. (2016). The role of ballot ranking: Preferential voting in a nationwide constituency in Slovakia. *East European Politics and Societies and Cultures, 30*, 644-663.

[61] Lijphart, A., & Pintor, R. L. (1988). Alphabetic bias in partisan elections: Patterns of voting for the Spanish senate, 1982 and 1986. *Electoral Studies, 7*, 225-31.  Bagues, M., & Esteve-Volart, B. (2011) The effect of ballot order: Evidence from the Spanish Senate. Unpublished manuscript, Universidad Carlos III and FEDEA, Madrid, Spain.

[62] Bakker, E. A., & Lijphart, A. (1980). A Crucial test of alphabetic voting: the election at the University of Leiden, 1973-1978. *British Journal of Political Science, 10*, 521-25.

[63] Lutz, G. (2010). First come, first served: The effect of ballot position on electoral success in open list PR elections. *Representation*, 46(2), 167-181.

[64] Tessier, C., & Blanchet, A. (2018). Ballot Order in Clueless Elections: A Comparison of Municipal and Provincial Elections in Quebec. *Canadian Journal of Political Science, 51*, 83-102.

[65] Hansen, B. T., & Olsen, A. L. (2014). Order in chaos: Ballot order effects in a post-conflict election? *Research and Politics*, October-December 2014, 1-4.

[66] Bakker, E. A., & Lijphart, A. (1980). A crucial test of alphabetic voting: the election at the University of Leiden, 1973-1978. *British Journal of Political Science, 10*, 521-25, p. 521.

[67] Beazley, M. B. (2013). Ballot design as fail-safe: An ounce of rotation is worth a pound of litigation. *Election Law Journal*, *12(1)*, 18-52, p. 26-27.

were listed later."[68]

Bagues and Esteve-Volart (2011): "Ample evidence from many countries suggests that being placed at the top of the ballot increases the share of votes received."[69]

Däubler and Rudolph (in press): "Candidates near the top of a ballot paper and particularly in the first position receive more votes than candidates listed further down."[70]

Däubler and Rudolph (in press): "We find clear evidence for considerable ballot position effects … moving from rank two to rank one implies a more than fourfold increase in vote share."[71]

Edwards (2014): "The vast majority of applied works find that some small percentage of votes is determined by ballot position and this windfall largely goes to the first-listed candidate."[72]

Badawood and Wood (2012): "The order of placement of the names of candidates acts to bias voters towards those whose names are towards the top of the ballot paper."[73]

Marcinkiewicz and Stegmaier (2015): "The bonus for candidates placed at the top of the ballot has been well-documented."[74]

Regan (2012): "There is a significant advantage to be located near the top of the ballot paper."[75]

Jurajda and Münich (2015): "Slates ordered within the first three positions on ballot paper enjoy higher shares of council seats won in both regional and large-municipality election contests."[76]

Lutz (2010: "Being listed first on the ballot has a double advantage to attract more preference

[68] Abakoumkin, G. (2011). Forming choice preferences the easy way: Order and familiarity effects in elections. *Journal of Applied Social Psychology*, *41(11)*, 2689-2707, p. 2698.

[69] Bagues, M., & Esteve-Volart, B. (2011). The effect of ballot order: Evidence from the Spanish Senate. Unpublished manuscript, Universidad Carlos III and FEDEA, Madrid, Spain, p. 2.

[70] Däubler, T., & Rudolph, L. (in press). Cue-taking, satisficing, or both? Quasi-experimental evidence for ballot position effects. *Political Behavior*, p. 2.

[71] Däubler, T., & Rudolph, L. (in press). Cue-taking, satisficing, or both? Quasi-experimental evidence for ballot position effects. *Political Behavior*, p. 3-4.

[72] Edwards, B.C. (2014). Race, ethnicity, and alphabetically ordered ballots. *Election Law Journal*, *13(3)*, 394-404, p. 395.

[73] Badawood, D. & Wood, J. (2012). Effects of candidate position on ballot papers: Exploratory visualization of voter choice in the London local council elections 2010. Paper presented at the Geographic Information Science Research UK 19th Annual Conference (GISRUK 2011), 27 - 29 Apr 2011, University of Portsmouth, Portsmouth, UK.

[74] Marcinkiewicz, K., & Stegmaier, M. (2015). Ballot position effects under compulsory and optional preferential-list pr electoral systems. *Political Behavior*, *37*, 465-486, p. 473.

[75] Regan, John (2012). Ballot order effects: An analysis of Irish general elections, Working Paper Series, UCD Centre for Economic Research, No. 12/16.

[76] Jurajda, Š., & Münich, D. (2015). Candidate ballot information and election outcomes: the Czech case. Post-Soviet Affairs, 31(5), 448-469.

votes."[77]

van Erkel and Thijssen (2016): "During elections, a name-order effect takes place, meaning that the first candidate on the ballot list disproportionally benefits from this position."[78]

Ortega Villodres (2008): "Being listed first on the ballot is a distinct electoral advantage."[79]

Lijphart and Pintor (1988): "The phenomenon of positional bias - that it is to a candidate's advantage to be first or as high as possible on the ballot - has been known for a long time"[80]

Scott (1972): "Previous studies of ballot position effect have yielded almost unanimous results: all other factors being equal, the name appearing first in a list of candidates attracts a larger than random share of the vote."[81]

## G.  Meta-Analysis of Studies of Name Order Effects

To summarize this entire literature quantitatively, I took an approach much like the technique called "meta-analysis," which involves gathering up a comprehensive set of literature on a topic and quantitatively evaluating the results of the studies.[82]  To do so, I reviewed all tests of name order effects in the publications cited in Sections A through E, examining primary, general, and special elections for government offices in the United States and abroad, and counted the number of unique tests that revealed primacy effects, recency effects, and other patterns. [83] In total, 1,086 tests of name order effects were reported with sufficient detail to permit counting.

84% of the available tests manifested differences in the direction of primacy, a statistically significant pattern, suggesting that this near unanimity is not the result of chance alone (p < .000001).

---

[77] Lutz, G. (2010). First come, first served: the effect of ballot position on electoral success in open list PR elections. *Representation*, *46*(2), 167-181.

[78] van Erkel, P. F. A., & Thijssen, P. (2016). The first one wins: Distilling the primacy effect. *Electoral Studies*, *44*, 245–254, p. 246

[79] Ortega Villodres, C. (2008). Gender and party duopoly in a small state: Ballot position effects under the single transferable vote in Malta, 1947–2008. *South European Society and Politics*, 13(4), 435-456.

[80] Lijphart, A., & Pintor, R. L. (1988). Alphabetic bias in partisan elections: Patterns of voting for the Spanish Senate, 1982 and 1986. *Electoral Studies*, *7 (3)*, 225-231, p. 225.

[81] Scott, W. J. (1972). California ballot position statutes: An unconstitutional advantage to incumbents. *Southern California Law Review*, *45 (2)*, 365-395, p. 366.

[82] Cooper, H. & Hedges, L.V. (1994). *The Handbook of Research Synthesis*. New York: Russell Sage.

[83] If an election was studied in multiple publications, the publication conveying the greater number of effects was used.

Only 12% of the differences were in the direction of a recency effect.

When focusing only on the reported differences that were each subjected to tests of statistical significance in the original publications (1,061 instances total), 40% of the observed differences were significant and in the direction of primacy effects, 45% were not significant but in the direction of primacy, 2% were significant and in the direction of recency, and 10% were not significant but in the direction of recency. Another 2% were "other" effects, and 1% showed zero effect.  Put differently, of the 1,061 instances in which statistical significance was tested, 91% of the significant name order effects were in the direction of primacy, and only 4% were in the direction of recency (with 5% representing other effects).[84]

These numbers should come as no surprise in light of the prior review of the individual studies documenting an overwhelming prevalence of primacy effects in past assessments.

### H. Studies Demonstrating Primacy Effects in Choices and Behaviors Other Than Voting

Many studies have examined order effects on choices and behaviors other than voting and have consistently documented that a notable percentage of people manifest bias toward selecting the first option presented to them when a set of options is presented visually, as is true for candidate names on

---

[84] Some researchers might be tempted to hesitate about counting the number of statistically significant results in such an accounting, because they think that doing so might cause a "Type I error," which is concluding that primacy effects are real when they are in fact not real.  This can, in theory, occur because each observed effect of name order has a 5 percent chance of having a p-value less than .05 by chance alone.  The more significance tests a researcher concludes, the greater the possibility that one of those tests will be statistically significant (i.e., less than .05) when there is no name order effect.  Of course, the p-value of the sign test reported above shows that the probability of obtaining the observed data pattern by chance alone is miniscule.  Some researchers might be tempted to adjust the p-values here to take into account the fact that multiple tests have been conducted.  But they would be wrong.  As Armstrong (Armstrong, R. A. (2014). When to use the Bonferroni correction. *Ophthalmic Physiology*, *34*, 502 – 508) explained, adjusting p-values for this reason "is a conservative procedure" that likely causes "real" effects to be undetected.  And as O'Keefe (O'Keefe, D. J. (2003). Colloquy: Should familywise alpha be adjusted? Against familywise alpha adjustment. *Human Communication Research*, *29(3)*, 431–447) said, "adjusting the [p-value] because of the number of tests conducted in a given study has no principled basis, commits one to absurd beliefs and policies, and reduces statistical power. The practice of requiring or employing such adjustments should be abandoned."  Therefore, I made no such adjustments.

election ballots.

For example, choosing a candidate from among an array listed on the ballot is similar in some ways to choosing a consumer product from among the many competing brands offered in a taste test or on a store shelf, and studies of order effects in these settings show that people are inclined to choose the first item presented to them.[85]

Nearly two dozen scientific studies of order effects in questions have been published in scientific journals. In these studies, respondents were shown the response options on paper or a computer screen (paralleling the visual presentation of candidate names in voting booths).[86] Different respondents were

---

[85] *See, e.g.,* Coney, K. A. (1977). Order-bias: The special case of letter preference. *Public Opinion Quarterly, 41*, 385-388; Dean, M. L. (1982). Alphabetic notation bias in blind test research. *The Journal of Psychology, 111*, 269-271; Mantonakis A., Rodero P., Lesschaeve I. & Hastie R. (2009). Order in choice: Effects of serial position on preferences. *Psychological Science, 20*, 1309–1312.

[86] *See, e.g.,* Ayidiya, S. A., & McClendon, M. J. (1990). Response effects in mail surveys. *Public Opinion Quarterly, 54,* 229-47; Becker, S.L. (1954). Why an order effect. *Public Opinion Quarterly, 18,* 271-78; Bishop G. F., Hippler H. J., Schwarz N., & Strack F. (1988). A comparison of response effects in self-administered and telephone surveys. *In Telephone Survey Methodology,* ed. Groves, R. M., Biemer, P. P., Lyberg, L. E., Massey, J.T., Nicholls II, W. L., & Waksberg, J., pp. 321-34, New York; Wiley Campbell, D. P., & Sorenson, W. W. (1963). Response set on interest inventory triads. *Educational and Psychological Measurement, 13*, 145-152; Campbell, D. T., & Mohr, P. J. (1950). The effect of ordinal position upon responses to items in a checklist, *Journal of Applied Psychology, 34*, 62-67; Cochrane, R., & Rokeach, M. (1970). Rokeach's value survey: A methodological note. *Journal of Experimental Research in Personality, 4*, 159-161; Coney, K. A. (1977). Order-bias: The special case of letter preference. *Public Opinion Quarterly, 41*, 385-388; Dean, M. L. (1982). Alphabetic notation bias in blind test research. *The Journal of Psychology, 111*, 269-271; Dillman, D. A., Brown, T. L., Carlson, J. E., Carpenter, E. H., Lorenze, F. O., Mason, R., Saltiel, J., & Sangster, R. L. (1995), Effects of category order on answers in mail and telephone surveys, *Rural Sociology, 60*, 674-687; Greenstein, T. & Bennett, R. R. (1974). Order effects in Rokeach's value survey, *Journal of Research in Personality, 8*, 393-396; Holbrook, A. L., Krosnick, J. A., Carson, R. T., & Mitchell, R. C. (2000). Violating conversational conventions disrupts cognitive processing of attitude questions, *Journal of Experimental Social Psychology, 36*, 465-494; Israel, G. D., & Taylor C. L. (1990). Can response order bias evaluations? *Evaluation and Program Planning 13*, 365-71; Krosnick, J. A., & Alwin, D. F. (1987). An evaluation of a cognitive theory of response order effects in survey measurement, *Public Opinion Quarterly, 51*, 201-219; Market Facts, Inc. (n.d.), An examination of order bias. *Research on Research, 1*, Arlington Heights, IL: Market Facts; Mathews, C. O. (1927). The effect of position of printed response words upon children's answers to questions in two-response types of tests. *Journal of Educational Psychology, 18*, 445-457; Ring, E. (1974), Wie man bei listenfragen einflusse der reihenfolge ausschalten kann. *Psychologie und Praxis*, 105-113; Ring, E. (1975). Experimental evidence demonstrates how it is possible to eliminate the serial position effect: Asymmetrical rotation. *European Research,* May 1975, 111-119; Schwarz, N., Hippler, H. J., & Noelle-Neumann, E. (1992). A cognitive model of response-

offered sets of answer choices in different orders, and the investigators assessed whether order of presentation affected the choices people made among the options. Taken together, these studies reported 49 tests of response option order effects, and 40 of the tests (82%) showed that an option was selected more often when presented first than when presented later in a list of choices.

Furthermore, when students take multiple-choice knowledge tests, they are biased toward selecting answers offered early in a list, so they tend to answer items correctly more often when the correct answer is listed first than when it is listed last.[87] When people are told that an experimenter will imagine a series of questions and they should guess which of a set of printed response choices is the correct answer, people tend to select the first ones listed.[88]

In light of this sort of evidence about primacy effects occurring under conditions of visual presentation of choice options, it is not surprising that the studies of voting almost universally have found similar primacy effects. If anything, it would be surprising if we did not observe primacy effects in the political arena.

---

order effects in survey measurement. *In Context Effects in Social and Psychological Research*, ed. Schwarz, N., & Sudman, S. New York: Springer-Verlag; Schwarz, N., Hippler, H., & Noelle-Newmann, E. (1994). A cognitive model of response-order effects in survey measurement. In Schwarz, N. & Sudman, S. (Eds.). Context effects in social and psychological research (pp. 189-201). New York: Springer-Verlag; Sigleman, C.K. & Budd, E.C. (1986). Pictures as an aid in questioning mentally retarded persons. *Rehabilitation Counseling Bulletin, 29*, 173-181; Wagner, E. E. & Binning, J. F. (1978). Use of cautionary instructions for eliminating position error in ranking. *Perceptual and Motor Skills, 46*, 976-978; Wagner, E. E. & Hoover, T. O. (1974a). The influence of technical knowledge on position error in ranking. *Journal of Applied Psychology, 59*, 406-407; Wagner, E. E., & Hoover, T. O. (1974b). Effect of terminal ranking error on meaningful occupational choice. *Journal of Applied Psychology, 59*, No. 2, 247-248; Wagner, E. E., & Hoover, T. O. (1974c). The effect of serial position on ranking error. *Educational and Psychological Measurement, 34*, 289-293.

[87] Cronbach, L. J. (1950). Further Evidence on Response Sets and Test Design. *Educational and Psychological Measurement, 10*, 3-31; Mathews, C. O. (1927). The Effect of Position of Printed Response Words Upon Children's Answers to Questions in Two-Response Types of Tests. *Journal of Educational Psychology, 18*, 445-457.

[88] Berg, I. A., & Rapaport, G. M. (1954). Response Bias in an Unstructured Questionnaire. *Journal of Psychology, 38,* 475-481.

## V. Why Name Order Effects Occur in Elections

Psychological theory suggests two possible explanations for name order effects in elections. One theory involves the tremendous burden levied on voters in the context of American democracy, where people may feel that being a "good and responsible democratic citizen" requires them not only to go to the polls but also to cast votes in <u>all</u> listed races, even when they know only a little about the candidates or have not made a firm choice among them before entering the voting booth. In these circumstances, the order of candidate names on the ballot constitutes a "nudge" in the direction of the first-listed candidate.

In California, for example, citizens have routinely been asked to vote on a dozen ballot issues on topics ranging from insurance reforms, to tort claims, to school funding, to the confidentiality of AIDS tests.[89] And in all states, voters have sometimes been asked to make choices in well over two dozen races, ranging from high visibility contests to races for offices so obscure that many voters probably could not describe the job responsibilities associated with them. In 1911, for instance, Cleveland, Ohio, voters were confronted with 74 candidates for city offices, 12 candidates for Board of Education, 14 candidates for Municipal Court Judges, and 32 candidates for Constitutional Convention.[90] Eighty years later, in 1992, Cleveland voters were asked to cast ballots in over 40 county and statewide races, plus a number of district-wide races.

Because races for highly visible offices (e.g., for U. S. President and U.S. Senate) receive a great deal of news media attention, often involve well-known incumbents, and usually involve explicit endorsements of candidates by political parties, voters who wish to make substance-based choices can do so in principle. But in many contests, candidates did not take clear and divergent stands on specific

---

[89] Allswang, J. M. (1991). *California Initiatives and Referendums 1912-1990*. California: California Direct Democracy Project; Beck, P. A. (1997). *Party Politics in America*. New York: Longman, (p. 250).
[90] Davies, P. J. (1992). *Elections USA*. New York: Manchester University Press.

policy issues,[91] and media coverage of such contests has often focused on the horserace rather than on the candidates' records and policy positions.[92] The cognitive demands of sifting through lots of such media coverage and extracting useful, substantive information about candidates' positions may therefore be so substantial as to outstrip some voters' incentives to do the work.[93] Much research suggests that under such circumstances, many citizens rely on only a small subset of substantive information to make such vote choices, pursing what Popkin called "low information rationality."[94]

Media coverage of races for less visible offices (e.g., Attorney General, Auditor, Judge, Sheriff, Coroner, and Board of Education) has often been much more limited, making it even more difficult for voters to make choices based upon substance.[95] People pursuing low information rationality can sometimes rely on cues, such as party affiliation, which can help them identify candidates with whom they are likely to agree on policy issues.[96] But party affiliations are often not listed on the ballot for the very races that receive the least media coverage.

Alternatively, people can rely upon name recognition: the candidate whose name sparks a stronger sense of familiarity is most likely to be the incumbent, who by virtue of his or her presumed experience may be considered the safer choice.[97] But because holders of low-visibility offices probably get very little media attention during their tenures, voters may only rarely recognize their names.

---

[91] Berelson, B., Lazarsfeld, P., & McPhee, W. (1954). Voting: A Study of Opinion Formation in a Presidential Campaign. Chicago: University of Chicago Press; Page, B. (1978). Choices and Echoes in Presidential Elections. Chicago: University of Chicago Press.

[92] Patterson, T. E. (1994). *Out of Order*. New York: Vintage Books.

[93] Downs, A. (1957). *An Economic Theory of Democracy*. NY: Harper.

[94] Popkin, S. (1991). The Reasoning Voter: Communication and Persuasion in Presidential Campaigns. Chicago: University of Chicago Press.

[95] Graber, D. (1991). The Mass Media and Election Campaigns in the United States of America. In *Media, Elections and Democracy*, ed. Fletcher, F.J. Toronto, Dundurn Press.

[96] Campbell, A., Converse, P.E., Miller, W.E., & Stokes, D.E. (1960). *The American Voter*. New York: Wiley, J.; Miller, W. E., & Shanks, J.M. (1996). *The New American Voter*. Cambridge, MA: Harvard University Press.

[97] Jacobson, G. C. (1987). *The Political of Congressional Elections*. Boston, MA: Little, Brown, and Company; Mann, T. E., & Wolfinger, R.E. (1980). Candidates and Parties in Congressional Elections. *American Political Science Review, 74*, 617-632.

What do people do when no such cues are present at all to guide their choices? In some years, large numbers of people have gone to the polls to vote in a few highly visible contests, yet they were asked to vote in less publicized races. The higher roll-off rates typical of such races presumably reflect some voters' choices to abstain because they lack sufficient knowledge.[98]

Another psychological theory proposes that confirmatory bias will cause a primacy. When evaluating a set of choices to select one of them, people usually begin a search of memory for information about each object by looking for reasons to select it, rather than reasons not to select it.[99] So when considering a list of political candidates, voters may first search memory primarily for reasons to vote for each contender rather than reasons to vote against him or her. And when working through a list of candidates, people may think less and less about each subsequent alternative, because they become increasingly fatigued, and short-term memory becomes increasingly clogged with thoughts. Therefore, people may be more likely to generate supportive thoughts about candidates listed initially and less likely to do so for later-listed candidates, biasing them toward voting for the former.

In theory, people attempting to retrieve reasons to vote for a candidate may occasionally fail completely, retrieving instead only reasons to vote against him or her. If this happens for all candidates in a given race, cognitive fatigue and short-term memory congestion would presumably bias a citizen toward generating more reasons to vote against the first-listed candidate than reasons to vote against later-listed candidates. This would induce a recency effect, which is a bias toward selecting candidates listed last.[100] But as explained above, recency effects have almost never been observed in studies of

---

[98] Burnham, W. D. (1965). The Changing Shape of the American Political Universe. *American Political Science Review, 59,* 7-28; Robinson, J. A., & Standing, W. H. (1960). Some Correlates of Voter Participation: The Case of Indiana. *Journal of Politics, 22,* 96-111; Vanderleeuw, J. W. & Engstrom, R. L. (1987). Race, Referendums, and Roll-off. *Journal of Politics, 49,* 1081-92.

[99] Klayman, J. & Ha, Y. (1987). Confirmation, Disconfirmation, and Information in Hypothesis-Testing. *Psychological Review, 94*, 211-228; Koriat, A., Lichtenstein, S., & Fischhoff, B. (1980). Reasons for Confidence. *Journal of Experimental Psychology: Human Learning and Memory, 6,* 107-118.

[100] Schwarz, N., Hippler, H. J., & Noelle-Neumann, E. (1992). A Cognitive Model of Response Order Effects in Survey Measurement. In *Autobiographical Memory and the Validity of Retrospective Reports*,

voting.

Name order might also influence the votes cast by people who have no information at all about the candidates in a race but nonetheless feel compelled to vote in all races in order to be "good citizens." According to Simon (1957), people are inclined to settle for the first acceptable solution to a problem they confront, especially when they perceive that the costs of making a mistake will be minimal.[101] Therefore, if a citizen feels compelled to vote in races regarding which he or she has no substantive basis for choice at all, he or she may simply settle for the first name listed, because no reason is apparent suggesting that the candidate is unacceptable.

All of the above logic can be thought of as attributing name order effects to "information deficit." But name order effects might also occur under very different conditions: when voters are very well informed. Ambivalence towards candidates is not uncommon. For example, one study suggested that about 30% of the electorate hold ambivalent attitudes toward the major American political parties (Basinger & Lavine, 2005). As would be expected, more ambivalent citizens take longer to crystalize their preferences (Lavine, 2001). Consider a voter who has devoted great effort to learning about candidates competing for President of the United States and has discovered an array of reasons to vote for and against each one. When he or she finally walks into a voting booth, making a choice between the candidates might be very difficult, because their pros and cons nearly balance out. As a result, when under pressure to make a choice and move on with life, name order might again constitute a nudge, yielding a bias toward the first-listed name. Thus, name order effects might occur due to ambivalence, even when voters have access to lots of information about the candidates and even when party affiliations are specifically listed for each candidate. I refer to this as the "ambivalence" explanation.

Thus, there is abundant theoretical justification for the hypothesis that the order of candidates'

ed. Schwarz, N. & Sudman, S. New York: Springer-Verlag; Sudman, S., Bradburn, N. M., & Schwarz, N. (1996). *Thinking About Answers: The Application of Cognitive Processes to Survey Methodology*. San Francisco: Jossey-Bass.
[101] Simon, H. (1957). *Models of Man*. New York: Wiley.

names on ballots may influence voters' choices in some races.  And this expectation is consistent with the abundant scientific evidence that the order in which choices are presented to people often influences their selections.  Thus, it would be surprising if such ubiquitous order effects did not occur in voting.

## VI. When Name Order Effects Are Expected to Occur

Based upon the information deficit explanation and the ambivalence explanation, it is possible to derive a series of predictions about when name order effects may be greatest in elections. For primacy effects to occur, some voters must find themselves unable, unwilling, ambivalent about, too overwhelmed to, or simply uninterested in reaching an optimal, unbiased decision. Given the amount of preparation necessary to make a truly optimal vote choice, a large number of citizens may not have fully considered all the candidates for all elected offices by Election Day, but order effects will not necessarily be expected among all such individuals.

In this section, I discuss various hypotheses about when we might expect to see a greater primacy effect; the following section sets forth the research confirming these hypotheses. Notably, although the primacy effect may be amplified under certain circumstances, the research discussed above indicates being listed first on a ballot confers a meaningful, statistically significant advantage in elections in a wide array of contexts of circumstances.

Individuals heading to the polls seem more likely to have considered candidates for high profile contests – such as those for President or Governor – than those for lower profile contests – such as insurance commissioner. High-profile contests tend to receive more news coverage than low profile contests,[102] are more frequently the topic of interpersonal discussions, and involve considerably more contact with voters than do low profile contests, which should lead to more motivated voting for these

---

[102] Kahn, K. F. (1991). Senate elections in the news: Examining campaign coverage. *Legislative Studies Quarterly, 16,* 349-374.

contests.[103] Since high- and low-profile contests often occur in the same elections, voters in these contests will not be differentially likely to appear at the polls, so we might therefore expect a larger name order effect in low profile contests than in high profile contests.

Voter turnout will most likely be driven by high profile contests. Hence, in years where voter turnout is higher, we might expect additional turnout to reflect a greater motivation to vote in high profile contests.[104] But these additional voters may not have fully considered lower profile races (indeed, they may not have entered at all into the decision of whether or not to head to the polls). Given that they have already decided to vote, the costs associated with selecting a candidate in a low-profile contest are likely to be relatively low. Individuals who have not done the necessary research and yet have decided to vote anyway may be more influenced by the ordering of candidates' names for low profile contests when turnout is relatively high.

When one candidate is likely to beat the others by a large margin, voters may have little incentive to carefully consider and cast their votes. In contrast, for close contests, voters might be motivated to pay special attention to candidate choice.[105] Because of this motivation, candidate name order may influence fewer individuals in close contests than would be the case in electoral blowouts.  For some electoral contests, voters are given additional cues that could help in their decision-making. In particular, candidates' party affiliation is often listed on the ballot. Considerable evidence shows that voters use candidate partisanship, in particular, as a heuristic cue in their decision-making.[106] Because partisanship allows voters to make a relatively informed choice without substantial research about the candidates,

---

[103] Boyd, R. W. (1989). The Effects of Primaries and Statewide Races on Voter Turnout. *Journal of Politics*, *51*, 730-739; Campbell, A. (1960). Surge and Decline: A Study of Electoral Change. *Public Opinion Quarterly* 24:397-418; Smith, M. A. (2001). The Contingent Effects of Ballot Initiatives and Candidate Races on Turnout. *American Journal of Political Science, 45*, 700-706.

[104] Boyd, R. W. (1989). The Effects of Primaries and Statewide Races on Voter Turnout. *Journal of Politics*, *51*, 730-739; Smith, M. A. (2001). The Contingent Effects of Ballot Initiatives and Candidate Races on Turnout. *American Journal of Political Science, 45*,700-706.

[106] Popkin, S. L. (1991). *The Reasoning Voter*. Chicago: University of Chicago Press.

indecision is presumed to be less common for contests where this is the case.[107] In contrast, non-partisan contests, where party cues are lacking, might lead to particular difficulty for voters. Non-partisan contests may therefore be particularly prone to candidate name order effects.[108]

In light of the information deficit hypothesis, another potential moderator of name order effects might be a voter's level of cognitive skills. The term "cognitive skills" refers to the ensemble of abilities that enable interpreting incoming information, storing it in memory, retrieving the information later, and integrating the retrieved information in order to select between candidates—including the cognitive effort to perform all of these tasks. Even if a person is able to perform the cognitive tasks involved in encoding, storing, retrieving, and integrating information about candidates to choose between them, the individual may not be motivated to do this cognitive work. If that is the case, even after exposure to an array of information, a person may end up relatively uninformed about the candidates. A state of low information might exacerbate the likelihood of manifesting name order effects. Some voters may exert effort when encountering information about candidates because they have a general tendency to process all information carefully.[109] Other voters may exert effort because they care about politics in particular and enjoy thinking carefully about that topic.[110] Whatever the cause, expending more cognitive effort to learn and think about candidates may attenuate name order effects.

## VII. When Name Order Effects Have Been Largest

A number of studies have explored when name order effects are greatest in elections and have

---

[107] Schaffner, B. F., Streb, M., & Wright, G. (2001). Teams Without Uniforms: The Nonpartisan Ballot in State and Local Elections. *Political Research Quarterly, 54*, 7-30.

[108] Ho, D. E. & Imai, K. (2008). Estimating Causal Effects of Ballot Order from a Randomized Natural Experiment: The California Alphabet Lottery, 1978-2002. *Public Opinion Quarterly, 72*, 216-240; Meredith, M, & Salant, Y. (2013). The Causes and Consequences of Ballot Order Effects. *Political Behavior* 35:175-197; Miller, J. M. & Krosnick, J. A. (1998). The Impact of Candidate Name Order on Election Outcomes. *Public Opinion Quarterly, 62*, 291-330.

[109] Cacioppo, J. T., & Petty, R. E. (1982). The need for cognition. *Journal of Personality and Social Psychology, 42,* 116-131.

[110] Glenn, N. D., & Grimes, M. (1968). Aging, voting and political interest. *American Sociological Review, 33*, 563-575.

generated evidence in support of the hypotheses articulated above. For example, I found stronger name order effects for less publicized races, although name order effects are also apparent in highly publicized races.[111] Koppell and Steen (2004) reported the same finding, as did Pasek et al. (2014).[112] Miller and Krosnick (1998) also found name orders to be stronger in races listed at the bottom of the ballot.[113] Miller and Krosnick (1998) found weaker name order effects for races in which an incumbent was running for re-election,[114] who was presumably familiar to many voters, a finding echoed by Chen at al. (2014).[115] Name order effects were also stronger when candidate party affiliations were not listed on the ballot next to their names, a finding echoed by Pasek et al. (2014) and by Chen et al. (2014), though, as Miller and Krosnick (1998) showed, name order effects are present even in races where partisan affiliations are listed alongside candidate names. Miller and Krosnick (1998) also found stronger name order effects among less educated voters, a finding reinforced by Blocksom's (2008) evidence and Koppell and Steen (2004).[116]

As expected, Pasek (2014) found weaker name order effects in races with small margins of victory, when voters might have thought their vote would make a more notable difference in determining the election outcome, though, as Pasek (2014) showed, name order effects are present even in races with small margins of victory. And Pasek (2014) found especially stronger name order effects in low-visibility races with higher turnout, which presumably attracted more voters lacking knowledge about those more obscure races. Likewise, Chen et al. (2012) found stronger name order effects in years when turnout was

---

[111] Miller, J. M., & Krosnick, J. A. (1998). The impact of candidate name order on election outcomes. *Public Opinion Quarterly, 62*, 291-330.
[112] Koppell, J. G., & Steen, J. A. (2004). The effects of ballot position on election outcomes. *Journal of Politics, 66*, 267–281.
[113] This effect reversed when controlling for roll-off in races at the bottom of the ballot.
[114] Miller, J. M., & Krosnick, J. A. (1998). The impact of candidate name order on election outcomes. *Public Opinion Quarterly, 62*, 291-330.
[115] Chen, E., Simonovits, G., Krosnick, J. A., & Pasek, J. (2014). The impact of candidate name order on election outcomes in North Dakota. *Electoral Studies, 35*, 115-122.
[116] Blocksom, D. (2008). *Moderators of the Name-Order Effects: The 2004 Presidential Election in Ohio*. Undergraduate Thesis, Stanford University, Stanford, California.

higher.

Blocksom (2008) reported that name order effects were notably larger in the 2004 Presidential race in Ohio among voters who voted on touch screens (4 percentage points for George W. Bush and for John Kerry) than when voters used paper ballots or punch cards. One possible reason for this is that perhaps touch screen machines encourage voters to vote in all races, whereas other modes of voting, because they are passive, do not prompt voting in all races.

Kim et al. (2015) carried out a hypothetical election in the context of an online survey that illuminated various conditions under which name order effects were larger.[117] In the study, respondents read about two hypothetical candidates' positions on various issues and then voted for one of the candidates. Name order was randomly assigned to each respondent. Consistent with the information deficit hypothesis, the observed primacy effect was larger when respondents had less information about the candidates,[118] among participants with more limited cognitive skills, and among respondents who devoted less effort to the candidate evaluation process. And consistent with the ambivalence hypothesis, name order effects were greater where voters were more conflicted about the two candidates.

<u>Conclusion</u>

In conclusion, primacy effects have appeared in almost every study of candidate name order effects. There is no reason to believe that this ubiquitous phenomenon has not been occurring in Texas as well.

---

[117] Kim, N., Krosnick, J. A., & Casasanto, D. (2015). Moderators of candidate name-order effects in Elections: An experiment. *Political Psychology, 36,* 525-542.

[118] Coombs, F. S., Peters, J. G., & Strom, G. S. (1974). Bandwagon, Ballot Position, and Party Effects: An Experiment in Voting Choice. *Experimental Study of Politics, 3*, 31-57; Kamin, L. J. (1958). Ethnic and affiliations of candidates as determinants of voting. *Canadian Journal of Psychology, 12*, 205-212.

I provide this declaration under penalty of perjury at Portola Valley, California on this the 18th day of November, 2019.

_____

Jon A. Krosnick

**APPENDIX A:**
**CURRICULUM VITAE**

**(attached)**

<u>CURRICULUM VITAE</u>

Jon A. Krosnick

| | |
|---|---|
| <u>Home Address</u> | 10 La Sandra Way<br>Portola Valley, California 94028<br>(650) 851-9143 |
| <u>Office Address</u> | 434 McClatchy Hall<br>Stanford University<br>450 Serra Mall<br>Stanford, California 94305<br>(650) 725-3031 |
| | E-mail: Krosnick@stanford.edu<br>Fax: (650) 725-2472 |
| <u>Websites</u> | http:www.jonkrosnick.com<br>http://communication.stanford.edu/faculty/krosnick.html<br>http://www.stanford.edu/group/polisci/faculty/krosnick.html<br>http://climatepublicopinion.stanford.edu/<br>https://pprg.stanford.edu/<br>http://bps.stanford.edu/<br>http://sipp.stanford.edu/ |
| <u>Education</u> | The Lawrenceville School, with academic distinction, 1976.<br><br>A.B., Harvard University (in Psychology, Magna Cum Laude), 1980.<br><br>M.A., University of Michigan (in Social Psychology, with Honors), 1983.<br><br>Ph.D., University of Michigan (in Social Psychology), 1986. |

<u>Employment</u>

| | |
|---|---|
| 2017- | Affiliated Faculty Member, Emmett Interdisciplinary Program in Environment and Resources, Stanford University. |
| 2015- | Research Advisor, Gallup, Princeton, New Jersey. |
| 2015- | Affiliate, Woods Institute for the Environment, Stanford University. |
| 2014-2016 | Affiliated Faculty Member, Meta-Research Innovation Center at Stanford (METRICS), Stanford University. |
| 2013-2014 | Visiting Research Collaborator, Princeton Institute for International and Regional Studies and the Princeton Environmental Institute, Princeton University. |
| 2010- | Research Psychologist, Center for Survey Measurement, U.S. Census Bureau, United States Department of Commerce. |
| 2009-2010 | Research Psychologist, Statistical Research Division, U.S. Census Bureau, United States Department of Commerce. |

| 2006- | Research Professor, Survey Research Laboratory, University of Illinois. |
| 2005-2011 | Co-Principal Investigator, American National Election Studies. |
| 2004- | Frederic O. Glover Professor in Humanities and Social Sciences, Stanford University. |
| 2004- | Professor, Department of Communication, Stanford University. |
| 2004- | Professor, Department of Political Science, Stanford University. |
| 2004- | Professor, Department of Psychology (by courtesy), Stanford University. |
| 2004-2008 | Associate Director, Institute for Research in the Social Sciences, Stanford University. |
| 2008-2014 | Senior Fellow, Woods Institute for the Environment (by courtesy), Stanford University. |
| 2005-2008 | Senior Fellow, Woods Institute for the Environment, Stanford University. |
| 2004-2007 | Director, Methods of Analysis Program in the Social Sciences, Stanford University. |
| 2004-2006 | Visiting Professor, Department of Psychology, The Ohio State University. |
| 2003-2004 | Visiting Professor, Department of Communication, Stanford University. |
| 1986-2004 | Assistant to Associate to Full Professor, Departments of Psychology and Political Science, The Ohio State University. |
| 1987-1989 | Adjunct Research Investigator, Survey Research Center, Institute for Social Research, University of Michigan. |
| 1987-1989 | Lecturer, Survey Research Center Summer Program in Survey Research Techniques, University of Michigan. |
| 1986-1987 | Visiting Scholar, Survey Research Center, Institute for Social Research, University of Michigan. |
| 1985 | Lecturer, Department of Psychology, The Ohio State University. |
| 1982-1985 | Research Assistant, Center for Political Studies and Survey Research Center, Institute for Social Research, University of Michigan. |
| 1980-1981 | Senior Research Assistant, Department of Psychology, Harvard University. |
| 1979-1981 | Senior Research Assistant, Department of Behavioral Sciences, School of Public Health, Harvard University. |
| 1975-1976 | General Manager, The Lawrence (newspaper), The Lawrenceville School. |

Honors

| 1976 | Bausch and Lomb Science Award. |

| | |
|---|---|
| 1982 | National Institute of Mental Health Graduate Training Fellowship. |
| 1984 | Phillip Brickman Memorial Prize for Research in Social Psychology. |
| 1984 | American Association for Public Opinion Research Student Paper Award. |
| 1984 | National Institute of Mental Health Graduate Training Fellowship. |
| 1984 | Pi Sigma Alpha Award for the Best Paper Presented at the 1983 Midwest Political Science Association Annual Meeting. |
| 1984 | Elected Departmental Associate, Department of Psychology, University of Michigan, recognizing outstanding academic achievement. |
| 1990 | Invited Guest Editor, Social Cognition (Special issue on political psychology, Vol. 8, #1, May) |
| 1993 | Brittingham Visiting Scholar, University of Wisconsin. |
| 1995 | Erik H. Erikson Early Career Award for Excellence and Creativity in the Field of Political Psychology, International Society of Political Psychology. |
| 1996-1997 | Fellow, Center for Advanced Study in the Behavioral Sciences, Stanford, California. |
| 1998 | Elected Fellow, American Psychological Association. |
| 1998 | Elected Fellow, Society for Personality and Social Psychology. |
| 1998 | Elected Fellow, American Psychological Society. |
| 2001- | Appointed University Fellow, Resources for the Future, Washington, DC. |
| 2003 | Prize for the Best Paper Presented at the 2002 Annual Meeting of the American Political Science Association, Section on Elections, Public Opinion, and Voting Behavior. |
| 2009 | Elected Fellow, American Academy of Arts and Sciences. |
| 2010 | Elected Fellow, American Association for the Advancement of Science. |
| 2013-2014 | Fellow, Center for Advanced Study in the Behavioral Sciences, Stanford, California. |
| 2014 | The AAPOR Award, the American Association for Public Opinion Research's lifetime achievement award, given for an outstanding contribution to the field of public opinion research, including: advances in theory, empirical research and methods; improvements in ethical standards; and promotion of understanding among the public, media and/or policy makers. |
| 2014-2015 | Consulting Scholar, Center for Advanced Study in the Behavioral Sciences, Stanford, California. |
| 2016 | The Nevitt Sanford Award from the International Society of Political Psychology, for professional contributions to political psychology, given to someone engaged in the practical application of political psychological principles or creating knowledge that is accessible and used by practitioners to make a positive difference in the way politics is carried out. |

Invited Addresses

| | |
|---|---|
| 1992 | Invited Address, Midwestern Psychological Association Annual Meeting, Chicago, Illinois. |
| 2003 | Invited Address, Midwestern Psychological Association Annual Meeting, Chicago, Illinois. |
| 2004 | Invited Address, Distinguished Lecture Series Sponsored by the Departments of Psychology and Political Science, University of California, Davis, California. |
| 2004 | Keynote Lecture, International Symposium in Honour of Paul Lazarsfeld, Katholieke Universiteit Leuven (Belgium). |
| 2005 | Invited Address, Joint Program in Survey Methodology Distinguished Lecture Series, University of Maryland, College Park, Maryland. |
| 2005 | Invited Address, "Climate Change: Science → Action", Conference Hosted by the Yale School of Forestry and Environmental Studies, Aspen, Colorado. |
| 2005 | Invited Commentator, "Science for Valuation of EPA's Ecological Protection Decisions and Programs," a U.S. Environmental Protection Agency Science Advisory Board Workshop, Washington, DC. |
| 2006 | Invited Address, "The Wonderful Willem Saris and his Contributions to the Social Sciences."  Farewell Symposium for Willem Saris, University of Amsterdam, Amsterdam, the Netherlands. |
| 2006 | Invited Workshop, "The State of Survey Research."  Annual Summer Meeting of the Society for Political Methodology, Davis, California. |
| 2006 | Invited Keynote Address, "Recent Lessons Learned About Maximizing Survey Measurement Accuracy in America: One Surprise After Another."   2006 Survey Research Methodology Conference, Center for Survey Research, Academia Sinica, Taipei, Taiwan. |
| 2006 | Invited Address, "Review of Nonresponse Analysis Across Multiple Surveys."  Conference on "Sample Representativeness: Implications for Administering and Testing Stated Preference Surveys," Resources for the Future, Washington, D.C. |
| 2006 | Invited Address, "Introduction to Survey Issues in Ecological Valuation."  Meeting of the U.S. Environmental Protection Agency Scientific Advisory Board Committee on Valuing the Protection of Ecological Systems and Services (CVPESS), Washington, D.C. |
| 2006 | Invited Address, "Gas Pumps and Voting Booths: Energy and Environment in the Midterm Elections."  First Wednesday Seminar, Resources for the Future, Washington, D.C. |
| 2006 | Invited Address, "What Americans Believe and Don't Believe about Global Warming: Attitude Formation and Change in Response to a Raging Scientific Controversy."  National Science Foundation Speaker Series, Washington, D.C. |
| 2006 | Invited Address, "Moving Survey Data Collection to the Internet? Surprising Ways that Mode, Sample Design and Response Rates Affect Survey Accuracy."  New York Chapter of the American Association for Public Opinion Research, Fordham University, New York, New York. |

2006 Invited Address, "Climate change: What Americans Really Think."  Conference entitled "A Favorable Climate for Climate Action," sponsored by the Sustainable Silicon Valley, Santa Clara University, Santa Clara, California.

2006 Invited Lecture, "What Americans Really Think About Climate Change: Attitude Formation and Change in Response to a Raging Scientific Controversy."  Brown Bag Series, National Oceanic and Atmospheric Administration, Silver Spring, Maryland.

2007 Invited Lecture, "What Americans Really Think About Climate Change: Attitude Formation and Change in Response to a Raging Scientific Controversy."  Education And Outreach Colloquium, Earth Sciences Division, NASA Goddard Space Flight Center, Greenbelt, Maryland.

2007 Inaugural Lecture, "The Brave New World of Survey Research: One Surprise After Another." Survey Research Institute First Annual Speaker Series, Cornell University, Ithaca, New York.

2007 Inaugural Lecture, "What Americans Really Think About Climate Change: Attitude Formation and Change in Response to a Raging Scientific Controversy."  National Centers for Coastal Ocean Science/Center for Sponsored Coastal Ocean Research Ecosystem Science Seminar Series & NOS Science Seminar Series, National Oceanic and Atmospheric Administration, Silver Spring, Maryland.

2007 Plenary Speaker, "What Americans Really Think About Climate Change: Attitude Formation and Change in Response to a Raging Scientific Controversy."  Annual Ocean and Coastal Program Managers' Meeting, Sponsored by the Office of Ocean and Coastal Resource Management in partnership with the National Estuarine Research Reserve Association, National Oceanic and Atmospheric Administration, Washington, DC.

2007 Oral Testimony on Assembly Bill 372 (to revise the order in which the names of candidates for an office must appear on the ballot) before the Nevada State Legislature, Carson City, Nevada.

2007 Invited Lecture, "What Americans Really Think About Climate Change: Attitude Formation and Change in Response to a Raging Scientific Controversy."  The White House Office of Science and Technology Policy, Washington, D.C.

2007 Invited Lecture, "What Americans Really Think About Climate Change: Attitude Formation and Change in Response to a Raging Scientific Controversy."  Workshop on Climate Science and Services: Coastal Applications for Decision Making through Sea Grant Extension and Outreach.  NOAA Coastal Services Center, Charleston, South Carolina.

2007 Invited Lecture, "Climate Change: What Americans Think."  Capitol Hill briefing sponsored by the Environment and Energy Study Institute, Cannon House Office Building, Washington, D.C.  Broadcast live on C-SPAN.

2007 Invited Lecture, "The Impact of Candidate Name Order on Election Outcomes."  The Carter Center, Atlanta, Georgia.

2007 Invited Lecture, "What Americans Really Think About Climate Change: Attitude Formation and Change in Response to a Raging Scientific Controversy."  Google, Mountain View, California.

2007        Invited Lecture, "Climate Change: What Americans Really Think."  The Commonwealth Club, San Francisco, California.

2007        Invited Address, "Representativeness of Online Panels."  Time-Warner 2007 Research Conference, New York, New York.

2007        Invited Lecture, "What the Public Knows."  News Executives Roundtable: Covering Climate Change, Stanford, California.

2007        Invited Address, "The Top Ten Signs of an Excellent Survey Vendor."  Intuit Corporate Customer & Market Insight Offsite, Palo Alto, California.

2007        Invited Lecture, "What Americans Really Think About Climate Change."  Association of Science-Technology Centers Conference, Los Angeles, California.

2007        Invited Address, "The New American National Election Study Panel Survey Project." Survey Research in the 21st Century: Challenges and Opportunities, Royal Statistical Society, London, UK.

2007        Invited Testimony, "Aviation Safety: Can NASA Do More to Protect the Public?"  House Committee on Science and Technology, U.S. Congress, Washington, DC.  Broadcast live on C-SPAN.

2007        Invited Opening Keynote Address, "New Insights Into Optimizing Survey Questionnaire Design and Selecting a Model of Data Collection."  Panel Research 2007, ESOMAR World Research Conference, Orlando, Florida.

2007        Invited Plenary Address, "New Insights into Questionnaire Design: How to Maximize the Validity of Your Measurements."  Federal Committee on Statistical Methodology Research Conference, Arlington, Virginia.

2007        Invited Lecture, "What Americans Think and Do About Climate Change; Insights from a Psychological Perspective."  California Institute for Energy and Environment's Behavior, Energy, and Climate Change Conference, Sacramento, California.

2007        Invited Keynote Lecture, "What Americans Think About Climate Change."  2007 American Public Media Conference on Sustainability, Pocantico Conference Center, Tarrytown, New York.

2007        Invited Address, "What the American Public Really Thinks About Climate Change: New Evidence on Amelioration Strategies."  2007 American Geophysical Union Fall Meeting, San Francisco, California.

2008        Invited Address, "Climate Change and the 2008 U.S. Presidential Election."  Eighth National Conference on Science, Policy, and the Environment: Climate Change: Science and Solutions.  Conference sponsored by the National Council for Science and the Environment, Washington, DC.

2008        Invited Presentation, "Explaining the Relation of Aging with Susceptibility to Attitude Change."  Eighth Annual SPSP Attitudes Preconference, Albuquerque, New Mexico.

2008        Invited Lecture, "Comparisons of Survey Modes in Terms of Data Quality."  Department of Families, Housing, Community Services, and Indigenous Affairs, Australian Government, Canberra, Australia.

| | |
|---|---|
| 2008 | Invited Lecture, "Applying Theories of Attitudes and Attitude Change to the Mission of the Australian Tax Office."  Australian Tax Office, Australian Government, Canberra, Australia. |
| 2008 | Invited Lecture, "The Theory of Survey Satisficing."  Tourism Australia, Canberra, Australia. |
| 2008 | Invited Lecture, "Lessons from the Field: A Blueprint for Optimizing Measurement Accuracy and Sample Composition."  40th Meeting of the Computer Market Analysis Group, Intuit, Mountain View, California. |
| 2008 | Invited Lecture, "Uses of Surveys in Court."  How to Find, Litigate, and Try Class Action Lawsuits, Educational Symposium sponsored by Consumer Attorneys of San Diego, San Diego, California. |
| 2008 | Invited Keynote Address, "What the American Public Really Thinks About Climate Change: New Evidence on Amelioration Strategies."  Union of Concerned Scientists Retreat, National Labor College, Silver Spring, Maryland. |
| 2008 | Invited Lecture, "The Challenges of Measuring Facts Accurately in Surveys: Small Changes in Question Wording can Make a Difference."  Survey Methodology Division, U.S. Census Bureau, Suitland, Maryland. |
| 2008 | Invited Lecture, "The Accuracy of Non-Probability Samples of People Who Volunteer to Do Surveys for Money."  Harvard Center for Survey Research 2008 Spring Conference: New Technologies and Survey Research, Harvard University, Cambridge, Massachusetts. |
| 2008 | Invited Presentation, "Writing an Effective Grant Proposal for NSF."  AAPOR Professional Development Breakfast.  Annual Meeting of the American Association for Public Opinion Research, New Orleans, Louisiana. |
| 2008 | Invited Commentary, "Reflections on the American Voter Revisited."  Annual Meeting of the American Association for Public Opinion Research, New Orleans, Louisiana. |
| 2008 | Invited Presentation, "Briefing on the NAOMS Survey Creation."  Presentation to the Committee to Assess NASA's National Aviation Operations Monitoring Service (NAOMS) Project, National Research Council, National Academy of Sciences, Washington, DC. |
| 2008 | Invited Address, "Public Attitudes, Perceptions, and Concern about Global Warming: Evidence from a New Survey."  Lecture at the Russell Senate Office Building in the Environmental Science Seminar Series Sponsored by the American Meteorological Society, Washington, D.C. |
| 2008 | Invited Keynote Address, "Designing Ballots to Prevent Bias: How the Order of Candidate Names Determines Who Was Elected President."  EVT '08, 2008 Usenix/Accurate Electronic Voting Technology Workshop, San Jose, California. |
| 2008 | Invited Address, "What Americans Think about Climate Change: Insights from 10 Years of Psychology-Inspired National Surveys Tracking Public Attitudes."  Symposium on the Psychology of Global Climate Change, American Psychological Association Annual Meeting, Boston, Massachusetts. |
| 2008 | Invited Presentation, "The Accuracy of On-line Surveys with Non-Probability Samples." Second Annual Workshop on Measurement and Experimentation with Internet Panels, |

Sponsored by CentERdata, Institute for Data Collection and Research (University of Tilburg), Zeist, The Netherlands.

2008        Invited Address, "What Americans Really Think About Climate Change: Is it Happening? What's Causing it? What Should Be Done About It?"  Conference entitled "Social Science and Humanities Facing the Climate Change Challenges," sponsored by the European Union, the Republic of France, the French Ministere de L'Enseignement Superieur Et De La Recherche, and the French Ministere De L'Ecologie, De L'Energie, Du Developpement Durable, Ett De L'Amenagmenet du Territoire, Paris, France.

2008        Invited Presentation, "Susceptibility to Response Effects in Surveys: Cognitive and Motivational Factors."  Seventh International Conference on Social Science Methodology – RC33 – Logic and Methodology in Sociology, Naples, Italy.

2008        Invited Presentation, "Satisficing When Answering Questions: A Theoretical Explanation for a Wide Range of Findings in the Questionnaire Design Literature."  Max Planck Institute for Human Development, Berlin, Germany.

2008        Invited Presentation, "Social Psychology Under the Microscope: Do Classic Laboratory Experiments Replicate When Participates Are Representative of the General Public Rather Than Convenience Samples of College Students?"  Max Planck Institute for Human Development, Berlin, Germany.

2008        Fathauer Lecturer, "How Do American Voters Decide?  Findings from Fifty Years of Scholarship on Electoral Choice."  Eller College of Management, University of Arizona, Tucson, Arizona.

2008        Invited Presentation, "What Are They Thinking?  Information, Persuasion, and the American Public's Response to Climate Change."  American Politics Research Workshop, Harvard University, Cambridge, Massachusetts.

2008        Invited Presentation, "The 2008 American Presidential Election: Psychological Insights from the AP-Yahoo News Poll."  Society of Experimental Social Psychology Annual Meeting, Sacramento, California.

2008        Invited Presentation, "Election Preview: Polls, Ballots, Fraud, and Misconceptions." 46th Annual New Horizons in Science Conference, Council for the Advancement of Science Writing, Palo Alto, California.

2008        Invited Presentation, "Getting Into the Heads of American Voters: Insights from Political Psychology."  Menlo School, Menlo Park, California.

2008        Invited Lecture, "Do We Really Care About Climate Change?  Grounding Climate Policy in Psychological Analysis."  The World Bank, Washington, DC.

2008        Invited Lecture, "Issue-Focused Passion in America: How and Why Issue Publics Determine Election Outcomes."  Seminario de Investigación en Ciencia Politica 2008, Instituto Tecnológico Autónomo de México (ITAM), Mexico City, Mexico.

2009        Invited Presentation, "Accounting for Biases in NAOMS."  Presentation to the Committee to Assess NASA's National Aviation Operations Monitoring Service (NAOMS) Project, National Research Council, National Academy of Sciences, NASA Ames Conference Center, Moffett Field, California.

2009        Presidential Symposium Lecture, "Why the 2008 U.S. Presidential Election Turned Out As It Did: Psychology Peers Into National Survey Data."  Annual Meeting of the Society for Personality and Social Psychology, Tampa, Florida.

2009        Stauffer Colloquium Series Lecture, "What Americans Really Think About Climate Change: Attitude Formation and Change in Response to a Raging Scientific Controversy."  School of Behavioral and Organizational Sciences, Claremont Graduate School, Claremont, California.

2009        RTI Fellow Lecture, "What Americans Really Think About Climate Change: Psychological Insights from 10 Years of National Surveys."  RTI International, Research Triangle Park, North Carolina.

2009        Walter H. Stellner Distinguished Speaker in Marketing, "Social Psychology Under the Microscope: Do Our Classic Experiments Replicate When Participants Are Representative of the General Public Rather Than Convenience Samples of College Students?"  College of Business, University of Illinois, Urbana-Champaign, Illinois.

2009        Invited Presentation, "Mediation: Why Bother?"  Twelfth Sydney Symposium of Social Psychology entitled "Attitudes and Attitude Change."  University of New South Wales, Sydney, Australia.

2009        Keynote Address, "Money for Surveys: What about Data Quality?"  GOR 09, 11th General Online Research Conference, University of Vienna, Vienna, Austria.

2009        Invited Presentation, "Comparing Various Measures of Survey Accuracy and Summarizing the Findings of Studies Using Each Method."  Conference on Survey Quality, Program on Survey Research, Harvard University, Cambridge, Massachusetts.

2009        Invited Lecture, "What Americans Really Think About Climate Change: Attitude Formation and Change in Response to a Raging Scientific Controversy."  Climate Policy Seminar Series, sponsored by the Climate Risk Management Initiative, Dickinson School of Law, the Environment & Natural Resources Institute, the Penn State Institute of Energy and the Environment, the Rock Ethics Institute, Communication Arts and Sciences, Department of Political Science, Department of Psychology, Schreyer Institute for Teaching Excellence, and the Social Science Research Institute, Pennsylvania State University.

2009        Invited Lecture, "The Accuracy of Online Surveys with Non-probability Samples of People who Volunteer to do Surveys for Money."  Center for Statistics and the Social Sciences Seminar, University of Washington, Seattle, Washington.

2009        Allen Edwards Endowed Lecture in Psychology, "Social Psychology Under the Microscope: Do Classic Experiments Replicate when Participates are Representative of the General Public Rather Than Convenience Samples of College Students?"  Department of Psychology, University of Washington, Seattle, Washington.

2009        Invited Lecture, "Why I Challenged the NASA Administrator in Congressional Testimony: The Shocking Story of a Groundbreaking Aviation Safety Survey Research Project Gone Awry."  Google Tech Talk Series, Mountain View, California.

2009        Invited Lecture, "What Americans Really Think About Climate Change: Attitude Formation and Change in Response to a Raging Scientific Controversy."  Climate Central, Princeton, New Jersey.

2009 Invited Plenary Lecture, "What Americans Really Think About Climate Change: Attitude Formation and Change in Response to a Raging Scientific Controversy."  A National Workshop on Communicating Ocean Issues Based on Ocean on the Edge: Top Ocean Issues. Long Beach Convention Center, sponsored by the Aquarium of the Pacific, the National Oceanic and Atmospheric Administration, and the National Research Council's Marine Board and Ocean Studies Board, Long Beach, California.

2009 Invited Lecture, "What Americans Really Think About Climate Change."  Air Resources Board Chair's Air Pollution Seminar, California Environmental Protection Agency Building, Sacramento, California.

2009 Invited Presentation, "What Americans Really Think About Climate Change."  Stanford University Alumni Association – Sacramento Chapter.  Sacramento, California.

2009 Keynote Address, "The End of Agree/Disagree Rating Scales: Acquiescence Bias and Other Flaws Suggest a Popular Measurement Method Should Be Abandoned."   European Survey Research Association 2009 Conference, Warsaw, Poland.

2009 Invited Lecture, "Methods of Survey Data Collection and Determinants of Data Quality." German Research Foundation Summer Academy on Methods of Educational Research, University of Bamberg, Bamberg, Germany.

2009 Invited Panel Member, "Hopenhagen: Public support for a climate deal in Copenhagen." The Commonwealth Club of California, San Francisco, California.

2009 Invited Primary Paper Presentation, "Conducting Experiments to Evaluate Questions." Workshop on Question Evaluation Methods, National Center for Health Statistics, Hyattsville, Maryland.

2009 Invited Presentation, "The Use of Surveys in Court." Second Annual Class Action Symposium Sponsored by Consumer Attorneys of San Diego, San Diego, California.

2009 Invited Presentation, "The Accuracy of Internet Surveys."  Attaining Accuracy, Maximum Coverage, and Representative in Web-Based Research.  Conference at the Charles Hotel, Cambridge, Massachusetts.

2009 Keynote Address, "Scientific Survey Research: Sustainable in an Online World?"  CASRO Data Collection Conference, Council of American Survey Research Organizations, Las Vegas, Nevada.

2009 Invited Webinar, "Best Practice Data Collection Online with a Probability Sample?" Australian Market & Social Research Society, Sydney, Australia.

2010 Invited Presentation, "A New Look at Racism in America: Evidence from National Surveys."  Political Psychology Pre-Conference 2010, Society for Personality and Social Psychology Annual Conference, Las Vegas, Nevada.

2010 Invited Presentation, "What Americans Really Think About Climate Change: Attitude Formation and Change in Response to a Raging Scientific Controversy."  Stanford Club of Las Vegas, Las Vegas, Nevada.

2010 Invited Address, "Tracking American Opinions About Climate Change."  Climate, Mind, and Behavior Symposium, The Garrison Institute, Garrison, New York.

| 2010 | Invited Presentation, "Public Opinion and Climate Change: The Real Reason for the Recent Decline."  Climate Policy: Public Perception, Science, and the Political Landscape. Sponsored by the American Association for the Advancement of Science, the American Geophysical Union, the American Meteorological Society, and the American Statistical Association.  Hart Senate Office Building, Washington, DC. |
|---|---|
| 2010 | Invited Lecture, "Creating and Evaluating a new Method for Collecting Survey Data via the Internet: The Story of the FFRISP (Face-to-Face Recruited Internet Survey Platform)". Social, Behavioral, and Economic Sciences Lecture Series, National Science Foundation, Arlington, Virginia. |
| 2010 | Invited Lecture, "Recent Research Findings from SRS Experiments."  Science Resources Statistics Program Colloquium, National Science Foundation, Arlington, Virginia. |
| 2010 | Invited Lecture, "What Americans Think About Climate Change."  Speaker Series, Center for Decision Sciences, Columbia University, New York, New York. |
| 2010 | Invited Lecture, "Social Psychology Under the Microscope: Do Our Classic Experiments Replicate When Participants Are Representative of the General Public Rather Than Convenience Samples of College Students?"  Colloquium Series, Psychology Department, Columbia University, New York, New York. |
| 2010 | Invited Lecture, "Public Opinion Research on Climate Change."  Rio Tinto Workshop on the Politics of Carbon, Meridian Institute, Washington, DC. |
| 2010 | Invited Lecture, "How to Measure Usability: Designing Your Questions Well."  Washington, DC, Chapter of the Usability Professionals' Association, Arlington, Virginia. |
| 2010 | Invited Lecture, "Have Americans' Views on Global Warming Changed?  A New Look at Public Opinion."  Briefing sponsored by the Environmental and Energy Study Institute, Capital Visitor Center, Washington, DC. |
| 2010 | Invited Lecture, "What Americans Really Think About Climate Change."  Climate Change Communication Forum, Hosted by the U.S. Fish and Wildlife Service and the U.S. Department of the Interior, George Mason University, Fairfax, Virginia. |
| 2010 | Invited Lecture, "What Americans Really Think About Climate Change."  Clean Energy Program, Third Way, Washington, DC. |
| 2010 | Invited Lectures, "Experimental Methods in the Social Sciences."  Workshop in Experimental Methods, Sponsored by the ELECDEM Training Network in Electoral Democracy, ICHEC, Brussels, Belgium. |
| 2010 | Invited Lecture, "Optimizing Survey Questionnaire Design: New Findings."  Interagency Response Error Group Monthly Meeting, Government Accountability Office, Washington, DC. |
| 2010 | Invited Lecture, "Creating and Evaluating a New Method for Collecting Survey Data via the Internet," Workshop sponsored by DC-AAPOR, Bureau of Labor Statistics, Washington, DC. |
| 2010 | Keynote Address, "Surveys and Statistical Evidence to Mange the Class Case".   Third Annual Class Action Symposium, San Diego, California. |

2010        Invited Presentation, "Implicit Attitude Measurement in National Surveys."  Conference on Methodology in Political Psychology, Ohio State University, Columbus, Ohio.

2010        Invited Presentation, "What Americans Really Think About Climate Change," MZES Colloquium, Mannheimer Zentrum Fur Europaische Sozialforschung, University of Mannheim, Mannheim, Germany.

2010        Invited Workshop, "Attitudes in the World of Politics: Formation, Change, and Impact." Oberrhein-Program (cosponsored by the Universities of Mannheim, Heidelberg, Freiberg, and Basel), Social Sciences Graduate School, University of Mannheim, Mannheim, Germany.

2010        Lunchtime Brownbag Series, "Assessing Anti-Black Racism in Contemporary America via Surveys: New Measurement Approaches Yield New Insights."  National Opinion Research Center, University of Chicago, Chicago, Illinois.

2010        Invited Lecture, "What Americans Really Think About Climate Change."  AAAS Leadership Seminar in Science and Technology Policy, American Association for the Advancement of Science, Washington, DC.

2010        Invited Panelist, "Outlook for Climate and Energy Policy in the New Congress," Session in the "Science & Society: Global Challenges Discussion Series", Center for Science, Technology and Security Policy, American Association for the Advancement of Science, Washington, DC.

2010        Invited Guest Speaker, "What Americans Really Think About Climate Change."  World Resources Institute, Washington, DC.

2010        Invited Presentation to the Working Group on Immigration and Cultural Contact, "The Accuracy of Internet Surveys with Probability and Non-Probability Samples."  Russell Sage Foundation, New York, New York.

2010        Invited Lecture, "What Mainers Really Think About Global Warming: Results from an In-Depth Statewide Survey."  Environmental Studies Program, Bowdoin College, Brunswick, Maine.

2010        Invited Panelist, "Reflections on the Accomplishments and Future of Political Communication Research."  Conference on "Political Communication: The State of the Field in the 21st Century."  Annenberg Public Policy Center, University of Pennsylvania, Philadelphia, Pennsylvania.

2010        Invited Presentation, "The American Public's Understandings and Misunderstandings About Climate Change: Is There a Crisis of Confidence in Climate Science?"  Scientific Symposium in Honor of Stephen H. Schneider, Stanford University, Stanford, California.

2011        Invited Lecture, "What Floridians Really Think About Global Warming: Results from an In-Depth Statewide Survey."  Lecture hosted by the FSU Department of Earth, Ocean, and Atmospheric Science, the FSU Department of Urban and Regional Planning, the Florida Climate Institute, the Tallahassee Democrat, and the FSU Institute for Energy Systems, Economics, and Sustainability, Florida State University, Tallahassee, Florida.

2011        Invited Presentation, "The Mega-Splice in the 2008 American National Election Studies Time Series Survey."  Design Issues in Longitudinal and Repeated Cross-Sectional Surveys.

Duke Initiative on Survey Methodology.  Social Science Research Institute at Duke University, Durham, North Carolina.

2011        Invited Presentation, "What Americans Think About Global Warming: Attitude Formation and Change in Response to a Raging Scientific Controversy."  Monterey Bay Aquarium, Monterey, California.

2011        Invited Testimony, Comments on Assembly Bill No. 99 "Revises the Order in Which the Names of Candidates for an Office Must Appear on the Ballot", Committee on Legislative Operations and Elections, Nevada Assembly, State of Nevada.

2011        Invited Discussant on Respondent Motivation, BLUE-Enterprise and Trade Statistics Conference on Business' Burden and Motivation in Official Surveys.  Conference sponsored by Statistics Netherlands and the European Union, Heerlen, The Netherlands.

2011        Invited Presentation, "What Massachusetts Residents and Other Americans Think About Climate Change: Results from an In-Depth Statewide Study and National Surveys."  Boston University, Boston Massachusetts.

2011        Invited Presentation, "What Massachusetts Residents and Other Americans Think About Climate Change: Results from an In-Depth Statewide Study and National Surveys."  The Heller School for Social Policy and Management, Brandeis University, Waltham, Massachusetts.

2011        Invited Presentation, "What Massachusetts Residents and Other Americans Think About Climate Change: Results from an In-Depth Statewide Study and National Surveys."  Green Conversation Series, Harvard University Center for the Environment, Harvard University, Cambridge, Massachusetts.

2011        Invited Presentation, "What Massachusetts Residents and Other Americans Think About Climate Change: Results from an In-Depth Statewide Study and National Surveys."  Tufts Institute of the Environment, Tufts University, Medford, Massachusetts.

2011        Invited Presentation, "Adventures in Survey Research: A Workshop on the Dangers of Trying to Make the World a Better Place through Social Science."  Essex Short Course in Social Research, in Association with Methodology Institute LSE and IPSOS MORI, University of Essex, Essex, United Kingdom.

2011        Invited Presentation, "Measuring Intent to Participate and Participation in the 2010 Census and Their Correlates and Trends: Comparisons of RDD Telephone and Non-probability Sample Internet Survey Data."  U.S. Census Bureau, Suitland, Maryland.

2011        Invited Remarks, "Studying the Impact of Electoral Impact of Candidate Statements on Policy Issues."  Session entitled "Studying 2012 Campaign and elections: Current Plans and Future Directions," sponsored by the Omidyar Network and the National Institute for Civil Discourse at the University of Arizona.  American Political Science Association Annual Meeting, Seattle, Washington.

2011        Invited Presentation, "Social Psychology Under the Microscope: Do Our Classic Experiments Replicate When Participants Are Representative of the General Public Rather Than Convenience Samples of College Students?"  A Conference in Honor of Daniel

Wegner, Harvard Business School, Harvard University.

2011    Invited Presentation, "American Public Opinion on Climate Change and Its Impact on Voting in Congressional and Presidential Elections."  Public lecture and webcast sponsored by Resources for the Future, Washington, D.C.

2011    Invited Webinar, "Advances in Questionnaire Design."  Australian Market & Social Research Society, Sydney, Australia.

2011    Invited Lecture, "Passion in American Politics: What Happens When Citizens Become Deeply Committed to Pressuring Government on a Policy Issue."  MZE-Colloquium, School of Social Sciences, University of Mannheim, Mannheim, Germany.

2011    Invited Lecture, "Creating the Face-to-Face Recruited Internet Survey Platform (FFRISP)."  Collaborative Research Center, University of Mannheim, Mannheim, Germany.

2012    Invited Lecture, "Trends in American Public Attitudes about Global Warming: A Psychological Analysis."  Sustainability Psychology Preconference, Society for Personality and Social Psychology Annual Meeting, San Diego, California.

2012    Invited Lecture, "Americans' Views on Climate Change and Their Impact on Voting Behavior."  2012 Climate, Mind, and Behavior Symposium, Garrison Institute, Garrison, New York.

2012    Invited Presentation, "Changing Government Policy by Changing Public Attitudes."  Climate Central, Princeton, New Jersey.

2012    Invited Presentation, "Americans' Views on Climate Change and Their Impact on Voting Behavior."  Skoll Global Threats Fund, San Francisco, California.

2012    Invited Presentation, "What Americans Think About Climate Change."   Webinar series on The Science of Policy Communication.  Society for the Psychological Study of Social Issues.

2012    Invited Lecture, "What Americans Really Think About Climate Change."   Lecture sponsored by the Water Sustainability Program, the Institute of the Environment, the Renewable Energy Network, the School of Earth and Environmental Sciences, and the School of Geography and Development, University of Arizona, Tucson, Arizona.

2012    Invited Lecture, "Trust in Scientists, Controversy Among Scientists, and American Public Opinion on Climate Change: How Attitude Formation and Change Unfold."   Presentation during "The Science of Science Communication", The Arthur M. Sackler Colloquia, National Academy of Sciences, Washington, DC.

2012    Invited Short Course, "Maximizing the Accuracy of Online Surveys: Comparisons of Methods and Recommendations of Optimal Procedures."  American Association for Public Opinion Research Annual Meeting, Orlando, Florida.

2012    Invited Lecture, "How Americans Form and Change Their Opinions About Climate Change."  Outside-In Engagement Series sponsored by the Interagency Communication and Education Team, United States Global Change Research Program, Washington, DC.

2012    Invited Lecture, "Pursuing Excellence in Scientific Research: Challenges and Rewards." Second Annual Stanford University Postdoctoral Association Research Symposium,

Stanford University, Stanford, California.

2012    Invited Lecture, "U.S. Public Views on Climate Change: Insights from Polling."  Program on Communicating Uncertainty, Institute for International and Regional Studies, Princeton University, Princeton, New Jersey.

2012    Invited Keynote, "Public perceptions of Climate Change in the U.S."  Planning for Local Government Climate Challenges: Connecting Research and Practice Workshop, Sponsored by the University of Arizona Institute of the Environment, Arizona State University Campus, Tempe, Arizona.

2012    Invited Presentation, "Optimizing the Design of Self-Reports."  Engagement and Academic Tenacity: Making the Invisible Salient and Actionable, Workshop Sponsored by the Bill and Melinda Gates Foundation, Cambridge, Massachusetts.

2012    Invited Presentation, "Evidence of Decline in Effect Sizes: From Original Studies to Replications to Representative National Samples."  The Decline Effect: Evidence, Explanations, and Future Directions.  Symposium at the University of California Santa Barbara, Santa Barbara, California.

2012    Invited Presentation, "Has the American Public Turned Away from Climate Change?"  Salon Sponsored by the Woods Institute for the Environment at Stanford University, Venice, California.

2012    Invited Presentation, "Questionnaire Design." Conference on the Future of Survey Research, National Science Foundation, Arlington, Virginia.

2012    Invited Speaker, "What's at Stake for California?"  Event sponsored by the Division of Social Sciences, the Office of Government Relations, and the Politics Department, University of California - Santa Cruz, Santa Cruz, California.

2012    Invited Presentation, "Issue Publics and Candidate Evaluations; Contrasting Different Analytic Methods to Identify the Psychological Process of Candidate Evaluation."  Directions in Political Science: Papers in Honor of George B. Rabinowitz.  University of Michigan, Ann Arbor, Michigan.

2012    Invited Lecture, "What Americans Think About Climate Change: Explorations of Attitude and Belief Formation and Change in Response to a Raging Controversy", Lecture Series on Persuasion, Attitude, and Behavior Change, Sponsored by the Research Center for Group Dynamics, Institute for Social Research, University of Michigan.

2013    Invited Keynote Address, "The Future of Survey Research," Survey Research Methodology: The Changing Landscape of Survey Research in the Field and at ICF.  Conference sponsored by ICF International, Fairfax, Virginia.

2013    Invited Lecture, "The Future of Survey Research," 2013 National Cancer Institute Division of Cancer Control and Population Sciences Workshop: Global and National Issues Shaping the Cancer Control Surveillance Landscape.  NIH Neuroscience Conference Center, Rockville, Maryland.

2013    Invited Lecture, "Public Perceptions about Global Warming and Government Involvement in the Issue."  Briefing at the Rayburn House Office Building, sponsored by the Environmental and Energy Study Institute, Washington, DC.

2013        Policy Briefing, "Preparing for the Effects of Global Warming: The American Public's Perspective on Sea Level Rise," National Press Club, sponsored by the Woods Institute for the Environment at Stanford University and the Center for Ocean Solutions at Stanford University, Washington, DC.

2013        Invited Lecture, "What Americans Really Think About Climate Change - Attitude Formation and Change Across the U.S. in Response to a Raging Scientific Controversy."  Sponsored by the "Middle America" Student Organization, Graduate School of Education, Harvard University, Cambridge, Massachusetts.

2013        Invited Remarks, "RFF University Fellows Roundtable: RFF's Next Decade."  Resources for the Future, Washington, DC.

2013        Invited Lecture, "The American Public's Views of Climate Change: An Update." Department of Global Ecology, Carnegie Institution for Science, Stanford, California.

2013        Invited Lecture, "Contingent Valuation."  Lecture sponsored by the Centre for Environmental Political Sciences, University of Gothenburg, Gothenburg, Sweden.

2013        Invited Lecture, "The Accuracy of Online Surveys with Non-probability Samples of People who Volunteer to Do Surveys for Money."  Workshop on Survey Methodology, Multidisciplinary Opinion and Democracy Research Group, Department of Political Science, University of Gothenburg, Gothenburg, Sweden.

2013        Invited Lecture, "Satisficing When Answering Questions: A Theoretical Explanation for a Wide Range of Findings in the Questionnaire Design Literature."  Workshop on Survey Methodology, Multidisciplinary Opinion and Democracy Research Group, Department of Political Science, University of Gothenburg, Gothenburg, Sweden.

2013        Invited Lecture, "What Americans Really Think About Climate Change: Attitude Formation and Change in Response to a Raging Scientific Controversy."  Sponsored by the Faculty of Social Sciences, University of Gothenburg, Gothenburg, Sweden.

2013        Invited Lecture, "Trust in Environmental Scientists and Public Opinion on Global Warming in the United States."  Presentation at the Brekfast Seminar on Climate and Opinion, sponsored by the Bergen Programme for Governance and Climate, Uni Rokkan Center, Bergen, Norway.

2013        Invited Lecture, "Survey Item Design."  Workshop on Survey Design for the Norwegian Citizen Panel, University of Bergen, Bergen, Norway.

2013        Invited Presentation, "American Public Opinion on Climate Change."  Conference on "What is the Value of Being First?  Perspectives from the California and Sweden Experiences."  Climate Policy Forum co-sponsored by Resources for the Future, the Swedish Mistra Indigo program, and the ClimateWorks Foundation.  Hyatt Regency Embarcadero, San Francisco, California.

2013        Invited Lecture, "The Psychology of American Public Opinion on Climate Change."  Symposium on Conservation Psychology, hosted by the University of Southern California Environmental Sustainability Network, University of Southern California, Los Angeles, California.

2013        Invited Keynote Presentation, "The History of Panel Internet Surveys."  Workshop on Longitudinal Research in Internet Panels, Program on Political Economy of Reforms,

University of Mannheim, Mannheim, Germany.

2013        Invited Presentation, "Mode Comparisons."  Workshop on Longitudinal Research in Internet Panels, Program on Political Economy of Reforms, University of Mannheim, Mannheim, Germany.

2013        Short Course (with Mario Callegaro), "How to Publish in Survey Research: Strategies, Venues, Opportunities, and Errors to Avoid."  American Association for Public Research Annual Meeting, Boston, Massachusetts.

2013        Invited Keynote Address, "The Accuracy of Survey Measurements and the Impact of Data Collection Methodology."  Canadian Political Science Association, Victoria, British Columbia, Canada.

2013        Invited Presentation, "Debiasing."  Conference on Risk Communication for Better Long-Term Decisions: Insights from Finance and Healthcare.  CenSoC - Centre for the Study of Choice, University of Technology, Sydney, Sydney, Australia.

2013        Invited Webinar (with Arthur Lupia and Matthew K. Berent), "Survey Coding: Best Practices for Coding Open-Ended Survey Data."  Webinar sponsored by the American Association for Public Opinion Research.

2013        Invited Keynote Address, "The Accuracy of Survey Data Collected by Various American On-line Survey Firms: A 2012 Comparison."  MESS Workshop, Sponsored by the University of Tilburg CentERdata Institute for Data Collection and Research, Den Haag, The Netherlands.

2013        Invited Keynote Address, "Social Desirability Response Bias: Real or an Illusion?"  Sixth Webdatanet MC, WGs, TFs, Seminars, Webdatametrics Workshop and Conference: "Mixed Mode and Multi-Mode Research."  Sponsored by the Universitatis Islandiae Sigillum, Reykjavik, Iceland.

2013        Invited Keynote Address, "Choosing Mode of Data Collection for Surveys to Maximuze Data Quality."  International Conference on Applied Statistics 2013, Ribno, Slovenia.

2013        Invited Address, "Online Surveys."  DSA2 Conference on Web Surveys, Faculty of Social Sciences, University of Ljubljana, Ljubljana, Slovenia.

2013        Invited Address, "The Effects of Scientists' Expressions of Uncertainty on Public Opinion on Global Warming."  Australian Psychological Society Annual Meeting, Cairns Convention Centre, Queensland, Australia.

2013        Invited Presentation, "Inequality in Public Conversations about Politics."  Cottrell Salon, Stanford, California.

2013        Invited Webinar, "Communicating About Climate Adaptation with the Public."  Sponsored by the Center for Ocean Solutions and the Woods Institute for the Environment, Stanford University.

2013        Invited Testimony, "Public Opinion on Global Warming in the States."  Bicameral Task Force on Climate Change, Committee on Energy and Commerce, U.S. House of Representatives, Washington, DC.

2013        Invited Presentation, "Public Opinion on Global Warming in the States."  Climate Action

Campaign, Washington, DC.

2013      Invited Short Course, "Maximizing the Accuracy of Online Surveys: Comparisons of Methods and Recommendations of Optimal Procedures."  Annual Meeting of the Pacific Chapter of the American Association for Public Opinion Research, San Francisco, California.

2013      Invited Keynote Address, "Public Perceptions of Climate Change in the U.S."  Regional Climate Summit for Municipal Leaders: Economic, Health, Water, and Transportation Impacts.  Sponsored by Climate Assessment for the Southwest, University of Arizona.  University Marriott, Tucson, Arizona.

2014      Invited Presentation, "The Quality of Data Obtained from Non-Probability Internet Panels."  Google, Mountain View, California.

2014      Invited Presentation, "Satisficing When Answering Questions: A Theoretical Explanation for a Wide Range of Findings in the Questionnaire Design Literature."  CORE Colloquium Series, Southern Methodist University, Dallas, Texas.

2014      Invited Presentation, "Public Opinion on Global Warming."  Connecting the Dots Conference, Sponsored by the Woods Institute for the Environment, Stanford University, Stanford, California.

2014      Invited Keynote Address, "The Future of Survey Research."  Survey Research in the 21st Century: Lectures Celebrating the Survey Research Laboratory's 50th Anniversary, University of Illinois, Champaign, Illinois.

2014      Invited Keynote Address, "The Future of Survey Research."  Survey Research in the 21st Century: Lectures Celebrating the Survey Research Laboratory's 50th Anniversary, University of Illinois, Chicago, Illinois.

2014      Invited Webinar, "Experiments in Surveys: Tools for Determining How Marketers Can Shape People's Preferences."  Australian Market & Social Research Society, Sydney, Australia.

2014      Invited Keynote Presentation, "Conducting and Publishing Methodology Research."  Annual Meeting of the Association of Academic Survey Research Organizations, University of Illinois, Chicago, Illinois.

2014      Invited Lecture, "Climate Change and Clean Energy – A Survey of U.S. Public Attitudes."  Resources for the Future, Washington, DC.

2014      Invited Presentation, "Public Attitudes About Climate Change and Clean Energy."  Sponsored by the Environmental and Energy Study Institute, Rayburn House Office Building, Washington, DC.

2014      Invited Presentation, "Social Science as Combat: The Global Warming War."  Center for Advanced Study in the Behavioral Sciences, Palo Alto, California.

2014      Invited Keynote Address, "The Future of Survey Research."  World Association of Public Opinion Research Annual Meeting, Universidad Diego Portales, Santiago, Chile.

2014      Invited Presentation, "American Public Opinion on Global Warming."  S. D. Bechtel, Jr. Foundation.  San Francisco, California.

2014 Invited Presentation, "The Future of Survey Research." IJMR Speaker Evening, Market Research Society, London, U.K.

2014 Invited Presentation, "Impact of the Merchants of Doubt and of Natural Scientists on American Public Opinion on Global Warming." Conference entitled "Responding and Adapting to Climate Change: Recognizing and managing Uncertainty in the Physical, Social, and Public Spheres." University of Bristol, Bristol, U.K.

2014 Invited Presentation, "Comments on Variables that Determine the Quality of Survey Responses." ESS-DACE Quality Enhancement Meeting Entitled "Measurement Quality in the ESS". Universitat Pompeu Fabra, Barcelona, Spain.

2014 Invited Presentation, "The Future of Survey Research." ESS Seminar: Highlights in Survey Research, Campus de la Ciutadella of Universitat Pampeu Fabra, Barcenola, Spain.

2014 Invited Presentation "Inequality and Public Opinion on Global Warming." Institute for the Study of Societal Issues, University of California, Berkeley, Berkeley, California.

2014 Invited Presentation, "The Role of Americans' Attitudes on Global Warming in Political Campaigns." Harris School for Public Policy, University of Chicago, Chicago, Illinois.

2014 Invited Keynote Address, "Exploring the Origins of Beliefs about Climate Change: Experimental Studies Embedded in National Surveys of the U.S." The Norwegian Citizen Panel Conference 2014, University of Bergen, Bergen, Norway.

2015 Invited Keynote Address, "Optimizing the Design of Survey Questionnaires." Rethink Research: Research Intensification Series, sponsored by the Social Science Research Laboratories, University of Saskatchewan, Saskatchewan, Canada.

2015 Invited Presentation, "American Public Opinion on Climate Change: Motivated Cognition?" Harvard University Center for the Environment, Harvard University, Cambridge, Massachusetts.

2015 Invited Presentation, "Sampling on the Internet for Surveys and Experiments; The Good, the Bad, and he Ugly." Data Gathering Methods Study Group, University of Virginia, Charlottesville, Virginia.

2015 Invited Presentation, "Can Surveys Measure Informed Public Preferences Regarding Government Policies? An Evaluation of the Contingent Valuation Method." Quantitative Collaborative, University of Virginia, Charlottesville, Virginia.

2015 Invited Presentation, "What Americans Really Think About Climate Change: Attitude Formation and Change in Response to a Raging Scientific Controversy." Center for Survey Research, University of Virginia, Charlottesville, Virginia.

2015 Invited Presentation, "Causes of Turnout." Conference entitled "How Voters Think: Lessons from Science and Practice." A meeting of political scientists with Democratic Party campaign consultants. Harris School of Public Policy, University of Chicago, Chicago, Illinois.

2015 Invited Presentation, "Communicating about Climate Change: How Language Choices Affect Public Thinking." Sunnylands Speaker Series at Rancho Mirage Library, Rancho Mirage, California.

2015          Invited Presentation, "The Impact of Acknowledging Bounded and Unbounded Uncertainty on Persuasion: The Case of Scientific Uncertainty and Global Warming."  Conference entitled "Third Annual UCSB Environmental Political Conference.  UCSB Center for Social Solutions to Environmental Problems, Bren School of Environmental Science and Management, University of California, Santa Barbara, California.

2015          Invited Presentation, "Fact-Checking and News Literacy."  Annual Journalism Funders Gathering: "Journalism, Democracy, and Political Polarization."  William and Flora Hewlett Foundation, Menlo Park, California.

2015          Invited Presentation, "Causes of Turnout."  Conference entitled "How Voters Think: Lessons from Science and Practice."  A meeting of political scientists with Republican Party campaign consultants.  Harris School of Public Policy, University of Chicago, Chicago, Illinois.

2015          Invited Lecture, "Social Psychology Under the Microscope: Do Our Classic Experiments Replicate When Participants Are Representative of the General Public Rather Than Convenience Samples of College Students?"  Lecture sponsored by the Quantitative Initiative for Policy and Social Research, University of Kentucky, Lexington, Kentucky.

2015          Invited Lecture, "Political Thinking, Passion and Action in America: The Contributions of Jon Krosnick to the Study of Political Psychology."  Lecture sponsored by the Quantitative Initiative for Policy and Social Research, University of Kentucky, Lexington, Kentucky.

2015          Invited Presentation, "What Americans Really Think About Global Warming."  Invited Lecture in the Distinguished Speaker Series, Department of Political Science, University of British Columbia, Vancouver, British Columbia.

2015          Invited Remarks, "Samuel Popkin: Celebration of a Remarkable Career."  Institute of the Americas, University of California, San Diego, California.

2015          Invited Lecture, "The Influence of the Media."  Academic Department of Political Science, Instituto Tecnológico Autónomo de México, Mexico City, Mexico.

2015          Invited Workshop, "Developments in Survey Research Methodology."  Academic Department of Political Science, Instituto Tecnológico Autónomo de México, Mexico City, Mexico.

2015          Invited Remarks, "Pre-election Polling in the United States."  Foro El Panorama Internacional Sobre El Papel de las Encuestas Electorales.  México Instituto Nacional Electoral, Mexico, City, Mexico.

2015          Keynote Address, "How Accurate Are Surveys and What Can We Do to Maximize Accuracy."  Annual Conference of the Midwest Association for Public Opinion Research, Chicago, Illinois.

2015          Invited Presentation, "What Americans Really Think about Climate Change - Attitude Formation and Change in Response to a Raging Scientific Controversy."  UCCS Speaker Series, University of California Center, Sacramento, California.

2015          Invited Presentation, "Reasons to worry about social sciences and opportunities for improvement."  Improving Biomedical Research 2015: Challenges and Solutions.  Meta-

Research Innovation Center at Stanford, Stanford University, Stanford, California.

| | |
|---|---|
| 2015 | Invited Presentation, "Giving the Public a Voice in the Process of Democratic Policy Making."  Society of Experiment Social Psychology Annual Meeting, Denver, Colorado. |
| 2016 | Invited Presentation, "The Future of Internet Surveys: Why Bother with Random Sampling?"  The Inaugural Ross-Royall Symposium: From Individuals to Populations.  Department of Biostatistics, Bloomberg School of Public Health, Johns Hopkins University, Baltimore, Maryland. |
| 2016 | Invited Lecture, "Collapses of Research Integrity and Opportunities to Strengthen Science."  Lecture sponsored by the Office of Research Integrity, University of California, Riverside, Riverside, California. |
| 2016 | Invited Presentation, "Public Opinion on Climate Change."  Presentation at the California Association of Museums Annual Meeting, Riverside, California. |
| 2016 | 2016 Gierach Lectureship, "Passion in American Politics: What Happens When Citizens Become Deeply Committed to Pressuring Government on a Policy Issue."  Department of Psychology, University of Florida, Gainesville, Florida. |
| 2016 | Invited Colloquium, "Best Practices in Science: Profound Problems and Wonderful Opportunities for Psychologists."  Department of Psychology, University of Florida, Gainesville, Florida. |
| 2016 | Invited Keynote Address, "Can Surveys Measure Informed Public Preferences Regarding Government Policies?  An Evaluation of the Contingent Valuation Method."  Conference on Political Communication, Conflict, Journalism, Public Opinion, Discourse, and Psychological Perspectives.  Noah Mozes Department of Communication and Journalism and the Smart Family Institute of Communication, Hebrew University, Jerusalem, Israel. |
| 2016 | Invited Keynote Address, "Reflections on an Extraordinary Career; Elihu Katz and the Study of Mass Communication and Public Opinion."  Conference on Political Communication, Conflict, Journalism, Public Opinion, Discourse, and Psychological Perspectives.  Noah Mozes Department of Communication and Journalism and the Smart Family Institute of Communication, Hebrew University, Jerusalem, Israel. |
| 2016 | Invited Presentation, "What Americans Really Think About Climate Change.  Presentation sponsored by the Stanford Alumni Association.  Greenberg Traurig Law Firm, Tel Aviv, Israel. |
| 2016 | Invited Presentation, "Best Practices in Science: Profound Problems and Wonderful Opportunities for Social and Behavioral Scientists."  Department of Communication, Tel Aviv University, Tel Aviv, Israel. |
| 2016 | Invited Lecture, "The Impact of Survey Mode and Sampling on the Accuracy of Survey Results."  Federal Trade Commission, Washington, DC. |
| 2016 | Invited Lecture, "Can Surveys Measure Informed Public Preferences Regarding Government Policies?  An Evaluation of the Contingent Valuation Method."  GESIS - Leibniz Institute for the Social Sciences, Mannheim, Germany. |
| 2016 | Invited lecture, "Impact of Survey Modes."  Workshop on Survey Mode Effects, Sponsored |

by the Faculty of Social Sciences, University of Ljubljana.  Ljubljana, Slovenia.

2016          Invited Moderator, "Discussion on Testing for Causal Mediation."  Ninth Annual meeting of the West Coast Experiments Conference, Graduate School of Business, Stanford University, Stanford, California.

2016          Invited Comments, "Research Ethics."  Meeting of the DIGSSCORE International Advisory Board, the Norwegian Citizen Panel Scientific Committee, and the Citizen Lab Scientific Committee.  University of Bergen, Bergen, Norway.

2016          Invited Keynote Address, "The Exciting Opportunities Afforded by Digitalization in the Social and Behavioral Science, and the Need for Academic Research to avoid Disasters." Kick-off Seminar for the University of Bergen's Digital Social Science Initiative, Bergen, Norway.

2016          Invited Address, "Are Democratic Citizens Capable of Offering Thoughtful Prescriptions on Policy Issues?  An Evaluation of the Contingent Valuation Method."  Sciences Po Methods Workshop, CEVIPOF, Centre de Recherches Politiques, Sciences Po, Paris, France.

2016          Invited Address, "Issue-focused Passion in American Politics."  Sciences Po Methods Workshop, CEVIPOF, Centre de Recherches Politiques, Sciences Po, Paris, France.

2016          Invited Address, "The Polling Blues."  Presentation sponsored by the DC Chapter of the American Association for Public Opinion Research, Washington, DC.

2016          Invited Presentation, "Survey Mode, Sampling Methods, and Response Rates."  Deep Water Horizon Total Value – Lessons Learned.  Workshop sponsored by the National Oceanic and Atmospheric Administration, Washington, DC.

2016          Invited Presentation, "Are American Elections Unfair?  Exploring the Impact of Candidate Name Order."  Presentation at Vi at Palo Alto, Palo Alto, California.

2016          Invited Presentation, "The Future of Survey Research."  Lecture sponsored by the DC Chapter of the American Association for Public Opinion Research, Washington, DC.

2016          Invited Presentation, "The Future of Survey Research."  Lecture sponsored by the New York Chapter of the American Association for Public Opinion Research, Washington, DC.

2016          Invited Presentation, "The Future of Survey Research."  Lecture sponsored by the Survey Research Center, The Woodrow Wilson School, and the Center for the Study of Democratic Politics, Princeton University, Princeton, New Jersey.

2016          Invited Presentation, "The Future of Survey Research."  Lecture Sponsored by the Center for Survey Research, University of Massachusetts, Boston, Massachusetts.

2016          Invited Presentation, "Issue-Focused Passion in American Politics: What Happens When Citizens Become Deeply Committed to Pressuring Government on a Policy Issue.."  Lecture Sponsored by the Departments of Psychology, Sociology, and Political Science, and the Center for Survey Research, University of Massachusetts, Boston, Massachusetts.

2016          Invited Commentary, "Science Gone Awry."  Tanner Lectures on Human Values, Sponsored by the University Center for Human Values: Trust and Distrust in Science, Princeton

University, Princeton, New Jersey.

2016      Invited Keynote Address, "Studying Political Attitudes as Survey Methodology Transforms."  Conference on "Inequality and Fairness of Political Reforms."  Hosted by the SFB 884 "Political Economy of Reforms" Project, University of Mannheim, Mannheim, Germany.

2017      Invited Presentation, "The Psychology of American Elections: Getting Into the Heads of Voters".  Presentation sponsored by the Stanford Alumni Association.  Stanford in New York Facility, New York, New York.

2017      Invited Presentation, "The Challenges of Accurate Survey Measurement: The Case of Household Rostering."  Center for Survey Methodology, U.S. Census Bureau, Suitland, Maryland.

2017      Invited Address, "The Accuracy of Online Surveys with Non-probability Samples of People Who Volunteer to Do Surveys for Money."  Conference Entitled "Towards the Future: Forecasting in Social Studies"  VII Sociology Grushin Conference, Sponsored by the Russia Public Opinion Research Center, Moscow, Russia.

2017      Invited Lecture, "Are Elections in America Unfair?  Exploring the Impact of Candidate Name Order."  Lecture co-sponsored by the GESIS Leibniz Institute for Social Sciences and the Mannheim Center for European Social Research (MZES), University of Mannheim, Mannheim, Germany.

2017      Invited Presentation, "Attitude Measurement and Methodology".  Attitudes Conference, Annenberg Public Policy Center of the University of Pennsylvania, Philadelphia, Pennsylvania.

2017      Invited Presentation, "Campaign Ads that are Good for America."  Conference on Electoral Reform, Harris School for Public Policy, University of Chicago, Chicago, Illinois.

2017      Invited Presentation, "Eliminating Unfairness: The Impact of Candidate Name Order." Conference on Electoral Reform, Harris School for Public Policy, University of Chicago, Chicago, Illinois.

2017      Invited Lecture, "How the Media Influence American Public Opinion."  Presentation at @America, sponsored by the U.S. Department of State, Jakarta, Indonesia.

2017      Invited presentation, "Challenges Impeding Comparability of Measurement Across Countries: Findings from an International Project Documenting Response Effects." Conference on Advances in Scale Development in the Social Sciences: Issues of Comparability, University of Mannheim, sponsored by GESIS, Mannheim, Germany.

2017      Invited presentation, "Challenges Impeding Comparability of Measurement Across Countries: Findings from an International Project Documenting Response Effects." Conference on Elections, parties, and Public Opinion in a Volatile World: A Comparative Perspective.  University of Mannheim, sponsored by GESIS, the Mannheimer Zentrum fur Europaische Sozialforschung, and the University of Michigan's Institute for Social Research, Mannheim, Germany.

2017      Invited panel member, "Keynote: The Politics of Climate Change."  Sixth Annual LCFS &

OPIS Carbon Markets Workshop, San Francisco, California.

2017    Invited lecture, "The Elections in America: Surprising Twists and Turns." Stanford Center at Peking University Special Lecture, Beijing, China.

2017    Invited lecture, "Are Elections in America Unfair? Exploring the Impact of Candidate Name Order." Methoden-Zentrum Sozialwissenschaften, Georg-August-Universitat Gottingen, Gottingen, Germany.

2018    Inaugural Lecturer, Natalie Kahn Lecture Series, Department of Communication, University of California, Los Angeles, Los Angeles, California.

2018    Invited Lecture, "Social and Psychology Experiments Under the Microscope: Do Our Classic Experiments Replicate When Participant Are Representative of the General Public Rather Than Convenience Samples of College Students?" Centre for Experimental Social Sciences Seminar, Nuffield College, University of Oxford, Oxford, United Kingdom.

2018    Invited Lecture, "Passion in American Politics: What Happens When Citizens Become Deeply Committed to Pressuring Government on a Policy Issue". Department of Psychology, University of Bath, Bath, United Kingdom.

2018    Invited Keynote Address, "An Update on the Accuracy of Probability Sample Surveys and Non-probability Sample Surveys." Workshop on Probability-Based and Nonprobability Survey Research, Program on Political Economy of Reforms – SFB 884, University of Mannheim, Mannheim, Germany.

2018    Presentation, "Project Overview." CPS Forum on Measuring Voter Turnout, Summer at Census, U.S. Census Bureau, Suitland, Maryland.

2018    Presentation, "Mode and Proxy Effects." CPS Forum on Measuring Voter Turnout, Summer at Census, U.S. Census Bureau, Suitland, Maryland.

2018    Presentation, "Knowing More Than We Can Know." CPS Forum on Measuring Voter Turnout, Summer at Census, U.S. Census Bureau, Suitland, Maryland.

2018    Invited Colloquium, "The Future of Survey Research: Meltdown or Opportunity?" Roper Center Speaker Series, Roper Center for Public Opinion Research, Cornell University, Ithaca, New York.

2018    Invited Colloquium, "The Future of Survey Research: Meltdown or Opportunity?" GESIS - Leibniz Institute for the Social Sciences, Mannheim, Germany.

2019    Invited Guest Lecture, "Are Elections in America Unfair? The Impact of Candidate Name Order. Psychology for Policy (WWS 502), Princeton University, Princeton, New Jersey.

2019    Invited Presentation, "American Public Opinion on Global Warming." Resources for the Future, New York, New York.

2019    Invited Presentation, "Illuminating Political Persuasion & Advertising Effects: New Experiments in Surveys." New York Chapter of the American Association for Public Opinion Research, New York, New York.

2019    Stauffer Colloquium Lecture, "Are Elections in America Unfair? Exploring the Psychology of Candidate Name Order Effects." Division of Behavioral & Organizational Sciences,

Claremont Graduate University, Claremont, California.

| 2019 | Invited Presentation, "The Impact of Mode and Sampling on the Accuracy of Survey Results." Lake Research Partners, Washington, DC. |
|------|---|
| 2019 | Invited Presentation, "The Impact of Racism and Other Factors on the Outcome of the 2008 U.S. Presidential Election. Lake Research Partners, Washington, DC. |
| 2019 | Invited Presentation, "The Butterfly Wing Flapped: The Impact of Candidate Name Order on Election Outcomes." Lake Research Partners, Washington, DC. |
| 2019 | Invited Presentation, "Testing a New Form of Political Advertising: Advertising Parties Rather Than Candidates." Lake Research Partners, Washington DC. |
| 2019 | Invited Presentation, "Testing for Political persuasion and Advertising Effects: New Experiments in Surveys." Center for Behavioral Science Methods Seminar, U.S. Census Bureau, Suitland, Maryland. |
| 2019 | Invited Presentation, "Creating Infrastructure to College Data from Research Participants Maximizes Efficiency and Data Quality. Workshop with Austin Public Schools, University of Texas, Austin, Texas. |
| 2019 | Invited Lecture, "Making Social Science Relevant to Policy-Making: Case Studies of Research Under the Microscope." Summer Colloquium Sponsored by the Office of Graduate Studies and the Department of Sociology, University of Nebraska, Lincoln, Nebraska. |

Editorial Board Member

| 1989-2000<br>2006-2008 | Journal of Personality and Social Psychology |
|------|---|
| 1990-1994 | Journal of Experimental Social Psychology |
| 1997-2003 | Basic and Applied Social Psychology |
| 1988-1991,<br>1994-2002 | Public Opinion Quarterly |
| 1998-2005 | Media Psychology |
| 2006-2008 | Sociological Methodology |
| 2008- | Pathways |
| 2012-2017 | Journal of Survey Statistics and Methodology |
| 2018-2020 | Measurement Instruments for the Social Sciences |

Internal Grants

| | |
|---|---|
| 1986 | Ohio State University Office of Research and Graduate Studies Faculty Seed Grant, to support research on attitude importance. |
| 1986 | Ohio State University College of Social and Behavioral Sciences Research Expense Grant, to support research on social information processing and judgments about the self. |
| 1987 | Mershon Center Research Grant, to study the determinants of attitude importance. |
| 1987 | Ohio State University Office of Research and Graduate Studies Research Grant, to study the role of attitude importance in regulating political judgment. |
| 1988 | Ohio State University Office of Research and Graduate Studies, to support a study of the Arab/Israeli relations issue public in the United States (with Shibley Telhami). |
| 1988 | The Mershon Center, Ohio State University, to support a study of the Arab/Israeli relations issue public in the United States (with Shibley Telhami). |
| 1988 | Department of Political Science, Ohio State University, to support a study of the Arab/Israeli relations issue public in the United States (with Shibley Telhami). |
| 1988 | College of Social and Behavioral Sciences, Ohio State University, to support a study of the Arab/Israeli relations issue public in the United States (with Shibley Telhami). |
| 1991 | Ohio State University Office of Research and Graduate Studies Research Grant, to study the role of satisficing in shaping responses to survey questionnaire measures of attitudes. |
| 1993 | Ohio State University Office of the Vice President for Research, to support preparation of a book on questionnaire design. |
| 1995 | College of Social and Behavioral Sciences, Ohio State University, to support a study of the contingent valuation method of survey research. |
| 1995 | College of Social and Behavioral Sciences, Ohio State University, to support a survey of public attitudes toward global warming. |
| 1995 | College of Social and Behavioral Sciences, Ohio State University, to support research on questionnaire design. |
| 1999 | Mershon Center, Ohio State University.  Foreign policy and election outcomes: A proposal to study the 2000 American Presidential election. |
| 2003 | VPUE Faculty Grant for Undergraduate Research, Stanford University. |
| 2004 | VPUE Faculty Grant for Undergraduate Research, Stanford University. |
| 2005 | VPUE Faculty Grant for Undergraduate Research, Stanford University. |
| 2006 | VPUE Faculty Grant for Undergraduate Research, Stanford University. |
| 2007 | VPUE Faculty Grant for Undergraduate Research, Stanford University. |

2007        Summer Research College Support for Undergraduates, Political Science Department, Stanford University.

2008        VPUE Faculty Grant for Undergraduate Research, Stanford University.

2008        Summer Research College Support for Undergraduates, Political Science Department, Stanford University.

2009        VPUE Faculty Grant for Undergraduate Research, Stanford University.

2009        Summer Research College Support for Undergraduates, Political Science Department, Stanford University.

2009        Summer Research College Support for Undergraduates, Public Policy Program, Stanford University.

2010        VPUE Faculty Grant for Undergraduate Research, Stanford University.

2010        Summer Research College Support for Undergraduates, Political Science Department, Stanford University.

2010        Summer Research College Support for Undergraduates, Public Policy Program, Stanford University.

2011        VPUE Faculty Grant for Undergraduate Research, Stanford University.

2011        Summer Research College Support for Undergraduates, Political Science Department, Stanford University.

2011        Summer Research College Support for Undergraduates, Woods Institute for the Environment, Stanford University.

2011        Summer Research College Support for Undergraduates, Public Policy Program, Stanford University.

2012        Summer Research College Support for Undergraduates, Political Science Department, Stanford University.

2012        Summer Research College Support for Undergraduates, Woods Institute for the Environment, Stanford University.

2012        Summer Research College Support for Undergraduates, Public Policy Program, Stanford University.

2012        VPUE Faculty Grant for Undergraduate Research, Stanford University.

2013        Summer Research College Support for Undergraduates, Political Science Department, Stanford University.

2013        Summer Research College Support for Undergraduates, Woods Institute for the Environment, Stanford University.

2013        Summer Research College Support for Undergraduates, Public Policy Program, Stanford University.

| 2014 | Summer Research College Support for Undergraduates, Political Science Department, Stanford University. |
|------|------|
| 2014 | Summer Research College Support for Undergraduates, Woods Institute for the Environment, Stanford University. |
| 2014 | Summer Research College Support for Undergraduates, Public Policy Program, Stanford University. |
| 2014 | Research Grant, Center for Advanced Study in the Behavioral Sciences. |
| 2015 | Summer Research College Support for Undergraduates, Political Science Department, Stanford University. |
| 2015 | Summer Research College Support for Undergraduates, Woods Institute for the Environment, Stanford University. |
| 2015 | Summer Research College Support for Undergraduates, Public Policy Program, Stanford University. |
| 2015 | Research Grant, Spectrum-Stanford Health Care Innovation Challenge Program, Stanford University. (with Julie Parsonnet) |
| 2016 | Summer Research College Support for Undergraduates, Political Science Department, Stanford University. |
| 2017 | Summer Research College Support for Undergraduates, Public Policy Program, Stanford University. |
| 2017 | Summer Research College Support for Undergraduates, Political Science Department, Stanford University. |
| 2017 | Summer Research College Support for Undergraduates, Psychology Department, Stanford University. |
| 2017 | Summer Research Program on Energy Research, Precourt Institute for Energy, Stanford University. |
| 2018 | Summer Research College Support for Undergraduates, Public Policy Program, Stanford University. |
| 2018 | Summer Research College Support for Undergraduates, Political Science Department, Stanford University. |
| 2018 | Summer Research College Support for Undergraduates, Psychology Department, Stanford University. |
| 2018 | Summer Research Program on Energy Research, Precourt Institute for Energy, Stanford University. |

External Grants and Contracts

| 1977 | CBS Research Grant, to support development and evaluation of a mass media promotional campaign for sound recordings. |
| --- | --- |
| 1984 | Society for the Psychological Study of Social Issues Doctoral Dissertation Grant-in-aid. |
| 1984 | CBS Research Grant, to support literature review/research on the causes of heavy television viewing among children and adolescents. |
| 1985 | CBS Research Grant, to support empirical research on the effect of television viewing on alcohol use among children and adolescents. |
| 1985 | CBS Research Grant, to support empirical research on the causes of heavy television viewing among children and adolescents. |
| 1987-1989 | National Institute on Aging Research Grant, to study changes in political orientations over the life span (with Duane F. Alwin). |
| 1987 | National Association of Broadcasters Research Grant, to study the causes of heavy television viewing among children and adolescents. |
| 1988 | Society for the Psychological Study of Social Issues Grant-in-Aid, to support research on the causes of heavy television viewing among children and adolescents. |
| 1990-1992 | National Science Foundation, The information processing consequences of attitude importance. |
| 1991 | National Science Foundation Research Experience for Undergraduates Grant Supplement, The information processing consequences of attitude importance. |
| 1992 | Society for the Psychological Study of Social Issues Grant-in-Aid, to support research on the impact of the Gulf War on the constituents of presidential evaluations. |
| 1992 | National Science Foundation Research Experience for Undergraduates Grant Supplement, The information processing consequences of attitude importance. |
| 1994 | National Science Foundation, Explaining the surprising accuracy of mail surveys. |
| 1995 | National Science Foundation Research Experience for Undergraduates Grant Supplement, Explaining the surprising accuracy of mail surveys. |
| 1995 | U.S. Department of the Interior/Minerals Management Service/University of California Coastal Marine Institute, Testing and calibrating the measurement of nonmarket values for oil spills via the contingent valuation method (with Michael Hanemann). |
| 1995 | Electric Power Research Institute/Industrial Economics, Elicitation of public perceptions regarding the potential ecological effects of climate change (part I). |
| 1996 | Electric Power Research Institute/Industrial Economics, Elicitation of public perceptions regarding the potential ecological effects of climate change (part II). |
| 1997 | National Science Foundation, Formation and change of public beliefs about global warming. |

| | |
|---|---|
| 1997 | National Oceanic and Atmospheric Administration/U.S. Environmental Protection Agency/Resources for the Future, Formation and change of public beliefs about global warming: Wave II of survey interviewing. |
| 1998, 1999, 2000, 2001 | Robert Dodd and Associates/The Battelle Memorial Institute/National Aeronautics and Space Administration, National aviation operational monitoring system questionnaire development. |
| 2000, 2001 | Resources for the Future, American public opinion on the environment. |
| 2001, 2002 | Columbus Airport Authority, The dynamics and causes of airport customer satisfaction. |
| 2002 | Time-sharing Experiments for the Social Sciences (TESS) grant (funded by the National Science Foundation), Social desirability and reports of voter turnout (with Allyson L. Holbrook). |
| 2003 | National Science Foundation, Social and psychological mechanisms of the relation between age and openness to attitude change (with Penny Visser). |
| 2003 | New York Academy of Medicine/W. K. Kellogg Foundation, Engaging the community in terrorism preparedness planning. |
| 2003 | Decade of Behavior 2000-2010 Distinguished Lecture Program Grant to feature Richard E. Petty at the 2003 annual meeting of the American Association for Public Opinion Research. |
| 2004 | National Science Foundation, Optimizing the number of points on rating scales. |
| 2004 | The Bureau of Labor Statistics, U.S Department of Labor, Refining the categorization of jobs in the biotechnology industry. |
| 2005 | National Science Foundation, 2005 Summer Institute in Political Psychology. |
| 2005 | National Science Foundation, Survey Research Methodology Optimization for the Science Resource Statistics Program. |
| 2005 | National Science Foundation, American National Election Studies 2005-2010 (with Arthur Lupia). |
| 2006 | American Psychological Association, The psychology of voting and election campaigns: A proposal for a stand-alone conference (with Wendy Wood, Arthur Lupia, and John Aldrich). |
| 2006 | National Science Foundation, Agenda-setting workshop in the area of e-science: Development of the next generation of cybertools applied to data collections in the social and behavioral sciences (with Arthur Lupia). |
| 2006 | National Science Foundation, Development of a computer network for experimental and non-experimental data collection via the Internet from a nationally representative sample of American households. |
| 2006 | National Science Foundation and the Department of Homeland Security, Expansion of the American National Election Study: Gauging the public's Attitudes on terrorism and homeland security (with Arthur Lupia). |
| 2007 | National Science Foundation, 2007 Summer Institute in Political Psychology. |

| 2007 | National Science Foundation, Survey Research Methodology Optimization for the Science Resource Statistics Program. |
|---|---|
| 2007 | National Science Foundation, Survey Research Methodology Optimization for the Science Resource Statistics Program (Supplement). |
| 2007 | National Science Foundation, Research Experience for Undergraduates Supplement for the American National Election Study. (with Arthur Lupia) |
| 2007 | National Science Foundation, The Impact of Polls on Political Behavior. |
| 2007 | National Science Foundation, American National Election Studies Supplement to Support Additional Pretesting of Questionnaire Items. (with Arthur Lupia) |
| 2007 | National Science Foundation, American National Election Studies Supplement to Support a Conference on Methodology for Coding Open-ended Question Responses. (with Arthur Lupia) |
| 2008 | National Science Foundation, SGER: DHS and NSF Collaboration: Developing Polls to Test Theories of Radicalization and Potential for Radicalization. (with Arthur Lupia) |
| 2008 | National Science Foundation, American National Election Studies Supplement to Create a Supplemental Panel to Study the 2008 American Presidential Election. (with Arthur Lupia) |
| 2008 | National Science Foundation, 2008 Summer Institute in Political Psychology. |
| 2009 | Time-sharing Experiments for the Social Sciences (TESS) grant (funded by the National Science Foundation), Does Mentioning 'Some People' and 'Other People' in an Attitude Question Improve Measurement Quality? (with David Yeager). |
| 2009 | National Science Foundation, 2009 Summer Institute in Political Psychology. |
| 2009 | Robert Wood Johnson Foundation, Surveying Public Opinion on Healthcare. |
| 2009 | Bill and Melinda Gates Foundation, Research and Polling Studies on Key Education Topics. |
| 2009 | National Science Foundation, 2010-2012 Summer Institute in Political Psychology. |
| 2010 | National Science Foundation, American National Election Studies Supplement to Develop and Test New Methods for Coding Open-ended Survey Data. (with Arthur Lupia) |
| 2010 | National Science Foundation, Discovering the Mechanisms of Belief and Attitude Change on Controversial Issues: The Case of Global Warming and Trust in Scientists. |
| 2011 | Marketing Science Institute, Establishing the Accuracy of Online Panels Research (with Lisa Brüggen, Rebecca Weiss, David Yeager, Rui Wang, and Yph Lelkes). |
| 2012 | National Science Foundation, Conferences on the Future of Survey Research. |
| 2013 | National Science Foundation, Supplement to Grant on the Future of Survey Research. |

| 2014 | National Science Foundation, American National Election Studies Supplement to Develop and Test New Methods for Coding Open-ended Survey Data. (with Arthur Lupia) |
| --- | --- |
| 2014 | Fetzer Franklin Fund, Exploring the Replicability of Psychological Findings. |
| 2014 | Center for Advanced Study in the Behavioral Sciences, Stanford University, CASBS Best Practices in Science Group: Empirical Studies, Article Writing, and Grant Proposal Preparation. (with Lee Jussim) |
| 2015 | The William and Flora Hewlett Foundation, Maximizing Scientific Integrity. (with Lee Jussim) |
| 2015 | Marketing Science Institute, Beyond the Promotion of Net Promoter Score: A Research Deep Dive on "The One Number You Need to Grow." (with Ellen Konar) |
| 2015 | Fetzer Franklin Fund, Maximizing Scientific Integrity: A Conference Proposal. (with Lee Jussim) |
| 2017 | National Science Foundation, Implicit Bias Conference |
| 2017 | National Science Foundation, Consumer Innovation Survey Development. |

<u>Research Partnerships with News Media Organizations</u>

The New York Times
ABC News
The Associated Press
Time Magazine
The Washington Post
USA Today
New Scientist Magazine

<u>Books</u>

Weisberg, H., Krosnick, J. A., & Bowen, B.  (1989).  <u>Introduction to survey research and data analysis</u>.
    Chicago: Scott, Foresman.

Krosnick, J. A.  (Ed.).  (1990).  <u>Thinking about politics: Comparisons of experts and novices</u>.  New York:
    Guilford Press (Book version of a special issue of <u>Social Cognition</u>, Volume 8, Number 1, 1990).

Petty, R. E., & Krosnick, J. A.  (Eds.).  (1995).  <u>Attitude strength: Antecedents and consequences</u>.  Hillsdale, NJ:
    Erlbaum.

Weisberg, H., Krosnick, J. A., & Bowen, B.  (1996).  <u>Introduction to survey research, polling, and data analysis</u>.
    Thousand Oaks, CA: Sage.

Carson, R. T., Conaway, M. B., Hanemann, W. M., Krosnick, J. A., Mitchell, R. C., Presser, S.  (2004).
    <u>Valuing oil spill prevention: A case study of California's central coast</u>.  Dordrecht, The Netherlands:
    Kluwer Academic Publishers.

Callegaro, M., Baker, R., Bethlehem, J., Göritz, A., Krosnick, J. A., & Lavrakas, P. J. (Eds.).  (2014).  <u>Online panel research: A data quality perspective</u>.  West Sussex, UK: John Wiley and Sons.

Review: Cornesse, C., & Blom, A. G.  (2015).  Review of Online Panel Research: A Data Quality Perspective.  Journal of Official Statistics, 31, 809-812.

Krosnick, J. A., Chiang, I.-C., & Stark, T.  (Eds.)  (2017).  Political psychology: New explorations.  Psychology Press.  New York, New York.

Vannette, D. L., & Krosnick, J. A. (Eds.)  (2018).  The Palgrave handbook of survey research.  London, UK: Palgrave MacMillan.

Krosnick, J. A., & Fabrigar, L. R.  (forthcoming).  The handbook of questionnaire design.  New York: Oxford University Press.


Journal Articles and Book Chapters

Krosnick, J. A.  (1978).  One approach to the analysis of drumset playing.  Percussive Notes, Spring-Summer, 143-149.

Judd, C. M., Krosnick, J. A., & Milburn, M. A.  (1981).  Political involvement and attitude structure in the general public.  American Sociological Review, 46, 660-669.

Krosnick, J. A., & Judd, C. M.  (1982).  Transitions in social influence at adolescence: Who induces cigarette smoking?  Developmental Psychology, 18, 359-368.

Judd, C. M., & Krosnick, J. A.  (1982).  Attitude centrality, organization, and measurement.  Journal of Personality and Social Psychology, 42, 436-447.

Krosnick, J. A.  (1982).  Teaching percussion: Growing with your students.  National Association of College Wind and Percussion Instructors Journal, Summer, 4-7.

Judd, C. M., Kenny, D. A., & Krosnick, J. A.  (1983).  Judging the positions of political candidates: Models of assimilation and contrast.  Journal of Personality and Social Psychology, 44, 952-963.

McAlister, A. L., Krosnick, J. A., & Milburn, M. A.  (1984).  Causes of adolescent cigarette smoking: Tests of a structural equation model.  Social Psychology Quarterly, 47, 24-36.

Iyengar, S., Kinder, D. R., Peters, M. D., & Krosnick, J. A.  (1984).  The evening news and presidential evaluations.  Journal of Personality and Social Psychology, 46, 778-787.

Reprinted in Peplau, L. A., Sears, D. O., Taylor, S. E., & Freedman, J. L.  (Eds.)  (1988), Readings in social psychology: Classic and contemporary contributions.  Englewood Cliffs, NJ: Prentice Hall.

Alwin, D. F., & Krosnick, J. A.  (1985).  The measurement of values in surveys: A comparison of ratings and rankings.  Public Opinion Quarterly, 49, 535-552.

Reprinted in Singer, E., & Presser, S.  (Eds.)  (1989).  Survey research methods: A reader.  Chicago: University of Chicago Press.

Reprinted in Bartholomew, D.  (Ed.)  (2006).  Measurement.  Oxford, UK: The Bardwell Press.

Schuman, H., Ludwig, J., & Krosnick, J. A.  (1986).  The perceived threat of nuclear war, salience, and open questions.  Public Opinion Quarterly, 50, 519-536.

Krosnick, J. A., & Alwin, D. F. (1987). An evaluation of a cognitive theory of response order effects in survey measurement. Public Opinion Quarterly, 51, 201-219.

Reprinted in Roberts, C., & Jowell, R. (Eds.) (2008). Attitude measurement. Thousand Oaks, CA: Sage Publications.

Krosnick, J. A. (1988). Attitude importance and attitude change. Journal of Experimental Social Psychology, 24, 240-255.

Krosnick, J. A., & Schuman, H. (1988). Attitude intensity, importance, and certainty and susceptibility to response effects. Journal of Personality and Social Psychology, 54, 940-952.

Reprinted in Roberts, C., & Jowell, R. (Eds.) (2008). Attitude measurement. Thousand Oaks, CA: Sage Publications.

Krosnick, J. A. (1988). The role of attitude importance in social evaluation: A study of policy preferences, presidential candidate evaluations, and voting behavior. Journal of Personality and Social Psychology, 55, 196-210.

Krosnick, J. A., & Alwin, D. F. (1988). A test of the form-resistant correlation hypothesis: Ratings, rankings, and the measurement of values. Public Opinion Quarterly, 52, 526-538.

Judd, C. M., & Krosnick, J. A. (1989). The structural bases of consistency among political attitudes: The effects of political expertise and attitude importance. In A. R. Pratkanis, S. J. Breckler, & A. G. Greenwald (Eds.), Attitude Structure and Function. Hillsdale, NJ: Erlbaum.

Krosnick, J. A. (1989). Attitude importance and attitude accessibility. Personality and Social Psychology Bulletin, 15, 297-308.

Krosnick, J. A. (1989). Question wording and reports of survey results: The case of Louis Harris and Aetna Life and Casualty. Public Opinion Quarterly, 53, 107-113.

Reprinted in Bulmer, M. (Ed.) (2004), Questionnaires. Thousand Oaks, CA: Sage Publications.

Krosnick, J. A., & Alwin, D. F. (1989). Aging and susceptibility to attitude change. Journal of Personality and Social Psychology, 57, 416-425.

Krosnick, J. A. (1990). Government policy and citizen passion: A study of issue publics in contemporary America. Political Behavior, 12, 59-92.

Krosnick, J. A. (1990). Expertise in political psychology. Social Cognition, 8, 1-8. (also in J. Krosnick (Ed.), Thinking about politics: Comparisons of experts and novices. New York: Guilford, 1990, pp. 1-8).

Krosnick, J. A. (1990). Lessons learned: A review and integration of our findings. Social Cognition, 8, 154-158. (also in J. Krosnick (Ed.), Thinking about politics: Comparisons of experts and novices. New York: Guilford, 1990, pp. 154-158).

Krosnick, J. A., Li, F., & Lehman, D. (1990). Conversational conventions, order of information acquisition, and the effect of base rates and individuating information on social judgments. Journal of Personality and Social Psychology, 59, 1140-1152.

Krosnick, J. A., & Milburn, M. A. (1990). Psychological determinants of political opinionation. Social Cognition, 8, 49-72. (also in J. Krosnick (Ed.), Thinking about politics: Comparisons of experts and novices. New York: Guilford, 1990, pp. 49-72).

Krosnick, J. A., & Sedikides, C.  (1990).  Self-monitoring and self-protective biases in the use of consensus information to predict one's own behavior.  Journal of Personality and Social Psychology, 58, 718-728.

Krosnick, J. A., & Kinder, D. R.  (1990).  Altering the foundations of support for the president through priming.  American Political Science Review, 84, 497-512.

   Reprinted in J T. Jost and J. Sidanius (Eds.)  (2004).  Political psychology: Key readings.  New York, NY: Psychology Press.

   Reprinted in K. Arzheimer & J. Evans (Eds.)  (2008).  Electoral behaviour.  London: Sage Publications.

   Reprinted in T. Høgenhagen and S. Winther Nielsen (Eds.)  (2009).  Politisk psykologi-antologi.  Århus, Denmark: Aarhus University Press.

Alwin, D. F., & Krosnick, J. A.  (1991).  Aging, cohorts, and the stability of sociopolitical orientations over the life span.  American Journal of Sociology, 97, 169-195.

Alwin, D. F., & Krosnick, J. A.  (1991).  The reliability of survey attitude measurement: The influence of question and respondent attributes.  Sociological Methods and Research, 20, 139-181.

Judd, C. M., Drake, R. A., Downing, J. W., & Krosnick, J. A.  (1991).  Some dynamic properties of attitude structures: Context induced response facilitation and polarization.  Journal of Personality and Social Psychology, 60, 193-202.

Krosnick, J. A.  (1990).  Americans' perceptions of presidential candidates: A test of the projection hypothesis.  Journal of Social Issues, 46, 159-182.

Krosnick, J. A.  (1991).  Response strategies for coping with the cognitive demands of attitude measures in surveys.  Applied Cognitive Psychology, 5, 213-236.

Krosnick, J. A.  (1991).  The stability of political preferences: Comparisons of symbolic and non-symbolic attitudes.  American Journal of Political Science, 35, 547-576.

Krosnick, J. A.  (1992).  The impact of cognitive sophistication and attitude importance on response order effects and question order effects.  In N. Schwarz and S. Sudman (Eds.), Order effects in social and psychological research (pp. 203-218).  New York: Springer-Verlag.

Krosnick, J. A., & Abelson, R. P.  (1992).  The case for measuring attitude strength in surveys.  Pp. 177-203 in J. Tanur (Ed.), Questions about questions: Inquiries into the cognitive bases of surveys.  New York: Russell Sage.

Krosnick, J. A., Betz, A. L., Jussim, L. J., & Lynn, A. R.  (1992).  Subliminal conditioning of attitudes.  Personality and Social Psychology Bulletin, 18, 152-162.

Lehman, D. R., Krosnick, J. A., West, R. L., & Li, F.  (1992).  The focus of judgment effect: A question wording effect due to hypothesis confirmation bias.  Personality and Social Psychology Bulletin, 18, 690-699.

Krosnick, J. A., & Berent, M. K.  (1993).  Comparisons of party identification and policy preferences: The impact of survey question format.  American Journal of Political Science, 37, 941-964.

Krosnick, J. A., & Brannon, L. A.  (1993).  The impact of the Gulf War on the ingredients of presidential evaluations: Multidimensional effects of political involvement.  American Political Science Review, 87, 963-975.

Reprinted in H. T. Reis (Ed.).  (2014).  Methodological Innovations in Social Psychology.  Thousand Oaks, CA: Sage Publications.

Krosnick, J. A., & Brannon, L. A.  (1993).  The media and the foundations of Presidential support: George Bush and the Persian Gulf conflict.  Journal of Social Issues, 49, 167-182.

Krosnick, J. A., Boninger, D. S., Chuang, Y. C., Berent, M. K., & Carnot, C. G.  (1993).  Attitude strength: One construct or many related constructs?  Journal of Personality and Social Psychology, 65, 1132-1149.

Reprinted in S. T. Fiske (Ed.) (2013).  Social Cognition.  Thousand Oaks, CA: Sage Publications.

Krosnick, J. A., Berent, M. K., & Boninger, D. S.  (1994).  Pockets of responsibility in the American electorate: Findings of a research program on attitude importance.  Political Communication, 11, 391-411.

Krosnick, J. A., & Smith, W. A.  (1994).  Attitude strength.  In V. S. Ramachandran (Ed.), Encyclopedia of human behavior.  San Diego, CA: Academic Press.

Ostrom, T. M., Bond, C., Krosnick, J. A., & Sedikides, C.  (1994).  Attitude scales: How we measure the unmeasurable.  In S. Shavitt & T. C. Brock (Eds.), Persuasion: Psychological insights and perspectives.  Boston, MA: Allyn and Bacon.

Rahn, W. M., Krosnick, J. A., & Breuning, M.  (1994).  Rationalization and derivation processes in survey studies of political candidate evaluation.  American Journal of Political Science, 38, 582-600.

Berent, M. K., & Krosnick, J. A.  (1995).  The relation between political attitude importance and knowledge structure.  In M. Lodge & K. McGraw (Eds.), Political judgment: Structure and process.  Ann Arbor, MI: University of Michigan Press.

Boninger, D. S., Krosnick, J. A., & Berent, M. K.  (1995).  The origins of attitude importance: Self-interest, social identification, and value-relevance.  Journal of Personality and Social Psychology, 68, 61-80.

Boninger, D. S., Krosnick, J. A., Berent, M. K., & Fabrigar, L. R.  (1995).  The causes and consequences of attitude importance.  In R. E. Petty and J. A. Krosnick (Eds.), Attitude strength: Antecedents and consequences.  Hillsdale, NJ: Erlbaum.

Fabrigar, L. R., & Krosnick, J. A.  (1995).  Attitude importance and the false consensus effect.  Personality and Social Psychology Bulletin, 21, 468-479.

Fabrigar, L. R., & Krosnick, J. A.  (1995).  Attitude measurement and questionnaire design.  In A. S. R. Manstead & M. Hewstone (Eds.), Blackwell encyclopedia of social psychology.  Oxford: Blackwell Publishers.

Fabrigar, L. R., & Krosnick, J. A.  (1995).  Voting behavior.  In A. S. R. Manstead & M. Hewstone (Eds.), Blackwell encyclopedia of social psychology.  Oxford: Blackwell Publishers.

Krosnick, J. A., & Petty, R. E.  (1995).  Attitude strength: An overview.  In R. E. Petty and J. A. Krosnick (Eds.), Attitude strength: Antecedents and consequences.  Hillsdale, NJ: Erlbaum.

Krosnick, J. A., & Telhami, S.  (1995).  Public attitudes toward Israel: A study of the attentive and issue publics.  International Studies Quarterly, 39, 535-554.

Reprinted in Israel Affairs, vol. 2 (1995/1996).

Reprinted in G. Sheffer (Ed.) (1997).  U.S.-Israeli relations at the crossroads (Israeli history, politics, and society).  London: Frank Cass & Co., Ltd.

Wegener, D. T., Downing, J., Krosnick, J. A., & Petty, R. E.  (1995).  Measures and manipulations of strength-related properties of attitudes: Current practice and future directions.  In R. E. Petty and J. A. Krosnick (Eds.), Attitude strength: Antecedents and consequences.  Hillsdale, NJ: Erlbaum.

Weisberg, H. F., Haynes, A. A., & Krosnick, J. A.  (1995).  Social group polarization in 1992.  In H. F. Weisberg (Ed.), Democracy's feast: Elections in America.  Chatham, NJ: Chatham House.

Krosnick, J. A., Narayan, S. S., & Smith, W. R.  (1996).  Satisficing in surveys: Initial evidence.  In M. T. Braverman & J. K. Slater (Eds.), Advances in survey research (pp. 29-44).  San Francisco: Jossey-Bass.

Miller, J. M., & Krosnick, J. A.  (1996).  News media impact on the ingredients of presidential evaluations: A program of research on the priming hypothesis.  In D. Mutz & P. Sniderman (Eds.), Political persuasion and attitude change.  Ann Arbor, MI: University of Michigan Press.

Narayan, S., & Krosnick, J. A.  (1996).  Education moderates some response effects in attitude measurement.  Public Opinion Quarterly, 60, 58-88.

Reprinted in S. Gorard (Ed.) (2008).  Quantitative research in education.  London, UK: Sage Publications.

Visser, P. S., Krosnick, J. A., Marquette, J., & Curtin, M.  (1996).  Mail surveys for election forecasting?  An evaluation of the Columbus Dispatch poll.  Public Opinion Quarterly, 60, 181-227.

Krosnick, J. A., & Fabrigar, L. R.  (1997).  Designing rating scales for effective measurement in surveys.  In L. Lyberg, P. Biemer, M. Collins, L. Decker, E. DeLeeuw, C. Dippo, N. Schwarz, and D. Trewin (Eds.), Survey Measurement and Process Quality.  New York: Wiley-Interscience.

Miller, J. M., & Krosnick, J. A.  (1997).  The anatomy of news media priming.  In S. Iyengar and R. Reeves (Eds.), Do the media govern?  Politicians, voters, and reporters in America.  Thousand Oaks, CA: Sage.

Carson, R. T., Hanemann, W. M., Kopp, R. J., Krosnick, J. A., Mitchell, R. C., Presser, S., Ruud, P. A., & Smith, V. K., with Conaway, M., & Martin, K.  (1997).  Temporal reliability of estimates from contingent valuation.  Land Economics, 73, 151-163.

Carson, R. T., Hanemann, W. M., Kopp, R. J., Krosnick, J. A., Mitchell, R. C., Presser, S., Ruud, P. A., & Smith, V. K., with Conaway, M., & Martin, K.  (1998).  Referendum design and contingent valuation: The NOAA panel's no-vote recommendation.  Review of Economics and Statistics, 80, 335-338.

Miller, J. M., & Krosnick, J. A.  (1998).  The impact of candidate name order on election outcomes.  Public Opinion Quarterly, 62, 291-330.

Visser, P. S., & Krosnick, J. A.  (1998).  The development of attitude strength over the life cycle: Surge and decline.  Journal of Personality and Social Psychology, 75, 1388-1409.

Reprinted in G. Haddock and G. R. Maio (Eds.) (2012), The psychology of attitudes: Key readings.  Thousand Oaks, CA: Sage Publications.

Krosnick, J. A.  (1999).  Maximizing questionnaire quality.  In J. P. Robinson, P. R. Shaver, & L. S. Wrightsman (Eds.), Measures of political attitudes.  New York: Academic Press.

Krosnick, J. A.  (1999).  Survey research.  Annual Review of Psychology, 50, 537-567.

Bassili, J. N., & Krosnick, J. A.  (2000).  Do strength-related attitude properties determine susceptibility to response effects?  New evidence from response latency, attitude extremity, and aggregate indices. Political Psychology, 21, 107-132.

Holbrook, A. L., Krosnick, J. A., Carson, R. T., & Mitchell, R. C.  (2000).  Violating conversational conventions disrupts cognitive processing of attitude questions.  Journal of Experimental Social Psychology, 36, 465-494.

Holbrook, A. L., Bizer, G. Y., & Krosnick, J. A.  (2000).  Political behavior of the individual.  In A. E. Kazdin (Ed.), Encyclopedia of psychology.  Washington, DC, and New York, NY: American Psychological Association and Oxford University Press.

Krosnick, J. A., Holbrook, A. L., & Visser, P. S.  (2000).  The impact of the Fall 1997 debate about global warming on American public opinion.  Public Understanding of Science, 9, 239-260.

Miller, J. M., & Krosnick, J. A.  (2000).  News media impact on the ingredients of presidential evaluations: Politically knowledgeable citizens are guided by a trusted source.  American Journal of Political Science, 44, 301-315.

Visser, P. S., Krosnick, J. A., & Lavrakas, P.  (2000).  Survey research.  In H. T. Reis & C. M. Judd (Eds.), Handbook of research methods in social psychology.  New York: Cambridge University Press.

Visser, P. S., Krosnick, J. A., Marquette, J., & Curtin, M.  (2000).  Improving election forecasting: Allocation of undecided respondents, identification of likely voters, and response order effects.  In P. Lavrakas & M. Traugott (Eds.), Election polls, the news media, and democracy.  New York, NY: Chatham House.

Bizer, G. Y., & Krosnick, J. A.  (2001).  Exploring the structure of strength-related attitude features: The relation between attitude importance and attitude accessibility.  Journal of Personality and Social Psychology, 81, 566-586.

Holbrook, A. L., Krosnick, J. A., Visser, P. S., Gardner, W. L., & Cacioppo, J. T.  (2001).  Attitudes toward presidential candidates and political parties: Initial optimism, inertial first impressions, and a focus on flaws.  American Journal of Political Science, 45, 930-950.

Reprinted in Lavine, H. (Ed.)  (2010).  Political psychology.  Thousand Oaks, CA: Sage Publications.

Krosnick, J. A.  (2002).  Is political psychology sufficiently psychological?  Distinguishing political psychology from psychological political science.  In J. Kuklinski (Ed.), Thinking about political psychology.  New York: Cambridge University Press.

Krosnick, J. A.  (2002).  The challenges of political psychology: Lessons to be learned from research on attitude perception.  In J. Kuklinski (Ed.), Thinking about political psychology.  New York: Cambridge University Press.

Krosnick, J. A.  (2002).  The causes of no-opinion responses to attitude measures in surveys: They are rarely what they appear to be.  In R. M. Groves, D. A. Dillman, J. L. Eltinge, & R. J. A. Little (Eds.), Survey nonresponse.  New York: Wiley.

Krosnick, J. A., Holbrook, A. L., Berent, M. K., Carson, R. T., Hanemann, W. M., Kopp, R. J., Mitchell, R. C.,

Presser, S., Ruud, P. A., Smith, V. K., Moody, W. R., Green, M. C., & Conaway, M.  (2002).  The impact of "no opinion" response options on data quality: Non-attitude reduction or an invitation to satisfice?  Public Opinion Quarterly, 66, 371-403.

Reprinted in Roberts, C., & Jowell, R. (Eds.)  (2008).  Attitude measurement.  Thousand Oaks, CA: Sage Publications.

Krosnick, J. A., & McGraw K. M.  (2002).  Psychological political science vs. political psychology true to its name: A plea for balance.  In K. R. Monroe (Ed.), Political psychology.  Mahwah, NJ: Erlbaum.

Swait, J., Adamowicz, W., Hanemann, M., Diederich, A., Krosnick, J. A., Layton, D., Provencher, W., Schakade, D., & Tourangeau, R.  (2002).  Context dependence and aggregation in disaggregate choice analysis.  Marketing Letters, 13, 195-205.

Anand, S., & Krosnick, J. A.  (2003).  The impact of attitudes toward foreign policy goals on public preferences among presidential candidates: A study of issue publics and the attentive public in the 2000 U.S. Presidential election.  Presidential Studies Quarterly, 33, 31-71.

Chang, L., & Krosnick, J. A.  (2003).  Measuring the frequency of regular behaviors: Comparing the 'typical week' to the 'past week.'  Sociological Methodology, 33, 55-80.

Holbrook, A. L., Green, M. C., & Krosnick, J. A.  (2003). Telephone vs. face-to-face interviewing of national probability samples with long questionnaires: Comparisons of respondent satisficing and social desirability response bias.  Public Opinion Quarterly, 67, 79-125.

Krosnick, J. A., Anand, S. N., & Hartl, S. P.  (2003).  Psychosocial predictors of heavy television viewing among preadolescents and adolescents.  Basic and Applied Social Psychology, 25, 87-110.

Visser, P. S., Krosnick, J. A., & Simmons, J.  (2003).  Distinguishing the cognitive and behavioral consequences of attitude importance and certainty: A new approach to testing the common-factor hypothesis.  Journal of Experimental Social Psychology, 39, 118-141.

Bizer, G. Y., Krosnick, J. A., Holbrook, A. L., Wheeler, S. C., Rucker, D. D., & Petty, R. E.  (2004).  The impact of personality on cognitive, behavioral, and affective political processes: The effects of need to evaluate.  Journal of Personality, 72, 995-1028.

Bizer, G. Y., Visser, P. S., Berent, M. K., & Krosnick, J. A.  (2004).  Importance, knowledge, and accessibility: Exploring the dimensionality of strength-related attitude properties.  In W. E. Saris & P. M. Sniderman (Eds.), Studies in public opinion: Gauging attitudes, nonattitudes, measurement error and change. Princeton, NJ: Princeton University Press.

Krosnick, J. A., Miller, J. M., & Tichy, M. P.  (2004).  An unrecognized need for ballot reform: Effects of candidate name order.  In A. N. Crigler, M. R. Just, and E. J. McCaffery (Eds.), Rethinking the vote: The politics and prospects of American election reform.  New York, NY: Oxford University Press.

Miller, J. M., & Krosnick, J. A.  (2004).  Threat as a motivator of political activism: A field experiment. Political Psychology, 25, 507-523.

Anand, S., & Krosnick, J. A.  (2005).  Demographic predictors of media use among infants, toddlers, and preschoolers.  American Behavioral Scientist, 48, 539-561.

Holbrook, A. L., Berent, M. K., Krosnick, J. A., Visser, P. S., & Boninger, D. S.  (2005).  Attitude importance and the accumulation of attitude-relevant knowledge in memory.  Journal of Personality and Social Psychology, 88, 749-769.

Holbrook, A. L., & Krosnick, J. A.  (2005).  Meta-psychological vs. operative measures of ambivalence:  Differentiating the consequences of perceived intra-psychic conflict and real intra-psychic conflict.  In S. C. Craig & M. D. Martinez (Eds.), Ambivalence and the structure of public opinion.  New York, NY:  Palgrave Macmillan.

Krosnick, J. A, Judd, C. M., & Wittenbrink, B. (2005).  The measurement of attitudes.  In D. Albarracín, B. T. Johnson, & M. P. Zanna (Eds.), Handbook of attitudes and attitude change.  Mahwah, NJ: Erlbaum.

   Reprinted in Roberts, C., & Jowell, R. (Eds.)  (2008).  Attitude measurement.  Thousand Oaks, CA:  Sage Publications.

Schaeffer, E. M., Krosnick, J. A., Langer, G. E., & Merkle, D. M.  (2005).  Comparing the quality of data obtained by minimally balanced and fully balanced attitude questions.  Public Opinion Quarterly, 69, 417-428.

Fabrigar, L. R., Krosnick, J. A., & MacDougall, B. L.  (2006).  Attitude measurement: Techniques for measuring the unobservable.  In M. C. Green, S. Shavitt, & T. C. Brock (Eds.), Persuasion:  Psychological insights and perspectives.  Thousand Oaks, CA: Sage Publications.

Krosnick, J. A., Chang, L., Sherman, S. J., Chassin, L., & Presson, C.  (2006).  The effects of beliefs about the health consequences of cigarette smoking on smoking onset.  Journal of Communication, 56, S18-S37.

Krosnick, J. A., Holbrook, A. L., Lowe, L. & Visser, P. S. (2006).  The origins and consequences of democratic citizens' policy agendas: A study of popular concern about global warming.  Climatic Change, 77, 7-43.

Krosnick, J. A., Holbrook, A. L., & Visser, P. S.  (2006).  Optimizing brief assessments in research on the psychology of aging: A pragmatic approach to survey and self-report measurement.  In National Research Council, When I'm 64.  Committee on Aging Frontiers in Social Psychology, Personality, and Adult Developmental Psychology.  Laura L. Carstensen and Christine R. Hartel, editors.  Board on Behavioral, Cognitive, and Sensory Sciences, Division of Behavioral and Social Sciences and Education.  Washington, DC:  The National Academies Press.

Visser, P. S., Bizer, G. Y., & Krosnick, J. A.  (2006).  Exploring the latent structure of strength-related attitude attributes.  In M. Zanna (Ed.), Advances in Experimental Social Psychology.  New York, NY:  Academic Press.

Cornell, D. G., Krosnick, J. A., & Chang, L.  (2006).  Student reactions to being wrongly informed of failing a high-stakes test: The case of the Minnesota Basic Standards Test.  Educational Policy, 20, 718-751.

Holbrook, A. L., Krosnick, J. A., Moore, D., & Tourangeau, R.  (2007).  Response order effects in dichotomous categorical questions presented orally:  The impact of question and respondent attributes.  Public Opinion Quarterly, 71, 325-348.

Malhotra, N., & Krosnick, J. A.  (2007).  The effect of survey mode on inferences about political attitudes and behavior:  Comparing the 2000 and 2004 ANES to internet surveys with non-probability samples.  Political Analysis, 15, 286-323.

Malhotra, N., & Krosnick, J. A.  (2007).  Retrospective and prospective performance assessments during the 2004 election campaign:  Tests of mediation and news media priming.  Political Behavior, 29, 249-278.

Malhotra, N. & Krosnick, J. A.  (2007).  Procedures for updating classification systems: A study of biotechnology and the standard occupational classification system.  Journal of Official Statistics, 23, 409-432.

Schneider, D., Tahk, A., & Krosnick, J. A. (2007). Reconsidering the impact of behavior prediction questions on illegal drug use: The importance of using proper analytic methods in social psychology. Social Influence, 2, 178-196.

Holbrook, A. L., Krosnick, J. A., & Pfent, A. M. (2008). The causes and consequences of response rates in surveys by the news media and government contractor survey research firms. In J. M. Lepkowski, C. Tucker, J. M. Brick, E. D. De Leeuw, L. Japec, P. J. Lavrakas, M. W. Link, & R. L. Sangster (Eds.), Advances in telephone survey methodology. New York: Wiley.

Iyengar, S., Hahn, K. S., Krosnick, J. A., & Walker, J. (2008). Selective exposure to campaign communication: The role of anticipated agreement and issue public membership. Journal of Politics, 70, 186-200.

Visser, P. S., Holbrook, A. L., & Krosnick, J. A. (2008). Knowledge and attitudes. In W. Donsbach & M. W. Traugott (Eds.), Handbook of public opinion research. Thousand Oaks, CA: Sage Publications

Harder, J., & Krosnick, J. A. (2008). Why do people vote? A psychological analysis of the causes of voter turnout. Journal of Social Issues, 64, 525-549.

Krosnick, J. A., Malka, A., & Yeager, D. S. (2009). State of the nation: Getting warmer. Boston Review, 34, 6.

Krosnick, J. A., Visser, P. S., & Harder, J. (2009). The psychological underpinnings of political behavior. In S. T. Fiske, D. T. Gilbert, & G. Lindzey (Eds.), Handbook of social psychology. New York, NY: John Wiley.

Malka, A., & Krosnick, J. A. (2009). The association of knowledge with concern about global warming: Trusted information sources shape public thinking. Risk Analysis, 29, 633-647.

Rabinowitz, J. L., Sears, D. O., Sidanius, J., & Krosnick, J. A. (2009). Why do white Americans oppose race-targeted policies? Clarifying the impact of symbolic racism. Political Psychology, 30, 805-828.

Chang, L., & Krosnick, J. A. (2009). National surveys via RDD telephone interviewing vs. the Internet: Comparing sample representativeness and response quality. Public Opinion Quarterly, 73, 641-678.

Eaton, A. A., Visser, P. S., Krosnick, J. A., & Anand, S. (2009). Social power and attitude strength over the life cycle. Personality and Social Psychology Bulletin, 35, 1646-1660.

Malhotra, N., Krosnick, J. A., and Thomas, R. K. (2009). Optimal design of branching questions to measure bipolar constructs. Public Opinion Quarterly, 73, 304-324.

Pasek, J., Tahk, A., Lelkes, Y., Krosnick, J. A., Payne, K., Akhtar, O., & Tompson, T. (2009). Determinants of turnout and candidate choice in the 2008 U.S. Presidential election: Illuminating the impact of racial prejudice and other considerations. Public Opinion Quarterly, 73, 943-994.

Baker, R., Blumberg, S., Brick, J. M., Couper, M. P., Courtright, M., Dennis, M., Dillman, D., Frankel, M. R., Garland, P., Groves, R. M., Kennedy, C., Krosnick, J. A., Lee, D., Lavrakas, P. J., Link, M., Piekarski, L., Rao, K., Thomas, R. K., & Zahs, D. (2010). AAPOR report on online panels. Public Opinion Quarterly, 1-71.

Chang, L., & Krosnick, J. A. (2010). Comparing oral interviewing with self-administered computerized questionnaires: An experiment. Public Opinion Quarterly, 74, 154-167.

Holbrook, A. L., & Krosnick, J. A. (2010). Social desirability bias in voter turnout reports: Tests using the

item count technique.  Public Opinion Quarterly, 74, 37-67.

Holbrook, A. L., & Krosnick, J. A.  (2010).  Measuring voter turnout by using the randomized response technique: Evidence calling into question the method's validity.  Public Opinion Quarterly, 74, 328-343.

Holbrook, A. L., & Krosnick, J. A. (2010). Operative and meta-psychological manifestations of attitude accessibility: Two different constructs, not two measures of the same construct. In J. P. Forgas, J. Cooper, & W. D. Crano (Eds.), The Psychology of Attitudes and Attitude Change.  Florence, Kentucky: Psychology Press.

Krosnick, J. A., & Presser, S.  (2010).  Questionnaire design.  In J. D. Wright & P. V. Marsden (Eds.), Handbook of survey research (Second Edition).  West Yorkshire, England: Emerald Group.

Pasek, J., & Krosnick, J. A.  (2010).  Optimizing survey questionnaire design in political science: Insights from psychology.  In J. Leighley (Ed.), Oxford handbook of American elections and political behavior. Oxford, UK: Oxford University Press.

Payne, B. K., Krosnick, J. A., Pasek, J., Lelkes, Y., Akhtar, O., & Tompson, T.  (2010).  Implicit and explicit prejudice in the 2008 American presidential election.  Journal of Experimental Social Psychology, 46, 367-374.

Saris, W., Revilla, M., Krosnick, J. A., & Shaeffer, E.  (2010).  Comparing questions with agree/disagree response options to questions with item-specific response options.  Survey Research Methods, 4, 61-79.

Schneider, D., DeBell, M., & Krosnick, J. A.  (2010).  Using the American National Election Study surveys to test social psychological hypotheses.  In K. Trzesniewski, M. B. Donnellan, & R. E. Lucas (Eds), Secondary Data Analysis: An Introduction for Psychologists.  Washington, DC: American Psychological Association.

Yeager, D. S., & Krosnick, J. A.  (2010).  The validity of self-reported nicotine product use in the 2001-2008 National Health and Nutrition Examination Survey.  Medical Care, 48, 1128-1132.

Krosnick, J. A. (2011).  Experiments for evaluating survey questions.  In K. Miller, J. Madans, G. Willis, & A. Maitland (Eds.), Question evaluation methods.  New York, NY: Wiley.

Krosnick, J. A., & Lupia, A.  (2011).  The American National Election Studies and the importance of new ideas. In J. A. Aldrich & K. M. McGraw (Eds.), Improving public opinion surveys: Interdisciplinary innovation and the American National Election Studies.  Princeton, NJ: Princeton University Press.

Krosnick, J. A., & Lupia, A.  (2011).  How the ANES used online commons proposals and pilot study reports to develop its 2008 questionnaires.  In J. A. Aldrich & K. M. McGraw (Eds.), Improving public opinion surveys: Interdisciplinary innovation and the American National Election Studies.  Princeton, NJ: Princeton University Press.

Villar, A., & Krosnick, J. A.  (2011).  Global warming vs. climate change, taxes vs. prices: Does word choice matter?  Climatic Change, 105, 1-12.

Yeager, D. S., & Krosnick, J. A.  (2011).  Re: Response to the validity of self-reported nicotine product use in the 2001-2008 National Health and Nutrition Examination Survey.  Medical Care, 49, 332.

Yeager, D. S., & Krosnick, J. A.  (2011).  Does mentioning "some people" and "other people" in a survey question increase the accuracy of adolescents' self-reports?  Developmental Psychology, 47, 1674-1679.

Yeager, D. S., Larson, S. B., Krosnick, J. A., & Tompson, T.  (2011).  Measuring Americans' issue priorities: A new version of the most important problem question reveals more concern about global warming and the environment.  Public Opinion Quarterly, 75, 125-138.

Yeager, D. S., Krosnick, J. A., Chang, L., Javitz, H. S., Levendusky, M. S., Simpser, A., & Wang, R.  (2011).  Comparing the accuracy of RDD telephone surveys and Internet surveys conducted with probability and non-probability samples.  Public Opinion Quarterly, 75, 709-747.

Cor, K., Haertel, E., Krosnick, J. A., & Malhotra, N. (2012).  Improving ability measurement in surveys by following the principles of IRT: The Wordsum vocabulary test in the General Social Survey.  Social Science Research, 41, 1003-1016.

Daniels, D. P., Krosnick, J. A., Tichy, M. P., & Tompson, T.  (2012).  Public opinion on environmental policy in the United States.  In M. Kraft & S. Kamieniecki (Eds.), Handbook of U.S. Environmental Policy.  New York: Oxford University Press.

Lelkes, Y., Krosnick, J. A., Marks, D. M., Judd, C. M., & Park, B.  (2012).  Complete anonymity compromises the accuracy of self-reports.  Journal of Experimental Social Psychology, 48, 1291-1299.

Yeager, D. S., & Krosnick, J. A.  (2012).  Does mentioning "some people" and "other people" in an opinion question improve measurement quality?  Public Opinion Quarterly, 76, 131-141.

Holbrook, A. L., & Krosnick, J. A.  (2013).  A new question sequence to measure voter turnout in telephone surveys: Results of an experiment in the 2006 ANES Pilot Study.  Public Opinion Quarterly, 77, 106-123.

Krosnick, J. A., & MacInnis, B.  (2013).  Does the American public support legislation to reduce greenhouse gas emissions?  Deadalus, 142, 26-39.

Revilla, M. A., Saris, W. E., & Krosnick, J. A.  (2014).  Choosing the number of categories in agree-disagree scales.  Sociological Methods and Research, 43, 73-97.

Callegaro, M., Baker, R., Bethlehem, J., Göritz, A., Krosnick, J. A., & Lavrakas, P. J. (2014).  Online panel research: History, concepts, applications, and a look at the future.  In Callegaro, M., Baker, R., Bethlehem, J., Göritz, A., Krosnick, J. A., & Lavrakas, P. J. (Eds.).  (2014).  Online panel research: A data quality perspective.  West Sussex, UK: John Wiley and Sons.

Callegaro M., Villar, A., Krosnick, J. A., & Yeager, D.  (2014).  A critical review of studies investigating the quality of data obtained with online panels.  In Callegaro, M., Baker, R., Bethlehem, J., Göritz, A., Krosnick, J. A., & Lavrakas, P. J. (Eds.).  (2014).  Online panel research: A data quality perspective.  West Sussex, UK: John Wiley and Sons.

Callegaro, M., & Krosnick, J. A.  (2014).  Introduction to Part I.  In Callegaro, M., Baker, R., Bethlehem, J., Göritz, A., Krosnick, J. A., & Lavrakas, P. J. (Eds.).  (2014).  Online panel research: A data quality perspective.  West Sussex, UK: John Wiley and Sons.

Chen, E., Simonovits, G., Krosnick, J. A., & Pasek, J.  (2014).  The impact of candidate name order on election outcomes in North Dakota.  Electoral Studies, 35, 115-122.

Göritz, A., & Krosnick, J. A.  (2014).  Introduction to Part IV.  In Callegaro, M., Baker, R., Bethlehem, J., Göritz, A., Krosnick, J. A., & Lavrakas, P. J. (Eds.).  (2014).  Online panel research: A data quality perspective.  West Sussex, UK: John Wiley and Sons.

Krosnick, J. A., Malhotra, N., & Mittal, U.  (2014).  Public misunderstanding of political facts: How question wording affected estimates of partisan differences in birtherism.  Public Opinion Quarterly, 78, 147-165.

Krosnick, J. A., Lavrakas, P., & Kim, N.  (2014).  Survey research.  In H. T. Reis & C. M. Judd (Eds.), Handbook of research methods in social psychology (Second Edition).  New York: Cambridge University Press.

Pasek, J., Schneider, D., Krosnick, J. A., Tahk, A., & Ophir, E.  (2014).  Prevalence and moderators of the candidate name-order effect: Evidence from all statewide general elections in California.  Public Opinion Quarterly, 78, 416-439.

Pasek, J., Stark, T. H., Krosnick, J. A., Tompson, T., & Payne, B. K.  (2014).  Attitudes toward Blacks in the Obama era: Changing distributions and impacts on job approval and electoral choice, 2008-2012.  Public Opinion Quarterly, 78, 276-302.

Vannette, D. L., & Krosnick, J. A.  (2014).  A comparison of mindless and survey satisficing.  In A. Ie, C. T. Ngnoumen, & E. J. Langer (Eds), The Wiley-Blackwell Handbook of Mindfulness.  West Sussex, UK: John Wiley & Sons.

Kim, N., Krosnick, J. A., & Casasanto, D.  (2015).  Moderators of candidate name order effects in elections:  An experiment.  Political Psychology, 36, 525-542.

Krosnick, J. A., & MacInnis, B.  (2015).  Fox and Not-Fox television news impact on opinions on global warming: Selective exposure, not motivated reasoning.   In J. P. Forgas, K. Fiedler, & W. D. Crano (Eds.), Social Psychology and Politics.  New York, NY: Psychology Press.

MacInnis, B., Krosnick, J. A., Abeles, A., Caldwell, M. R., Prahler, E., & Dunne, D. D.  (2015).  The American public's preference for preparation for the possible effects of global warming: Impact of communication strategies.  Climatic Change, 128, 17-33.

Pasek, J., Sood, G., & Krosnick, J. A.  (2015).  Misinformed about the Affordable Care Act?  Leveraging certainty to assess the prevalence of misperceptions.  Journal of Communication, 65, 660-673.

Pasek, J., Stark, T. H, Krosnick, J. A., & Tompson, T.  (2015).   What motivates a conspiracy theory?  Birther beliefs, partisanship, liberal-conservative ideology, and anti-Black attitudes.  Electoral Studies, 40, 482-489.

Berent, M. K., Krosnick, J. A., & Lupia, A.  (2016).  Measuring voter registration and turnout in surveys: Do official government records yield more accurate assessments?  Public Opinion Quarterly, 80, 597-621.

Chapman, D. J., Bishop, R. C., Hanemann, W. M., Kanninen, B. J., Krosnick, J. A., Morey, E. R., & Tourangeau, R.  (2016).  On the adequacy of scope test results: Comments on Desvousges, Mathews, and Train.  Ecological Economics, 130, 356-360.

Harbridge, L., Krosnick, J. A., and Wooldridge, J. M.  (2016).  Presidential approval and gas prices: Sociotropic or pocketbook influence?  In Krosnick, J. A., Chiang, I.-C., & Stark, T. (Eds.), Political Psychology: New Explorations.  Psychology Press.  New York, New York.

Krosnick, J. A., Stark, T. H., & Chiang, I.-C.  (2016).  The two core goals of political psychology.  In Krosnick, J. A., Chiang, I.-C., & Stark, T. (Eds.), Political Psychology: New Explorations.  Psychology Press. New York, New York.

MacInnis, B., & Krosnick, J. A.  (2016).  The impact of candidates' statements about global warming on electoral success in 2008 to 2015: Evidence Using Five Methodologies.  In Krosnick, J. A., Chiang, I.-

C., & Stark, T. (Eds.), Political Psychology: New Explorations. Psychology Press. New York, New York.

MacInnis, B., & Krosnick, J. A. (2016). Trust in scientists' statements about the environment and American public opinion on global warming. In Krosnick, J. A., Chiang, I.-C., & Stark, T. (Eds.), Political Psychology: New Explorations. Psychology Press. New York, New York.

Miller, J. M., Krosnick, J. A., & Fabrigar, L. R. (2016). The origins of policy issue salience: Personal and national importance impact on behavioral, cognitive, and emotional issue engagement. In Krosnick, J. A., Chiang, I.-C., & Stark, T. (Eds.), Political Psychology: New Explorations. Psychology Press. New York, New York.

Miller, J. M., Krosnick, J. A., Holbrook, A., Tahk, A., & Dionne, L. (2016). The impact of policy change threat on financial contributions to interest groups. In Krosnick, J. A., Chiang, I.-C., & Stark, T. (Eds.), Political Psychology: New Explorations. Psychology Press. New York, New York.

Thomas, R. K., Krosnick, J. A., Shook, N. J., & Chiang, I.-C. (2016). "Forever changed?" Some surprising findings about U.S. Public Opinion after the attacks of 9/11/2001 on the U.S. In Krosnick, J. A., Chiang, I.-C., & Stark, T. (Eds.), Political Psychology: New Explorations. Psychology Press. New York, New York.

Visser, P. S., Krosnick, J. A., & Norris, C. J. (2016). Attitude importance and attitude-relevant knowledge: Motivator and enabler. In Krosnick, J. A., Chiang, I.-C., & Stark, T. (Eds.), Political Psychology: New Explorations. Psychology Press. New York, New York.

Bishop, R.C., Boyle, K. J., Carson, R. T., Chapman, D., Hanemann, W. M., Kanninen, B., Kopp, R. J., Krosnick, J. A., List, J., Meade, N., Paterson, R., Presser, S., Smith, V. K., Tourangeau, R., Welsh, M., Wooldridge, J.M., DeBell, M., Donovan, C., Konopka, M., & Scherer, N. (2017). Putting a value on injuries to natural assets: The BP oil spill. Science, 356, 253-254.

Howe, L. C., & Krosnick, J. A. (2017). Attitude strength. Annual Review of Psychology, 68, 327-351.

Krosnick, J. A., Malhotra, N., Mo, C. H., Bruera, E. F., Chang, L., Pasek, J., & Thomas, R. K. (2017). Perceptions of health risks of cigarette smoking: A new measure reveals widespread misunderstanding. PLoS ONE, 12(8): e0182063 https://doi.org/10.1371/journal.pone.0182063.

Lundberg, K. B., Payne, B. K., Pasek, J., & Krosnick, J. A. (2017). Racial attitudes predicted changes in ostensibly race-neutral political attitudes under the Obama administration. Political Psychology, 38, 313-330.

Stark, T. H., & Krosnick, J. A. (2017). GENSI: A new graphical tool to collect ego-centered network data. Social Networks, 48, 36-45.

MacInnis, B., Krosnick, J. A., Ho, A. S., & Cho, M-J. (2018). The accuracy of measurements with probability survey samples: Replication and extension. Public Opinion Quarterly, 82, 707-744.

Kim, N., Krosnick, J. A., & Lelkes, Y. (2019). Race of interviewer effects in telephone surveys preceding the 2008 U.S. Presidential elections. International Journal of Public Opinion Research, 31, 220-242.

Abeles, A. T., Howe, L. C., Krosnick, J. A., & MacInnis, B. (in press). Perception of public opinion on global warming and the role of opinion deviance. Journal of Environmental Psychology.

Cornesse, C. Blon, A., Dutwin, D., Krosnick, J., DeLeeuw, E., Legleye, S., Pasek, J., Pennay, D., Philips, B., Sakshaug, J., Struminskaya, B., & Wenz, A. (in press) A review of conceptual approaches and

empirical evidence on probability and nonprobability sample survey research.  <u>Journal of Survey Statistics and Methodology</u>.

DeBell, M., Krosnick, J. A., Gera, K., Yeager, D., & MacDonald, M.  (in press).  The turnout gap in surveys: Explanations and solutions.  <u>Sociological Methods and Research</u>.

Howe, L., MacInnis, B., Krosnick, J. A., Markowitz, E. M., & Socolow, R.  (in press).  Acknowledging uncertainty impacts public acceptance of climate scientists' predictions.  <u>Nature Climate Change</u>.

Jussim, L., Krosnick, J. A., Stevens, S. T., & Anglin, S. M.  (in press).  A social psychological model of scientific practices: Explaining research practices and outlining the potential for successful reforms.  <u>Psychologica Belgica</u>.

Silber, H., Stark, T. H., Krosnick, J. A., & Blom, A. G.  (in press). Multi-national study of questionnaire design.  In Johnson, T., Dorer, B. Stoop, I., & Pennell, B-E. (Eds.), <u>Advances in Comparative Survey Methods: Multicultural, Multinational and Multiregional (3MC) Contexts</u>.  New York, NY: Wiley.

Stark, T. H., Silber, H., Krosnick, J. A., Blom, A. G., Aoyagi, M., Belchior, A., Bosnjak, M., Clement, S. L., John, M., Jónsdóttir, G. A., Lawson, K., Lynn, P., Martinsson, Shamshiri-Petersen, D., Tvinnereim, E., Yu, R.  (in press).  Generalization of classic question order effects across cultures.  <u>Sociological Methods and Research</u>.

Stark, T. H., van Maaren, F., Krosnick, J. A., & Sood, G.  (in press).  the impact of social desirability pressures on whites' endorsement of racial stereotypes: A comparison between oral and ACASI reports in a national survey.  <u>Sociological Methods and Research</u>.

Yeager, D. S., Krosnick, J. A., Visser, P. S., Holbrook, A. L., & Tahk, A. M.  (in press).  Moderation of classic social psychological effects by demographics in a nationally representative sample: New opportunities for theoretical advancement.  <u>Journal of Personality and Social Psychology</u>.


<u>Other Reports and Publications</u>

Telhami, S., & Krosnick, J. A.  (1989).  American sentiment on Israeli-Palestinian fight: No favorites; Just make peace.  Op-ed article in <u>The Los Angeles Times</u>, March 14, 1989.  (Reprinted in the <u>Columbus Dispatch</u>, March 17, 1989)

Krosnick, J. A.  (1990).  The uses and abuses of public opinion polls: The case of Louis Harris and Associates.  <u>Chronicles</u>, <u>14</u>, 47-49.

Krosnick, J. A.  (1990).  The impact of satisficing on survey data quality.  In <u>Proceedings of the Bureau of the Census 1990 Annual Research Conference</u> (pp. 835-845).  Washington, D.C.: U.S. Government Printing Office.

Smith, W. R., Culpepper, I. J., & Krosnick, J. A.  (1992).  The impact of question order on cognitive effort in survey responding.  In <u>Proceedings of the Sixth National Conference on Undergraduate Research</u>.  Minneapolis, MN: University of Minnesota Press.

Krosnick, J. A., & Hermann, M. G.  (1993).  Report on the 1991 Ohio State University Summer Institute in Political Psychology.  <u>Political Psychology</u>, <u>14</u>, 363-373.

Carson, R. T., Hanemann, W. M., Kopp, R. J., Krosnick, J. A., Mitchell, R. C., Presser, S., Ruud, P. A., & Smith, V. K.  (1994).  <u>Prospective interim lost use value due to DDT and PCB contamination in the Southern California Bight</u>.  La Jolla, CA: Natural Resource Damage Assessment.

Carson, R. T., Conaway, M. B., Hanemann, W. M., Krosnick, J. A., Martin, K. M., McCubbin, D. R., Mitchell, R. C., Presser, S.  (1995).  The value of preventing oil spill injuries to natural resources along California's central coast.  La Jolla, CA: Natural Resource Damage Assessment.

Krosnick, J. A., Visser, P. S., & Holbrook, A. L.  (1998).  American opinion on global warming: The impact of the Fall 1997 debate.  Resources, 133, 5-9.

Krosnick, J. A.  (2000).  The threat of satisficing in surveys: The shortcuts respondents take in answering questions.  Survey Methods Newsletter, 20, 4-8.

Krosnick, J. A.  (2000).  Americans are ready for the debacle to end.  Newsday, December 7, A63-A66.

Krosnick, J. A.  (2001).  The psychology of voting.  The Psychology Place. http://www.psychplace.com/editorials/krosnick/krosnick1.html.

Green, M. C., & Krosnick, J. A.  (2001).  Comparing telephone and face-to-face interviewing in terms of data quality: The 1982 National Election Studies Method Comparison Project.  In D. O'Rourke (Ed.), Health survey research methods.  Hyattsville, Maryland: Department of Health and Human Services.  DHHS Publication No. (PHS) 01-1013.

Silver, M. D., & Krosnick, J. A.  (2001).  Optimizing survey measurement accuracy by matching question design to respondent memory organization.  In Federal Committee on Statistical Methodology Research Conference, 2001.  NTIS: PB2002-100103.  http://www.fcsm.gov/01papers/Krosnick.pdf

Krosnick, J. A.  (2003).  Introduction.  In G. R. Walden, Survey research methodology, 1990-1999: An annotated bibliography.  Westpoint, Connecticut: Greenwood Press.

Krosnick, J. A.  (2003).  AAPOR in Nashville: The program for the 58th annual conference.  AAPOR News, 31, 1, 3.

Krosnick, J. A.  (2003).  Response rates, Huffington, and More: Reflections on the 58th annual conference. AAPOR News, 31, 1, 4-5.

Krosnick, J. A.  (2003).  Proceedings of the fifty-eighth annual conference of the American Association for Public Opinion Research.  Public Opinion Quarterly.

Fiorina, M., & Krosnick, J. A.  (2004).  The Economist/YouGov Internet Presidential poll. http://www.economist.com/media/pdf/Paper.pdf.

Krosnick, J. A.  (2006).  What pilots could tell us.  Op-ed essay in the New York Times, August 30, 2006.

Krosnick, J. A.  (2006).  Are we really safer in the skies today?  Aviation Law Prof Blog, September 5. http://lawprofessors.typepad.com/aviation/

Krosnick, J. A.  (2006).  In the voting booth, bias starts at the top.  Op-ed in The New York Times, November 4, 2006.

Krosnick, J. A.  (2006).  In the voting booth, name order can sway an election.  Opinion essay in the "Perspective" section of The San Jose Mercury News, November 26, 2006.

Krosnick, J. A.  (2008).  Evaluation of NORC's cognitive pretesting of new items for the General Social Survey. Report to the GSS Board of Overseers.

Krosnick, J. A.  (2008).  Ballot changes cited in vote's discrepancy with polls: Clinton's favorable placement on ballots may account for part of poll mistakes.  Opinion essay on ABCNews.com, January 9, 2008.

Chapman, D. J., Bishop, R. C., Hanemann, W. M., Kanninen, B. J., Krosnick, J. A., Morey, E. R., & Tourangeau, R.  2009.  Natural resource damages associated with aesthetic and ecosystem injuries to Oklahoma's Illinois River System and Tenkiller Lake.  Boulder, CO: Stratus Consulting.

Yeager, D. S., Krosnick, J. A., & Javitz, H.A.  (2009).  More on the problems with opt-in Internet surveys.  Guest blog, "The Numbers", http://blogs.abcnews.com/thenumbers/2009/09/guest-blog-more-on-the-problems-with-optin-internet-surveys.html.

Yeager, D. S., & Krosnick, J. A.  (2009).  Were the benchmarks really wrong?  Guest blog, "The Numbers", http://blogs.abcnews.com/thenumbers/2009/12/survey-accuracy-revisiting-the-benchmarks-.html.

Krosnick, J. A.  (2010).  The climate majority.  Op-ed in the New York Times, June 9, 2010.

Pasek, J., & Krosnick, J. A.  (2010).  Measuring intent to participate and participation in the 2010 census and their correlates and trends: Comparisons of RDD telephone and non-probability sample internet survey data.  Survey Methodology Report #2010-15, Washington, DC: Statistical Research Division, U.S. Census Bureau.  http://www.census.gov/srd/papers/pdf/ssm2010-15.pdf

Berent, M. K., Krosnick, J. A., & Lupia, A.  (2011).  The quality of government records and "over-reporting" of registration and voting in surveys: Lessons from the 2008 ANES Panel Study's registration and turnout validation exercises.  Technical report, American National Election Studies.  http://electionstudies.org/resources/papers/nes012554.pdf

Krosnick, J. A., Kim, N., & MacInnis, B.  (2014).  What Americans think about climate change.  Resources. 187: 40-44.

Krosnick, J. A., Presser, S., Fealing, K. H., & Ruggles, S. with Vannette, D. L.  (2015).  The Future of Survey Research: Challenges and Opportunities.  A report to the National Science Foundation.  Social, Behavioral, and Economic Sciences Directorate, National Science Foundation.

Bollen, K., Cacioppo, J. T., Kaplan, R. M., Krosnick, J. A., & Olds, J. L.  (2015).  Social, behavioral, and economic sciences perspectives on robust and reliable science.  Report of the Subcommittee on Replicability in Science, Advisory Committee to the Directorate for Social, Behavioral, and Economics Sciences, National Science Foundation.


Book Reviews

Krosnick, J. A.  (1987).  Review of **Political Cognition: The 19th Annual Carnegie Symposium on Cognition**, edited by R. R. Lau and D. O. Sears.  American Political Science Review, 81, 266-268.

Krosnick, J. A.  (1988).  Review of **The Choice Questionnaire**, by Peter Neijens.  Public Opinion Quarterly, 52, 408-411.

Krosnick, J. A.  (1993).  Review of **Measurement Errors in Surveys**, edited by P. P. Biemer, R. M. Groves, L. E. Lyberg, N. A. Mathiowetz, & S. Sudman.  Public Opinion Quarterly, 57, 277-280.

Krosnick, J. A.  (1994).  A new introduction to survey methods: Review of **Questionnaire Design, Interviewing and Attitude Measurement**, by A. N. Oppenheim.  Contemporary Psychology, 39, 221-222.

Krosnick, J. A.  (1997).  Review of **Thinking About Answers: The Application of Cognitive Processes to Survey Methodology**, by. S. Sudman, N. M. Bradburn, and N. Schwarz, and **Answering Questions: Methodology for Determining Cognitive and Communicative Processes in Survey Research**, edited by N. Schwarz and S. Sudman.  Public Opinion Quarterly, 61, 664-667.

Krosnick, J. A.  (1998).  Review of **What Americans Know about Politics and Why It Matters**, by M. X. Delli-Carpini and S. Keeter.  The Annals of the American Academy of Political and Social Science, 559, 189-191.


Book Jacket Endorsement of Books

Callegaro, C., Manfreda, K. L., & Vehovar, V.  (2015).  Web Survey Methodology.  London: Sage Publications.

Erikson, R. D., & Wlezien, C.  (2012).  The Timeline of Presidential Elections:  How Campaigns Do (and Do Not) Matter.  Chicago: University of Chicago Press.

Jussim, L. J.  (2012).  Social Perception and Social Reality: Why Accuracy Dominates Bias and Self-Fulfilling Prophecy.  New York, NY:  Oxford University Press.

Mutz, D. C., Brody, R. A., & Sniderman, P. M.  (1996).  Persuasion and Attitude Change.  Ann Arbor, MI: University of Michigan Press.


Presentations

Milburn, M. A., & Krosnick, J. A.  (1979).  Social psychology applied to smoking and drug abuse prevention.  Paper presented at the New England Psychological Association Annual Meeting, Framingham, Massachusetts.

Krosnick, J. A., McAlister, A. L., & Milburn, M. A.  (1980).  Research design for evaluating a peer leadership intervention to prevent adolescent substance abuse.  Paper presented at the American Psychological Association Annual Meeting, Montreal, Canada.

McAlister, A. L., Gordon, N. P., Krosnick, J. A., & Milburn, M. A.  (1982).  Experimental and correlational tests of a theoretical model for smoking prevention.  Paper presented at the Society for Behavioral Medicine Annual Meeting, Chicago, Illinois.

Kinder, D. R., Iyengar, S., Krosnick, J. A., & Peters, M. D.  (1983).  More than meets the eye:  The impact of television news on evaluations of presidential performance.  Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A.  (1983).  The relationship of attitude centrality to attitude stability.  Paper presented at the American Sociological Association Annual Convention, Detroit, Michigan.

Alwin, D. F., & Krosnick, J. A.  (1984).  The measurement of values: A comparison of ratings and rankings.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Delavan, Wisconsin.

Schuman, H., Ludwig, J., & Krosnick, J. A.  (1984).  Measuring the salience and importance of public issues over time.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Delavan, Wisconsin.

Krosnick, J. A. (1984). Attitude extremity, stability, and self-report accuracy: The effects of attitude centrality. Paper presented at the American Association for Public Opinion Research Annual Meeting, Delavan, Wisconsin.

Krosnick, J. A. (1984). The influence of consensus information on predictions of one's own behavior. Paper presented at the American Psychological Association Annual Meeting, Toronto, Canada.

Krosnick, J. A., & Alwin, D. F. (1986). An evaluation of a cognitive theory of response order effects in survey measurement. Paper presented at the American Association for Public Opinion Research Annual Meeting, St. Petersburg, Florida.

Krosnick, J. A. (1986). A new look at question order effects in surveys. Paper presented at the Symposium on Cognitive Sciences and Survey Research, Ann Arbor, Michigan.

Krosnick, J. A. (1987). The role of attitude importance in social evaluation: A study of policy preferences, presidential candidate evaluations, and voting behavior. Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., Schuman, H., Carnot, C., Berent, M., & Boninger, D. (1987). Attitude importance and attitude accessibility. Paper presented at the Midwest Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., & Sedikides, C. (1987). Self-monitoring and self-protective biases in use of consensus information to predict one's own behavior. Paper presented at the Midwest Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., Stephens, L., Jussim, L. J., & Lynn, A. R. (1987). Subliminal priming of affect and its cognitive consequences. Paper presented at the Midwest Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., & Alwin, D. F. (1987). Satisficing: A strategy for dealing with the demands of survey questions. Paper presented at the American Association for Public Opinion Research Annual Meeting, Hershey, Pennsylvania.

Judd, C. M., & Krosnick, J. A. (1987). The structural bases of consistency among political attitudes: The effects of political expertise and attitude importance. Paper presented at the American Psychological Association Annual Meeting, New York, New York.

Krosnick, J. A., & Milburn, M. A. (1987). Psychological determinants of political opinionation. Paper presented at the American Political Science Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A. (1987). The role of attitude importance in social evaluation: A study of policy preferences, presidential candidate evaluations, and voting behavior. Paper presented at the Society for Experimental Social Psychology Annual Meeting, Charlottesville, Virginia.

Krosnick, J. A. (1988). Psychological perspectives on political candidate perception: A review of research on the projection hypothesis. Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., Boninger, D. S., Berent, M. K., & Carnot, C. G. (1988). The origins of attitude importance. Paper presented at the Midwest Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., Carnot, C. G., Berent, M. K., & Boninger, D. S.  (1988).  An exploration of the relations among dimensions of attitude strength.  Paper presented at the Midwest Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., Li, F., & Ashenhurst, J.  (1988).  Order of information presentation and the effect of base-rates on social judgments.  Paper presented at the Midwest Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., Berent, M. K., Carnot, C. G., & Boninger, D. S.  (1988).  Attitude importance and recall of attitude relevant information.  Paper presented at the Midwest Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., & Carnot, C. G.  (1988).  A comparison of two theories of the origins of political attitude strength.  Paper presented at the Midwest Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., & Alwin, D. F.  (1988).  The stability of political attitudes across the life span.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Toronto, Canada.

Krosnick, J. A., & Carnot, C. G.  (1988).  Identifying the foreign affairs attentive public: A comparison of competing theories.  Paper presented to the Mershon Center Seminar on Foreign Policy Decision Making, The Ohio State University, Columbus, Ohio.

Alwin, D. F., & Krosnick, J. A.  (1988).  The reliability of attitudinal survey data.  Paper presented at the International Conference on Social Science Methodology, Dubrovnik, Yugoslavia.

Alwin, D. F., & Krosnick, J. A.  (1988).  Aging, cohort stability, and change in socio-political attitudes: Exploring the generational-persistence model.  Paper presented at the International Society of Political Psychology Annual Meeting, Secaucus, New Jersey.

Krosnick, J. A., & Kinder, D. R.  (1988).  Altering the foundations of popular support for the president through priming: Reagan, the Iran-Contra affair, and the American public.  Paper presented at the American Political Science Association Annual Meeting, Washington, D.C.

Krosnick, J. A., & Weisberg, H. F.  (1988).  Liberal/conservative ideological structures in the mass public: A study of attitudes toward politicians and social groups.  Paper presented at the American Political Science Association Annual Meeting, Washington, D.C.

Krosnick, J. A.  (1988).  Government policy and citizen passion: A study of issue publics in contemporary America.  Paper presented at the Shambaugh Conference on Communication, Cognition, Political Judgment, and Affect, Iowa City, Iowa.

Berent, M. K., Krosnick, J. A., & Boninger, D. S.  (1989).  Attitude importance and the valanced recall of relevant information.  Paper presented at the Midwest Psychological Association Annual Meeting, Chicago, Illinois.

Betz, A., & Krosnick, J. A.  (1989).  Can people detect the affective tone of subliminally presented stimuli?  Paper presented at the Midwest Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., & Berent, M. K.  (1989).  Age-related changes in peer and parental influence on heavy television viewing among children and adolescents.  Paper presented at the Midwest Psychological Association Annual Meeting, Chicago, Illinois.

Alwin, D. F., & Krosnick, J. A.  (1989).  The reliability of attitudinal survey data.  Paper presented at the American Association for Public Opinion Research Annual Meeting, St. Petersburg, Florida.

Krosnick, J. A.  (1989).  The implications of social psychological findings on compliance for recruiting survey respondents.  Paper presented at the American Association for Public Opinion Research Annual Meeting, St. Petersburg, Florida.

Telhami, S., & Krosnick, J. A.  (1989).  Public attitudes and American policy toward the Arab-Israeli conflict.  Paper presented at the International Society of Political Psychology Annual Meeting, Israel.

Krosnick, J. A., & Alwin, D. F.  (1989).  Symbolic versus non-symbolic political attitudes: Is there a distinction?  Paper presented at the American Political Science Association Annual Meeting, Atlanta, Georgia.

Krosnick, J. A.  (1989).  The impact of cognitive sophistication and attitude importance on response order effects and question order effects.  Paper presented at the conference entitled Order effects in social and psychological research, Nags Head Conference Center, Kill Devil Hills, North Carolina.

Krosnick, J. A.  (1990).  The impact of satisficing on survey data quality.  Paper presented at the Annual Research Conference of the Bureau of the Census, U.S. Department of Commerce, Washington, D.C.

Krosnick, J. A.  (1990).  New perspectives on survey questionnaire construction: Lessons from the cognitive revolution.  Invited presentation at the 1990 Technical Conference of the United States General Accounting Office, College Park, Maryland.

Krosnick, J. A.  (1990).  Americans' perceptions of presidential candidates: A test of the projection hypothesis.  Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., & Berent, M. K.  (1990).  The impact of verbal labeling of response alternatives and branching on attitude measurement reliability in surveys.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Lancaster, Pennsylvania.

Krosnick, J. A., & Alwin, D. F.  (1990).  The stability of political preferences: Comparisons of symbolic and non-symbolic attitudes.  Paper presented at the International Society of Political Psychology Annual Meeting, Washington, D. C.

Krosnick, J. A.  (1990).  Confounding of attitude objects with attitude measurement techniques in studies of political attitude stability.  Paper presented at the Summer Institute in Survey Research Techniques, University of Michigan.

Fabrigar, L. R., & Krosnick, J. A.  (1991).  The effect of question order and attitude importance on the false consensus effect.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Berent, M. K., & Krosnick, J. A.  (1991).  Attitude measurement reliability: The impact of verbal labeling of response alternatives and branching.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Lehman, D. R., Krosnick, J. A., West, R. L., & Li, F.  (1991).  The focus of judgment effect: A question wording effect due to hypothesis confirmation bias.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Krosnick, J. A., Boninger, D. S., Chuang, Y. C., & Carnot, C. G.  (1991).  Attitude strength: One construct or many related constructs?  Paper presented at the Nags Head Conference on Attitude Strength, Nags Head, North Carolina.

Krosnick, J. A.  (1991).  Research on attitude importance: A summary and integration.  Paper presented at the Nags Head Conference on Attitude Strength, Nags Head, North Carolina.

Krosnick, J. A., & Berent, M. K.  (1991).  Memory for political information: The impact of attitude importance on selective exposure, selective elaboration, and selective recall.  Paper presented at the Society for Experimental Social Psychology Annual Meeting, Columbus, Ohio.

Krosnick, J. A., & Brannon, L. A.  (1992).  The impact of war on the ingredients of presidential evaluations: George Bush and the Gulf conflict.  Paper presented at the Conference on the Political Consequences of War, The Brookings Institution, Washington, D.C.

Berent, M. K., & Krosnick, J. A.  (1992).  The relation between attitude importance and knowledge structure.  Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

Smith, W. R., Culpepper, I. J., & Krosnick, J. A.  (1992).  The impact of question order on cognitive effort in survey responding.  Paper presented at the Sixth National Conference on Undergraduate Research, University of Minnesota, Minneapolis, Minnesota.

Krosnick, J. A., & Brannon, L. A.  (1992).  The impact of war on the ingredients of presidential evaluations: George Bush and the Gulf conflict.  Paper presented at the American Association for Public Opinion Research Annual Meeting, St. Petersburg, Florida.

Narayan, S. S., & Krosnick, J. A.  (1992).  Response effects in surveys as a function of cognitive sophistication.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Boninger, D. S., Krosnick, J. A., & Berent, M. K.  (1992).  Imagination, perceived likelihood, and self-interest: A path toward attitude importance.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Culpepper, I. J., Smith, W., & Krosnick, J. A.  (1992).  The impact of question order on satisficing in attitude surveys.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Berent, M. K., & Krosnick, J. A.  (1992).  Attitude importance, information accessibility, and attitude-relevant judgments.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., & Brannon, L. A.  (1992).  The impact of war on the ingredients of presidential evaluations: George Bush and the Gulf conflict.  Paper presented at the International Society of Political Psychology Annual Meeting, San Francisco, California.

Rahn, W. M., Krosnick, J. A., & Breuning, M.  (1992).  Rationalization and derivation processes in political candidate evaluation.  Paper presented at the American Political Science Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., & Brannon, L. A.  (1992).  Effects of knowledge, interest, and exposure on news media priming effects: Surprising results from multivariate analysis.  Paper presented at the Society for Experimental Social Psychology Annual Meeting, San Antonio, Texas.

Berent, M. K., & Krosnick, J. A.  (1993).  Attitude importance and selective exposure to attitude-relevant information.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Fabrigar, L. R., & Krosnick, J. A. (1993). The impact of personal and national importance judgments on political attitudes and behavior. Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Miller, J. M., & Krosnick, J. A. (1993). The effects of candidate ballot order on election outcomes. Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Narayan, S. S., & Krosnick, J. A. (1993). Questionnaire and respondents characteristics that cause satisficing in attitude surveys. Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Narayan, S. S., & Krosnick, J. A. (1993). Response effects in surveys as a function of cognitive sophistication. Paper presented at the American Psychological Society Annual Meeting, Chicago, Illinois.

Smith, W. R., & Krosnick, J. A. (1993). Need for cognition, prior thought, and satisficing in attitude surveys. Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Smith, W. R., & Krosnick, J. A. (1993). Cognitive and motivational determinants of satisficing in surveys. Paper presented at the American Psychological Society Annual Meeting, Chicago, Illinois.

Berent, M. K., & Krosnick, J. A. (1994). Attitude importance and selective exposure to attitude-relevant information. Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

Fabrigar, L. R., & Krosnick, J. A. (1994). The impact of attitude importance on consistency among attitudes. Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A. (1994). Survey methods and survey results: Overturning conventional wisdom. Paper presented to the American Marketing Association, Columbus Chapter.

Krosnick, J. A., & Fabrigar, L. R. (1994). Attitude recall questions: Do they work? Paper presented at the American Association for Public Opinion Research Annual Meeting, Danvers, Massachusetts.

Miller, J. M., & Krosnick, J. A. (1994). Does accessibility mediate agenda-setting and priming? Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Smith, W. R., & Krosnick, J. A. (1994). Sources of non-differentiation and mental coin-flipping in surveys: Tests of satisficing hypotheses. Paper presented at the American Association for Public Opinion Research Annual Meeting, Danvers, Massachusetts.

Visser, P. S., & Krosnick, J. A. (1994). Mail surveys for election forecasting? An evaluation of the Columbus Dispatch Poll. Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Visser, P. S., Krosnick, J. A., & Curtin, M. (1994). Mail surveys for election forecasting? Paper presented at the American Association for Public Opinion Research Annual Meeting, Danvers, Massachusetts.

Krosnick, J. A., & Brannon, L. A. (1995). News media priming and the 1992 U.S. presidential election. Paper presented at the American Political Science Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., & Cornet, P. J. (1995). Attitude importance and attitude change revisited: Shifts in attitude stability and measurement reliability across a presidential election campaign. Paper presented at the American Psychological Society Annual Meeting, New York, New York.

Krosnick, J. A., & Fabrigar, L. R.  (1995).  Designing rating scales for effective measurement in surveys.  Invited address at the International Conference on Survey Measurement and Process Quality, Bristol, England.

Krosnick, J. A., Narayan, S. S., & Smith, W. R.  (1995).  The causes of survey satisficing: Cognitive skills and motivational factors.  Paper presented at the Midwest Association for Public Opinion Research, Chicago, Illinois.

Miller, J. M., Fabrigar, L. R., & Krosnick, J. A.  (1995).  Contrasting attitude importance and collective issue importance: Attitude properties and consequences.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Miller, J. M., & Krosnick, J. A.  (1995).  Ballot order effects on election outcomes.  Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

Miller, J. M., & Krosnick, J. A.  (1995).  Mediators and moderators of news media priming: It ain't accessibility, folks.  Paper presented at the International Society of Political Psychology Annual Meeting, Washington, D.C.

Narayan, S. S., & Krosnick, J. A.  (1995).  Education moderates response effects in surveys.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Ft. Lauderdale, Florida.

Smith, W. R., & Krosnick, J. A.  (1995).  Mental coin-flipping and non-differentiation in surveys: Tests of satisficing hypotheses.  Invited address at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Visser, P. S., & Krosnick, J. A.  (1995).  The relation between age and susceptibility to attitude change: A new approach to an old question.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Visser, P. S., & Krosnick, J. A.  (1995).  Mail surveys win again: Some explanations for the superior accuracy of the Columbus Dispatch poll.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Ft. Lauderdale, Florida.

Ankerbrand, A. L., Krosnick, J. A., Cacioppo, J. T., & Visser, P. S.  (1996).  Candidate assessments and evaluative space.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Bizer, G. Y., & Krosnick, J. A.  (1996).  Attitude accessibility and importance revisited.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A.  (1996).  Linking survey question structure to data quality: The impact of no-opinion options.  Paper presented at the conference on "Quality Criteria in Survey Research," sponsored by the World Association for Public Opinion Research, Cadenabbia, Italy.

Krosnick, J. A., & Brannon, L. A.  (1996).  News media priming during the 1992 U.S. presidential election campaign.  Paper presented at the International Society of Political Psychology Annual Meeting, Vancouver, British Columbia.

Miller, J. M., Fabrigar, L. R., & Krosnick, J. A.  (1996).  The roles of personal importance and national importance in motivating issue public membership.  Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

Miller, J. M., & Krosnick, J. A. (1996). Can issue public membership be triggered by the threat of a policy change? Paper presented at the International Society of Political Psychology Annual Meeting, Vancouver, British Columbia.

Krosnick, J. A., & Visser, P. S. (1996). Changes in political attitude strength through the life cycle. Paper presented at the Society for Experimental Social Psychology Annual Meeting, Sturbridge, Massachusetts.

Miller, J. M., & Krosnick, J. A. (1997). The impact of policy change threat on issue public membership. Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

Ankerbrand, A. L., Krosnick, J. A., Cacioppo, J. T., Visser, P. S., & Gardner, W. (1997). Attitudes toward political candidates predict voter turnout. Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Ankerbrand, A. L., & Krosnick, J. A. (1997). Response order effects in dichotomous questions: A social desirability explanation. Paper presented at the American Psychological Society Annual Meeting, Washington, DC.

Krosnick, J. A. (1997). Miraculous accuracy in political surveys: The keys to success. Presentation in the Federation of Behavioral, Psychological, and Cognitive Sciences Seminar on Science and Public Policy, Library of Congress, Washington, D.C.

Krosnick, J. A. (1997). Non-attitudes and no-opinion filters. Paper presented at the Conference on no opinion, instability, and change in public opinion research. University of Amsterdam, the Netherlands.

Krosnick, J. A. (1997). Attitude strength. Paper presented at the Conference on no opinion, instability, and change in public opinion research. University of Amsterdam, the Netherlands.

Bizer, G. Y., & Krosnick, J. A. (1998). The relation between attitude importance and attitude accessibility. Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Holbrook, A., Krosnick, J. A., Carson, R. T., & Mitchell, R. C. (1998). Violating conversational conventions disrupts cognitive processing of survey questions. Paper presented at the American Association for Public Opinion Research Annual Meeting, St. Louis, Missouri.

Krosnick, J. A. (1998). Applying stated preference methods to assessing the value of public goods. Paper presented at the National Oceanic and Atmospheric Administration Application of Stated Preference Methods to Resource Compensation Workshop, Washington, DC.

Krosnick, J. A. (1998). Implications of psychological research on justice and compensation for handling of natural resource damage cases. Paper presented at the National Oceanic and Atmospheric Administration Application of Stated Preference Methods to Resource Compensation Workshop, Washington, DC.

Krosnick, J. A. (1998). Acquiescence: How a standard practice in many survey organizations compromises data quality. Paper presented at the conference on "Quality Criteria in Survey Research," sponsored by the World Association for Public Opinion Research, Cadenabbia, Italy.

Krosnick, J. A., Lacy, D., & Lowe, L. (1998). When is environmental damage Americans' most important problem? A test of agenda-setting vs. the issue-attention cycle. Paper presented at the International Society of Political Psychology Annual Meeting, Montreal, Quebec, Canada.

Visser, P. S., Krosnick, J. A., Marquette, J., & Curtin, M. (1998). Improving election forecasting: Allocation of undecided respondents, identification of likely voters, and response order effects. Paper presented at the American Association for Public Opinion Research Annual Meeting, St. Louis, Missouri.

Krosnick, J. A. (1998). The impact of science on public opinion: How people judge the national seriousness of global warming and form policy preferences. Paper presented at the American Political Science Association Annual Meeting, Boston, Massachusetts.

Krosnick, J. A. (1998). Response choice order and attitude reports: New evidence on conversational conventions and information processing biases in voting and in election forecasting polls. Paper presented at the Society of Experimental Social Psychology Annual Meeting, Lexington, Kentucky.

Krosnick, J. A. (1998). The impact of the Fall 1997 debate about global warming on American public opinion. Paper presented at Resources for the Future, Washington, D.C.

Krosnick, J. A. (1998). What the American public believes about global warming: Results of a national longitudinal survey study. Paper presented at the Amoco Public and Government Affairs and Government Relations Meeting, Woodruff, Wisconsin.

Krosnick, J. A. (1998). What the American public believes about global warming: Results of a national longitudinal survey study. Paper presented in the Second Annual Carnegie Lectures on Global Environmental Change, Carnegie Museum of Natural History, Pittsburgh, Pennsylvania.

Green, M. C., & Krosnick, J. A. (1999). Survey satisficing: Telephone interviewing increases non-differentiation and no opinion responses. Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Green, M. C., & Krosnick, J. A. (1999). Comparing telephone and face-to-face interviewing in terms of data quality: The 1982 National Election Studies Method Comparison Project. Paper presented at the Seventh Annual Conference on Health Survey Research Methods, Williamsburg, Virginia.

Holbrook, A. L., Krosnick, J. A., Carson, R. T., & Mitchell, R. C. (1999). Violating conversational conventions disrupts cognitive processing of attitude questions. Paper presented at the American Association for Public Opinion Research Annual Meeting, St. Petersburg, Florida.

Krosnick, J. A. (1999). What happens when survey respondents don't try very hard? The notion of survey satisficing. Paper presented at the National Center for Social Research, London, United Kingdom.

Krosnick, J. A. (1999). Satisficing: A single explanation for a wide range of findings in the questionnaire design literature. Paper presented at Linking the Path: A Conference for Analysts, Researchers, and Consultants, sponsored by the Gallup Organization, Lincoln, Nebraska.

Krosnick, J. A. (1999). Methodology for the NAOMS Survey. Presentation at the Workshop on the Concept of the National Aviation Operational Monitoring System (NAOMS), Sponsored by the National Aeronautics and Space Administration, Alexandria, Virginia.

Krosnick, J. A. (1999). Refining measurement of public values for policy-making: A test of contingent valuation procedures. Paper presented at the American Political Science Association Annual Meeting, Atlanta, Georgia.

Krosnick, J. A. (1999). The threat of satisficing in surveys: The shortcuts respondents take in answering questions. Paper presented at the National Center for Social Research Survey Methods Seminar on Survey Data Quality, London, England.

Krosnick, J. A. (1999). Optimizing questionnaire design: How to maximise data quality. Paper presented at the National Center for Social Research Survey Methods Seminar on Survey Data Quality, London, England.

Krosnick, J. A. (1999). The causes and consequences of no-opinion responses in surveys. Paper presented at the International Conference on Survey Nonresponse, Portland, Oregon.

Miller, J. M., & Krosnick, J. A. (1999). The impact of threats and opportunities on political participation. Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

O'Muircheartaigh, C., Krosnick, J. A., & Helic, A. (1999). Middle alternatives, acquiescence, and the quality of questionnaire data. Paper presented at the American Association for Public Opinion Research Annual Meeting, St. Petersburg, Florida.

Bizer, G. Y., & Krosnick, J. A. (2000). The importance and accessibility of attitudes: Helping explain the structure of strength-related attitude attributes. Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Holbrook, A. L., Krosnick, J. A., Visser, P. S., Gardner, W. L., & Cacioppo, J. T. (2000). The formation of attitudes toward presidential candidates and political parties: An asymmetric nonlinear process. Paper presented at the American Psychological Society Annual Meeting, Miami, Florida.

Holbrook, A. L., Krosnick, J. A., Visser, P. S., Gardner, W. L., & Cacioppo, J. T. (2000). The formation of attitudes toward presidential candidates and political parties: An asymmetric, nonlinear, interactive process. Paper presented at the American Political Science Association Annual Meeting, Washington, D.C.

Krosnick, J. A. (2000). Peering into the future of thinking and answering: A psychological perspective on internet survey respondents. Paper presented at *Survey Research: Past, Present, and Internet*, the 2000 Nebraska Symposium on Survey Research, University of Nebraska, Lincoln, Nebraska.

Krosnick, J. A. (2000). The present and future of research on survey non-responses: Reflections on Portland '99 and beyond. Roundtable presentation at the American Association for Public Opinion Research Annual Meeting, Portland, Oregon.

Holbrook, A. L., Krosnick, J. A., Moore, D. W., & Tourangeau, R. (2000). Response order effects in Gallup surveys: Linguistic structure and the impact of respondent ability, motivation, and task difficulty. Paper presented at the American Association for Public Opinion Research Annual Meeting, Portland, Oregon.

Miller, J. M., Krosnick, J. A., & Lowe, L. (2000). The impact of policy change threat on financial contributions to interest groups. Paper presented at an invited conference, Political Participation: Building a Research Agenda, Center for the Study of Democratic Politics, Princeton University, Princeton, New Jersey.

Miller, J. M., & Krosnick, J. A. (2000). Attitude change outside the laboratory: News media "priming" turns out not to be priming after all. Paper presented at the Society of Experimental Social Psychology Annual Meeting, Atlanta, Georgia.

Saris, W., & Krosnick, J. A. (2000). The damaging effect of acquiescence response bias on answers to agree/disagree questions. Paper presented at the American Association for Public Opinion Research Annual Meeting, Portland, Oregon.

Visser, P. S., & Krosnick, J. A. (2000). Exploring the distinct mechanisms through which strength-related attitude attributes confer resistance to attitude change. Paper presented at the Society for Personality and Social Psychology Annual Meeting, Nashville, Tennessee.

Bizer, G. Y., & Krosnick, J. A. (2001). Need to evaluate and need for cognition predict political attitudes and behavior. Paper presented at the Midwestern Psychological Association, Chicago, Illinois.

Krosnick, J. A. (2001). Who shapes public policy? Presentation made at the Annual Conference of the Ohio Farm Bureau Federation, Columbus, Ohio.

Krosnick, J. A., & Bizer, G. Y. (2001). Exploring the structure of strength-related attitude features: The relation between attitude importance and attitude accessibility. Paper presented at the Society for Personality and Social Psychology Annual Meeting, San Antonio, Texas.

Krosnick, J. A., Visser, P. S., & Holbrook, A. L. (2001). Real-time attitude change outside the laboratory: The case of the 1997 national debate on global warming. Paper presented at the Society for Personality and Social Psychology Annual Meeting, San Antonio, Texas.

Krosnick, J. A., & Miller, J. M. (2001). An unrecognized need for ballot reform: Effects of candidate name order. Paper presented at the conference entitled Election Reform: 2000 and Beyond, sponsored by the USC-Caltech Center for the Study of Law and Politics and the Jesse M. Unruh Institute of Politics, University of Southern California, Los Angeles, California.

Miller, J. M., & Krosnick, J. A. (2001). What motivates political cognition and behavior? Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

Green, M. C., Krosnick, J. A., & Holbrook, A. L. (2001). Experimental comparisons of the quality of data obtained from face-to-face and telephone surveys. Paper presented at the American Association for Public Opinion Research Annual Meeting, Montreal, Canada.

Silver, M. D., & Krosnick, J. A. (2001). An experimental comparison of the quality of data obtained in telephone and self-administered mailed surveys with a listed sample. Paper presented at the American Association for Public Opinion Research Annual Meeting, Montreal, Canada.

Chang, L., & Krosnick, J. A. (2001). The representativeness of national samples: Comparisons of an RDD telephone survey with matched Internet surveys by Harris Interactive and Knowledge Networks. Paper presented at the American Association for Public Opinion Research Annual Meeting, Montreal, Canada.

Chang, L., & Krosnick, J. A. (2001). The accuracy of self-reports: Comparisons of an RDD telephone survey with Internet Surveys by Harris Interactive and Knowledge Networks. Paper presented at the American Association for Public Opinion Research Annual Meeting, Montreal, Canada.

O'Muircheartaigh, C., & Krosnick, J. A. (2001). A cross-national comparison of middle alternatives, acquiescence, and the quality of questionnaire data. Paper presented at the American Association for Public Opinion Research Annual Meeting, Montreal, Canada.

Marquette, J., Green, J., & Krosnick, J. A. (2001). Experimental analysis of the accuracy of pre-election vote choice reports. Paper presented at the American Association for Public Opinion Research Annual Meeting, Montreal, Canada.

Holbrook, A. L., Krosnick, J. A., Carson, R. T., & Mitchell, R. C. (2001). Violating conversational conventions disrupts cognitive processing of attitude questions. Paper presented at the 2001 Fifth Tri-Annual UC Berkeley Invitational Choice Symposium, Pacific Grove, California.

Krosnick, J. A. (2001). Americans' perceptions of the health risks of cigarette smoking: A new opportunity for public education. Paper presented at the invited conference "Survey Research on Household

Expectations and Preferences," Institute for Social Research, University of Michigan, Ann Arbor, Michigan.

McCready, W., Skitka, L., & Krosnick, J. A. (2001). Using a web-enabled national panel to conduct social psychological experiments. Workshop presented at the Society of Experimental Social Psychology Annual Meeting, Spokane, Washington.

Krosnick, J. A., Courser, M., Mulligan, K., & Chang, L. (2001). Exploring the determinants of vote choices in the 2000 Presidential election: Longitudinal analyses to document causality. Paper presented at the American Political Science Association Annual Meeting, San Francisco, California.

Silver, M. D., & Krosnick, J. A. (2001). Optimizing survey measurement accuracy by matching question design to respondent memory organization. Paper presented at the Federal Committee on Statistical Methodology Research Conference, Arlington, Virginia.

Krosnick, J. A., Courser, M., Mulligan, K., & Chang, L. (2002). Exploring the causes of vote choice in the 2000 Presidential election: Longitudinal analyses to document the causal determinants of candidate preferences. Paper presented at a conference entitled "Assessing the Vitality of Electoral Democracy in the U.S.: The 2000 Election," The Mershon Center, Ohio State University, Columbus, Ohio.

Miller, J. M., & Krosnick, J. A. (2002). Mediators and moderators of news media agenda-setting. Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

Shaeffer, E. M., Krosnick, J. A., & Holbrook, A. L. (2002). Assessing the efficacy of object rankings following ratings. Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Lampron, S., Krosnick, J. A., Petty, R. E., & See, M. (2002). Self-interest, values, involvement, and susceptibility to attitude change. Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A. (2002). Comments on Baruch Fischhoff's "Environmental Risk: What's Worth Knowing – and Saying?" Paper presented at the 2nd Annual Public Policy Symposium, "Responding to Contemporary Environmental Risks." Sponsored by the Ohio State University Environmental Policy Initiative, Fischer College of Business, Ohio State University, Columbus, Ohio.

Thomas, R. K., Uldall, B. R., & Krosnick, J. A. (2002). More is not necessarily better: Effects of response categories on measurement stability and validity. Paper presented at the American Association for Public Opinion Research Annual Meeting, St. Petersburg, Florida.

Uldall, B. R., Thomas, R. K., & Krosnick, J. A. (2002). Reliability and validity of web-based surveys: Effects of response modality, item format, and number of categories. Paper presented at the American Association for Public Opinion Research Annual Meeting, St. Petersburg, Florida.

Shook, N., Krosnick, J. A., & Thomas, R. K. (2002). Following the storm: Public opinion changes and political reactions in surveys. Paper presented at the American Association for Public Opinion Research Annual Meeting, St. Petersburg, Florida.

Chang, L., & Krosnick, J. A. (2002). Comparing self-administered computer surveys and auditory interviews: An experiment. Paper presented at the American Association for Public Opinion Research Annual Meeting, St. Petersburg, Florida.

Silver, M. D., & Krosnick, J. A. (2002). Optimizing survey measurement accuracy by matching question design to respondent memory organization. Paper presented at the American Association for Public Opinion Research Annual Meeting, St. Petersburg, Florida.

Krosnick, J. A., Visser, P. S., Holbrook, A. L., & Berent, M. K. (2002). Challenging the common-factor model of strength-related attitude attributes: Contrasting the antecedents and consequences of attitude importance and attitude-relevant knowledge. Paper presented at the General Meeting of the European Association of Experimental Social Psychology, San Sebastian, Spain.

Krosnick, J. A., Miller, J. M., & Tichy, M. P. (2002). An unrecognized need for ballot reform: Effects of candidate name order. Paper presented at the International Society for Political Psychology Annual Meeting, Berlin, Germany.

Chang, L., & Krosnick, J. A. (2002). RDD telephone vs. Internet survey methodology for studying American presidential elections: Comparing sample representativeness and response quality. Paper presented at the American Political Science Association Annual Meeting, Boston, Massachusetts.

Bizer, G. Y., Krosnick, J. A., Holbrook, A. L., Petty, R. E., Rucker, D. D., & Wheeler, S. C. (2002). The impact of personality on electoral behavior and cognition: A study of need for cognition and need to evaluate. Paper presented at the American Political Science Association Annual Meeting, Boston, Massachusetts.

Krosnick, J. A., Visser, P. S., & Holbrook, A. L. (2002). Social psychology under the microscope: Do classic experiments replicate when participants are representative of the general public rather than convenience samples of college students? Paper presented at the Society of Experimental Social Psychology Annual Meeting, Columbus, Ohio.

Visser, P. S., Krosnick, J. A., Simmons, J. (2002). Distinguishing the cognitive and behavioral consequences of attitude importance and certainty. Paper presented at the Society of Experimental Social Psychology Annual Meeting, Columbus, Ohio.

Chang, L., & Krosnick, J. A. (2002). RDD telephone vs. Internet survey methodology for studying American presidential elections: Comparing sample representativeness and response quality. Invited presentation at Westat, Rockville, Maryland.

Chang, L., & Krosnick, J. A. (2002). Comparing the quality of data obtained from telephone and Internet surveys: Field and laboratory experiments. Invited paper presented at the FCSM Statistical Policy Seminar "Challenges to the Federal Statistical System in Fostering Access to Statistics.' Bethesda, Maryland.

Lampron, S. F., Krosnick, J. A., Shaeffer, E., Petty, R. E., & See, M. (2003). Different types of involvement moderate persuasion (somewhat) differently: Contrasting outcome-based and value-based involvement. Paper presented at the Society for Personality and Social Psychology Annual Meeting, Los Angeles, California.

Visser, P. S., & Krosnick, J. A. (2003). Attitude strength: New insights from a life-course development perspective. Paper presented at the Society for Personality and Social Psychology Annual Meeting, Los Angeles, California.

Krosnick, J. A. (2003). Basic methodological work for and in repeated cross-sectional and longitudinal surveys: A few thoughts. Paper presented at the National Science Foundation Workshop on Repeated Cross-sectional and Longitudinal Surveys, Arlington, Virginia.

Pfent, A. M., & Krosnick, J. A.  (2003).  Rationalization of presidential candidate preferences.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Holbrook, A. L., & Krosnick,, J. A.  (2003).  Meta-psychological and operative measures of psychological constructs: The same or different?  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., Visser, P. S., & Holbrook, A. L.  (2003).  Social psychology under the microscope: Do classic experiments replicate when participants are representative of the general public rather than convenience samples of college students?  Invited presentation at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Saris, W. E., Krosnick, J. A., & Shaeffer, E. M.  (2003).  Comparing the quality of agree/disagree and balanced forced choice questions via an MTMM experiment.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Anand, S., & Krosnick, J. A.  (2003).  Satisficing in attitude surveys: The impact of cognitive skills and motivation on response effects.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Bizer, G. Y., Krosnick, J. A., Holbrook, A. L., Petty, R. E., Rucker, D. D., & Wheeler, S. C.  (2003).  The impact of personality on political beliefs, attitudes, and behavior: Need for cognition and need to evaluate.  Paper presented at the American Psychological Society Annual Meeting, Atlanta, Georgia.

Holbrook, A. L., Pfent, A., & Krosnick J. A.  (2003).  Response rates in recent surveys conducted by non-profits and commercial survey agencies and the news media.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Nashville, Tennessee.

Shaeffer, E. M., Langer, G. E., Merkle, D. M., & Krosnick, J. A.  (2003).  A comparison of minimal balanced and fully balanced forced choice items.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Nashville, Tennessee.

Pfent, A., Krosnick, J. A., & Courser, M.  (2003).  Rationalization and derivation processes in presidential elections: New evidence about the determinants of citizens' vote choices.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Nashville, Tennessee.

Krosnick, J. A., Visser, P. S., & Holbrook, A. L.  (2003).  How to conceptualize attitude strength and how to measure it in surveys: Psychological perspectives.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Nashville, Tennessee.

Chang, L., & Krosnick, J. A.  (2003).  Comparing data quality in telephone and internet surveys: Results of lab and field experiments.  Invited paper presented at the American Statistical Association Annual Meetings, San Francisco, California.

Pfent, A., & Krosnick, J. A.  (2003).  Post-decisional dissonance reduction by a new method: Rationalization of political candidate choices illuminates the basic dynamics of decision-making.  Paper presented at the Society of Experimental Social Psychology Annual Meeting, Boston, Massachusetts.

Krosnick, J. A., & Fabrigar, L. R.  (2003).  "Don't know" and "no opinion" responses: What they mean, why they occur, and how to discourage them.  Invited paper presented at the Basel Workshop on Item Non-response and Data Quality in Large Social Surveys, University of Basel, Basel, Switzerland.

Krosnick, J. A.  (2003).  Comments on theories of persuasion.  Invited discussant at the conference entitled "Integrating Message Effects and Behavior Change Theories in Cancer Prevention, Treatment, and

Care," Annenberg Public Policy Center, Annenberg School for Communication, University of Pennsylvania, Philadelphia, Pennsylvania.

Krosnick, J. A. (2003). Survey methodology – scientific basis. Presentation at the National Aviation Operations Monitoring Service Working Group Meeting #1, Seattle, Washington.

Krosnick, J. A. (2003). Survey methodology – NAOMS design decisions. Presentation at the National Aviation Operations Monitoring Service Working Group Meeting #1, Seattle, Washington.

Krosnick, J. A. (2004). Survey methodology – scientific basis. Presentation at the National Transportation Safety Board, Washington, DC.

Krosnick, J. A. (2004). Survey methodology – NAOMS design decisions. Presentation at the National Transportation Safety Board, Washington, DC.

Krosnick, J. A. (2004). Public uses of the news media. Presentation as a part of the symposium "Politics and the media," Social Sciences Resource Center, Stanford Libraries, Stanford University, Stanford, CA.

Krosnick, J. A. (2004). Peering into the minds of respondents: The cognitive and social processes underlying answers to survey questions. Invited keynote lecture at the International Symposium in Honour of Paul Lazarsfeld, Katholieke Universiteit Leuven (Belgium).

Krosnick, J. A., Shook, N., & Thomas, R. K. (2004). Public opinion change in the aftermath of 9/11. Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Holbrook, A. L., & Krosnick, J. A. (2004). Vote over-reporting: A test of the social desirability hypothesis. Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Chang, L., & Krosnick, J. A. (2004). Assessing the accuracy of event rate estimates from national surveys. Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Shaeffer, E. M., Lampron, S. F., Krosnick, J. A., Tompson, T. N., Visser, P. S., & Hanemann, W. M. (2004). A comparison of open vs. closed survey questions for valuing environmental goods. Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Holbrook, A. L., Berent, M. K., Krosnick, J. A., Visser, P. S., & Boninger, D. S. (2004). Attitude importance and the accumulation of attitude-relevant knowledge in memory. Paper presented at the American Political Science Association Annual Meeting, Chicago, Illinois.

Chang, L., & Krosnick, J. A. (2004). Measuring the frequency of regular behaviors: Comparing the 'typical week' to the 'past week.' Paper presented at the American Political Science Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A. (2004). What do Americans want government to do about global warming? Evidence from national surveys. Invited presentation at the "Workshop on Global Warming: The Psychology of Long Term Risk," Cooperative Institute for Climate Science, Woodrow Wilson School of Public and International Affairs, Princeton University, Princeton, New Jersey.

Krosnick, J. A., & Malhotra, N. (2004). The causes of vote choice in the 2004 American Presidential Election: Insights from the 2004 YouGov surveys. Paper presented at the conference "The 2004 American Presidential Election: Voter Decision-Making in a Complex World," Stanford University, Stanford, California.

Krosnick, J. A., Visser, P. S., & Holbrook, A. L.  (2004).  The impact of social psychological manipulations embedded in surveys on special populations.  Paper presented at the Pacific Chapter of the American Association for Public Opinion Research Annual Meeting, San Francisco, California.

Krosnick, J. A.  (2005).  The future of the American National Election Studies.  Roundtable: The political psychology of surveys.  Paper presented at the Midwestern Political Science Association Annual Meeting, Chicago, Illinois.

Malhotra, N., & Krosnick, J. A.  (2005).  What motivated Americans' views of the candidates and vote preferences across the 2004 presidential campaign?  Paper presented at the American Association for Public Opinion Research Annual Meeting, Miami, Florida.

Garland, P., Krosnick, J. A., & Clark, H. H. (2005).  Does question wording sometimes send unintended signals about expected answers?  Paper presented at the American Association for Public Opinion Research Annual Meeting, Miami, Florida.

Callegaro, M., De Keulenaer, F., Krosnick, J. A., & Daves, R.  (2005).  Interviewer effects in an RDD telephone pre-election poll in Minneapolis 2001: An analysis of the effects of interviewer race and gender.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Miami, Florida.

Krosnick, J. A., & Rivers, D.  (2005).  Web survey methodologies: A comparison of survey accuracy.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Miami, Florida.

Krosnick, J. A., & Rivers, D.  (2005).  Comparing major survey firms in terms of survey satisficing: Telephone and internet data collection.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Miami, Florida.

Holbrook, A. L., & Krosnick, J. A.  (2005).  Vote over-reporting: Testing the social desirability hypothesis in telephone and internet surveys.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Miami, Florida.

Anand, S., Krosnick, J. A., Mulligan, K., Smith, W., Green, M., & Bizer, G.  (2005).  Effects of respondent motivation and task difficulty on nondifferentiation in ratings: A test of satisficing theory predictions.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Miami, Florida.

Krosnick, J. A.  (2005).  Thought piece on survey participation.  Paper presented at the conference entitled "New Approaches to Understanding Participation in Surveys," Belmont Conference Center, Elkridge, Maryland.

Malhotra, N., & Krosnick, J. A.  (2005).  Pilot test of new procedures for identifying new and emerging occupations and their places in the SOC: A study of biotechnology.  Paper presented at the U.S. Bureau of Labor Statistics, Washington, DC.

Holbrook, A. L., & Krosnick, J. A.  (2005).  Do survey respondents intentionally lie and claim that they voted when they did not?  New evidence using the list and randomized response techniques.  Paper presented at the American Political Science Association Annual Meeting, Washington, DC.

Malhotra, N., & Krosnick, J. A.  (2005).  The determinants of vote choice in the 2004 U.S. Presidential Election.  Paper presented at the American Political Science Association Annual Meeting, Washington, DC.

Krosnick, J. A. (2005). Effects of survey data collection mode on response quality: Implications for mixing modes in cross-national studies. Paper presented at the conference "Mixed Mode Data Collection in Comparative Social Surveys," City University, London, United Kingdom.

Krosnick, J. A., & Malhotra, N. (2006). The impact of presidential job performance assessments on vote choices in 2004. Paper presented at the conference "The Wartime Election of 2004," Ohio State University, Columbus, Ohio.

Rabinowitz, J. L. & Krosnick, J. A. (2006). Investigating the discriminant validity of symbolic racism. Paper presented at the annual meeting of the Society for Personality and Social Psychology, Palm Springs, California.

Krosnick, J. A. (2006). An evaluation framework: Total survey error in research practice. Paper presented at the Survey Methods Symposium sponsored by Central Market Research and Insights, Microsoft, Redmond, Washington.

Krosnick, J. A. (2006). Data quality from phone vs. internet surveys. Paper presented at the Survey Methods Symposium sponsored by Central Market Research and Insights, Microsoft, Redmond, Washington.

Krosnick, J. A. (2006). The distinguishing characteristics of frequent survey participants. Paper presented at the annual meeting of the Midwest Political Science Association, Chicago, Illinois.

Krosnick, J. A. (2006). An overview of the mission of the American National Election Studies. Presentation at the annual meeting of the Midwest Political Science Association, Chicago, Illinois.

Krosnick. J. A. (2006). The use of the internet in valuation surveys. Presentation at the workshop "Morbidity and Mortality: How Do We Value the Risk of Illness and Death?", sponsored by the U.S. Environmental Protection Agency, the National Center for Environmental Research, and the National Council on Economic Education, Washington, DC.

Krosnick, J. A. (2006). What the American public thinks about climate change: Findings from a new Stanford/ABC/Time Magazine Survey. Presentation at the "California Climate Change Policy Workshop," sponsored by the Woods Institute for the Environment, California State Capital Building, Sacramento, California.

Holbrook, A. L., & Krosnick, J. A. (2006). Vote over-reporting: A test of the social desirability hypothesis. Paper presented at the American Psychological Association Annual Meeting, New Orleans, Louisiana.

Bannon, B., Krosnick, J. A., & Brannon, L. (2006). News media priming: Derivation or rationalization? Paper presented at the American Political Science Annual Meeting, Philadelphia, Pennsylvania.

Malhotra, N., Krosnick, J. S., & Thomas, R. (2006). The effect of polls on political behavior. Paper presented at the American Political Science Annual Meeting, Philadelphia, Pennsylvania.

Krosnick J. A. (2006). Doing social psychology that's relevant and valued and valuable. Paper presented at the Society of Experimental Social Psychology Annual Meeting, Philadelphia, Pennsylvania.

Krosnick, J. A. (2006). Overview of the American National Election Studies: Lessons learned about the causes of voter turnout and candidate choice. Paper presented at the conference "The Psychology of Voting and Election Campaigns," Social Science Research Institute, Duke University, Durham, North Carolina.

Krosnick, J. A.  (2006).  What Americans really think about climate change.  Presentation to the Stanford Women's Club of the East Bay, Contra Costa County Library, Orinda, California.

Krosnick, J. A.  (2006).  The impact of survey mode and the merging of face-to-face recruitment with Internet data collection.  Paper presented at the 2006 Federal Committee on Statistical Methodology Statistical Policy Seminar, "Keeping Current: What We Know – What We Need to Learn."  Washington, DC.

Krosnick, J. A.  (2006).  Comparisons of the accuracy of information obtained by face-to-face, telephone, internet, and paper and pencil data collection.  Paper presented at the Pacific Chapter of the American Association for Public Opinion Research Annual Meeting, San Francisco, California.

Bizer, G. Y., Krosnick, J. A., Holbrook, A. L., Wheeler, S. C., Rucker, D. D., & Petty, R. E.  (2007).  The impact of personality on political beliefs, attitudes, and behavior: Need for cognition and need to evaluate.  Paper presented at the Society for Personality and Social Psychology Annual Meeting, Memphis, Tennessee.

Sargent, M. J., Rabinowitz, J., Shull, A., & Krosnick, J. A.  (2007).  Support for government efforts to promote racial equality: Effects of antigroup affect and perceptions of value violation.  Paper presented at the Society for Personality and Social Psychology Annual Meeting, Memphis, Tennessee.

Krosnick, J. A.  (2007).  Americans' beliefs about global climate change: New national survey findings.  Paper presented at the American Association for the Advancement of Science Annual Meeting, San Francisco, California.

Krosnick, J. A.  (2007).  Comparisons of survey modes and a new hybrid.  Paper presented at the American Association for the Advancement of Science Annual Meeting, San Francisco, California.

Garland, P., & Krosnick, J. A.  (2007).  The impact of race on evaluations of artistic products: Evidence of 'ownership' bias among prejudiced whites.  Paper presented at the National Conference of Black Political Scientists, Burlingame, California.

Lupia, A., & Krosnick, J. A.  (2007).  Remaking the American National Election Studies.  Paper presented at the National Conference of Black Political Scientists, Burlingame, California.

Krosnick, J. A.  (2007).  What Americans really think about climate change: Attitude formation and change in response to a raging scientific controversy.  Presentation sponsored by the California Research Bureau at the California State House, Sacramento, California.

Harbridge, L., & Krosnick, J. A.  (2007).  Presidential approval and gas prices: The Bush presidency in historical context.  Paper presented at the American Association for Public Opinion Research annual meeting, Garden Grove, California.

Krosnick, J. A., & Smith, T.  (2007).  Proposing questionnaire design experiments for the General Social Survey.  Paper presented at the American Association for Public Opinion Research annual meeting, Garden Grove, California.

Cote, F., Tahk, A., & Krosnick, J. A.  (2007). Comparing the validity of public predictions of changes in the economy: RDD telephone data vs. volunteer samples completing paper and pencil questionnaires.  Paper presented at the American Association for Public Opinion Research annual meeting, Garden Grove, California.

Schneider, D., Krosnick, J. A., & Ophir, E.  (2007).  Ballot order effects in California from 1976 to 2006.  Paper presented at the American Association for Public Opinion Research annual meeting, Garden Grove, California.

O'Muircheartaigh, C., Krosnick, J. A., & Dennis, J. M.  (2007).  Face-to-face recruitment of an Internet survey panel: Lessons from an NSF-sponsored demonstration project.  Paper presented at the American Association for Public Opinion Research annual meeting, Garden Grove, California.

Malhotra, N., & Krosnick, J. A.  (2007).  The effect of survey mode and sampling on inferences about political attitudes and behavior: Comparing the 2000 and 2004 ANES to Internet surveys with non-probability samples.  Paper presented at the American Association for Public Opinion Research annual meeting, Garden Grove, California.

Krosnick, J. A., Malhotra, N., & Miller, L.  (2007).  Survey mode in the 21st Century: Probability vs. non-probability samples of a nation's population.  Paper presented at the conference entitled "Cyberinfrastructure and National Election Studies: The Wivenhoe House Conference."  University of Essex, Colchester, UK.

Pasek, J., & Krosnick, J. A.  (2007).  Trends over time in America: Probability/telephone vs. non-probability/internet.  Paper presented at the conference entitled "Cyberinfrastructure and National Election Studies: The Wivenhoe House Conference."  University of Essex, Colchester, UK.

Krosnick, J. A.  (2007).  Methods and results from the New Scientist Survey on Climate Change Policy.  Presentation at the National Press Club, Washington, DC.

Krosnick, J. A.  (2007).  The ANES Recompetition and its Implications for the GSS recompetition.  Presentation at the American Sociological Association annual meeting, New York, New York.

Harder, J., & Krosnick, J. A.,  (2007).  Causes of voter turnout: A social psychological perspective.  Paper presented at the American Psychological Association annual meeting, San Francisco, California.

Schneider, D., Berent, M. K., Thomas, R., & Krosnick, J. A.  (2007).  Measuring customer satisfaction and loyalty: Improving the 'net promoter' score.  Paper presented at the World Association for Public Opinion Research annual meeting, Berlin, Germany.

Cobb, C., & Krosnick, J. A.  (2007).  The impact of postdoc appointments on science and engineering career outcomes and job satisfaction.  Paper presented at the conference "Using Human Resource Data", Science Resources Statistics Workshop, Washington, DC.

Krosnick, J. A.  (2007).  Some of the lessons learned from analyses of data from the American National Election Studies.  Presentation at a conference facilitating learning about the American National Election Studies by leading news media pollsters.  Gallup World Headquarters, Washington, DC.

Berent, M. K., & Krosnick, J. A.  (2007).  For example … How different cue types in survey questions influence frequency.  Pacific Association for Public Opinion Research, San Francisco, California.

Schneider, D., Krosnick, J. A., Ofir, E., Milligan, C., Tahk, A.  (2008).  The psychology of voting: How and why the order of candidate names on the ballot and election laws influence election outcomes.  Society for Personality and Social Psychology annual meeting, Albuquerque, New Mexico.

Saller, R., & Krosnick, J. A.  (2008).  Modern democracy and the Roman Empire: Ancient perspectives on the 2008 elections.  The Claremont Hotel, Berkeley, California.

Pasek, J., & Krosnick, J. A.  (2008).  Marketing of political candidates and voter choice.  Paper presented at the Association for Consumer Research Annual Meeting, San Francisco, California.

Breent, M. K., & Krosnick, J. A.  (2008).  For example … How different example types in online surveys influence frequency estimates.  Paper presented at the General Online Research 2008 Conference, Hamburg, Germany.

Bowen, K., Visser, P., Krosnick, J. A., & Anand, S.  (2008).  Embedded attitudes: How social network features regulate individual-level attitude strength.  Paper presented at the Association for Psychological Science Annual Meeting, Chicago, Illinois.

Pasek, J., DeBell, M., & Krosnick, J. A.  (2008).  Measuring voters' values in the American National Election Studies.  Paper presented at the American Association for Public Opinion Research Annual Meeting, New Orleans, Louisiana.

Malhotra, N., Yee, N., Krosnick, J. A., Scott, A., Thomas, R. K., Anand, S., & Chang, L.  (2008).  Response order effects in rating scales.  Paper presented at the American Association for Public Opinion Research Annual Meeting, New Orleans, Louisiana.

Berent, M., & Krosnick, J. A.  (2008). "For example": How different example types in online surveys influence frequency estimates.   Paper presented at the American Association for Public Opinion Research Annual Meeting, New Orleans, Louisiana.

Blocksom, D. T., Schneider, D., & Krosnick, J. A.  (2008).  Moderators of the name-order effect: The 2004 Presidential Election in Ohio.  Paper presented at the American Association for Public Opinion Research Annual Meeting, New Orleans, Louisiana.

Holbrook, A. L., & Krosnick, J. A.  (2008).  Results of the 2008 ANES voter turnout experiment.  Paper presented at the American Association for Public Opinion Research Annual Meeting, New Orleans, Louisiana.

Schneider, D., Berent, M. K., Thomas, R. K., & Krosnick, J. A.  (2008).  Measuring customer satisfaction and loyalty: improving the 'net-promoter' score.  Paper presented at the American Association for Public Opinion Research Annual Meeting, New Orleans, Louisiana.

Wang, R., & Krosnick, J. A.  (2008).  Comparing the results of probability and non-probability telephone and internet survey data.  Paper presented at the American Association for Public Opinion Research Annual Meeting, New Orleans, Louisiana.

Malhotra, N., & Krosnick, J. A.  Perceptions of mass opinion and voting in presidential primaries.  Paper presented at the American Political Science Association Annual Meeting, Boston, Massachusetts.

Krosnick, J. A., Yeager, D., & Wang, R.  (2008).  The validity of political surveys with non-probability samples of respondents who volunteer to answer questions for money.  Paper presented at the American Political Science Association Annual Meeting, Boston, Massachusetts.

Pasek, J. M., & Krosnick, J. A.  (2008).  Studying trends in public opinion over time with probability sample surveys and surveys of people who volunteer to do surveys for money.  Paper presented at the American Political Science Association Annual Meeting, Boston, Massachusetts.

Thomas, R. K., & Krosnick, J. A.  (2008).  Number of response categories and scale compression: Effects on validity and reliability.  Paper presented at the Seventh International Conference on Social Science Methodology – RC33 – Logic and Methodology in Sociology, Naples, Italy.

Malka, A., & Krosnick, J. A.  (2009).  Conservative-liberal self-label and responsiveness to ideological cues.  Paper presented at the Society for Personal and Social Psychology Annual Meeting, Tampa, Florida.

Cobb, C., & Krosnick, J. A.  (2009).  Experimental test of the accuracy of proxy reports compared to target report with third-party validity.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

Yeager, D., & Krosnick, J. A.  (2009).  Does weighting improve the accuracy of data from non-probability internet survey panels of people who volunteer to do surveys for money?  Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

Payne, K., Lelkes, Y., Krosnick, J. A., Akhtar, O., Pasek, J., & Tompson, T.  (2009).  The effect of implicit prejudice on vote choice during the 2008 Presidential election: Insights from the Associated Press-Yahoo! News-Stanford University study.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

Pasek, J., Krosnick, J. A. Akhtar, O., Lelkes, Y., Payne, K., & Tompson, T.  (2009).  A new approach to simultaneous modeling of the causes of turnout and candidate choice with data collected before elections: Insights from the Associated Press-Yahoo! News-Stanford University study.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

Yeager, D., & Krosnick, J. A.  (2009).  Comparison study of probability and non-probability sample surveys conducted by Internet and face to face.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

DeBell, M., Krosnick, J. A., Malka, A., Ackermann, A., & Turakhia, C.  (2009).  Assessing the FFISP's representative of the American adult population.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

Krosnick, J. A., Ackermann, A., DeBell, M., Malka, A., & Turakhia, C.  (2009).  A comparison of behavioral and attitudinal findings from the FFISP with those of major national surveys.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

Ackermann, A., Krosnick, J. A., Turakhia, C., DeBell, M., Malka, A., & Jarmon, R.  (2009).  Lessons learned about how to accomplish effective in-person recruitment of a web-equipped survey panel.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

Sakshaug, J., Tourangeau, R., Krosnick, J. A., Ackerman, A., Malka, A., DeBell, M., & Turakhia, C.  (2009).  Dispositions and outcome rates in the Face-to-face Internet Survey Platform (the FFISP).  Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

Lelkes, Y., Krosnick, J. A., Akhtar, O., Pasek, J., & Tompson, T., & Payne, K.  (2009).  An exploration of the forces driving vote choices in the 2008 American Presidential Election: Insights from the Associated Press-Yahoo! News-Stanford University study.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

Light, A. E., Visser, P. S., Krosnick, J. A., & Anand, S.  (2009).  Variability without and within: Self-concept clarity and varied social networks.  Paper presented at the Midwestern Psychological Association Annual Meeting, Chicago, Illinois.

Krosnick, J. A., Ackermann, A., Malka, A., Yeager, D., Sakshaug, J., Tourangeau, R., DeBell, M., & Turakhia, C.  (2009).  Creating the face-to-face recruited internet survey platform (FFRISP).  Paper presented at the Third Annual Workshop on Measurement and Experimentation with Internet Panels: Innovative Features of Internet Interviewing, Santpoort Noord, the Netherlands.

Krosnick, J. A., Achermann, A., Malka, A., Yeager, D., Sakshaug, J., Tourangeau, R., DeBell, M., & Turakhia, C.  (2009).  Creation of a new representative sample Internet survey panel via face-to-face recruitment and providing free computers to all respondents: Evaluation of the FFISP.  Paper presented at the American Political Science Association Annual Meeting, Toronto, Canada.

Krosnick, J. A., Pasek, J., Tahk, A., Lelkes, Y., Payne, K., Tompson, T., & Akhtar, O.  (2009).  The 2008 American Presidential election: An exploration of the forces driving vote choices.  Paper presented at the American Political Science Association Annual Meeting, Toronto, Canada.

Krosnick, J. A., Lupia, A., & DeBell, M.  (2009).  The activities of the American National Election Studies.  Paper presented at the American Political Science Association Annual Meeting, Toronto, Canada.

Yeager, D., Krosnick, J. A., Holbrook, A. L., & Visser, P. S.  (2010).  Pulling social psychology out of the laboratory, kicking and screaming.  Paper presented at the Society for Personality and Social Psychology Annual Meeting, Las Vegas, Nevada.

Gross, W., & Krosnick, J. A.  (2010).  Issue publics and candidate evaluations: Explaining inconsistent results in the moderation of issue agreement by individual issue importance.  Paper presented at the Midwest Political Science Association Annual Meetings, Chicago, Illinois.

Gross, W., Kropko, J., Krosnick, J. A., Macdonald, S. E., & Rabinowitz, G.  (2010).  The influence of personal importance in issue voting models.  Paper presented at the Midwest Political Science Association Annual Meetings, Chicago, Illinois.

Kim, N., & Krosnick, J. A.  (2010).  Moderators of candidate name order effects.  Paper presented at the American Association for Public Opinion Research Annual Conference, Chicago, Illinois.

DeBell, M., Villar, A., & Krosnick, J. A.  (2010).  Measuring the number of land line and cellular telephones used for voice calls in households to properly weight RDD surveys for unequal probability of selection.  Paper presented at the American Association for Public Opinion Research Annual Conference, Chicago, Illinois.

Pasek, J., DeBell, M., & Krosnick, J. A.  (2010).  Toward a standardization of survey weights: The American National Election Studies weighting system.   Paper presented at the American Association for Public Opinion Research Annual Conference, Chicago, Illinois.

Lelkes, Y., Krosnick, J. A., Marx, D. M., Judd, C. M., & Park, B.  (2010).  Unmotivated anonymity: Social desirability, accuracy, and satisficing under conditions of anonymity.   Paper presented at the American Association for Public Opinion Research Annual Conference, Chicago, Illinois.

Sood, G., Krosnick, J. A., & DeBell, M.  (2010).  Differences between confidentially and orally administered overt racism measures: Evidence from the 2008 ANES.  Paper presented at the American Association for Public Opinion Research Annual Conference, Chicago, Illinois.

Tompson, T., Krosnick, J. A., Junius, D., & Pasek, J.  (2010).  Support for health care reform: It all depends on how you ask the question.   Paper presented at the American Association for Public Opinion Research Annual Conference, Chicago, Illinois.

Pasek, J., Tompson, T., & Krosnick, J. A.  (2010).  Who supports health care reform?  Explaining the determinants of support for various health care reforms.  Paper presented at the American Association for Public Opinion Research Annual Conference, Chicago, Illinois.

Yeager, D. S., Carter, A., Tewoldemedhin, H., & Krosnick, J. A.  (2010).  Study of non-probability sample internet surveys' estimates of consumer product usage and demographic characteristics of consumer product users.  Paper presented at the American Association for Public Opinion Research Annual Conference, Chicago, Illinois.

Berent, M. K., Krosnick, J. A., & DeBell, M.  (2010).  Confirming the validity of survey respondent reports of voter registration and turnout: Checking the records turns up surprisingly bad news.  Paper presented at the American Association for Public Opinion Research Annual Conference, Chicago, Illinois.

Villar, A., Malka, A., & Krosnick, J. A.  (2010).  Assessing the accuracy of the Face-to-Face Recruited Internet Survey Platform: A comparison of behavioral and health-related findings from the FFRISP with those of major national surveys.  Paper presented at the American Association for Public Opinion Research Annual Conference, Chicago, Illinois.

Krosnick, J. A., Malka, A., & Villar, A.  (2010).  Manipulation of public opinion on global warming: The impact of news media coverage and the weather.  Paper presented at the International Society of Political Psychology Annual Meeting, San Francisco, California.

Shockley, E., Krosnick, J. A., & Visser, P. S.  (2010).  The impact of aging on political ideology.  Paper presented at the International Society of Political Psychology Annual Meeting, San Francisco, California.

Yeager, D., Krosnick, J. A., Tewoldemedhin, H., & Carter, A.  (2010).  Evaluating non-probability sample internet surveys' estimates of consumer product usage and demographic characteristics of consumer product users: Do different panels produce the same results?  Paper presented at the Fourth Annual Workshop on Measurement and Experimentation with Internet Panels: Innovative Features of Internet Interviewing, Noordwijk, the Netherlands.

Krosnick, J. A., Tompson, T., & Villar, A.  (2010).  Change in public opinion about climate change 2006-2010: How trusted sources and personal experience combine.  Paper presented at the American Political Science Association Annual Meeting, Washington, DC.

Gera, K. Yeager, D., Krosnick, J. A., DeBell, M., & McDonald, M.  (2010).  Comparing estimates of voter turnout from the American National Election Studies, the General Social Survey, and the Current Population Survey.  Paper presented at the American Political Science Association Annual Meeting, Washington, DC.

Pasek, J., Krosnick, J. A., & Tompson, T.  (2010).  Taking a position on health care: Selfish, group interest, and sociotropic determinants of citizens' attitudes on proposals for health care reform.  Paper presented at the American Political Science Association Annual Meeting, Washington, DC.

Sood, G., & Krosnick, J. A.  (2010).  The impact of satire in television news: Differential impact on the usual audience and on other viewers.  Paper presented at the American Political Science Association Annual Meeting, Washington, DC.

Tahk, A., & Krosnick, J. A.  (2010).  Do the news media shape how Americans think about politics?  New statistical procedures cast new light on an old hypothesis.  Paper presented at the American Political Science Association Annual Meeting, Washington, DC.

Kim, N., & Krosnick, J. A.  (2010).  Moderators of candidate name order effects.  Paper presented at the American Political Science Association Annual Meeting, Washington, DC.

Krosnick, J. A.  (2010).  We just want to help: How social science can sometimes be successful and sometimes crash and burn when in the public spotlight.  Paper presented at the Society of Experimental Social Psychology Annual Meeting, Minneapolis, Minnesota.

Berent, M. K., Krosnick, J. A., & Lupia, A.  (2011).  Lying survey respondents or flawed government records?  An examination of turnout over-reporting and vote validation in the 2008 ANES Panel Study.  Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

Cobb, C., Krosnick, J. A., & Bannon, B.  (2011).  Optimizing the design of a question intended to measure expected starting salary.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

MacInnis, B., & Krosnick, J. A.  (2011).  The persistence of American public opinion on climate policy.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Yeager, D. S., Larson, S., & Krosnick, J. A.  (2011).   Measuring Americans' issue priorities: A new version of the most important problem question reveals more concern about global warming and the environment.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Krosnick, J. A.  (2011).  The stability of American public opinion on global warming: Towards explaining the existence beliefs trends.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Romano Bergstrom, J. C., Olmsted-Hawala, E. L., Rogers, W. A., & Krosnick, J. A.  (2011).  Age-related differences in reported computer and internet usage based on question type: 'A great deal' of variability.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Jans, M., Bergstrom, J. C., Ashenfelter, K. T., & Krosnick, J. A.  (2011).  Measuring user satisfaction in the lab: Questionnaire mode, physical location, and social presence concerns.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

MacInnis, B., & Krosnick, J. A.  (2011).  Complete satisficing in surveys: An exploratory investigation.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Yeager, D. S., & Krosnick, J. A.  (2011).  Does mentioning 'some people' and 'other people' in an attitude question improve measurement quality?  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Chang, L., Krosnick, J. A., & Tompson, T.  (2011).  The impact of healthcare utilization on satisfaction with health insurance plans.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Chang, L. & Krosnick, J. A.  (2011).  Assessing survey accuracy across multiple domains.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Pasek, J., & Krosnick, J. A.  (2011).  Measuring intent to participate and participation in the 2010 census and their correlates and trends: Comparisons of RDD telephone and non-probability sample internet survey data.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Weiss, R., Krosnick, J. A., & Yeager, D. S.  (2011).  More comparisons of probability and non-probability sample internet surveys: The Dutch NOPVO study.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Gilbert, E., Allum, N., Villar, A., & Krosnick, J. A.  (2011).  Do reluctant respondents provide poor data?  Evidence from the Face-to-Face Recruited Internet Survey Platform (FFRISP).  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Lelkes, Y., & Krosnick, J. A.  (2011).  Measuring perceptions and probabilities: Verbal or numerical response options?  Paper presented at the American Association for Public Opinion Research Annual Meeting, Phoenix, Arizona.

Krosnick, J. A., MacInnis, B., & Villar, A.  (2011).  The impact of candidates' statements about climate change on electoral success in 2008 and 2010: Evidence using three methodologies.  Paper presented at the American Political Science Association Annual Meeting, Seattle, Washington.

Berent, M. K., Krosnick, J. A., & Lupia, A.  (2011).  Measuring voter registration and turnout in surveys: Do official government records yield more accurate assessments?  Paper presented at the American Political Science Association Annual Meeting, Seattle, Washington.

Krosnick, J. A., MacInnis, B., & Villar, A.  (2012).  Polarization of opinions about global warming between 1997 and 2011: Appearances are sometimes misleading.  Paper presented at the Society for Personality and Social Psychology Annual Meeting, San Diego, California.

MacInnis, B., Krosnick, J. A., & Villar, A.  (2012).  Motivated social cognition in the realm of politics: The case of news media dissemination of information about climate change.  Paper presented at the Society for Personality and Social Psychology Annual Meeting, San Diego, California.

Villar, A., & Krosnick, J. A.  (2012).  An investigation of nonresponse error due to breakoffs in telephone surveys.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Orlando, Florida.

Anand, S., Krosnick, J. A., & Yeager, D. S.  (2012).  What number of scale points in an attitude question optimizes response validity and administrative practicality?  Paper presented at the American Association for Public Opinion Research Annual Meeting, Orlando, Florida.

Kim, N., Lelkes, Y., & Krosnick, J. A.  (2012).  Race of interviewer effects in the 2008 Presidential election.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Orlando, Florida.

Berent, M. K., Krosnick, J. A., & Lupia, A.  (2012).  Lying vs. fail-to-match: Self-reported turnout and validated turnout in the 2008-2009 ANES Panel Study.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Orlando, Florida.

Young, C., Jackson, C., & Krosnick, J. A.  (2012).  Comparison of dual frame telephone and non-probability online panels regarding accuracy of political opinion polling.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Orlando, Florida.

Callegaro, M., Villar, A., Krosnick, J. A., & Yeager, D. S.  (2012).  A systematic review of studies investigating the quality of data obtained with online panels.  Paper presented at the American Association for Public Opinion Research Annual Meeting, Orlando, Florida.

Weiss, R. J., Berent, M. K., Krosnick, J. A., & Lupia, A. (2012). Investigating automated coding of open-ended survey questions. Paper presented at the American Association for Public Opinion Research Annual Meeting, Orlando, Florida.

Pasek, J., Sood, G., & Krosnick, J. A. (2012). A certain truth? How Americans received and perceived information about the Obama health care plan. Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

Kropko, J., Gross, W., & Krosnick, J. A. (2012). Issue publics and candidate evaluations: Selecting the best fitting models of the moderation of issue agreement by individual issue importance. Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

Pasek, J., Krosnick, J. A., & Tahk, A. M. (2012). Prevalence and moderators of the candidate name order effect: Evidence from all statewide general elections in California. Paper presented at the Midwest Political Science Association Annual Meeting, Chicago, Illinois.

MacInnis, B., Krosnick., J. A., Suh, A., & Cho, Mu-Jung. (2013). Assessments of survey accuracy: A multimode national field experiment. Paper presented at the American Association for Public Opinion Research Annual Meeting, Boston, Massachusetts.

Santa Cruz, H., & Krosnick, J. A. (2013). Shocking misbehavior by face-to-face interviewers: The 2008 ANES office recognition questions. Paper presented at the American Association for Public Opinion Research Annual Meeting, Boston, Massachusetts.

Vannette, D., Krosnick., J. A. (2013). Mindful responding to questions: The dangers of survey satisficing. Paper presented at the American Association for Public Opinion Research Annual Meeting, Boston, Massachusetts.

Stark, T. H., Pasek, J., Tompson, T., & Krosnick., J. A. (2013). Measuring anti-Black racism in the U.S. Paper presented at the American Association for Public Opinion Research Annual Meeting, Boston, Massachusetts.

Kiley, J., Keeter, S., Frei, M., Motel, S., Christian, L.M., Dimock, M., McDonald, M. P., Berent, M., & Krosnick., J. A. (2013). Validating likely voter measures in 2012 pre-election polling. Paper presented at the American Association for Public Opinion Research Annual Meeting, Boston, Massachusetts.

MacInnis, B., Howe, L., Krosnick, J. A., Markowitz, E., & Socolow, R. (2013). Confidently uncertain: When expressing uncertainty enhances trust and persuasion. Paper presented at the Society of Experimental Social Psychology Annual Meeting, Berkeley, California.

Silber, H., Krosnick, J. A., & Yeager, D. (2013). Replication of experimental results across telephone and internet survey panels. Paper presented at the Pacific Chapter of the American Association for Public Opinion Research Annual Meeting, San Francisco, California. (Winner of Second Place in the PAPOR Student Paper Competition)

Holbrook, A. L., & Krosnick, J. A. (2013). A new question sequence to measure voter turnout in telephone surveys: Results of an experiment in the 2006 ANES pilot study. Public Opinion Quarterly Special Issue Conference: Topics in Survey Measurement and Public Opinion. Barbara Jordan Conference Center, Washington, DC.

Yeager, D., & Krosnick, J. A. (2014). Generalizability as a scientific integrity issue. Paper presented at the Association for Psychological Science Annual Meeting, San Francisco, California.

Stark, T. H., & Krosnick, J. A. (2014). A new tool for ego-centered networks in online surveys. Paper presented at the European Congress of Methodology, Utrecht, The Netherlands.

Stark, T. H., Krosnick, J. A., Pasek, J., & Tompson, T. (2014). Comparing measures of anti-Black racial prejudice. Paper presented at the Society for Personality and Social Psychology Annual Meeting, Austin, Texas.

Stark, T. H., & Krosnick, J. A. (2014). A new tool for ego-centered networks. Paper presented at the American Association for Public Opinion Research Annual Meeting, Anaheim, California.

Krosnick, J. A., & MacInnis, B. (2014). Public opinion on global warming: Contradictory results among surveys. Paper presented at the American Association for Public Opinion Research Annual Meeting, Anaheim, California.

Silber, H., Krosnick, J. A., Stark, T. H., & Blom, A. G. (2014). Exact replication of question design experiments from Schuman and Presser. Paper presented at the American Association for Public Opinion Research Annual Meeting, Anaheim, California.

Krosnick, J. A., Kim, S., & Berman, R. (2014). Testing the principles of optimal questionnaire design: Does a questionnaire supposedly designed better actually work better? Paper presented at the American Association for Public Opinion Research Annual Meeting, Anaheim, California.

Callegaro, M., Lavrakas, P. J., & Krosnick, J. A. The status of online panel research from a data quality perspective. Paper presented at the American Association for Public Opinion Research Annual Meeting, Anaheim, California.

Pasek, J., Sood, G., & Krosnick, J. A. (2014). Certain gains in measurement of political knowledge (and misinformation). Paper presented at the International Communication Association Annual Meeting, Seattle, Washington.

Krosnick, J. A., & MacInnis, B. (2014). How should Congressional representatives decide how to vote? A study of the American public's prescriptions. Paper presented at the American Political Science Association's Annual Meeting, Washington, D.C.

Krosnick, J. A., & MacInnis, B. (2014). A new method for measuring public opinion in the States and causes of differences: The case of global warming. Paper presented at the American Political Science Association's Annual Meeting, Washington, D.C.

Krosnick, J. A. (2014). An overview of scientific integrity issues: Worse than you thought. Paper presented at the Society for Experimental Social Psychology Annual Meeting, Columbus, Ohio.

Yeager, D., & Krosnick, J. A. (2014). An example of (partial) failure to replicate: How important (but not so new) lessons can be (re)learned from relentless pursuit of the ease of retrieval effect. Paper presented at the Society for Experimental Social Psychology Annual Meeting, Columbus, Ohio.

Krosnick, J. A. (2015). Scientific integrity: The problem is much bigger than we think. Paper presented at the Society for Personality and Social Psychology Annual Meeting, Long Beach, California.

Stark, T. H., & Krosnick, J. A. (2015). Measuring social networks in large-scale surveys: Challenges and practice of ego-centered and complete network approaches. Paper presented at the European Survey Research Association Annual Meeting, Reykjavik, Iceland.

Srinivasan, R., Suh, A., & Krosnick, J. A. (2015). Comparing direct and filtered frequency questions: Which produces more accurate measurements? Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

Clement, S., & Krosnick, J. A. (2015). Does candidate order matter? Impact of matching ballot order on pre-election poll accuracy. Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

Stark, T. H., & Krosnick, J. A. (2015). A new tool to collect ego-centered network data in online surveys. Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

Vannette, D. L., & Krosnick, J. A. (2015). The effects and effectiveness of likely voter models in pre-election surveys. Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

Krosnick, J. A., MacInnis, B., & Villar, A. (2015). Does an introductory sentence in an opinion question cause acquiescence response bias? Paper presented at the American Association for Public Opinion Research Annual Meeting, Hollywood, Florida.

Krosnick, J. A. (2015). Ballot design: The impact of candidate name order. Paper presented at the Electoral Integrity Project Pre-APSA Workshop: What works? Strengthening Electoral Integrity. San Francisco, California.

Silber, H., Stark, T. H., Blom, A. G. & Krosnick, J. A. (2016). Multi-national replication of experiments on acquiescence from Schuman and Presser. Paper presented at the American Association for Public Opinion Research Annual Meeting, Austin, Texas.

Yang, S., Yeager, D. S., Krosnick, J. A., & Anand, S. (2016). Directly testing accepted wisdom regarding the validity of different scale lengths. Paper presented at the American Association for Public Opinion Research Annual Meeting, Austin, Texas.

Kim, S., & Krosnick, J. A. (2016). Perceptions about scientific agreement, trust in scientists, and the American public's beliefs about global warming. Paper presented at the American Association for Public Opinion Research Annual Meeting, Austin, Texas.

Yang, Y., Callegaro, M., Chin, K., Villar, A., & Krosnick, J. A. (2016). Assessing the accuracy of 51 nonprobability online panels and river samples: A study of the Advertising Research Foundation 2013 online panel comparison experiment. Paper presented at the American Association for Public Opinion Research Annual Meeting, Austin, Texas.

Silber, H., Stark, T., Blom, A., & Krosnick, J. A. (2016). Do response effects generalize across countries? Paper presented at the Second International Conference on Survey Methods in Multinational, Multiregional, and Multicultural Contexts (3MC 2016), sponsored by the International Workshop on Comparative Survey Design and Implementation, Chicago, Illinois.

Silber, H., Stark, T., Blom, A., & Krosnick, J. A. (2016). Multi-national study of questionnaire design. Paper presented at the Second International Conference on Survey Methods in Multinational, Multiregional, and Multicultural Contexts (3MC 2016), sponsored by the International Workshop on Comparative Survey Design and Implementation, Chicago, Illinois.

MacInnis, B., Anderson, A., & Krosnick, J. A. (2016). How do Americans want their elected representatives to make laws? Paper presented at the American Political Science Association Annual Meeting, Philadelphia, Pennsylvania.

Kim, S., & Krosnick, J. A. (2016). An exploration of the effect of advertising: The mediating role of perceptions of social proof. Paper presented at the National Communication Association Annual Meeting, Philadelphia, Pennsylvania.

Abeles, A., & Krosnick, J. A. (2017). Communicating about climate change: Labels unwittingly signal opinion. Paper presented at the International Communication Association Annual Meeting, San Diego, California.

Pasek, J., Stark, T., Krosnick, J. A., & Tompson, T. (2017). How would better knowledge influence support for the Affordable Care Act? A simulation and experiment. Paper presented at the American Association for Public Opinion Research Annual Meeting, New Orleans, Louisiana.

Wu, J., Krosnick, J. A., & DeBell, M. (2017). Raking and weighting ANES Time Series. Poster presented at the American Association for Public Opinion Research Annual Meeting, New Orleans, Louisiana.

Stark, T., Krosnick, J. A., Silber, H., & Blom, A. (2017). A text of generalization of classic question order effects in different cultures. Paper presented at the American Association for Public Opinion Research Annual Meeting, New Orleans, Louisiana.

Lundmark, S., Azevedo, F., Krosnick, J. A., & Marcus, G. E. (2017). Evaluation of the impact of the response slide scales: Validity, cognitive effort, and moderation of experimental treatment effects. Paper presented at the American Association for Public Opinion Research Annual Meeting, New Orleans, Louisiana.

McLean, A., & Krosnick, J. A. (2017). Accuracy of national and state polls in the 2016 election. Paper presented at the American Association for Public Opinion Research Annual Meeting, New Orleans, Louisiana.

Krosnick, J. A., Cho, A., McLean, A., Middleton, C., Kay, D., Abruzzo, J., Munroe, J., & Carrington, M. (2017). Assessing the accuracy of pre-election polls: 2008-2012. Paper presented at the American Association for Public Opinion Research Annual Meeting, New Orleans, Louisiana.

Abeles, A., Howe, L., Krosnick, J. A., & MacInnis, B. (2017). Misperceptions of public opinion: Americans underestimate belief in global warming. Paper presented at the American Association for Public Opinion Research Annual Meeting, New Orleans, Louisiana.

McLean, A., & Krosnick, J. A. (2017). Discrepancies between 2016 pre-election polls and election outcomes: Electoral integrity failure? Paper presented at the pre-APSA workshop entitled "Protecting Electoral Security and Voting Rights: The 2016 U.S. Elections in Comparative Perspective." Sponsored by the Electoral Integrity Project, San Francisco, California.

McLean, A., & Krosnick, J. A. (2017). Fake news preceding the 2016 U.S. Presidential election: Non-scientific "surveys" masquerading as science. Paper presented at the pre-APSA Political Communication Preconference, sponsored by the Political Communication Section of the American Political Science Association, San Francisco, California.

Krosnick, J. A. (2017). Conference goals. Workshop on Implicit Bias, National Science Foundation, Alexandria, Virginia.

Krosnick, J. A. (2017). Critiques of implicit bias. Workshop on Implicit Bias, National Science Foundation, Alexandria, Virginia.

Sekar, S., Krosnick, J. A., & MacInnis, B. (2018). Can we just skip doing surveys altogether? Comparing the accuracy of MRP and LAP to real survey data. Paper presented at the American Association for Public Opinion Research Annual Meeting, Denver, Colorado.

Kephart, K., Henderson, A., & Krosnick, J. A. (2018). To list or not to list, that is the question: An examination of existing research on the challenges and best practices of household rostering. Paper presented at the American Association for Public Opinion Research Annual Meeting, Denver, Colorado.

Krosnick, J. A., Silber, H., Stark, T., & Blom, A. (2018). Generalization of classic response order effects across cultures. Paper presented at the American Association for Public Opinion Research Annual Meeting, Denver, Colorado.

Corbett, C., Mo, C., & Krosnick, J. A. (2019). Sexism in the 2016 U.S. Presidential election: The impact of prejudice against women leaders on voter turnout and candidate choice. Paper presented at the American Association for Public Opinion Research Annual Meeting, Toronto, Canada.

Abeles, A., Krosnick, J. A., & Lundmark, S. (2019). Communicating about public opinion on climate change: how labels unwittingly signal speakers' attitudes. Paper presented at the American Association for Public Opinion Research Annual Meeting, Toronto, Canada.

Chen. C, Krosnick, J. A., MacInnis, B., & Waltman, M. (2019). How often do response effects occur in survey questions? Paper presented at the American Association for Public Opinion Research Annual Meeting, Toronto, Canada.

Krosnick, J. A., & Silber, H. (2019). Generalizability and heterogeneity of a psychological effect in a multi-national replication study conducted in representative samples. Paper presented at the Society of Experimental Social Psychology Annual Meeting, Toronto, Canada.

Off-Campus Academic Colloquia

| 1985 | State University of New York at Stony Brook, Department of Political Science. |
| | Princeton University, Department of Sociology. |
| | Princeton University, Department of Politics. |
| | University of California at Berkeley, Department of Sociology. |
| | Yale University, Department of Sociology. |
| | Yale University, Department of Political Science. |
| | Ohio State University, Department of Psychology. |
| | University of Southern California, Annenberg School for Communication. |
| 1986 | University of Michigan, Department of Sociology. |
| 1987 | Yale University, Department of Psychology. |
| | Yale University, Department of Political Science. |
| | University of Michigan, Department of Sociology. |
| 1988 | University of Minnesota, Department of Political Science. |
| 1990 | University of Florida, Department of Psychology. |
| | University of Florida, Bureau of Economic and Business Research. |
| | Denison University, Department of Psychology. |
| 1991 | University of Michigan, Summer Institute in Survey Research Techniques. |

| 1992 | University of Michigan, Summer Institute in Survey Research Techniques. |
|------|------------------------------------------------------------------------|
|      | University of Michigan, Department of Communication. |

| 1993 | University of Wisconsin, Departments of Psychology, Sociology, and Political Science. |
|------|----------------------------------------------------------------------------------------|
|      | University of Michigan, Summer Institute in Survey Research Techniques. |

| 1994 | Yale University, Department of Psychology. |
|------|--------------------------------------------|
|      | University of Michigan, Research Center for Group Dynamics. |
|      | Cornell University, Peace Studies Center. |

| 1995 | University of Michigan, Summer Institute in Survey Research Techniques. |
|------|-------------------------------------------------------------------------|
|      | University of Minnesota, Department of Political Science. |

| 1996 | University of Pennsylvania, Annenberg School for Communication. |
|------|-----------------------------------------------------------------|
|      | University of Chicago, Center for Decision Research. |
|      | Purdue University, Department of Psychology. |

1997   Stanford University, Department of Psychology.
       University of California – Berkeley, Institute of Governmental Studies.
       University of California – Berkeley, Institute of Personality and Social Research.
       University of California – Irvine, Department of Social Sciences.
       University of California – Los Angeles, Institute for Social Science Research.
       University of California – Santa Barbara, Department of Psychology.
       University of California – Santa Cruz, Board of Psychology.
       Center for Advanced Study in the Behavioral Sciences.
       London School of Economics and Political Science, Methodology Institute.

1998   Arizona State University, Department of Psychology.
       London School of Economics and Political Science, Methodology Institute.
       University of Amsterdam, Department of Psychology.
       Carnegie Mellon University, Center for the Integrated Study of the Human Dimensions of
          Global Change, Department of Engineering and Public Policy.

1999   University of Chicago, American Politics Workshop, Department of Political Science.
       Indiana University, Departments of Political Science and Psychology.
       University of Minnesota, Departments of Political Science and Psychology.

2000   University of California, Los Angeles, Department of Political Science.
       University of Southern California, Jesse M. Unruh Institute of Politics.
       University of Michigan, Institute for Social Research, Survey Research Center.

2001   The William and Flora Hewlett Foundation, Menlo Park, California.
       London School of Economics and Political Science, Methodology Institute.
       Resources for the Future, Washington, DC.

2002   University of Colorado - Boulder, Department of Psychology.
       University of Florida - Gainesville, Department of Psychology.
       Stanford University, Department of Communication.
       University of Chicago, Harris School of Public Policy.
       Uppsala University (Sweden), Department of Government.
       University of North Carolina, Department of Political Science.
       University of Chicago, Political Psychology Workshop, Departments of Psychology and
          Political Science.
       Pitzer College, Department of Political Science.

| 2003 | University of Illinois at Chicago, College of Urban Planning and Public Affairs.
University of Illinois at Chicago, Survey Research Laboratory.
Stanford University, Social Psychology Research Seminar (April).
Stanford University, Social Psychology Research Seminar (October).
Stanford University, Department of Psychology Colloquium Series. |
|------|---|

2003 University of Illinois at Chicago, College of Urban Planning and Public Affairs.
 University of Illinois at Chicago, Survey Research Laboratory.
 Stanford University, Social Psychology Research Seminar (April).
 Stanford University, Social Psychology Research Seminar (October).
 Stanford University, Department of Psychology Colloquium Series.

2004 Harvard University, Research Workshop in American Politics, Department of Government.
 Stanford University, Organizational Behavior Seminar, Graduate School of Business.
 Stanford University, Marketing Seminar, Graduate School of Business.
 Stanford University, American Empirical Seminar, Stanford Institute for the Quantitative Study of Society.
 University of California, Davis, Distinguished Lecture Series, Departments of Psychology and Political Science.

2005 The Rand Organization, Santa Monica, California.

2006 Harvard University, Department of Psychology.
 Duke University, Social Science Research Institute.
 University of North Carolina, Chapel Hill, Department of Political Science.
 University of Florida, Department of Psychology.
 University of Florida, Department of Political Science.
 University of California, Santa Barbara, Department of Psychology.

2007 The Rand Organization, Santa Monica, California.
 The University of Essex (UK), Department of Government.
 The University of Essex (UK), Institute for Social and Economic Research.

2008 University of Minnesota, Department of Political Science.
 University of California - Berkeley, Department of Political Science – Institute of Governmental Studies.
 Northwestern University, School of Communication.
 University of California - Berkeley, Institute for Personality and Social Research.

2009 Center for Population Research, University of California - Los Angeles, Los Angeles, California.
 Institute for Science, Technology, and Public Policy, Texas A&M University, College Station, Texas.
 Annette Strauss Institute for Civic Participation, Department of Communication Studies, University of Texas – Austin, Austin, Texas.
 Department of Political and Social Sciences, Universitat Pompeu Fabra, Barcelona, Spain.
 Department of Psychology, University of Washington, Seattle, Washington.
 Department of Psychology, University of California, San Diego.

2010 Behavioral Science Workshop, Booth School of Business, University of Chicago, Chicago, Illinois.
 Social Psychology Colloquium, Department of Psychology, New York University, New York, New York.

2011 Colloquium Series, Department of Psychology, Arizona State University, Tempe, Arizona.
 Colloquium Series, School of Politics and Global Studies, Arizona State University, Tempe, Arizona.

| 2012 | Political Psychology Colloquium Series, Institute of Governmental Studies, University of California, Berkeley, Berkeley, California. |
| | Department of Geosciences and Woodrow Wilson School of Public and International Affairs, Princeton, University. |
| | Department of Psychology, University of Mannheim, Mannheim, Germany. |

On-campus Colloquia

| 1986 | Department of Political Science, Ohio State University. |
| | Department of Psychology, Ohio State University. |
| 1987 | Department of Psychology, Ohio State University. |
| 1988 | Department of Psychology, Ohio State University. |
| 1990 | Department of Psychology, Ohio State University. |
| 1991 | Mershon Center World Affairs Seminar, Mershon Center, Ohio State University. |
| 1996 | Behavioral Decision Theory Colloquium Series, Department of Psychology, Ohio State University. |
| | CIC Interactive Video Methods Seminar, Department of Political Science, Ohio State University. |
| 1997 | Interdisciplinary Seminar on Survey Research Methods, Center for Human Resource Research, Ohio State University. |
| 1999 | Department of Agricultural, Environmental, and Development Economics, Ohio State University. |
| 2000 | Center for Survey Research, Ohio State University. |
| 2002 | Social Psychology Colloquium Series, Department of Psychology, Ohio State University. |
| | Department of Agricultural, Environmental, and Development Economics, Ohio State University. |
| 2003 | Mershon Center Lunch Lecture, The Mershon Center, Ohio State University. |
| 2004 | Global Climate and Energy Project Fall Seminar Series, Stanford University. |
| | John S. Knight Fellowship Program Seminar, Stanford University. |
| 2005 | Workshop in Statistical Modeling, Department of Political Science, Stanford University. |
| | Environmental Policy Forum, Center for Environmental Science and Policy, Stanford University. |
| | Humanities and Sciences Forum, Stanford University. |
| | Seminar Series, Summer Research College in Public Policy and Economics, Stanford University. |
| 2006 | Seminar Series, Summer Research College in Public Policy and Economics, Stanford University. |
| | Woods Energy Series, Woods Institute for the Environment, Stanford University. |

| 2007 | Ethics @ Noon, Barbara and Bowen McCoy Program in Ethics in Society Lecture Series, Stanford University.
Seminar Series, Summer Research College in Public Policy and Economics, Stanford University.
Opening Plenary, Society of Environmental Journalists Annual Conference, Stanford University. |
|---|---|
| 2008 | How America Votes: Stanford Professors Answer the Fundamental Questions Raised When U.S Citizens Vote.  Workshop sponsored by Stanford in Government.
Transformational Insights: Participation, Collaboration, and Virtual Worlds for Sustainability, Medicine, and Education.  Sixth Media X Annual Meeting, Stanford University.
Social Psychology Research Seminar, Stanford University.
Lunch Colloquium Series, Public Policy Program, Stanford University.
Seminar Series, Summer Research College in Public Policy and Economics, Stanford University.
Stanford Parents' Advisory Board Meeting, Stanford University. |
| 2009 | Environmental Forum, Woods Institute for the Environment, Stanford University.
Woods Institute and School of Earth Sciences Summer Seminar Series, Stanford University. |
| 2010 | Research Seminar Series, Center for International Security and Cooperation, Stanford University (discussant).
Faculty Speaker Series, Stanford High School Summer College, Stanford University.
Seminar Series, Summer Research College in Public Policy and Economics, Stanford University.
The Prison Lunch Series, Stanford Law and Policy Review, Stanford Law School.
Social Psychology Research Seminar, Stanford University. |
| 2011 | Address to the Advisory Council of the Woods Institute for the Environment, Stanford University.
Address to the Advisory Council of the Precourt Institute for Energy, Stanford University.
Seminar Series, Summer Research College in Public Policy and Economics, Stanford University.
Summer Short Course on Marine Policy, Center for Ocean Solutions, Stanford University.
Energy @ Stanford & SLAC, Stanford Graduate Summer Institute, Stanford University.
Engaging with Faculty: Stories from Undergraduate Research and Learning Beyond the Classroom, New Student Orientation, Stanford University.
Energy Seminar sponsored by the Woods Institute for the Environment and the Precourt Institute for Energy, Stanford University.
Invited Presentation, Summer Research College Speaker Series, Public Policy Program, Stanford University, Stanford, California. |
| 2012 | Member of a Faculty Discussion Panel during the Joint Young Environmental Scholars Conference sponsored by the Woods Institute for the Environment and the Environmental Norms Workshop sponsored by the Stanford Humanities Center, Stanford University.
Invited Lecture, "Peering Inside the Mind of the American Voter: The Psychology of Democracy in Action."  Back to School Class, 2012 Parents' Weekend, Stanford University. http://parentsweekend.stanford.edu/overview/biography - mackey
Invited Presentation, "A Program of Research on Americans' Thinking about Climate Change."  Woods Institute for the Environment Community Retreat, Aptos, California.
Invited Presentation, "American Public Opinion on Climate Change."  School of Earth Sciences Undergraduate Research Program Seminar Series (cosponsored by SURGE |

and the Woods Institute for the Environment).  Stanford University.

Invited Presentation, Engaging with Faculty: Stories from Undergraduate Research and Learning Beyond the Classroom, New Student Orientation, Stanford University.

Invited Presentation, "Are Elections in America Unfair?  Exploring the Impact of Candidate Name Order."  Stanford Parents Association, Stanford University.

Panel Member, "Election 2012: Reality Check.  A Bloomberg News Post-Presidential-Debate Debate."  Sponsored by the Stanford Graduate Program in Journalism and the Stanford Graduate School of Business Politics and Government Club.

Invited Presentation, Summer Research College Speaker Series, Public Policy Program, Stanford University, Stanford, California.

2013      Invited Presentation, "The Psychology of American Elections: Getting Into the Heads of Voters", Yost House After-Dinner Presentation.

Invited Presentation, Engaging with Faculty: Stories from Undergraduate Research and Learning Beyond the Classroom, New Student Orientation, Stanford University.

Invited Presentation, Summer Research College Speaker Series, Public Policy Program, Stanford University, Stanford, California.

2014      Invited Presentation, "Is it Americans' Fault that the U.S. Government Has Yet to Seriously Limit Greenhouse Gas Emissions?"  School of Earth Sciences Undergraduate Research Program Seminar Series (cosponsored by SURGE and SESUR and the Woods Institute for the Environment).  Stanford University.

Invited Presentation, "Why Elections Go Wrong: The Impact of the Order of Candidates' Names on the Ballot."  Fred Hillier Lecture Series, English for Foreign Students Program, Stanford University.

Invited Presentation, Engaging with Faculty: Stories from Undergraduate Research and Learning Beyond the Classroom, New Student Orientation, Stanford University.

Invited Panel Member, Sustainable World Coalition's Planet Earth New Play Festival, Stanford University.

Invited Panel Member, "The Climate Debate Demystified: The Psychology, Media, and Communication Behavior Climate Change."  Sponsored by Students for a Sustainable Stanford, Stanford University.

Invited Presentation, Summer Research College Speaker Series, Public Policy Program, Stanford University.

Invited Panelist, "Climate Change: From Science to Action."  Classes without Quizzes, Stanford University.

2015      Invited Presentation, Engaging with Faculty: Stories from Undergraduate Research and Learning Beyond the Classroom, New Student Orientation, Stanford University.

Invited Presentation, Summer Research College Speaker Series, Political Science Department, Stanford University.

2016      Energy Seminar sponsored by the Woods Institute for the Environment and the Precourt Institute for Energy, Stanford University.

Invited Presentation, Summer Research College Speaker Series, Political Science Department, Stanford University.

Invited Presentation, Engaging with Faculty: Stories from Undergraduate Research and Learning Beyond the Classroom, New Student Orientation, Stanford University.

Invited Presentation, Psychology of the 2016 Election.  Stanford in Government Policy Lunch.

Invited Presentation, "The 2016 Election."  Epidemiology Supper Club, Stanford University Medical School, Stanford, CA.

2017 Invited Presentation, "Public Opinion on Climate Change", SUPER Faculty Seminar Lunches, Precourt Institute for Energy, Stanford University, Stanford, CA.

Invited Presentation, Summer Research College Speaker Series, Public Policy Program, Stanford University, Stanford, California.

Invited Presentation, Summer Research College Methodology Speaker Series, Political Science Department, Stanford University, Stanford, California.

Invited Presentation, "Why Elections Go Wrong: The Impact of the Order of Candidates' Names on the Ballot."  Fred Hillier Lecture Series, English for Foreign Students Program, Stanford University.

Invited Presentation, Engaging with Faculty: Stories from Undergraduate Research and Learning Beyond the Classroom, New Student Orientation, Stanford University.

Presentation, Communication Department Faculty Retreat, Stanford University.

2018 Invited Presentation, "The Accuracy of the 2016 Pre-Election Polls."  Seminar Series of the John S. Knight Journalism Fellowship Program, Stanford University, Stanford, CA.

Invited Presentation, "The Impact of Candidate Name Order on Election Outcomes." Neurosciences Journal Club and Professional Development Court, Stanford University, Stanford, CA.

## Other Presentations

2012 Coauthor of presentation by Elisabeth Brüggen (Maastricht University).  "Establishing the Accuracy of Online Panel Research", Waikato Management School, University Of Waikato, Hamilton, New Zealand.

2011 Coauthor of presentation by Elisabeth Brüggen (Maastricht University).  "Establishing the Accuracy of Online Panel Research", Department of Marketing, Faculty of Business and Economics, Monash University, Melbourne, Australia.

2012 Coauthor of presentation by Elisabeth Brüggen (Maastricht University).  "Establishing the Accuracy of Online Panel Research", Department of Management and Marketing, Faculty of Business and Economics, University of Melbourne, Melbourne, Australia.

2013 Coauthor of presentation by Elisabeth Brüggen (Maastricht University).  "Establishing the Accuracy of Online Panel Research", Center for the Study of Choice (CenSoC), University of Technology, Sydney, Australia.

2012 Coauthor of presentation by Elisabeth Brüggen (Maastricht University).  "Establishing the Accuracy of Online Panel Research", School of Marketing, Australian School of Business, University of New South Wales, Sydney, Australia

## Conferences Coordinated

1991 Conference Coordinator, Annual Meeting, Society of Experimental Social Psychology, Columbus, Ohio.

1991 Conference Coordinator, "Nags Head Conference on Attitude Strength," Nags Head, North Carolina.

1998 Program Coordinator, Annual Meeting, International Society for Political Psychology, Montreal, Canada.

| | |
|---|---|
| 2002-2003 | Conference Chair, Annual Meeting, American Association for Public Opinion Research, Nashville, Tennessee. |
| 2005 | Conference Co-Coordinator, "New Approaches to Understanding Participation in Surveys", Belmont Conference Center, Elkridge, Maryland. |
| 2007 | Conference Co-Coordinator, "Cyberinfrastructure and National Election Studies: The Wivenhoe House Conference".  University of Essex, Colchester, UK. |
| 2007 | Conference Co-Coordinator, "News Media Pollster Input to the American National Election Studies".  Gallup World Headquarters, Washington, DC. |
| 2008 | Conference Co-Coordinator, "Optimal Coding of Open-Ended Survey Data, Institute for Social Research, University of Michigan, Ann Arbor, Michigan. |
| 2013 | Conference Co-Coordinator, "The Future of Survey Research 1", National Science Foundation, Arlington, Virginia. |
| 2013 | Conference Co-Coordinator, "The Future of Survey Research 2", National Science Foundation, Arlington, Virginia. |
| 2014 | Conference Co-Coordinator, "Robust Research in the Social, Behavioral, and Economic Sciences", National Science Foundation, Arlington, Virginia. |
| 2015 | Conference Co-Coordinator, "Best Practices in Science", Center for Advanced Study in the Behavioral Sciences, Stanford University, Stanford, California. |
| 2015 | Conference Co-Coordinator, "How Voters Think: Lessons from Science and Practice."  A meeting of political scientists with Democratic Party campaign consultants.  Harris School of Public Policy, University of Chicago, Chicago, Illinois. |
| 2015 | Conference Co-Coordinator, "How Voters Think: Lessons from Science and Practice."  A meeting of political scientists with Republican Party campaign consultants.  Harris School of Public Policy, University of Chicago, Chicago, Illinois. |
| 2017 | Conference Coordinator, "Workshop on Implicit Bias."  National Science Foundation, Alexandria, Virginia. |
| 2019 | Co-organizer, "Metascience 2019 Symposium."  Sponsored by the Fetzer Franklin Fund, Stanford University, Stanford, California. |

Professional Service

| | |
|---|---|
| 1989-1990 | Chair, Student Paper Competition Committee, American Association for Public Opinion Research. |
| 1990 | Member, Planning Committee for the 1990 National Election Study. |
| 1990 | Member, Conference Committee for the 1991 Annual Meeting, American Association for Public Opinion Research. |

| | |
|---|---|
| 1991 | Participant in an Expert Questionnaire Evaluation Panel as a part of a Project Comparing Pre-Testing Methods, National Center for Health Statistics. |
| 1994 | Member, Student Paper Competition Committee, American Association for Public Opinion Research. |
| 1995 | Member, National Science Foundation Special Grant Proposal Evaluation Panel on Valuation for Environmental Policy. |
| 1996 | Member, Student Paper Competition Committee, American Association for Public Opinion Research. |
| 1996 | Member, Planning Committee for the 1996 National Election Study. |
| 1997-2001 2003, 2004 | Member, Conference Committee, American Association for Public Opinion Research Annual Meeting. |
| 1998 | Member, Planning Committee for the 1998 National Election Pilot Study. |
| 1999 | Senior Research Advisor, The Gallup Organization. |
| 1997-2006 | Member, Board of Overseers, National Election Studies, Institute for Social Research, University of Michigan. |
| 2000-2003 | Member, Governing Council, International Society of Political Psychology. |
| 2000-2003 | Member, Conference Committee, International Society of Political Psychology. |
| 2000-2002 | Member, Survey Methodology Group of the National Longitudinal Survey of Youth. |
| 2000-2008 | Member, Board of Overseers, General Social Survey, National Opinion Research Center, University of Chicago. |
| 2001 | Member, Advisory Board of the Canadian Election Study, McGill University, University of Montreal, and University of Toronto. |
| 2001-2002 | Associate Conference Chair, American Association for Public Opinion Research. |
| 2001-2002 | Chair, Committee to Award the Erik H. Erikson Early Career Award for Excellence and Creativity in the Field of Political Psychology, International Society of Political Psychology. |
| 2001 | Member, Visiting Committee to Evaluate a Proposed Ph.D. Program in Survey Research and Methodology, University of Nebraska, Lincoln, Nebraska. |
| 2002 | Member, Advisory Panel, Special Competition to Fund Research on Survey and Statistical Methodology; Methodology, Measurement, and Statistics Program, National Science Foundation. |
| 2003 | Member, Advisory Board of the Canadian Election Study, McGill University, University of Montreal, and University of Toronto. |

| | |
|---|---|
| 2004-2006 | Member, Advisory Committee for the Division of Social, Behavioral, and Economic Sciences, National Science Foundation. |
| 2004-2006 | Member, Scientific Advisory Board, Polimetrix, Palo Alto, California. |
| 2004 | Member, Workshop on Cyberinfrastructure and the Social Sciences, National Science Foundation. |
| 2005 | Organizing committee, Conference entitled "New Approaches to Understanding Participation in Surveys," Belmont Conference Center, Elkridge, Maryland, sponsored by the National Science Foundation. |
| 2005 | Member, Philip E. Converse Book Award Committee, American Political Science Association. |
| 2005 | Member, Nominating committee, International Society for Political Psychology. |
| 2005 | Member, Working Group on Public Attitudes and Ethical Issues, Global Roundtable on Climate Change, Earth Institute, Columbia University. |
| 2006 | Dissertation committee member, William M. van der Veld, Faculty of Social and Behavioral Sciences, University of Amsterdam. |
| 2007 | Participant, "Public Understanding of Mathematics/Mathematicians Understanding the Public" Conference, Mathematical Sciences Education Board, The National Academies, Washington, D.C. |
| 2007 | Associated Scientist, Statistics and Methodology Department, National Opinion Research Center, University of Chicago, Chicago, Illinois. |
| 2007 | Participant, "Workshop on Planning for the Future of the General Social Survey," National Science Foundation, Washington, D.C. |
| 2007- | Member, Advisory Board, Book Series on Political Psychology, Oxford University Press. |
| 2007- | Member, International Advisory Board, Measurement and Experiments in the Social Sciences, Institute for Data Collection and Research, University of Tilburg, The Netherlands. |
| 2008 | Participant, "Meeting to Assess Public Attitudes about Climate Change," sponsored by the National Oceanic and Atmospheric Administration, NASA, and the Center for Excellence in Climate Change Communication Research, Silver Spring, Maryland. |
| 2008 | Participant, The Harvard Globalization Survey Workshop, Harvard University, Cambridge, Massachusetts. |
| 2008-2012 | Member, Board of Directors, Climate Central, Princeton, New Jersey, and Palo Alto, California. |
| 2008 | Panel Participant, Career Day, Menlo School, Menlo Park, California. |
| 2009-2010 | Member, AAPOR Opt-in Panel Online Panel Task Force. |

| 2012 | Chair, Committee to Conduct a Site Visit Review of the General Social Survey for the National Science Foundation. |
|---|---|
| 2011-2016 | Member, Advisory Committee for the Division of Social, Behavioral, and Economic Sciences, National Science Foundation. |
| 2012 | Member, Policy Impact Award Committee, American Association for Public Opinion Research. |
| 2012 | Member, Advisory Committee on Study to Evaluate the Impact of Survey Response Rates, Pew Researcher Center, Washington, DC. |
| 2012- | Member, Advisory Board, Voice of the People. |
| 2012 | Chair, Subcommittee on the Future of Survey Research, Advisory Committee for the Division of Social, Behavioral, and Economic Sciences, National Science Foundation. |
| 2013-2016 | Member, Governing Council, International Society of Political Psychology. |
| 2012-2015 | Member, Subcommittee on Replication in Social, Behavioral, and Economic Science Research, Advisory Committee for the Division of Social, Behavioral, and Economic Sciences, National Science Foundation. |
| 2014- | Member, International Advisory Board, Norwegian Citizen Panel, Digital Social Science Core Faculty, University of Bergen, Bergen, Norway. |
| 2015-2016 | Member, Standing Committee on the Future of NSF-Supported Social Science Surveys, Committee on National Statistics, Division of Behavioral and Social Science and Education, The National Academies of Sciences, Engineering, and Medicine. |
| 2016 | Chair, Committee to Award the Noel Markwell Media Award, International Society of Political Psychology. |
| 2016-2017 | Member, Committee to Award the AAPOR Mitofsky Innovators Award, American Association for Public Opinion Research. |
| 2016-2017 | Member, Subcommittee on Workplace Climate and Harassment, Working Group on Diversity, National Institutes of Health. |
| 2017 | Member, Committee on AAPOR Standard and Litigation Surveys.  American Association for Public Opinion Research. |
| 2018 | Co-convener, CPS Forum on Measuring Voter Turnout, Summer at Census, U.S. Census Bureau, Suitland, Maryland. |

Department and University Service

| 1985-1996 2001-2003 | Faculty Advisor, Social Psychology Colloquium Series, Ohio State University. |
|---|---|
| 1985-1990 | Chair, Social Psychology Area Admissions Committee, Ohio State University. |
| 1985-1990 | Member, Psychology Department Admissions Committee, Ohio State University. |

| | |
|---|---|
| 1986-1987 | Member, Psychology Department Stipends Committee, Ohio State University. |
| 1986-1988 | Member, Lazenby Equipment Committee, Ohio State University. |
| 1986-1987 | Member, Social Psychology Area Search Committee for Two Permanent Senior Faculty Members, Ohio State University. |
| 1988-1989 | Member, Social Psychology Area Search Committee for Junior Faculty Member, Ohio State University. |
| 1990-1991 | Member, Search Committee for Junior Faculty Member in Industrial/Organizational Psychology, Ohio State University. |
| 1989-1994 | Co-Coordinator, Political Psychology Minor Program Steering Committee, Political Science Department, Ohio State University. |
| 1989-1996, 1999-2003 | Member, Psychology Department Speakers Committee, Ohio State University. |
| 1990-1996 | Member, Psychology Department Subject Pool Supervisory Committee, Ohio State University. |
| 1995-1996 | Chair, College of Social and Behavioral Sciences Survey Research Advisory Committee, Ohio State University. |
| 1995-1996 | Member, Political Science Department Search Committee, Ohio State University. |
| 1997-2003 | Member, College of Social and Behavioral Sciences Center for Survey Research Advisory Committee, Ohio State University. |
| 2000 | Chair, Social Psychology Senior Faculty Search Committee, Ohio State University. |
| 2000 | Member, College of Social and Behavioral Sciences Oversight Committee for the Center for Human Resource Research, Ohio State University. |
| 2001-2003 | Member, Psychology Department Promotion and Tenure Committee, Ohio State University. |
| 2001-2002 | Chair, Social Psychology Junior Faculty Search Committee, Ohio State University. |
| 2002 | Faculty advisor, Summer Research Opportunity Program, Committee on Instructional Cooperation (CIC), Ohio State University. |
| 2003-2004 | Member, Planning Committee for the Social Science Research Institute, Stanford University. |
| 2003-2004 | Member, Steering Committee for the Methods of Analysis Program in the Social Sciences, Stanford University. |
| 2004- | Faculty Affiliate, Center for Comparative Studies in Race and Ethnicity, Stanford University. |
| 2004 | Grant proposal review committee, Environmental Interdisciplinary Initiatives Program, Stanford Institute for the Environment, Stanford University. |
| 2004-2005 | Planning Committee for the Stanford Center on Longevity, Stanford University. |

| | |
|---|---|
| 2005-2008 | Member, Faculty Leadership Committee, Stanford Institute for the Environment, Stanford University. |
| 2006 | Grant proposal review committee, Environmental Venture Grants Program, Woods Institute for the Environment, Stanford University. |
| 2007 | Co-chair, Grant proposal review committee, Environmental Venture Grants Program, Woods Institute for the Environment, Stanford University. |
| 2012- | Member, Grant proposal review committee, Environmental Venture Grants Program, Woods Institute for the Environment, Stanford University. |
| 2012-2016 | Member, Course Evaluation Committee, Stanford University. |
| 2012-2013 | Member, Provost's Advisory Committee on Postdoctoral Affairs, Stanford University. |
| 2012 | Member, Evaluation committee for applicants to the Emmett Interdisciplinary Program in Environment & Resources, Stanford University. |
| 2013 | Member, Evaluation committee for applicants to the Emmett Interdisciplinary Program in Environment & Resources, Stanford University. |
| 2014 | Member, Evaluation committee for applicants to the Emmett Interdisciplinary Program in Environment & Resources, Stanford University. |

Ad Hoc Reviewer

Journal of Personality and Social Psychology
Journal of Experimental Social Psychology
Personality and Social Psychology Bulletin
Social Psychology Quarterly
European Journal of Social Psychology
Social Cognition
Basic and Applied Social Psychology
Journal of Personality
Psychological Review
Psychological Bulletin
Psychological Science
Psychological Assessment
Personality and Social Psychology Review
Psychology and Aging
Risk Analysis
Psychology, Public Policy, and Law
American Political Science Review
American Journal of Political Science
American Politics Quarterly
Western Political Quarterly
Political Research Quarterly
Political Behavior
Research and Politics
Journal of Politics
Political Analysis

Harvard International Journal of Press/Politics
Southeastern Political Review
Public Opinion Quarterly
International Journal of Public Opinion Research
Journal of Survey Statistics and Methodology
Political Psychology
Political Communication
International Studies Quarterly
American Sociological Review
Sociological Methods and Research
Sociological Methodology
Social Science Quarterly
Social Problems
Journal of Official Statistics
Journal of the American Statistical Association
Journal of Economic Psychology
Journal of Law, Economics, and Organization
Communication Research
Journal of Consumer Research
Journal of Science Communication
Journal of Research in Personality
Developmental Psychology
Tobacco Control
Motivation and Emotion
Psychophysiology
Climatic Change
Climate Change Letters
Review of Policy Research
Annals of Epidemiology
Communication Methods and Measures
Preventive Medicine
New Jersey Medicine
Journal of Medical Internet Research
Academic Press
Praeger Publishers
Alfred A. Knopf Publishers
Brooks/Cole Publishing Company
Harper and Row Publishers
MacMillan Publishing Company
Cambridge University Press
Oxford University Press
W. W. Norton
W. H. Freeman
National Academy of Sciences
National Science Foundation - Social Psychology Program
National Science Foundation - Sociology Program
National Science Foundation - Political Science Program
National Science Foundation - Program in Methodology, Measurement, and Statistics in the Social Sciences
Society for Consumer Psychology
American Psychological Association
Time-sharing Experiments for the Social Sciences (TESS)
University of Michigan, Department of Political Science (P&T)
University of Minnesota, Department of Political Science (P&T)
University of Minnesota, Department of Psychology (P&T)

University of Southern California, Department of Psychology (P&T)
University of Texas – Austin, Department of Communication Studies (P&T)
London School of Economics and Political Science, Methodology Institute (P&T)
University of Nebraska, Department of Political Science (P&T)
University of Nebraska, Department of Psychology (P&T)
Massachusetts Institute of Technology, Department of Political Science (P&T)
University of Chicago, Harris School of Public Policy (P&T)
University of Chicago, Department of Political Science (P&T)
Iowa State University, Department of Psychology (P&T)
Ohio State University, University Libraries (P&T)
University of Florida, Department of Psychology (P&T)
University of Nebraska, Lincoln, Department of Sociology (P&T)
University of Pennsylvania, Department of Political Science (P&T)
Institute for Social Research, University of Michigan (P&T)
Columbia University, Department of Political Science (P&T)
American University, School of Public Affairs (P&T)
Center for Advanced Study in the Social and Behavioral Sciences
University of Mannheim, School of Social Sciences, Department of Political Science (P&T)
Netherlands Institute for Advanced Study in the Humanities and Social Sciences
Netherlands Organisation for Scientific Research, Division of Social Sciences
Workers' Compensation Board of British Columbia
Fund for Scientific Research – Flanders, Brussels, Belgium


Consulting and Court Testimony

Office of Science and Technology Policy, The White House, Washington D.C.
Socio-Environmental Studies Laboratory, National Institutes of Health, Washington, D.C.
National Oceanic and Atmospheric Administration, Washington, D.C.
Environmental Protection Agency, Washington, D.C.
National Aeronautics and Space Administration (Robert Dodd and Associates/The Battelle Memorial Institute),
        Mountain View, California.
Center for Survey Methods Research, U.S. Bureau of the Census, Washington, D.C.
Office of Survey Methods Research, U.S. Bureau of Labor Statistics, Washington, D.C.
Leadership Analysis Group, U.S. Central Intelligence Agency, McLean, Virginia.
United States Government Accountability Office, Washington, DC.
Centers for Disease Control and Prevention, Atlanta, Georgia.
National Cancer Institute, Rockville, Maryland.
Centre for Comparative Social Surveys, City University, London, United Kingdom.
Rand Corporation, Santa Monica, California.
SRI International, Arlington, Virginia.
YouGov, London, United Kingdom.
Momentum Market Intelligence, Portland, Oregon.
Central Market Research and Insights, Microsoft, Redmond, Washington.
The Urban Institute, Washington, D.C.
Industrial Economics, Cambridge, Massachusetts.
Healthcare Research Systems, Columbus, Ohio.
Survey Research Center, University of Maryland, College Park, Maryland.
Center for Human Resource Research, Columbus, Ohio.
Washington State University, Pullman, Washington.
Stanford University Alumni Association, Stanford, California.
Turner Research, Jacksonville, Florida.
NuStats, Austin, Texas.
Kaiser Family Foundation, Menlo Park, California.

University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania.
Achievement Associates, Darnestown, Maryland.
The Saguaro Seminar: Civic Engagement in America, Harvard University, Cambridge, Massachusetts.
Office of Social Research, CBS Inc., New York, New York.
ABC News, New York, New York.
Home Box Office, New York, New York.
Google, Mountain View, California.
Pfizer, Inc., New York, New York.
Amgen, Thousand Oaks, California.
Beau Townsend Ford Dealership, Dayton, Ohio.
United States Trotting Association, Columbus, Ohio.
Berlex Laboratories, Inc., Wayne, New Jersey.
MJ Research, Waltham, Massachusetts.
Empire Blue Cross/Blue Shield, New York, New York.
Nike, Inc., Portland, Oregon.
U.S. Senator Brian Schatz (Hawaii)
The Attorney General of Oklahoma.
Office of Lake County Prosecuting Attorney, Painesville, Ohio.
The Attorney General of the State of Ohio, Columbus, Ohio.
Donald McTigue, Esq., Columbus, Ohio.
Thompson Coburn LLP, St. Louis, Missouri.
Shook, Hardy, & Bacon LLP, Kansas City, Missouri.
Arnold and Porter LLP, New York, New York.
Bradley W. Hertz, Esq., Los Angeles, California.
Larson King LLP, Minneapolis, Minnesota.
Paul, Hastings, Janofsky, and Walker, LLP, San Francisco, California.
Carr, Korein, Tillery, LLP, Chicago, Illinois.
Milberg, Weiss, Bershad, Hynes, and Lerach, LLP, New York, New York.
Bourgault & Harding, Las Vegas, Nevada.
Akin Gump Strauss Hauer & Feld, LLP, Washington, DC.
McManemin and Smith, PC, Dallas, Texas.
Zimmerman Reed, PLLP, Minneapolis, Minnesota.
Spolin Silverman, Cohen, and Bertlett LLP, Santa Monica, California.
Righetti Wynne P.C., San Francisco, California.
Blackwell Sanders Peper Martin LLP, Kansas City, Missouri.
Davis Wright Tremaine LLP, Seattle, Washington.
Storch Amini & Munves, P.C., New York, New York.
Marc O. Stern, APC, La Jolla, California.
Morris, Sullivan, & Lemkul, LLP, San Diego, California.
Twomey Law Office, Epsom, New Hampshire.
KamberLaw LLC, New York, New York.
Righetti Law Firm, P.C., San Francisco, California.
Dostart Clapp Gordon & Coveney LLP, San Diego, California.
Wynne Law Firm, Greenbrae, California.
Lorens and Associates, San Diego, California.
Arias, Ozzello & Gignac, LLP, Los Angeles, California.
Righetti Glugoski, P.C., San Francisco, California.
Kaplan Fox, & Kilsheimer LLP, San Francisco, California.
Perkins Coie, LLP, Washington, DC.
Levi & Korsinsky LLP, Stamford, Connecticut.
King, Blackwell, Zehnder, & Wermuth, P. A., Orlando, Flor
Keller Grover, LLP, San Francisco, California.
Law Offices of Kevin T. Barnes, Los Angeles, California.
Cohelan & Khoury, San Diego, California.

Rastegar & Matern, Torrance, California.
Law Offices of Joseph Antonelli, West Covina, California.
Minter Ellison Lawyers, Sydney, Australia.
Silverman Thompson Slutkin White LLC, Baltimore, Maryland.
Namanny Byrne, & Owens, P.C.  Lake Forest, California
Robbins, Geller, Rudman, & Dowd, LLP, Boca Raton, Florida.
Callahan and Blaine, Santa Ana, California.
Richardson, Patrick, Westbrook, and Brickman, Mount Pleasant, South Carolina.
Hurst and Hurst, San Diego, California.
Leonard Carder, San Francisco, California.
Initiative Legal Group, Los Angeles, California.
Khorrami Pollard & Abir, Los Angeles, California.
Rukin, Hyland, Doria, and Tindall, San Francisco, California.
Carlson, Calladine, & Peterson, San Francisco, California.
Munger, Tolles, & Olson, Los Angeles, California.
American Civil Liberties Union of Northern California/Brad Seligman/Howard, Rice, Nemerovski, Canady,
        Falk, & Rabkin, San Francisco/Berkeley, California.
Foley & Lardner LLP, San Francisco, California.
Law Offices of Sima Fard, Irvine, California.
Rifkin, Livingston, Levitan, & Silver, Annapolis, Maryland.
Altshuler Berzon LLP, San Francisco, California.
Law Offices of Hathaway, Perrett, Webster, Powers, Chrisman, & Gutierrez, Ventura, California.
R. Rex Parris Law Firm, Lancaster, California.
McCune Wright, LLP, Redlands, California.
Gustafson Gluek PLLC, Minneapolis, Minnesota.
Saltz, Mongeluzzi, Barrett, & Bendesky, P.C.  Philadelphia, Pennsylvania.
Reinhardt, Wendorf, & Blanchfield, St. Paul, Minnesota.
Wexler Wallace LLP, Chicago, Illinois.
Cotchett, Pitre, & McCarthy, Burlingame, California.
Berman De Valerio, San Francisco, California.
Marlin & Saltzman, Agoura Hills, California
Lawyers for Justics, Glendale, California.
Klafter, Olsen, & Lesser LLP, Rye Brook, New York.
Shavitz Law Group, P.A., Boca Raton, Florida.
Capstone Law APC, Los Angeles, California.
Law Offices of Ronald A. Marron, San Diego, California.
Del Mar Law Group, San Diego, California.
Stonebarger Law, Folsom, California.
Cahill Gordon & Reindel, New York, New York.
Hogue & Belong, San Diego, California.
Morris Sullivan Lemkul, San Diego, California.
Traber & Voorhees, Pasadena, California.
Workman Law Firm, San Francisco, California.
Kingsley & Kingsley, Encino, California.
Shenoi Koes, Pasadena, California.
KamberLaw, Denver, Colorado.


Short Courses on Questionnaire Design

Internal Revenue Service, Washington, DC.
United States General Accounting Office, Washington, DC.
Office of Management and Budget, The White House, Washington, DC.
United States Government Accountability Office, Washington, DC.

United States Federal Trade Commission, Washington, DC.

United State Census Bureau, Suitland, Maryland.

Science Resources Statistics Program, National Science Foundation, Washington, DC.

National Opinion Research Center, Chicago, Illinois.

Survey Research Laboratory, University of Illinois at Chicago, Chicago, Illinois.

Center for AIDS Prevention Studies, Department of Epidemiology and Biostatistics, University of California, San Francisco, California.

Monitor Company, Cambridge, Massachusetts.

American Association for Public Opinion Research Annual Meeting, St. Louis, Missouri.

American Association for Public Opinion Research Annual Meeting, Portland, Oregon

American Association for Public Opinion Research Annual Meeting, Miami, Florida

New York Chapter of the American Association for Public Opinion Research, New York, New York.

Office for National Statistics, London, United Kingdom.

Market Strategies, Southfield, Michigan.

Total Research Corporation, Princeton, New Jersey.

Pfizer, Inc., New York, New York.

Worldwide Market Intelligence Conference, IBM, Rye, New York.

American Society of Trial Consultants Annual Meeting, Williamsburg, Virginia.

American Society of Trial Consultants Annual Meeting, Westminster, Colorado.

American Society of Trial Consultants Annual Meeting, Memphis, Tennessee.

American Marketing Association Advanced Research Techniques Forum, Vail, Colorado.

Satisfaction Research Division, IBM, White Plains, New York.

American Marketing Association Marketing Effectiveness Online Seminar Series.

Faculty of Education, University of Johannesburg, Johannesburg, South Africa.

Odom Institute, University of North Carolina, Chapel Hill, North Carolina (2005 and 2009)

Google, Mountain View, California.

Eric M. Mindich Encounters with Authors, Harvard University, Cambridge, Massachusetts.

RTI International, Research Triangle Park, North Carolina.

BC Stats, Province of British Columbia Ministry of Labour and Citizens' Services, Victoria, British Columbia, Canada.

Alphadetail, San Mateo, California.

Amgen, Thousand Oaks, California.

Center for Political Studies, Institute for Social Research, University of Michigan, Ann Arbor, Michigan.

San Jose State University, San Jose, California.

Summer School 2008, Australian Market and Social Research Society, Coffs Harbour, New South Wales, Australia.

Professional Development Program, Australian Market and Social Research Society, Sydney, Australia (2008 and 2009).

Professional Development Program, Australian Market and Social Research Society, Melbourne, Australia.

Professional Development Program Webinar, Australian Market and Social Research Society (2012).

Zentrum für Umfragen, Methoden und Analysen (ZUMA), Mannheim, Germany.

Department of Marketing, University of Illinois, Urbana-Champaign, Illinois.

Comparative Survey Research and Methodology Workshop, sponsored by TNS Opinion and the Centre for the Study of Political Change at the University of Siena, Brussels, Belgium (2010 and 2011).

Department of Survey Design and Methodology, GESIS - Leibniz Institute for the Social Sciences, Mannheim, Germany.

Methodology Institute, London School of Economics and Political Science, London, United Kingdom.

Summer School 2013, Australian Market and Social Research Society, Gold Coast, Australia.

Social Science Research Laboratories, University of Saskatchewan, Saskatchewan, Canada (2015).

<u>University Teaching</u>

Summer Institute in Political Psychology (Instructor and Co-Director), Political Science and Psychology 892A, 892B, Ohio State University.

Research Methods in Social Psychology, Psychology 872, Ohio State University.

Systematic Theory in Social Psychology, Psychology 873C, Ohio State University.

Psychological Perspectives on Political Behavior, Psychology 873D, Ohio State University.

The Psychology of Mass Politics, Political Science 894, Ohio State University.

Questionnaire Design for Attitude Measurement, Psychology 788, Ohio State University.

Supervisor of graduate student TAs teaching <u>Introduction to Social Psychology</u>, Psychology 320, Ohio State University.

Introduction to Social Psychology, Psychology H320 & H367.01, Ohio State University.

The Psychology of Public Attitudes, Psychology 630, Ohio State University.

Survey Design, Clinical Research Curriculum Program, College of Medicine, College of Optometry, and School of Public Health, Ohio State University.

Questionnaire Design for Attitude Measurement, Psychology 711, Summer Institute in Survey Research Techniques, University of Michigan.

Cognitive Psychology and Survey Methods, Psychology 988, Summer Institute in Survey Research Techniques, University of Michigan.

Response Scales for Satisfaction Measurement, Joint Program in Survey Methodology, University of Maryland-University of Michigan.

Designing Effective Questionnaires, Methodology Institute, London School of Economics and Political Science, London, United Kingdom.

Techniques for Assessing Questionnaire Quality, Department of Methodology and Statistics, University of Amsterdam, The Netherlands.

Assessment of Questionnaire Quality, Interuniversity Graduate School of Psychometrics and Sociometrics, University of Amsterdam, The Netherlands.

Advanced Issues in Questionnaire Design, Psychology 688, Summer Institute in Survey Research Techniques, University of Michigan.

The Study of Political Change at the Individual Level: The Panel Study, 2001 TMR Winter School in Comparative Electoral Research, University of Amsterdam, The Netherlands.

Aviation Marketing (guest lecture), Aviation and Aeronautical Engineering 654, Ohio State University.

Advanced Questionnaire Design: Maximizing Reliability and Validity, Essex Summer School in Social Science Data Analysis and Collection, Department of Government, University of Essex, UK.

Introduction to Communication Theory (guest lecturer), Communication 311, Stanford University.

Media Technologies, People, and Society (guest lecturer), Communication 1, Stanford University.

Graduate Research Methods (guest lecturer), Psychology 290, Stanford University.

Questionnaire Design for Surveys and Laboratory Experiments: Social and Cognitive Perspectives, Communication 239, Stanford University.

Survey Research Methods: Describing Large Populations with Small Samples and Precise Measures, Communication 135, Stanford University.

Advanced Research Design, Communication 318, Stanford University.

Subjective Measurement in Surveys, Joint Program in Survey Methodology, University of Maryland-University of Michigan.

Summer Institute in Political Psychology (instructor, co-director, and director), Stanford University.

Communication Research Methods, Communication 106/206, Stanford University.

New Models and Methods in the Social Sciences (lecturer), Sociology 384, Stanford University, 2000, 2011, 2012, 2013, 2014, 2017.

Coping with Climate Change: Life after Copenhagen (guest lecturer), Continuing Studies Sci 31, Stanford University.

What the American Public Believes about Climate Change (guest lecture), Introduction to Earth Systems, Earth Systems 10, Stanford University.

Language and Attitudes (guest lecture), Topics in Sociolinguistics, Linguistics 259, Stanford University.
The Psychology of Communication about Politics in America, Communication 164, 264; Political Science 224L, 324, Psychology 170, Stanford University.

Introduction to Communication (guest lecture), Communication 1A, Stanford University.

Research Methods Lecture Series (guest lecture on Questionnaire Design), Summer Research College Program, Political Science Department, Stanford University.


<u>Selected News Media Coverage of Research, Interviews, and Quotes</u>

| | |
|---|---|
| The New York Times | Glamour |
| The Washington Post | Time |
| The Wall Street Journal | Newsweek |
| The Christian Science Monitor | Business Week |
| USA Today | The Akron Beacon Journal |
| US News and World Report | The Alameda Times-Star |
| The Economist | The Appeal-Democrat (Marysville, CA) |
| New Scientist Magazine | The Athens Banner-Herald |
| Science | The Anchorage Daily News |
| Scientific American | The Austin American-Statesman |
| Nature | The Bellingham Herald (Bellingham, WA) |
| Popular Science | The Boston Globe |

The Bryan-College Station Eagle
The Bucks County Courier Times
The Buffalo News
The Centre Daily Times (State College, PA)
The Charlotte Observer
The Chattanooga Times Free Press
The Chicago Tribune
The Chicago Sun-Times
The Chronicle Telegram (Elyria, OH)
Chronicle of Higher Education
The Cleveland Plain Dealer
The Clovis News Journal (Clovis, NM)
The Columbus Dispatch
The Contra Costa Times (Walnut Creek, CA)
The Courier Times (Levittown, PA)
The Daily Review (Hayward, CA)
The Dallas Morning News
The Dayton Daily News
The Denver Post
The Desert Sun
The Detroit Free Press
The Durango Herald
The Fort Wayne Journal Gazette
The Fort Worth Star-Telegram
The Grand Rapids Press
The Herald Sun (Durham, NC)
The Houston Chronicle
Idaho Press
The Indianapolis Star
The Kansas City Star
The Kentucky Post
The Ledger (Lakeland, Florida)
The Lansing State Journal
The Lexington Herald Leader
The Lincoln Journal Star (Lincoln, NE)
The Los Angeles Sentinel
The Los Angeles Times
The Louisville Courier-Journal
The Manitowoc Herald Times Reporter
The Metropolitan News-Enterprise (Los Angeles, CA)
The Miami Herald
The Minneapolis Star Tribune
The Mobile Register
The Monterey County Herald
The Morning Call (Allentown, PA)
The Nashua Telegraph
The New Haven Register
Niagara Gazette, Niagara Falls, New York
The Oakland Post
The Oakland Tribune
The Ohio County Monitor
The Orlando Sentinel
The Philadelphia Inquirer

The Portland Press Herald
The Reading Eagle (Reading, PA)
The Rocky Mountain News
The Sacramento Bee
The St. Petersburg Times, St. Petersburg, Florida
The San Francisco Chronicle
The San Francisco Examiner
The Sarasota Herald Tribune
Savannah Morning News
The Seattle Times
The Seattle Post Intelligencer
The Southern Ledger
The Spokane Spokesman-Review
The Springfield News Leader
The Springville Journal
The Staten Island Advance
The Statesman Journal (Salem, Oregon)
The Scranton Times-Tribune (Scranton, Pennsylvania)
The Star Democrat (Easton, MD)
The Syracuse Post-Standard
The Tampa Tribune
The Titusville Herald
The Union-News and Sunday Republican
The Washington Examiner
The Washington Times
The Wenatchee World
The Wichita Eagle
The Wisconsin State Journal
The Worcester Telegram (Massachusetts)
The York Daily Record
The York Dispatch (York, PA)
Ottawa Citizen
The Jerusalem Post
Black Star News
The Economist
The Financial Times (London)
The Guardian
The International Herald Tribune
The Birmingham Post
The International Herald Tribune
The Scotsman
The Sunday Mail
The Express
The Stanford Daily
The Ohio State University Lantern
The Telegraph-Journal, Saint John, New Brunswick, Canada
Campaigns and Elections
Newhouse News Service
The Associated Press
United Press International
Gannett News Service
Bloomberg

The Atlantic
Forbes
Fortune
The Nation
This Magazine
The Daily Beast
Grist
Politifact
Law 360
Psychology Today
California
Air Safety Weekly
Mother Jones
National Journal
New York Magazine
Columbia Journalism Review
American Psychological Association Monitor
The Voice of America
ABC World News Sunday
ABC World News This Morning
ABC World News Now
BBC News
BBC World Service
MSNBC
CBC Television News
CNN, Lou Dobbs Tonight
Fox News
WCMH TV, Columbus, Ohio
WBNS TV, Columbus, Ohio
Ohio News Network TV, Columbus, Ohio
WSYX TV, Columbus, Ohio
WOSU AM, Columbus, Ohio
WOSU FM, Columbus, Ohio
KGO-TV, San Francisco, California
KGO AM, San Francisco, California
KPCC, Pasadena, California
KTVU, Oakland, California
Bloomberg Radio
Pentagon Channel, Sirius Radio
Air America
Rush Limbaugh
Jerry Doyle
Morning in American (syndicated radio program)
CSPAN-1
Washington Week with Gwen Ifill
New Hampshire Public Radio.
Weekend Edition Saturday, National Public Radio
(1992, 2006;
http://www.npr.org/templates/story/story.ph
p?storyId=6471912)
Science Friday, National Public Radio (2012,
http://sciencefriday.com/segment/10/26/201
2/in-twitter-we-trust-can-social-media-
sway-voters.html)

Living on Earth, National Public Radio
(http://www.loe.org/shows/shows.htm?prog
ramID=06-P13-00015#feature5)
The Savage Nation (nationally syndicated radio
program)
Andrew Wilkow, Sirius Patriot 144, Sirius Radio
The Climate Code, The Weather Channel.
OnPoint, E&E TV
(http://www.eande.tv/video_guide/612?search_term
s=krosnick&page=1&sort_type=date)
Conde Naste Portfolio
The Hill
Discovery News
International Business Times
ABCNews.com
CBSNews.com
Slate.com
Aero-news.net
Naturalnews.com
Huffingtonpost.com
Realclearpolitics.com
PhysOrg.com
Climateprogress.org
Climatesciencewatch.org
DailyKos.com
Sciencecentric.com
Miller-McCune.com
Scienceblogs.com
Energysavingsweekly.com
Scientificblogging.com
Careerscientist.com
Scienceblogs.com
Sierraclub.com
Hillheat.com
Projectgroundswell.com
Climatewatch (KQED.org)
Pollster.com
Kuratkull.com
Nature.com
National Review Online
CNYcentral.com
WTOP.com
WBUR
Treehugger
Inside EPA
Grist
Channel4000.com
AARP.org
Pentagraph.com
Environmentalhealthnews.com
Wattsupwiththat.com
Daily.sightline.org
Alternet.org
Greenreport.it

Word.Emerson.edu                              Podcast: Stanford School of Medicine 1:2:1:
DailyFreePress.com                                 http://med.stanford.edu/121/2010/krosnick.html
Thnkprogress.org                              "Gibson on Fox",  Fox News Radio
                                              "To the Point", KCRW Radio


<u>Theses and Dissertations Supervised</u>

Boninger, D. S.  (1988).  The determinants of attitude importance.  Master's Thesis.  Ohio State University.

Chuang, Y. C.  (1988).  The structure of attitude strength.  Master's Thesis.  Ohio State University.

Roman, R. J.  (1988).  A cognitive dissonance interpretation of the timing of punishment.  Honors Thesis.  Ohio State University.

Chuang, Y. C.  (1989).  Policy voting and persuasion in American presidential elections: The role of attitude importance.  Ph.D. Dissertation.  Ohio State University.

Kost, K. A.  (1989).  Complexity as a situationally modifiable property of cognitive structure.  Master's Thesis.  Ohio State University.

Li, F.  (1989).  Order of information acquisition and the effect of base-rates on social judgments.  Master's Thesis.  Ohio State University.

Berent, M. K.  (1990).  Attitude importance and the recall of attitude-relevant information.  Master's Thesis.  Ohio State University.

Betz, A. L.  (1990).  Backward conditioning of attitudes using subliminal photographic stimuli.  Master's Thesis.  Ohio State University.

Fabrigar, L. R.  (1991).  The effect of question order and attitude importance on the false consensus effect.  Master's Thesis.  Ohio State University.

Reed, D. R.  (1991).  Associative memory structure and the evaluation of political leaders.  Ph.D. Dissertation.  Ohio State University.

Berent, M. K.  (1994).  Attitude importance and information processing.  Ph.D. Dissertation.  Ohio State University.

Narayan, S. S.  (1994).  Response effects in attitude surveys: An examination of the satisficing explanation.  Master's Thesis.  Ohio State University.

Miller, J. M.  (1994).  Mediators and moderators of agenda-setting and priming.  Master's Thesis.  Ohio State University.

Smith, W. A.  (1995).  Mental coin-flipping and non-differentiation in surveys: Tests of satisficing hypotheses.  Honors Thesis.  Ohio State University.

Visser, P. S.  (1995).  The relation between age and susceptibility to attitude change: A new approach to an old question.  Master's Thesis.  Ohio State University.

Narayan, S. S.  (1995).  Satisficing in attitude surveys: The impact of cognitive skills, motivation, and task difficulty on response effects.  Ph.D. Dissertation.  Ohio State University.

Ankerbrand, A. L. (1997). Attitude formation and the bivariate model: A study of the relationship between beliefs and attitudes. Master's Thesis. Ohio State University.

Bizer, G. Y. (1997). The relation between attitude importance and attitude accessibility. Master's Thesis. Ohio State University.

Visser, P. S. (1998). Testing the common-factors model of attitude strength. Ph.D. Dissertation. Ohio State University.

Miller, J. M. (2000). Threats and opportunities as motivators of political activism. Ph.D. Dissertation. Ohio State University.

Chang, L. (2001). A comparison of Samples and response quality obtained from RDD telephone survey methodology and Internet survey methodology. Ph.D. Dissertation. Ohio State University.

Holbrook, A. L. (2002). Operative and meta-psychological strength-related attitude features: A study of knowledge volume, ambivalence, and accessibility. Ph.D. Dissertation. Ohio State University.

Lampron, S. F. (2002). Self-interest, values, involvement, and susceptibility to attitude change. Master's Thesis. Ohio State University.

Shaeffer, E. M. (2003). Response effects in questionnaires: A comparison of minimally balanced and fully balanced forced choice questions and rating and ranking procedures. Master's Thesis. Ohio State University.

Pfent, A. (2004). Rationalization of candidate preferences: New evidence of determinants of attitude change. Master's Thesis. Ohio State University.

Lein, J. (2006). Issue saliency in proximity and directional voting models: A 1996 case study. Honors thesis. Stanford University.

Miller, L. E. (2007). Voting in ballot initiative elections. Ph.D. Dissertation. Stanford University.

Bannon, B. (2008). Tell it like it is: News media priming – Extensions and applications. Ph.D. Dissertation. Stanford University.

Blocksom, D. (2008). The ballot order effect: The 2004 Presidential election in Ohio. Honors Thesis. Stanford University.

Chen, E. (2008). Me first! Assessing the significance of ballot order effects on elections in North Dakota. Honors Thesis. Stanford University.

Chiang, I. A. (2008). The principle of congruence in asking questions. Ph.D. Dissertation. Stanford University.

Garland, P. (2008). Still hoping for separate and unequal: New perspective son racial attitudes and media in America. Ph.D. Dissertation. Stanford University.

Harder, J. (2008). Why do people vote? The relationship between political efficacy and voter turnout. Honors Thesis. Stanford University.

Malhotra, N. (2008). Essays on survey methodology and bandwagon effects. Ph.D. Dissertation. Stanford University.

Schneider, D.  (2008).  Measurement in surveys and elections: Interviewer effects in election surveys, name order on election ballots, and customer satisfaction surveys.  Ph.D. Dissertation.  Stanford University.

Gauthier, L. D.  (2010).  The false consensus effect: Projection or conformity?  Ph.D. Dissertation.  Stanford University.

Abbasi, D. R.  (2011).  Americans and climate change: Elite understanding of the gap between science and action.  Ph.D. Dissertation.  Stanford University.

Pasek, J. M. H.  (2011).  Communication through elections: Three studies exploring the determinants of citizen behavior.  Ph.D. Dissertation.  Stanford University.

Larson, S.  (2011).  American concern for the environment: Survey question wording and why it matters for environmental policy.  Honors Thesis.  Stanford University.

Lelkes, Y.  (2012).  Essays on the measurement of public opinion.  Ph.D. Dissertation.  Stanford University.

Gross, W.  (2012).  Opinions about Hispanics: Causes and consequences.  Ph.D. Dissertation.  Stanford University.

PonTell, E.  (2012).  Do sweets make you sweeter?  Sweet food consumption and acquiescence response bias.  Honors Thesis.  Stanford University.

Kim, N.  (2013).  Difference and Democracy: Encountering difference in Democratic dialogues.  Ph.D. Dissertation.  Stanford University.

Eddy, G. M.  (2013).  Remedying a data deficit: A regression analysis of public opinion on healthcare reform.  Honors Thesis.  Stanford University.

Cho, A.  (2016).  The psychology of economic voting: How voters use economic information to inform their political choices.  Honors Thesis.  Stanford University.

Slavec, A.  (2016).  Improving survey question wording using language resources.  Ph.D. Dissertation.  University of Ljubljana, Slovenia.

Vannette, D. L.  (2017).  Predicting and influencing behavior with surveys.  Ph.D. Dissertation.  Stanford University.

Kim, S.  (2017).  The influence of others: The impact of perceptions of others' opinions on individual attitudes and behavioral intentions.  Ph.D. Dissertation.  Stanford University.

Höhne, J. K.  (2017).  Question format, response effort, and response quality – A methodological comparison of agree/disagree and item-specific questions.  Ph.D. Dissertation.  Georg-August-Universität Göttingen.

Professional Association Memberships

American Psychological Association
Society of Experiment Social Psychology
Society for Personal and Social Psychology
American Political Science Association
American Association for Public Opinion Research

Revised:  June, 2019.