# EXHIBIT F

# Candidate Certification & Ballot Drawing

**2016 Primary**





# Materials on Exclusive Content

**Don't forget to check the Exclusive Content on the RPT website for all links, manuals, etc. referenced in this presentation!**

- Memo & Step – by – Step Outline
- "How-to" Instructions from SOS
  - Candidate Filing Certification and Ballot Order Screenshots
- Notice of Ballot Drawing
- This power point!

# Certification Process
## 2016 Primary





# Basics of Certification

- **What is candidate certification and why is it important?**
  - Confirms that all candidate entry, for both public and party office is finalized and on the SOS website, listed correctly.

- **Local Certification**
  - Who: County Chair or proper authority.
  - When: As soon as possible, but before ballot drawing.
  - Where: On SOS website (twice).
    - Public candidates
    - Party candidates
  - How: Process shown on PDF.
    - In *Exclusive Content* under "Certifying Candidates & Ballot Order."

- **Multi County/State Certification**
  - Who: Republican Party of Texas (RPT).
  - When: As soon as possible but required to do so by Dec 23rd.
  - Where: On the SOS website.
  - How: You will be notified by email from RPT that the list has been certified.

# Ballot Drawing
## 2016 Primary





# Basics

- **Ensures fairness for the Primary Election ballot.**
  - Drawing ensures random order in every county.
  - Scientific studies have shown those candidates listed first tend to receive more votes.
- **CANNOT be held before RPT candidate certification.**
- **Must be held in the County Seat.**
- **Must draw for ballot order in ALL contested races.**
  *From President to Precinct Chair*
  - All contested races from multi-county races
    - Candidates who filed with RPT
  - All contested races for races entirely within the county.
    - Candidates who filed with the County Chair
      - This includes Party Offices (County Chair & Precinct Chair)

# Dates & Deadlines

*All can be done PRIOR to deadline!*

- **December 23rd** – Deadline for State Chair to certify candidates that should appear on the primary ballot to the county chairs (Sec. 172.028(b))
  - RPT will email you the list of certified candidates for the ballot drawing.
    - NOTE: we hope to certify the candidates sooner than the required deadline!!
- **December 23rd** – Deadline for chair to post notice on the commissioners court bulletin board of the date, hour, and place of ballot drawing.
  - If the ballot drawing is conducted on December 24, 2015:
    - If the party maintains an Internet website, the party must post the notice on the party's website.
    - All candidates who provide an email address on their filing form must be notified electronically of the drawing. (Sec. 172.082(e))
- **December 24th** – Deadline to conduct Ballot Drawing (Sec. 172.082(c))



# Notification

- **24 hours in advance**
  - Post time, date and location at the Commissioner's Court Bulletin Board.
  - Post on county party website (if you have one) [new state law]
- **Precinct Chairs**
  - They should be invited and may draw for candidates not in attendance, including multi-county candidates.
- **Candidates for office or candidate representative**
  - If the candidate listed an email on their ballot application you must notify them via email (State Law)
- **Media**
  - Invite them -- this is a great opportunity for some earned media and alert candidates that media may be there.

# Procedure

- Start at the top of the ballot (the highest office on the ballot – President) using a method of chance determine the ballot order. Have a "sample ballot" ready to mark positions and for candidate to acknowledge name spelling, office, and position.
  - Several styles of chance are listed for you to choose from:
    - **Numbers in a hat**
      - #1 = first name on the ballot, #2 = second name on the ballot, etc.
    - **Cards in a Deck**
      - High card = first name listed on ballot, 2nd highest card = second name listed on ballot, etc.
    - **Dominoes**
      - High domino = first name listed on ballot, 2nd highest domino = second name listed on ballot, etc.



# Procedure

- ## Who draws for the order?
  - Invite the candidate to come and draw for his/her place or send a designee from the official campaign.
    - **By law you are required to invite any candidate that listed his/her email on his/her ballot application.**
    - Another great chance for earned media!
    - Make sure to take pictures and send to media, post on website & social media
  - Have an activist stand in for the candidate to draw.

- ## Trust but verify!
  - Ask candidate, candidate designee, or volunteer who "drew" for order sign or initial next to his/her name/candidate to verify order, office and correct spelling of name.
    - Have this with you when proofing your paper and programmed ballots

# Procedure

- **Move down the ballot repeating the same procedure for each contested race.**
  - NOTE: You will do ALL of the races on the primary election ballot including contested races for:
    - County Chair
    - Precinct Chair

**NOTE:  As you move down the ballot, make sure someone is *writing down the order* on a Sample Ballot.**



# Enter into SOS

- **Enter Ballot Order on the SOS website**
  - You will enter the number next to the candidate's name for each contested race.
    - Public Office
    - Party Office
- **After entering & reviewing the ballot order for each office**
  - Certify your ballot order
    - Public Office
    - Party Office



# FAQs: Certification

- **Do we still use the paper forms as in the past?**
  - NOPE!  Everything will be done on the SOS website.
- **How will my County Clerk or Election Admin know when the ballot drawing is done?**
  - You will notify them by email that the certification and ballot drawing have been completed.
  - The list that is then reflected on the SOS website will be the offices in order and the candidates in order within each office!