# EXHIBIT G

November 15, 2019

*Rachel Miller et al. v. Hughs*

**United States District Court for the Western District of Texas
Austin Division**

**Expert Report of Drs. James Henson and Joshua Blank**

**915 W. Johanna St.
Austin, TX 78704**

Dr. James Henson

Dr. Joshua Blank

## I.      Introduction and Summary of Findings

We have been retained by Plaintiffs' counsel as expert witnesses in the above-captioned case. We have been asked to provide our analysis and opinions about the changing demographics in Texas and how those changes could affect election outcomes statewide.

In assembling this report, we relied on data provided by government resources regarding election returns (Texas Secretary of State's Office), legislative composition (the Texas Legislative Reference Library), and demographic data (the Texas Demographic Center); and, regarding voter behaviors and attitudes, exit polling data collected by Edison Research and public opinion data from University of Texas/Texas Tribune Polling.

Our conclusions, as supported by the analyses presented in this report, are:

1. Texas is in the midst of sustained and rapid population growth distinguished by the steady increase in the non-white share of the population, which has resulted in changes in the composition of the voting population.

2. Patterns of party identification in the state have shown and continue to show strong associations with race and age in patterns that have been relatively consistent in the last decade.

3. Partisan voting patterns in elections for president and statewide offices have led to consistent Republican wins in the last nine general elections in Texas, but indicate increasingly competitive future elections.

4. Republicans have enjoyed durable majorities in the Texas legislature since 2003, though these smaller electoral districts are more sensitive to the partisan consequences of the patterns of demographic changes in the state.

5. As the relative shares of non-Hispanic whites in the electorate has decreased while that of Hispanics has increased due to ongoing demographic change, we find signs

of increased competition as the composition of the electorate includes more Democratic voters.

We are being compensated at a rate of $250 an hour. Our compensation is in no way contingent on the conclusions of this report.

## II.      Qualifications

In preparing this report, we relied on our extensive experience studying public opinion, elections, and demographics in Texas.

Dr. James Henson is an associate professor of instruction in the Department of Government at the University of Texas at Austin. He is executive director of the University's Texas Politics Project and a founding co-director of the University of Texas/Texas Tribune Poll. That poll is the premiere public resource of public opinion data used by researchers, journalists, and policymakers. He is the principal author of the first digital textbook on Texas government, *Texas Politics*, now in its 7th edition, used in colleges and universities across the state. He is also a partner in an Austin-based research firm that has conducted polling and provided strategic analyses for non-profits and interest groups. He earned his MA and PhD from the Department of Government at the University of Texas at Austin. He served as a member and chairman of the City of Austin Ethics Review Commission from 2009 to 2012, was a member of the Travis County Elections Study Group, and has been a member of the Subiendo Leadership Academy Advisory Board since its founding in 2010.

Dr. Joshua Blank is Research Director of the Texas Politics Project at the University of Texas at Austin. He is the primary analyst of the University of Texas/Texas Tribune Poll and the secondary author of *Texas Politics*, a digital textbook on Texas government, now in its 7th edition. He is also a partner in an Austin-based research firm that has conducted polling and provided

3

strategic analyses for non-profits and interest groups. He earned his MA and PhD from the Department of Government at the University of Texas at Austin.

III.     **Texas is in the midst of sustained and rapid population growth distinguished by the steady increase in the non-white share of the population, which has resulted in changes in the composition of the voting population.**

According to the Texas Demographic Center, relying on data collected by the U.S. Census Bureau, the total population of Texas has increased by 11.8% between 2011 and 2018, an estimated increase of more than 3 million residents. Over that same time period, the share of the non-Hispanic white population increased by 4.95%, the black population by 15.21%, the Hispanic population by 15.03%, and the population of other, non-white Texans by 36.60%.

As a share of the total population, non-Hispanic whites have seen a decrease of 2.73 percentage points, from 44.57% to 41.84%; black Americans have seen an increase of 0.35 percentage points, from 11.48% to 11.83%; Hispanics have seen an increase of 1.61 percentage points, from 38.22% to 39.33%; and the population of other, non-white Texans has seen its share of the population increase by 1.28 percentage points, from 5.73% to 7.01%.

**TABLE 1: Race/Ethnicity of the State of Texas**

|  | Total Population | Non Hispanic White | Black | Hispanic | Other | Non Hispanic White Percent | Black Percent | Hispanic Percent | Other Percent |
|---|---|---|---|---|---|---|---|---|---|
| **2018** | 28,702,243 | 12,008,303 | 3,394,972 | 11,287,921 | 2,011,047 | 41.84% | 11.83% | 39.33% | 7.01% |
| **2017** | 28,304,596 | 11,953,617 | 3,339,851 | 11,082,299 | 1,928,829 | 42.23% | 11.80% | 39.15% | 6.81% |
| **2016** | 27,862,596 | 11,498,484 | 3,218,511 | 11,269,437 | 1,876,164 | 41.27% | 11.55% | 40.45% | 6.73% |
| **2015** | 27,469,114 | 11,505,371 | 3,171,043 | 10,999,120 | 1,793,580 | 41.88% | 11.54% | 40.04% | 6.53% |
| **2014** | 26,956,959 | 11,458,442 | 3,110,393 | 10,680,414 | 1,707,710 | 42.51% | 11.54% | 39.62% | 6.33% |
| **2013** | 26,448,193 | 11,460,706 | 3,044,184 | 10,340,413 | 1,602,890 | 43.33% | 11.51% | 39.10% | 6.06% |
| **2012** | 26,059,203 | 11,552,519 | 2,986,753 | 10,016,354 | 1,503,577 | 44.33% | 11.46% | 38.44% | 5.77% |

4

| 2011 | 25,674,681 | 11,442,303 | 2,946,793 | 9,813,362 | 1,472,223 | 44.57% | 11.48% | 38.22% | 5.73% |

*Source:* Texas Demographic Center, Population Estimates, https://demographics.texas.gov/data/TPEPP/Estimates/, accessed 11/2/19

These trends in demographic change witnessed over the current decade are expected to continue, with faster rates of growth in the non-white compared with the non-Hispanic white population in Texas, as seen in FIGURE 1.

**FIGURE 1: Projected Population by Race and Ethnicity, Texas 2010-2050**



*Source*: Dr. Lila Valencia, "Texas Demographic Trends, Characteristics, and Projections," Texas Demographic Center. Presented to Texas Bankers Association Executive Strategic Planning Session, 9 October 2019. Presentation slides downloaded at https://demographics.texas.gov/Presentations.

Because of the relative youth of the state's Hispanic population as well as the presence of non-citizens who are not eligible to vote, Hispanic voter turnout has been consistently lower than turnout of both non-Hispanic white and black Americans, which has contributed to making their share of the electorate consistently smaller than their share of the population in the elections for which we have data.

The Texas Population Center estimates the foreign-born population of Latin American origin at 3,276,400.[1] And according to 2014 Pew Research Center analysis, the share of the Hispanic population in Texas that is U.S. born is 70%, supportive of the prior estimate of non-citizens, and a lower bound of the share of the Hispanic population in Texas who are U.S. citizens.[2]

In short, the non-Hispanic white share of the electorate generally exceeds that group's share of the population, the Hispanic share of the electorate lags below its population share, and the black share of the electorate has been close to its share of the total population in the last three elections. Despite group differences in turnout, the changes in demographics in Texas's overall population are being expressed in changes in the composition of the electorate. According to exit polling data, the non-Hispanic white share of the vote has declined from a high of 75% in 2006, to 63% in 2008, to 66% in 2014, and finally to 57% in the 2016 and 2018 elections. The non-white share of the electorate has therefore grown from 25% of voters in 2006, to 43% of voters in each of the last two statewide elections.

**TABLE 2: Race/Ethnicity of the Texas Electorate (Exit Polling)**

|      | Non-Hispanic white Percent | Black Percent | Hispanic Percent | Asian Percent | Other Percent |
|------|------|------|------|------|------|
| **2018** | 57% | 12% | 26% | 3% | 3% |
| **2016** | 57% | 11% | 24% | 5% | 3% |
| **2014** | 66% | 12% | 17% | 2% | 3% |
| **2012** | NA | NA | NA | NA | NA |
| **2010** | NA | NA | NA | NA | NA |

---

[1]  Dr. Lila Valencia, "Texas Demographic Trends, Characteristics, and Projections," Texas Demographic Center. Presented to Texas Bankers Association Executive Strategic Planning Session, 9 October 2019. Presentation slides downloaded at https://demographics.texas.gov/Presentations.

[2] Pew Research Center: Demographic and Economic Profiles of Hispanics by State and County, 2014. https://www.pewresearch.org/hispanic/states/state/tx, accessed 11/4/19.

| 2008 | 63% | 13% | 20% | 2% | 2% |
| 2006 | 75% | 8% | 15% | 1% | 1% |
| 2004 | 66% | 12% | 20% | 1% | 2% |

*Sources:* 2018 Election Exit Polling, https://www.cnn.com/election/2018/exit-polls/texas, accessed 11/2/19. 2016 Election Exit Polling, https://www.cnn.com/election/2016/results/exit-polls/texas/president, accessed 11/2/19. 2014 Election Exit Polling, https://www.cbsnews.com/elections/2014/governor/texas/exit/, accessed 11/2/19. 2008 Election Exit Polling, https://www.cnn.com/ELECTION/2008/results/polls/#val=TXP00p1, accessed 11/2/19. 2006 Election Exit Polling, https://www.cnn.com/ELECTION/2006/pages/results/states/TX/G/00/epolls.0.html, accessed 11/2/19. 2004 Election Exit Polling, https://www.cnn.com/ELECTION/2004/pages/results/states/TX/P/00/epolls.0.html, accessed 11/2/19.

Patterns in the racial/ethnic composition of the state's population by age further illustrate that changes already witnessed in the racial/ethnic composition of the Texas electorate are likely to continue. According to the Texas Demographic Center, the racial/ethnic makeup of Texans over 40 in 2018 is 51.90% non-Hispanic white and 49.10% non-white, compared with 37.34% non-Hispanic white among the under-40, adult population, and 62.66% non-white. Among the under-18 population, 68.72% identify as non-white, compared with only 31.28% identifying as non-Hispanic whites.[3]

## IV.    Patterns of party identification in the state that have been relatively consistent in the last decade have shown and continue to show strong associations with race and age.

A common set of questions in public opinion research asks respondents first whether they "tend to identify as a Democrat, a Republican, an Independent, or something else?" Those who identify as either Democrats or Republicans are then asked the strength of their partisanship ("Strong Democrat/Republican" or "Not so strong Democrat/Republican"). For those who identify as neither, a second question asks whether they tend to lean towards the Democratic or Republican Party. For the purposes of measuring party identification, these *independent-leaners* have, historically, been folded in with partisan identifiers for the purposes of classification because their

---

[3] Statistics computed from data provided by the Texas Demographic Center's "Age, Sex, and Race/Ethnicity for State and Counties" tables. https://demographics.texas.gov/data/TPEPP/Estimates/, accessed 11/4/19.

behavior and attitudes match those of partisan identifiers. Party identification is consequential because it is the single most important attitude in predicting an individual's vote choice.[4]

In 21 surveys of Texas voters, conducted at regular intervals by the Texas Politics Project in conjunction with the Texas Tribune between February 2013 and October 2019, the share of the white population of registered voters identifying as Republicans averaged 60.33% with a standard deviation of 2.05. The average share of the white population identifying as Democratic was 29.09% with a standard deviation of 2.27. This data identifies a population, non-Hispanic white registered voters, among whom approximately 60% have identified with the Republican Party over the time period covered. The low standard deviation in the data across time indicates little variation or indication of change in partisan preference among non-Hispanic whites.

Among the non-white population, the share identifying as Republican averaged 25.71% over the time period, with a standard deviation of 4.20. The share of non-white, registered voters identifying as Democrats averaged 61.62% with a standard deviation of 3.24. This is almost a mirror image of the white population, and similar in its consistency, with approximately 60% of non-white, registered voters identifying with the Democratic Party.

**TABLE 3: Partisan Identification of Non-Hispanic White and Non-White Registered Voters**

| Survey | | Non-Hispanic white | | | Non-White | | |
|---|---|---|---|---|---|---|---|
| Year | Month | Republican Percentage | Democratic Percentage | N (Margin of Error) | Republican Percentage | Democratic Percentage | N (Margin of Error) |
| 2019 | October | 60% | 31% | 650 (+/- 3.84%) | 29% | 59% | 506 (+/- 4.36%) |
| 2019 | June | 61% | 30% | 682 (+/- 3.75%) | 31% | 58% | 478 (+/- 4.48%) |

---

[4] Campbell, A., Converse, P. E., Miller, W. E., & Stokes, D. E. (1960). The American voter. Oxford, England: John Wiley.

8

| 2019 | February | 63% | 30% | 683 (+/- 3.75%) | 28% | 61% | 478 (+/- 4.48%) |
|------|----------|-----|-----|-----------------|-----|-----|-----------------|
| 2018 | October | 63% | 29% | 690 (+/- 3.73%) | 28% | 59% | 471 (+/- 4.52%) |
| 2018 | June | 58% | 32% | 679 (+/- 3.76%) | 28% | 59% | 475 (+/- 4.50%) |
| 2018 | February | 60% | 31% | 683 (+/- 3.75%) | 25% | 63% | 483 (+/- 4.59%) |
| 2017 | October | 57% | 32% | 675 (+/- 3.77%) | 32% | 57% | 475 (+/- 4.50%) |
| 2017 | June | 61% | 30% | 665 (+/- 3.80%) | 25% | 65% | 473 (+/- 4.51%) |
| 2017 | February | 59% | 29% | 691 (+/- 3.73%) | 27% | 61% | 455 (+/- 4.59%) |
| 2016 | October | 60% | 26% | 690 (+/- 3.73%) | 21% | 66% | 444 (+/- 4.65%) |
| 2016 | June | 59% | 23% | 689 (+/- 3.73%) | 24% | 62% | 420 (+/- 4.78%) |
| 2016 | February | 57% | 29% | 680 (+/- 3.76%) | 20% | 67% | 454 (+/- 4.60%) |
| 2015 | October | 64% | 25% | 704 (+/- 3.69%) | 24% | 64% | 443 (+/- 4.66%) |
| 2015 | June | 62% | 28% | 703 (+/- 3.70%) | 30% | 57% | 452 (+/- 4.61%) |
| 2015 | February | 63% | 28% | 713 (+/- 3.67%) | 25% | 60% | 434 (+/- 4.70%) |
| 2014 | October | 60% | 32% | 746 (+/- 3.59%) | 29% | 58% | 418 (+/- 4.79%) |
| 2014 | June | 63% | 29% | 690 (+/- 3.73%) | 23% | 64% | 455 (+/- 4.59%) |
| 2014 | February | 60% | 31% | 707 (+/- 3.69%) | 29% | 59% | 452 (+/- 4.61%) |
| 2013 | October | 60% | 28% | 705 (+/- 3.69%) | 25% | 67% | 463 (+/- 4.55%) |
| 2013 | June | 57% | 30% | 720 (+/- 3.65%) | 24% | 62% | 470 (+/- 4.52%) |
| 2013 | February | 60% | 28% | 772 (+/- 3.53%) | 13% | 66% | 422 (+/- 4.77%) |

*Source:* University of Texas / Texas Tribune Polling Data, https://texaspolitics.utexas.edu/polling-data-archive, accessed 11/2/19. Margin of error is calculated at the 95% confidence level.

9

This pattern is mirrored in exit polling data, with at least 66% of white respondents indicating that they had voted for the Republican candidate in the 2018 Gubernatorial and Senate Elections, as well as the 2016 presidential election, respectively. For non-white voters, the share supporting the Democratic candidate according to exit polling data was at least 60% in the same three elections.

**TABLE 4: Electoral Preferences of White and Non-White Voters (Exit Polling)**

| Election | | Non-Hispanic White | | Non-White | | |
|---|---|---|---|---|---|---|
| Year | Election Contest(s) | Republican Percentage | Democratic Percentage | Republican Percentage | Democratic Percentage | *Sample Size* |
| 2018 | Governor | 69% | 29% | 36% | 60% | *2383* |
| 2018 | Senate | 66% | 34% | 31% | 69% | *2431* |
| 2016 | President | 69% | 26% | 29% | 66% | *2827* |

*Sources*: 2018 Gubernatorial Election Exit Polling, https://www.cnn.com/election/2018/exit-polls/texas, accessed 11/3/19. 2018 Senate Election Exit Polling, https://www.cnn.com/election/2018/exit-polls/texas/senate, accessed 11/3/19. 2016 Election Exit Polling, https://www.cnn.com/election/2016/results/exit-polls/texas/president, accessed 11/3/19.

## V.       Recent presidential and statewide elections in Texas have become more competitive.

Each presidential election since 2000 has seen an increase in the number of voters casting both Democratic and Republican ballots, as Table 5 illustrates. The exceptions to this pattern are a decline in vote totals for the Republican presidential candidates in 2008 compared to 2004, and for the Democratic presidential candidates in 2012 compared with 2008. Over the four presidential elections since 2000, total Republican votes cast have increased by 23% compared with an overall increase of 59% in Democratic votes cast.

Over this same time period, as a share of the total vote, including third-party and write-in candidates, the Republican advantage over Democratic candidates in presidential elections (the total Republican vote share minus the total Democratic vote share) has decreased from a high of 23 points in the 2004 election to 9 points in the 2016 election.

10

**TABLE 5: General Election Results for Presidential Elections in Texas**

|  | Republican Votes | Democratic Votes | Other Votes | Republican Vote Share | Democratic Vote Share | Other Vote Share | *Republican Advantage* |
|---|---|---|---|---|---|---|---|
| **2016** | 4,685,047 | 3,877,868 | 406,311 | 52.23% | 43.24% | 4.52% | *+9* |
| **2012** | 4,569,843 | 3,308,124 | 115,884 | 57.17% | 41.38% | 1.45% | *+16* |
| **2008** | 4,479,328 | 3,528,633 | 69,834 | 55.45% | 43.68% | 0.85% | *+12* |
| **2004** | 4,526,917 | 2,832,704 | 51,144 | 61.09% | 38.22% | 0.67% | *+23* |
| **2000** | 3,799,639 | 2,433,746 | 174,252 | 59.30% | 37.98% | 2.71% | *+21* |

*Source:* Texas Secretary of State, https://elections.sos.state.tx.us/index.htm, accessed 11/2/19

A similar pattern holds if we look at gubernatorial elections, which are conducted in mid-term, non-presidential election years in Texas and, as in many other states in the U.S., have lower voter turnout rates. As Table 6 illustrates, while Republican vote totals increased by 77% between 2002 and 2018, Democratic vote totals increased by 95%. Compared with the most recent election prior to 2018 (which was in 2014), the Democratic vote increased by 93% compared to 66% for the Republican vote share.

**TABLE 6: General Election Results for Gubernatorial Elections in Texas**

|  | Republican Votes | Democratic Votes | Other Votes | Republican Vote Share | Democratic Vote Share | Other Vote Share | *Republican Advantage* |
|---|---|---|---|---|---|---|---|
| **2018** | 4,656,196 | 3,546,615 | 140,632 | 55.81% | 42.51% | 1.69% | *+13* |
| **2014** | 2,796,547 | 1,835,596 | 86,125 | 59.27% | 38.90% | 1.82% | *+20* |
| **2010** | 2,737,481 | 2,106,395 | 135,994 | 54.97% | 42.30% | 2.73% | *+13* |
| **2006** | 1,716,792 | 1,310,337 | 1,371,987 | 39.03% | 29.79% | 31.19% | *+9* |

| 2002 | 2,632,591 | 1,819,798 | 101,598 | 57.81% | 39.96% | 2.24% | *+18* |

*Source*: Texas Secretary of State, https://elections.sos.state.tx.us/index.htm, accessed 11/2/19

During this period, Republicans have won every election for the 7 additional executive branch offices elected statewide (Lieutenant Governor, Comptroller of Public Accounts, Commissioner of General Land Office, Commissioner of Agriculture, and the three members of the Railroad Commission).

As both Table 6 and 7 illustrate, turnout in the 2018 election was unusually high, more in line with turnout in presidential years. The top Republican vote getter, Governor Greg Abbott, received almost 2 million votes more than he received in the 2014 election, and received slightly less than 30,000 fewer votes than the Republican presidential candidate in 2016. The Democratic gubernatorial candidate attracted almost 1.7 million more votes than the Democratic candidate in 2014. Both parties tapped into a wellspring of voters who do not typically vote in midterm elections. The increase in turnout resulted in several closer-than-usual races when judged by recent history, including the contests for the U.S. Senate, Lieutenant Governor, and Attorney General. In all cases, statewide Republicans won their races by smaller margins than in the previous mid-term election in 2014.

### TABLE 7: Executive Branch Vote Totals/Shares 2014 and 2018

| Office | 2014 Elections | | | 2018 Elections | | |
|---|---|---|---|---|---|---|
| | Republican Vote Total | Democratic Vote Total | Republican% - Democratic% | Republican Vote Total | Democratic Vote Total | Republican% - Democratic% |
| **Governor** | 2,796,547 | 1,835,596 | 59.27% - 38.90% | 4,656,196 | 3,546,615 | 55.81% - 42.51% |
| **Lieutenant Governor** | 2,724,493 | 1,813,974 | 58.14% - 38.71% | 4,260,990 | 3,860,865 | 51.30% - 46.49% |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Attorney General** | 2,743,473 | 1,773,250 | 58.82% - 38.02% | 4,193,207 | 3,898,098 | 50.57% - 47.01% |
| **Comptroller of Public Accounts** | 2,698,682 | 1,742,250 | 58.38% - 37.69% | 4,376,828 | 3,570,693 | 53.19% - 43.39% |
| **Commissioner of the General Land Office** | 2,827,584 | 1,645,828 | 60.68% - 35.32% | 4,435,202 | 3,567,927 | 53.68% - 43.19% |
| **Commissioner of Agriculture** | 2,699,508 | 1,697,227 | 58.60% - 36.84% | 4,221,527 | 3,822,137 | 51.26% - 46.41% |

*Sources*:  Texas Secretary of State, https://elections.sos.state.tx.us/index.htm, accessed 11/4/19

## VI. While Republicans have enjoyed durable majorities in the Texas legislature since 2003, these smaller electoral districts are more sensitive to the partisan consequences of demographic changes in the state.

While Democrats achieved gains at the legislative and congressional levels in 2018, they retained their longstanding minority status in Texas's state and national legislative delegations. Republicans have held the majority of seats in both chambers of Texas's bicameral legislature since 2003. They captured a majority of the seats in the Texas Senate in 1996 and in the Texas House of Representatives in the 2002 election. Since 2003, the Republican advantage in the 150-seat House has been as low as 2 seats (after the 2008 election), and as large as 52 seats (after the 2010 midterm elections in which Republicans made major gains nationwide). In the 31-seat Texas Senate, the Republican advantage has remained more consistent, varying between 7 and 9 seats, due in large part to the comparative insulation that larger districts provide from the dynamics of partisan and demographic changes resulting from the state's rapid population growth during this period. The partisan composition of the Texas Congressional delegation falls somewhere in between the two state chambers in the degree of advantage enjoyed by Republicans and the sensitivity to change, with Republicans enjoying a significant numerical advantage derived from their electoral performance as well as their leadership of the last two rounds of the redistricting process.

13

## TABLE 8: Partisan Composition of the Texas House and Senate

| | | Texas House of Representatives | | | Texas Senate | | |
|---|---|---|---|---|---|---|---|
| Year | Session | Republicans | Democrats | *Republican Advantage* | Republicans | Democrats | *Republican Advantage* |
| 2019 | 86th | 84 | 66 | *+8* | 19 | 12 | *+7* |
| 2017 | 85th | 95 | 55 | *+40* | 20 | 11 | *+9* |
| 2015 | 84th | 98 | 52 | *+46* | 20 | 11 | *+9* |
| 2013 | 83rd | 95 | 55 | *+40* | 19 | 11 | *+8* |
| 2011 | 82nd | 101 | 49 | *+52* | 19 | 12 | *+7* |
| 2009 | 81st | 76 | 74 | *+2* | 19 | 12 | *+7* |
| 2007 | 80th | 80 | 69 | *+11* | 20 | 11 | *+9* |
| 2005 | 79th | 86 | 63 | *+23* | 19 | 12 | *+7* |
| 2003 | 78th | 88 | 62 | *+24* | 19 | 12 | *+7* |
| 2001 | 77th | 72 | 78 | *+6* | 16 | 15 | *+1* |

*Source:* Texas Legislative Reference Library, Member Statistics, https://lrl.texas.gov/sessions/memberStatistics.cfm, accessed 11/2/19

## TABLE 9: Partisan Composition of the Texas Congressional delegation

| | | U.S. House of Representatives | | | U.S. Senate | |
|---|---|---|---|---|---|---|
| Year | Congress | Republicans | Democrats | *Republican Advantage* | Republicans | Democrats |
| 2019 | 116th | 23 | 13 | *+10* | 2 | 0 |
| 2017 | 115th | 25 | 11 | *+14* | 2 | 0 |

14

| 2015 | 114th | 25 | 11 | *+14* | 2 | 0 |
| 2013 | 113th | 24 | 12 | *+13* | 2 | 0 |
| 2011 | 112th | 23 | 9 | *+14* | 2 | 0 |
| 2009 | 111th | 20 | 12 | *+8* | 2 | 0 |
| 2007 | 110th | 19 | 13 | +6 | 2 | 0 |
| 2005 | 109th | 21 | 11 | *+10* | 2 | 0 |
| 2003 | 108th | 15 | 16 | *-1* | 2 | 0 |

*Source*: Texas Legislative Reference Library, Member Statistics, https://lrl.texas.gov/sessions/memberStatistics.cfm, accessed 11/2/19

## VII.    Conclusions

The Republican success in statewide elections, which has been comprehensive since 1998, has shown signs of erosion in the last two elections (2016 and 2018). As Republican candidates have continued their success in statewide electoral contests, Democratic candidates have made modest but notable gains in legislative and congressional elections.

The shifting racial and ethnic composition of the Texas population, the differential rates of increase in both the populations and voting populations of the main groups (particularly Hispanics and non-Hispanic whites), and the durable patterns of partisan identification and voting habits among those groups are combining to create an increasingly competitive electoral environment in the state after an extended period of one-party dominance of state and federal government offices at both the legislative and executive levels. The higher turnout propensity for non-Hispanic whites, their higher levels of identification with the Republican Party, and non-Hispanic whites' plurality status in the population buttressed this electoral success in conjunction with lower turnout rates among the next largest ethnic group, Hispanics. As the relative shares of non-Hispanic whites in the electorate has decreased while that of Hispanics has increased due to ongoing demographic

15

change, we find signs of increased competition as the composition of the electorate includes more Democratic voters.

**Brief Curriculum Vitae**

**James Henson**

**Contact:**

    Mezes 2.302A

    The University of Texas at Austin

    (o) 512 471-0090

    Email:  j.henson@austin.utexas.edu

    Twitter:  @jamesrhenson

**Current employment:**

The University of Texas at Austin,  2000 - Present

    Executive Director, Texas Politics Project (http://texaspolitics.utexas.edu)

    Co-director, The University of Texas / Texas Tribune Poll

    Associate Teaching Professor of Instruction, Department of Government

    Coordinator, Government Department Internship Program

**Selected Recent Public Writing**

    Regular Contributor to the Texas Tribune's TribTalk (Tribtalk.org)

    "Opinion: Beto O'Rourke Should Run for Senate. He could win." *The Washington Post*, 9 November 2018.

    "Takeaway from Texas: Expect Republican candidates nationwide to snuggle up to Trump," *The Hill* 11 March 2018

    (With Joshua Blank) "The Demise Of Local Control," *Texas Monthly* 30 March 2017.

    <u>Textbook</u>

    *Texas Politics* (webtext) Soomo Publishing.  7rd Edition, 2019.

**Academic publications**

    "Populism" in *Voting and Political Representation in America:  Issues and Trends*, edited by Mark Jones (forthcoming)

    (with Louis DeSipio)  "The Evolution of Print Coverage of Latinos," in  Federico Subervi, *The Mass Media and Latino Politics: Studies of U.S. Media Content, Campaign Strategies and Survey Research: 1984-2004*, Routledge, 2008.

    "U.S. Military Intervention in Latin America," in *Handbook of U.S. Presidential Uses of Force, 1789-1995*, Karl DeRouen, Jr., editor, Greenwood Press, 2000.  Also contributed several additional articles on Latin America for same volume.

    "The Color of Money: Race, Ideology, and Foreign Enterprise in Post-Revolutionary Mexico," *Sincronía:  An E-Journal of Cultural Studies,* Summer 1999. [http://fuentes.csh.udg.mx/CUCSH/Sincronia/henson.htm]

    (with Louis DeSipio) "The Print Media and the Shaping of Ethnic Identities: Cuban Americans and Newspaper Coverage of Latinos." *The Harvard International Journal of Press/Politics*,

2 (3): 52-70 (July, 1997).

**Academic papers**

(with Joshua Blank) "Issue Attitudes Among Tea Party Republicans in Texas and the Roots of Support for Donald Trump," Southern Political Science Association, January 17-19, 2019, Austin, Texas.

"Conservative Ideology in the U.S. at the Intersection of the Tea Party and Donald Trump: Some Evidence from Texas." 17th Biennial Maple Leaf and Eagle Conference in North American Studies. May 16-18, 2018, Helsinki, Finland.

(with Joshua Blank), "Conservatives by Another Name:  Change and Continuity in Texas Tea Party Identification," Southern Political Science Association Annual Meeting, January 4-6, 2018, New Orleans, Louisiana.

(with Brian A. Roberts), "Texas Tea: the Flavor of Identification with the Tea Party Movement in the 2010 Campaign in Texas."  Prepared for presentation at the meeting of the Western Political Science Association, April 2, 2011, San Antonio, TX.

(with Louis A. Bacarisse), " 'Sound and Fury…?'  Political Development in Texas and the Constitutional Convention of 1974." Prepared for the Annual Convention of the Southwestern Political Science Association, Las Vegas, Nevada, March 12-15, 2008.

(with Keith Abouchar),  "Building Public Space:  Practical and Theoretical Considerations in the Construction of Deliberative Space on the World Wide Web."  Accepted for delivery at the meetings of the Western Political Science Association, Las Vegas, Nevada, March 24-26, 2000.

"The Color of Money:  Race, Ideology, and Foreign Enterprise in Post-Revolutionary Mexico." Accepted for presentation on the panel  "National Identities, Transnational Processes: Racial Constructions in Twentieth Century U.S.- Mexican Interactions" at "Making History, Constructing 'Race' Situating 'Race' in Time, Space and Theory." A multidisciplinary conference at the University of Victoria, October 23-25, 1998.

(with Carl Renold), "Seven Steps to Creating an Internet Course."  Prepared for the Gerontological Society of America, 51st Annual Scientific Meeting, November 20-24, 1998.

"Proud and Peculiar": Culture and Capitalism in Interpretations of Revolutionary Mexico in the United States."  Meetings of the Western Political Science Association, Los Angeles, California, March, 1998.

"The Diplomacy of Enterprise: Juan F. Brittingham and the Politics of Industrial

Entrepreneurship in Post-Revolutionary Mexico." Delivered at the meetings of the Society for the History of American Foreign Relations, Washington, D.C., June, 1997.

"International Financial Agents and the Mexican State, 1920-1935." Delivered at the Latin American Studies Association International Congress, Washington, D.C., September, 1995.

"The Chandler Interests in Baja California: A Case Study of the Position of Foreign Capital in State-Society Relations in Post-Revolutionary Mexico." Delivered at the Latin American Studies Association International Congress, Los Angeles, California, September 1992.

(with Louis DeSipio) "The Cuban-American Enclave and the Construction of Ethnicity." Accepted for delivery at the meetings of the Midwestern Political Science Association, Chicago, Illinois, April, 1992.

"Evaluating Revolutionary Nationalism: Foreign Capital and Domestic Political Factions In The Process of State Consolidation in Mexico." Delivered at the meetings of the Southwest Political Science Association, San Antonio, Texas, March, 1991.

"Toward a Better Comparative Political Economy: Problems and Remedies in Structural Historical Approaches." Delivered at the meetings of the Southwest Political Science Association, Fort Worth, Texas, March 1990.

(with Louis DeSipio) "Newspaper Coverage of Latino Issues in Forty Cities." Delivered at the meetings of the Southwest Political Science Association, Fort Worth, Texas, March, 1990.

## Recent courses developed

GOV 374N: Political internships. Carries independent inquiry flag.

GOV 312L: Politics and Government in Contemporary Texas.

GOV 105: Texas Government

## Education

1996: Ph.D., Department of Government, The University of Texas at Austin.
Fields: Comparative Politics, U.S. Politics, International Relations.

1989: Master of Arts, Government, The University of Texas at Austin.

1986: Bachelor of Arts, California State Polytechnic University, Pomona.
Major: Political Science. Minor: History.

## Public Service Highlights

Subiendo Academy, Advisory Board, 2011-present

City of Austin Ethics Review Commission (2009 – 2012)

Travis County Elections Task Force (2009)

**Previous Employment**

       The University of Louisiana – Monroe, 1996-2000
       Assistant Professor

       The University of Texas – San Antonio 1994-1995
       Visiting Assistant Professor

# Joshua M. Blank, PhD

The Texas Politics Project                                   Cell: (561) 870-7414
The University of Texas at Austin          Email: joshmblank@austin.utexas.edu
One University Station A1800
Austin, TX 78712-011

**Education**
**PhD,** The University of Texas at Austin, Department of Government,     2015
American Politics and Methodology – Austin, TX
**Master of Arts,** Government, The University of Texas at Austin –     2011
Austin, TX
**Bachelor of Arts,** Political Science, Boston University – Boston, MA     2007

<u>**Relevant Work Experience**</u>
**Texas Politics Project, The University of Texas at Austin**
Research Director, July 2019 to present
Manager of Polling and Research, January 2013 to 2019
- Aid the Executive Director in strategic planning for The Texas Politics Project.
- Direct the University of Texas/Texas Tribune poll, including questionnaire writing, data collection, and the production of research results.
- Effectively communicate research results and related expertise to the media, elected officials, stakeholders, and the public.
- Develop educational content for The Texas Politics Project's Advanced Certificates in Contemporary Political Analysis series of courses.

**Liberal Arts Instructional Technology Services, The University of Texas at Austin**
January 2015 to Present
Data Science Manager
- Direct the Liberal Arts Development Studio in its use and retention of data for pedagogical and strategic purposes.

<u>**Research Experience**</u>

<u>Academic Publications</u>

**"Public Opinion"** in *Voting and Political Representation in America:*     Forthcoming
*Issues and Trends*, edited by Mark Jones, with Jim Henson.
**"Viewing Science through a Partisan Lens: Public Attitudes**     March 2015
**towards the Role of Scientists in Policy Debates."** *The Annals of the*
*American Academy of Political and Social Science* with Daron Shaw.

<u>Academic Papers</u>

**"Issue Attitudes Among Tea Party Republicans in Texas and the**     January 2019
**Roots of Support for Donald Trump,"** Southern Political Science

Association, January 17-19, 2019, Austin, Texas, with Jim Henson.

| | |
|---|---|
| **"Conservatives by Another Name:  Change and Continuity in Texas Tea Party Identification,"** Southern Political Science Association Annual Meeting, January 4-6, 2018, New Orleans, Louisiana with Jim Henson | January 2018 |
| **"An Experimental Evaluation of Leader Experience as Costly Signal"** Paper presented at the Midwest Political Science Association Annual Meeting with Daniel McCormack. | April 2015 |
| **"Viewing Science through a Partisan Lens: Public Attitudes towards the Role of Scientists in Policy Debates."** Paper presented at the Midwest Political Science Association Annual Meeting with Daron Shaw. | April 2014 |
| **"Viewing Science through a Partisan Lens: Public Attitudes towards the Role of Scientists in Policy Debates."** Paper presented at the Midwest Political Science Association Annual Meeting with Daron Shaw. | April 2013 |
| **"The Angry Candidate: Are Black Politicians Punished for Showing Emotion?"** Paper to be presented at the Midwest Political Science Association Annual Meeting with Eric McDaniel and Matthew Vandenbroek. | April 2013 |
| **"Enlightening Preferences: The Selective Emphasis of Campaign Fundamentals."** Paper presented at the Midwest Political Science Association Annual Meeting. | April 2012 |
| **"The Waters of Casablanca: Political Misinformation (and Knowledge and Ignorance)."** Paper presented at the Midwest Political Science Association Annual Meeting with Robert Luskin and Gaurav Sood. | April 2012 |
| **"The Selective Activation of Partisanship: A Look Inside the Black Box of Candidate Strategy."** Paper presented at the Midwest Political Science Association Annual Meeting. | April 2011 |
| **"Knowledge, Ignorance, and Misinformation."** Paper presented at the Midwest Political Science Association Annual Meeting with Robert Luskin and Gaurav Sood. | April 2011 |
| **"Political Knowledge and Internet Usage: Knowledge Gap or Knowledge Crisis?"** Paper presented at the Midwest Political Science Association Annual Meeting. | April 2010 |

Published Multimedia

| | |
|---|---|
| **"An impeachment, a House scandal and the 2020 elections could bedevil Texas GOP"** published in *TribTalk* with Jim Henson. | September 26, 2019 |
| **"Takeaways from the 2019 UT/TT Poll of potential Democratic primary voters"** published in *TribTalk* with Jim Henson. | September 11, 2019 |
| **"Texans' faint praise for the Legislature could get swamped by national politics"** published in *TribTalk* with Jim Henson. | June 20, 2019 |
| **"Trump's Mexican Trade War could imperil Texas Republicans in 2020"** published in *TribTalk* with Jim Henson. | June 4, 2019 |
| **"The polling told you so: The sales tax trial balloon plummets to earth"** published in *TribTalk* with Jim Henson. | May 7. 2019 |
| **"Where's the beef? Being Beto won't be enough to fuel an O'Rourke presidential campaign"** published in *USA TODAY* with Jim Henson. | March 26, 2019 |
| **"Public expectations and the political realities of reducing property taxes"** published in *TribTalk* with Jim Henson. | March 20, 2019 |
| **"Emergency powers and Texas senators — a vote for Trump, or principle?"** published in *TribTalk* with Jim Henson. | March 13, 2019 |
| **"Mandate or machinations? Unpacking efforts to set the legislative agenda"** published in *TribTalk* with Jim Henson. | February 11, 2019 |
| **"Why the polls could be wrong"** published in *TribTalk* with Jim Henson. | November 5, 2018 |
| **"Commentary: Female voters won't rescue Beto O'Rourke"** published in the *Austin American Statesman* with Jim Henson | November 2, 2018 |
| **"Beto O'Rourke won't beat Ted Cruz in Texas – here's why"** published in *The Conversation* with Jim Henson. | October 5, 2018 |
| **"How public attitudes are shaping Texas GOP leaders' response to Trump border policy"** published in *TribTalk* with Jim Henson. | June 25, 2018 |
| **"Commentary: Texas GOP favors politics over reason with immigration"** published in the *Austin American Statesman* with Jim Henson | April 6, 2018 |
| **"Trump's shadow in Texas as primary voting begins"** published in *TribTalk* with Jim Henson. | February 21, 2018 |
| **"A change in the University of Texas/Texas Tribune Poll's primary voter sample"** published in *TribTalk* with Jim Henson. | February 19, 2018 |
| **"The perils of primary election polling"** published in *TribTalk* with Jim Henson. | February 13, 2018 |
| **"Commentary: Would Amazon avoid conservative Texas for HQ2? Think again"** published in the *Austin American Statesman* with Jim Henson. | February 8, 2018 |
| **"Suburban swingers shaking Texas marriage to the GOP?"** published in *TribTalk* with Jim Henson. | November 14, 2017 |
| **"Commentary: What if Sutherland Springs had no 'good guy with a gun'?"** published in the *Austin American Statesman* with Jim | November 14, 2017 |

Henson.

| | |
|---|---|
| **"Commentary: How politics at the elite level drove the special session"** published in the *Austin American Statesman* with Jim Henson. | August 23, 2017 |
| **"Commentary: Local government is good foil for state's GOP leadership"** published in the *Austin American Statesman* with Jim Henson. | June 16, 2017 |
| **"The Limits of Public Polling on Texas Bathroom Access"** published in *TribTalk* with Jim Henson. | February 10, 2017 |
| **"Texas voters embrace Trump's "rigged election" talk – and GOP leaders flinch"** published in *TribTalk* with Jim Henson. | November 4, 2016 |
| **"What the UT/TT Poll tells us about Texans' support for Donald Trump"** published in *TribTalk* with Jim Henson. | November 2, 2016 |
| **"Impulse to conserve the Constitution could block Texas' call for a convention"** published in *TribTalk* with Jim Henson. | September 22, 2016 |
| **"With LGBT issues, Abbott must balance base and businesses"** published in *TribTalk* with Jim Henson. | April 20, 2016 |
| **"Post-Trump politics in Texas"** published in *TribTalk* with Jim Henson. | April 5, 2016 |
| **"The Texas GOP goes nativist in 2016"** published in *TribTalk* with Jim Henson. | March 3, 2016 |
| **"How Obama's executive actions affect Texas gun politics"** published in *TribTalk* with Jim Henson. | January 8, 2016 |
| **"Decoding political responses to the Planned Parenthood** published in *TribTalk* with Jim Henson.**shooting"** published in *TribTalk* with Jim Henson. | December 1, 2015 |
| **"Texas Democrats want Biden as failsafe, not alternative"** published in *TribTalk* with Jim Henson. | October 7, 2015 |
| **"Texas GOP primed for Trump-Cruz showdown"** published in *TribTalk* with Jim Henson. | August 23, 2015 |
| **"The politics of choosing the wrong side of history"** published in *TribTalk* with Jim Henson. | July 2, 2015 |
| **"5 takeaways from the new UT/TT Poll"** published in *TribTalk* with Jim Henson. | June 25, 2015 |
| **"Who really wants tax relief — and why"** published in *TribTalk* with Jim Henson. | May 20, 2015 |
| **"5 conflicts to watch as session's end draws near"** published in *TribTalk* with Jim Henson. | May 4, 2015 |
| **"What a tax fight says about Texas' future"** published in *TribTalk* with Jim Henson. | April 8, 2015 |
| **"The numbers behind the local control debate"** published in *TribTalk* with Jim Henson. | March 19, 2015 |
| **"The politics of pre-K in Texas"** published in *TribTalk* with Jim Henson. | March 11, 2015 |
| **"How much will the GOP gamble on guns?"** published in *TribTalk* with Jim Henson. | March 4, 2015 |

| | |
|---|---|
| **"What Walker's Surge Means for Cruz and Perry"** published in *TribTalk* with Jim Henson. | Feb. 23, 2015 |
| **"Public Opinion and the Border Surge"** published at texaspolitics.utexas.edu. | Feb. 11, 2015 |
| **"Inside Patrick's Inside Game"** published in *TribTalk* with Jim Henson. | Jan. 22, 2015 |
| **"Why They Fight: The Texas Gop And The Looming Session"** published in *TribTalk* with Jim Henson. | Dec. 18, 2014 |
| **"The 2016 Spotlight Turns to Texas"** published in *TribTalk* with Jim Henson. | Nov. 28, 2014 |
| **"Texans Want To Do The Opposite Of Obama's Action On Immigration"** published at texaspolitics.utexas.edu. | Nov. 21, 2014 |
| **"Obama Shifts Immigration Debate, And With It, Democratic Chances Of Turning Texas Blue"** published at texaspolitics.utexas.edu. | Nov. 21, 2014 |
| **"Melodrama, but Little Mystery, in Texas Election Results"** published in *The Texas Tribune* with Jim Henson. | Nov. 13, 2014 |
| **"5 Takeaways from the new UT/TT Poll"** published in *The Texas Tribune* with Jim Henson. | Oct. 27, 2014 |
| **"Can Texas Democrats Win While Losing?"** published in *The Texas Tribune* with Jim Henson. | Oct. 8, 2014 |
| **"What Abbott and Davis' Ads Say About Them"** published in *The Texas Tribune* with Bethany Albertson. | Sep. 30, 2014 |
| **"5 Takeaways from TribuneFest"** published in *The Texas Tribune* with Jim Henson. | Sep. 24, 2014 |
| **"Blurred Lines in Polling on Governor's Race"** published in *The Texas Tribune* with Jim Henson. | Sep. 17, 2014 |
| **"Abbott May Benefit From Turn Away From Issues"** published in *The Texas Tribune* with Jim Henson. | Sep. 10, 2014 |
| **"The Real Stakes of the Perry Indictment"** published in *The Texas Tribune* with Jim Henson. | Sep. 4, 2014 |
| **"Texas Democrats' Unspoken Predicament"** published in *The Texas Tribune* with Jim Henson. | Aug. 14, 2014 |
| **"The Texas GOP's Commitment Problem"** published in *The Texas Tribune* with Jim Henson. | Aug. 7, 2014 |
| **"Why Your Candidate is Corrupt and Mine Isn't"** published in *The Texas Tribune* with Jim Henson. | Jul. 30, 2014 |
| **"Crossing the Border into 2016"** published in *The Texas Tribune* with Jim Henson. | Jul. 23, 2014 |
| **"The Sound of Silence on Abortion"** published in *The Texas Tribune* with Jim Henson. | Jul. 3, 2014 |
| **"On Immigration, Polling Defies Assumptions"** published in *The Texas Tribune* with Jim Henson. | Jun. 26, 2014 |
| **"In Texas, the Tea Party Hasn't Lost its Grip"** published in *The Texas Tribune* with Jim Henson. | Jun. 18, 2014 |
| **"5 Takeaways from the New UT/TT Poll"** published in *The Texas* | Jun. 12, 2014 |

*Tribune* with Jim Henson.

| | |
|---|---|
| **"The Texas GOP Convention was no Sideshow"** published in *The Texas Tribune* with Jim Henson. | Jun. 10, 2014 |
| **"Patrick's Win was About More than Tea Party"** published in *The Texas Tribune* with Jim Henson. | May 30, 2014 |
| **"Is Easy Resolution on In-State Tuition a GOP Dream"** published in *The Texas Tribune* with Jim Henson. | May 8, 2014 |
| **"Dewhurst's Fortunes Track Party Changes"** published in *The Texas Tribune* with Jim Henson. | Apr. 25, 2014 |
| **"Leaving Tests Behind"** published in *The Texas Tribune* with Jim Henson. | Apr. 17, 2014 |
| **"Threading the Needle on Education"** published in *The Texas Tribune* with Jim Henson. | Apr. 10, 2014 |
| **"Texans Aim for Self-Defense in Gun Control Debate"** published in *The Texas Tribune* with Jim Henson. | Apr. 4, 2014 |
| **"Texan First, American Second"** published in *The Texas Tribune* with Bethany Albertson. | Apr. 3, 2014 |
| **"Legal Pot in Texas? Snuff the Thought"** published in *The Texas Tribune* with Jim Henson. | Mar. 20, 2014 |
| **"Does the Tea Party Really Want to Limit Government?"** published in *The Texas Tribune* with Jim Henson. | Mar. 13, 2014 |
| **"Poll Findings vs. Election Results"** publishe in *The Texas Tribune* with Jim Henson and Daron Shaw. | Mar. 6, 2014 |
| **"Strong Undercurrents Still Define Abbott-Davis Race"** published in *The Texas Tribune* with Jim Henson. | Feb. 27, 2014 |
| **"Playing the Right Anglos"** published in *The Texas Tribune* with Jim Henson. | Feb. 11, 2014 |
| **"Can Lt. Gov. Candidates Go Too Far on Abortion?"** published in *The Texas Tribune* with Jim Henson. | Jan. 28, 2014 |
| **"Privacy, Partisans and Paranoid Style"** published in *The Texas Tribune* with Jim Henson. | Jan. 27, 2014 |
| **"Major Issues, Poison Pills"** published in *The Texas Tribune* with Jim Henson. | Jan. 26, 2014 |
| **"GOP Candidates Bet on Border Security"** published in *The Texas Tribune* with Jim Henson. | Dec. 12, 2013 |
| **"Women Through the Looking Glass"** published in *The Texas Tribune* with Jim Henson. | Nov. 21, 2013 |
| **"Cornyn and the Cruz Effect"** published in *The Texas Tribune* with Jim Henson. | Nov. 14, 2013 |
| **"What Early Poll Results Tell Us"** published in *The Texas Tribune* with Jim Henson and Daron Shaw. | Nov. 6, 2013 |
| **"In Vote, Opposition Isn't Overflowing"** published in *The Texas Tribune* with Jim Henson. | Oct. 24, 2013 |
| **"Deflecting Immigration Questions"** published in *The Texas Tribune* with Jim Henson. | Oct. 16, 2013 |
| **"A Trickle of Votes for a Water Fund"** published in *The Texas* | Oct. 15, 2013 |

*Tribune* with Jim Henson.

| | |
|---|---|
| **"Clear Demographics, Unclear Politics"** published in *The Texas Tribune* with Jim Henson. | Oct. 10, 2013 |
| **"Will the Tea Party Press John Cornyn?"** published in *The Texas Tribune* with Jim Henson. | Oct. 2, 2013 |
| **"Education Could Test Both Parties"** published in *The Texas Tribune* with Jim Henson. | Sept. 26, 2013 |
| **"Lies, Damn Lies and Campaign Polls"** published in *The Texas Tribune* with Jim Henson. | Sept. 19, 2013 |
| **"Are Suburban Women Key to Democratic Resurgence?"** published in *The Texas Tribune* with Jim Henson. | Sept. 12, 2013 |
| **"Inventing Abbott"** published in *The Texas Tribune* with Jim Henson. | Sept. 5, 2013 |
| **"How Holder May Help Abbott in 2014"** published in *The Texas Tribune* with Jim Henson. | Aug. 29, 2013 |
| **"How Abortion Could Shape a 2014 Abbott-Davis Contest"** published in *The Texas Tribune* with Jim Henson. | Aug. 22, 2013 |
| **"The Irresistible Plot Arc of a Two-Party Texas"** published in *Texas Monthly* with Jim Henson. | Aug. 21, 2013 |
| **"Ambivalence Structures Gridlock on NSA Surveillance"** published in *The Texas Tribune* with Jim Henson. | Aug. 21, 2013 |
| **"Perry's Whack at the Obamacare Pinata"** published in *The Texas Tribune* with Jim Henson. | Aug. 9, 2013 |
| **"Joe Straus and the Other Republicans"** published in *The Texas Tribune* with Jim Henson. | Aug. 8, 2013 |
| **"Patrick Ad Goes Fishing for GOP Primary Votes"** published in *The Texas Tribune* with Jim Henson. | Aug. 5, 2013 |
| **"From Smooth Sailing to Traffic Jam"** published in *The Texas Tribune* with Jim Henson. | Aug. 1, 2013 |
| **"Texas Voters, Congress and Immigration"** published in *The Texas Tribune* with Jim Henson. | Jul. 18, 2013 |
| **"The Morning After for Texas Democrats"** published in *The Texas Tribune* with Jim Henson. | Jul. 12, 2013 |
| **"Ethics and Public Opinion of Rick Perry"** published in *The Texas Tribune* with Jim Henson. | Jul. 10, 2013 |
| **"Dewhurst Could Pick Up Tab for Senate Meltdown"** published in *The Texas Tribune* with Jim Henson. | Jul. 5, 2013 |
| **"Public Opinion on Same-Sex Marriage"** published in *The Texas Tribune* with Jim Henson. | Jul. 3, 2013 |
| **"How Public Opinion Fueled Senate's Abortion Fight"** published in *The Texas Tribune* with Jim Henson. | Jul. 1, 2013 |
| **"Does Texas Still Burn for Perry?"** published in *The Texas Tribune* with Jim Henson. | Jun. 27, 2013 |
| **"Budget Endgames and Public Opinion"** published in *The Texas Tribune* with Jim Henson. | May 21, 2013 |
| **"Texans' Dueling Attitudes on Guns"** published in *The Texas* | May 16, 2013 |

*Tribune* with Jim Henson.

| | |
|---|---|
| **"Texas' Date with Immigration Reform"** published in *The Texas Tribune* with Jim Henson. | May 8, 2013 |
| **"Planned Parenthood and Women's Health"** published in *The Texas Tribune* with Jim Henson. | May 3, 2013 |
| **"A Seat for the Tea Party"** published in *The Texas Tribune* with Jim Henson. | Apr. 19, 2013 |
| **"Rubio, Rest of GOP Say No to Amnesty"** published in *The Texas Tribune*. | Apr. 16, 2013 |
| **"Cruz Registers Tea Party Embrace of Gun Rights"** published in *The Texas Tribune* with Jim Henson. | Apr. 11, 2013 |
| **"Texans Conservative on Concealed Carry"** published in *The Texas Tribune* with Jim Henson. | Apr. 4, 2013 |
| **"No Backlash to Education Cuts?"** published in *The Texas Tribune* with Jim Henson. | Apr. 2, 2013 |
| **"Disapproval and Its Consequence"** published in *The Texas Tribune*. | Mar. 28 2013 |
| **"Texans' View of Gay Marriage Shifts"** published in *The Texas Tribune* with Jim Henson. | Mar. 26, 2013 |
| **"Papal and Public Opinion on Gay Marriage"** published in *The Texas Tribune*. | Mar. 19, 2013 |
| **"Water Not Floating to Top With Texas Voters"** published in *The Texas Tribune* with Jim Henson. | Mar. 14, 2013 |
| **"California's Conservative Migration"** published in *The Texas Tribune*. | Mar. 11, 2013 |
| **"UT/TT Poll Changes with Evolving Environment"** published in *The Texas Tribune* with Jim Henson and Daron Shaw. | Mar. 8, 2013 |
| **"Handle Perry-Abbott Race with Care"** published in *The Texas Tribune* with Jim Henson. | Mar. 8, 2013 |
| **"Behind a Perry-Abbott Matchup"** published in *The Texas Tribune* with Jim Henson. | Mar. 4, 2013 |
| **"Refining the UT/TT Poll"** published in *The Texas Tribune* with Jim Henson and Daron Shaw. | Mar. 4, 2013 |
| **"Playing the Numbers on Gaming in Texas"** published in *The Texas Tribune* with Jim Henson. | Mar. 1, 2013 |
| **"Race and Change in Voter ID Support"** published in *The Texas Tribune*. | Feb. 27, 2013 |
| **"Obama's Job Approval in Texas"** published in *The Texas Tribune*. | Feb. 12, 2013 |
| **"Cruz Beats Drum on Immigration"** published in *The Texas Tribune* with Jim Henson. | Feb. 6, 2013 |
| **"The GOP's Immigration Problem"** published in *The Texas Tribune* with Jim Henson. | Jan. 29, 2013 |
| **"Lawmakers Fret About Water, but the Public Doesn't"** published in *The Texas Tribune* with Jim Henson. | Jan. 18, 2013 |
| **"Science and Politics – And Partisans"** published in *The Texas Tribune*. | Nov. 5, 2012 |

**"Just What is a 'Likely Voter'?"** published in *The Texas Tribune*.      Mar. 6, 2012