


# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| RACHEL MILLER; TEXAS DEMOCRATIC PARTY; DNC SERVICES CORP., d/b/a DEMOCRATIC NATIONAL COMMITTEE; DSCC; and DCCC,<br><br>*Plaintiffs,*<br><br>v.<br><br>RUTH HUGHS, in her official capacity as the Texas Secretary of State,<br><br>*Defendant.* | CIVIL ACTION NO. 1:19-cv-01071 |

## ORDER

Now before the Court comes the Joint Scheduling Proposal submitted by the parties. After considering the proposal, the Court ORDERS that this case will be tried to the Court during a two-day bench trial ~~~~~~~~~. Further, the Court ORDERS that each sides' presentation (including cross examinations of adverse witnesses) is limited to ~~~~ *Six* hours per side. Further, the Court ORDERS that the following dates are set:

| | |
|---|---|
| Defendant moves, answers, or otherwise responds to the Complaint | December 12, 2019[1] |
| Rule 26(f) conference | December 27, 2019 |
| Deadline to respond to Defendant's motion to dismiss, if applicable | December 31, 2019 |

---

[1] Per ECF No. 21.

| | |
|---|---|
| Deadline to file a reply in support of her motion to dismiss, if applicable | January 10, 2020 |
| Plaintiffs serve any additional expert reports and materials required by Fed. R. Civ. P. 26(a)(2)[2] | January 15, 2020 |
| Defendant serves expert reports and materials required by Fed. R. Civ. P. 26(a)(2) | April 3, 2020 |
| Plaintiffs serve rebuttal reports and materials required by Fed. R. Civ. P. 26(a)(2) | April 24, 2020 |
| Discovery deadline | May 15, 2020 |
| Deadline for dispositive and *Daubert* motions | May 22, 2020 |
| Deadline to respond to dispositive and *Daubert* motions | June 5, 2020 |
| Two-day bench trial | ~~redacted~~ July 20-21, 2020, beginning at 9:00am July 20, 2020. |

DATE: December 2, 2019.

_____
HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE

---

[2] Plaintiffs filed expert reports previously in support of their application for a preliminary injunction.

2