UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RACHEL MILLER; TEXAS DEMOCRATIC PARTY; DNC SERVICES CORP., d/b/a DEMOCRATIC NATIONAL COMMITTEE; DSCC; and DCCC,<br><br>Plaintiffs,<br><br>v.<br><br>RUTH HUGHS, in her official capacity as the Texas Secretary of State,<br><br>Defendant. | Civil Action No. 1:19-cv-01071-LY |

## **ORDER**

The Court has reviewed Plaintiffs' motion for a limited protective order and finds it warranted. The parties are hereby advised that leave will not be granted to take a second deposition of an expert in these proceedings simply because the expert filed a rebuttal report that responds to critiques by the other party's expert or experts, as contemplated by the Court's Scheduling Order. A party may seek to take the depositions of another's experts at any point in the discovery period, but if that party makes the choice to do so before all of the anticipated expert reports are prepared and served under the Scheduling Order, it is knowingly waiving its right to depose the expert on later-filed reports.

SIGNED this ____ day of _____, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE