# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

RACHEL MILLER; TEXAS DEMOCRATIC PARTY; DNC SERVICES CORP., d/b/a DEMOCRATIC NATIONAL COMMITTEE; DSCC; and DCCC,

*Plaintiffs*,

v.

RUTH HUGHS, in her official capacity as the Texas Secretary of State,

*Defendant*.

CIVIL ACTION NO. 1:19-cv-01071

## ORDER

Now before the Court comes Plaintiffs' Opposed Motion for a Limited Protective Order, filed February 11, 2020. After considering the Motion, the response, and any reply thereto, the Court is of the opinion that the Motion should be DENIED.

IT IS THEREFORE ORDERED that Plaintiffs' Opposed Motion for a Limited Protective Order is hereby DENIED.

DATE: _____

_____
UNITED STATES DISTRICT JUDGE