IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 FEB 25 AM 8:16

| | |
|---|---|
| RACHEL MILLER; TEXAS DEMOCRATIC PARTY; DNC SERVICES CORP., D/B/A DEMOCRATIC NATIONAL COMMITTEE; DSCC; AND DCCC, <br>     PLAINTIFFS, <br><br> V. <br><br> RUTH HUGHS, IN HER OFFICIAL CAPACITY AS THE TEXAS SECRETARY OF STATE, <br>     DEFENDANT. | CAUSE NO. 1:19-CV-1071-LY |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Opposed Motion for a Limited Protective Order filed February 11, 2020 (Doc. #45); the Texas Secretary of State's Response to Plaintiffs' Opposed Motion for a Limited Protective Order filed February 18, 2020 (Doc. #46); and Plaintiffs' Reply in Support of their Motion for a Limited Protective Order filed February 21, 2020 (Doc. #48) are **REFERRED** to United States Magistrate Mark Lane for resolution pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended..

SIGNED this _25th_ day of February, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE