IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 APR -1  PM 3: 45
CLERK US
WESTERN
BY

| RACHEL MILLER; TEXAS DEMOCRATIC PARTY; DNC SERVICES CORP., d/b/a DEMOCRATIC NATIONAL COMMITTEE; DSCC; and DCCC, |  |
|---|---|
| *Plaintiffs*, |  |
| v. | CIVIL ACTION NO. 1:19-cv-01071 |
| RUTH HUGHS, in her official capacity as the Texas Secretary of State, |  |
| *Defendant*. |  |

**ORDER**

Now before the Court comes Defendant's Unopposed Motion to Extend Scheduling Deadlines, filed March 31, 2020. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to Extend Scheduling Deadlines is hereby GRANTED. The Court's Scheduling Order filed on December 3, 2019 (ECF No. 30), is modified as follows:

| | |
|---|---|
| Defendant serves expert reports and materials required by Fed. R. Civ. P. 26(a)(2) | April 10, 2020 |
| Plaintiff serves rebuttal reports and materials required by Fed. R. Civ. P. 26(a)(2) | May 1, 2020 |
| Discovery deadline | May 29, 2020 |
| Deadline for dispositive and *Daubert* motions | May 29, 2020 |

| Deadline to respond to dispositive and *Daubert* motions | June 12, 2020 |
|---|---|
| Two-day bench trial | July 20–21, 2020, beginning at 9:30 a.m. on July 20, 2020 |

DATE: __April 1, 2020.__

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE