IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RACHEL MILLER; TEXAS DEMOCRATIC §
PARTY; DNC SERVICES CORP., D/B/A §
DEMOCRATIC NATIONAL COMMITTEE; §
DSCC; AND DCCC, §
    PLAINTIFFS, §
    §
V.                 §  CAUSE NO. 1:19-CV-1071-LY
    §
RUTH HUGHS, IN HER OFFICIAL §
CAPACITY AS THE TEXAS SECRETARY §
OF STATE, §
    DEFENDANT. §

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this same date, the court rendered an order dismissing Plaintiffs' Complaint for Declaratory and Injunctive Relief. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendant is awarded costs.

**IT IS FURTHER ORDERED** that the case hereby **CLOSED**.

SIGNED this _____ day of July, 2020.

            _____
            LEE YEAKEL
            UNITED STATES DISTRICT JUDGE